IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| KYLE SLOAN, Individually, and as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan, KYLE SLOAN as Surviving Spouse of Jamie Sloan, and KYLE SLOAN as Surviving Parent of Rylie Sloan; and SUSAN WEST, Individually; and as the next friend and natural guardian of K.W., a minor<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NICHOLAS BURIST; LOCKE RELOCATIONS, LLC; NATIONAL INDEMNITY COMPANY; MAYFLOWER TRANSIT LLC; JOE MOHOLLAND, INC.; WESCO INSURANCE COMPANY; AND XYZ COMPANIES 1-3,<br><br>　　　　Defendants. | CIVIL ACTION NO.<br>2:22-CV-00076-LGW-BWC |

## **ORDER**

Before the Court is the Consent Motion to Drop and/or Dismiss Wesco Insurance Company ("Wesco") and National Indemnity Company ("NICO") filed by Plaintiffs and Defendants Wesco and NICO. No other Defendant has objected to the motion.

After consideration, and for good cause shown, the Court **GRANTS** the Consent Motion to Drop and/or Dismiss. Accordingly, the Court **DISMISSES WITH PREJUDICE** all claims against Wesco and NICO. The Clerk is **DIRECTED** to terminate Wesco and NICO as parties in this action.

**SO ORDERED**, this 30th day of May, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA