IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| KYLE SLOAN, individually, and as personal representative of the Estates of Rylie and Jamie Sloan,<br><br>    Plaintiff,<br><br>    v.<br><br>NICHOLAS BURIST, et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 2:22-cv-76 |

**O R D E R**

Since March 7, 2023, Plaintiff and Defendant Mayflower engaged in limited jurisdictional discovery regarding the business relationship between Defendants Mayflower, Locke Relocations LLC, Moholland, and Burist. See Docs. 74, 86. The Court provided a period of 75 days for limited jurisdictional discovery, which means jurisdictional discovery was originally scheduled to end May 21, 2023. Id. at 2. On May 17, 2023, Plaintiff and Defendant Burist requested the Court's help in resolving a number of discovery disputes related to jurisdictional discovery. On May 25, 2023, the Court held a telephonic status conference. Doc. 97. At the end of the call, the Court directed Plaintiff and Defendant Burist to hold a private conferral conference on June 5, 2023. Id. at 2. On June 9, 2023, Plaintiff and Defendant Burist informed the Court they had agreed to a compromise and Defendant Burist would supplement his responses within 14 days.

The time for conducting limited jurisdictional discovery has now expired. Thus, the Court **ORDERS** Defendant Mayflower to refile its motion to dismiss for lack of jurisdiction **or** join the other parties in completing a Rule 26(f) report **within seven days of this Order**.

As for Plaintiff and the remaining Defendants, the Court instructed that traditional discovery proceed while jurisdictional discovery was completed. Doc. 74 at 2. However, no Rule 26(f) report has been filed. Thus, the Court **ORDERS** the parties, excluding Defendant Mayflower if it chooses to file a motion to dismiss, to provide their 26(f) report **within seven days of this Order**.

**SO ORDERED**, this 12th day of July, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA