IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA BRUNSWICK DIVISION

CASE NO.: 2:23-cv-00089-LGW-BWC

MAKAYLA JANIA HINES, individually,
and as Personal Representative of
the Estate of MICHAEL ANTHONY
HINES, JR., Deceased

    Plaintiff,

    v.

NICHOLAS BURIST; LOCKE
RELOCATIONS LLC; NATIONAL
INDEMNITY COMPANY;
MAYFLOWER TRANSIT LLC;
PAYNE INC., AND
XYZ COMPANIES 1-3

    Defendants.
_____/

CASE NO.: 2:22-cv-00076-LGW-BWC

KYLE SLOAN, individually, and as
personal representative of the Estates of
RYLIE and JAMIE SLOAN, et al.,

    Plaintiff,

    v.

NICHOLAS BURIST, et al.

    Defendants.
_____/

1

## PROPOSED ORDER GRANTING JOINT CONSENT MOTION TO CONSOLIDATE CASES

Before the Court is Plaintiffs, MAKAYLA JANIA HINES, individually, and as Personal Representative of the Estate of MICHAEL ANTHONY HINES, JR., Deceased, and KYLE SLOAN, individually, and as personal representative of the Estates of RYLIE and JAMIE SLOAN, et al., ("Plaintiffs") Joint Consent Motion to Consolidate Cases.

The Court **GRANTS** Plaintiffs' Joint Consent Motion to Consolidate Cases for the purposes of pre-trial proceedings with *Tipton v. Burist, et al.*, Case No. 2:23-cv-00033- LGW-BWC (S.D. Ga.) and *Petno v. Burist, et al.*, Case No. 2:23-cv-00031-LGW-BWC (S.D. Ga.).

**SO ORDERED**, this \_\_16\_\_ of December 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA