IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| KYLE SLOAN, and SUSAN WEST, <br><br> Plaintiffs, <br><br> v. <br><br> NICHOLAS BURIST, et al., <br><br> Defendants. | CIVIL ACTION NO.: 2:22-cv-76 |

**O R D E R**

The Court held a telephonic status conference with the parties to this and the three other related cases that have been consolidated for pretrial matters on September 17, 2024. The purpose of the conference was to discuss the parties' efforts regarding discovery disputes the Sloan Plaintiffs raised in their motion to compel and to also discuss with the parties to all four cases the general statuses of the cases. During the discussion relating to the motion to compel, it was clear the parties had not fully completed the conferral process for the ongoing dispute regarding the emails the Sloan Plaintiffs seek in their motion to compel. To this end, and as I stated during the conference, the Sloan Plaintiffs are **ORDERED** to file a status report detailing the email dispute and the parties' efforts to resolve this issue **on or before September 27, 2024**. The Court will conduct another telephonic status conference on Tuesday, October 1, 2024 at 2:00 p.m.

The Court directs the parties to confer again about this issue before the conference. While complete resolution of the issue by agreement may be impossible, the parties must make a good faith effort to do so. The parties must—at a minimum—identify the specific areas of

disagreement. Counsel for the parties must have a telephone call or a video conference about this issue. Conferral by email is not sufficient.

**SO ORDERED**, this 23rd day of September, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA