IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| KYLE SLOAN, Individually, and as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan, KYLE SLOAN as Surviving Spouse of Jamie Sloan, and KYLE SLOAN as Surviving Parent of Rylie Sloan; and SUSAN WEST, Individually; and as the next friend and natural guardian of K.W., a minor,<br><br>           Plaintiffs,<br><br>v.<br><br>NICHOLAS BURIST; LOCKE RELOCATIONS LLC; UNIGROUP, C.A.; MAYFLOWER TRANSIT LLC; VANLINER INSURANCE COMPANY AND XYZ COMPANIES 1-3,<br><br>           Defendants. | CASE NO: 2:22-cv-0076-LGW-BWC |

**DEFENDANT MAYFLOWER TRANSIT, LLC'S UPDATE**
**REGARDING MEET AND CONFER ON OCTOBER 11, 2024**

In anticipation of the October 15, 2024 conference with the Court the parties conferred via zoom to discuss the pending discovery dispute. Mayflower updates the Court regarding three developments.

First, as the Court requested, Mayflower has reviewed the documents from Mayflower's privilege log. Of those documents, certain documents related to corporate organization that were logged as not responsive or irrelevant for the pending requests will now be produced. Entries 67, 70, 73, 112, 115, and 118 were withdrawn from the privilege log. Given the second requests for production, those documents will be produced as responsive to certain requests related to jurisdictional discovery.

Second, the remaining documents that contain financial information and attorney-client or work product information will be withheld for the reasons asserted in the privilege log.

Third, Mayflower and Plaintiffs have selected a date on which the parties and the witness are available for UniGroup C.A.'s corporate representative deposition relating to the jurisdiction motion filed by UniGroup, C.A..

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ Brighten Donner*_____
Brantley C. Rowlen
Georgia Bar No. 153031
Brighten B. Donner
Georgia Bar No. 831804
Todd R. Ehrenreich
*Admitted Pro Hac Vice*
Jeffrey Geldens
*Admitted Pro Hac Vice*
24 Drayton St., Suite 300
Savannah, GA 31401
Tel.  (912) 525-4960
Brantley.Rowlen@lewisbrisbois.com
Brighten.Donner@lewisbrisbois.com
Todd.Ehrenreich@lewisbrisbois.com
Jeffrey.Geldens@lewisbrisbois.com

*Counsel  for Mayflower Transit, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | |
|---|---|
| KYLE SLOAN, Individually, and as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan, KYLE SLOAN as Surviving Spouse of Jamie Sloan, and KYLE SLOAN as Surviving Parent of Rylie Sloan; and SUSAN WEST, Individually; and as the next friend and natural guardian of K.W., a minor, <br><br>        Plaintiffs, <br><br> v. <br><br> NICHOLAS BURIST; LOCKE RELOCATIONS LLC; UNIGROUP, C.A.; MAYFLOWER TRANSIT LLC; VANLINER INSURANCE COMPANY AND XYZ COMPANIES 1-3, <br><br>        Defendants. | CASE NO: 2:22-cv-0076-LGW-BWC |

## CERTIFICATE OF SERVICE

I CERTIFY that on OCTOBER 11, 2024, I e-filed the foregoing via the CM/ECF electronic filing system, which will automatically serve copies on all counsel of record.

This the 11th day of October, 2024.

                                                         **LEWIS BRISBOIS BISGAARD & SMITH, LLP**

                                                         /s/ Brighten B. Donner
                                                         Brantley C. Rowlen
                                                          Georgia Bar No. 153031
                                                         Brighten B. Donner
                                                         Georgia Bar No. 831804
                                                         Todd R. Ehrenreich
                                                         *Admitted Pro Hac Vice*
                                                         Jeffrey Geldens
                                                         *Admitted Pro Hac Vice*
                                                         24 Drayton St., Suite 300
                                                         Savannah, GA 31401
                                                         Tel.  (912) 525-4960

Brantley.rowlen@lewisbrisbois.com  
Brighten.Donner@lewisbrisbois.com  
Todd.Ehnrenreich@lewisbrisbois.com  
Jeffrey.Geldens@lewisbrisbois.com  

*Counsel for Mayflower Transit, LLC*