# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| KYLE SLOAN, et al.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>NICHOLAS BURIST, et al.,<br><br>　　Defendants. | 2:22-cv-076 |
| THELMA PETNO,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NICHOLAS BURIST, et al.,<br><br>　　Defendants. | 2:23-cv-031 |
| RAYMOND E. TIPTON<br><br>　　Plaintiff,<br><br>　　v.<br><br>NICHOLAS BURIST, et al.,<br><br>　　Defendants. | 2:23-cv-033 |
| MAKAYLA JANIA HINES,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NICHOLAS BURIST, et al.,<br><br>　　Defendant. | 2:23-cv-089 |

## ORDER

The Court stayed consideration of Defendant Unigroup, C.A.'s motion to dismiss for lack of subject matter jurisdiction pending the outcome of jurisdictional discovery. Plaintiffs are **ORDERED** to inform the Court on the record, within **fourteen days** of the date of this Order, whether they oppose Unigroup's dismissal from this action.

**SO ORDERED**, this 14 day of January, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA