# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| KYLE SLOAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NICHOLAS BURIST, et al., <br><br> Defendants. | 2:22-cv-076 |
| THELMA PETNO, <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS BURIST, et al., <br><br> Defendants. | 2:23-cv-031 |
| RAYMOND E. TIPTON <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS BURIST, et al., <br><br> Defendants. | 2:23-cv-033 |
| MAKAYLA JANIA HINES, <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS BURIST, et al., <br><br> Defendant. | 2:23-cv-089 |

## **ORDER**

Before the Court are the parties' stipulations of dismissal, wherein they notify the Court that they wish to dismiss all claims asserted against Defendant Allstate Fire and Casualty Insurance Company ("Allstate") with prejudice.  The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted against Allstate are hereby **DISMISSED** with prejudice.  Each party shall bear its own fees and costs.  The Clerk is **DIRECTED** to terminate Allstate as a defendant in this action.

**SO ORDERED**, this 22 day of January, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA