# United States District Court

## *Southern District of Georgia*

KYLE SLOAN, et al.
Plaintiff

Case No. 2:22-cv-00076-LGW

v.

NICHOLAS BURIST, et al.
Defendant

Appearing on behalf of
Defendant
(Plaintiff/Defendant)

ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _______ day of _______________ , ______ .

_______________________________________
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Heaven Begum

Business Address: Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
Firm/Business Name

3344 Peachtree Road, N.E.,
Street Address

| Suite 2400 | Atlanta | GA | 30326 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_______________________________________
Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

| 404 - 876 - 2700 | 366837 |
|---|---|
| Telephone Number (w/ area code) | Georgia Bar Number |

Email Address: hbegum@wwhgd.com

# United States District Court

## *Southern District of Georgia*

KYLE SLOAN, et al.

Plaintiff

Case No. 2:22-cv-00076-LGW

v. NICHOLAS BURIST, et al.

Defendant

Appearing on behalf of : NICHOLAS BURIST

Defendant

(Plaintiff/Defendant)

APPLICATION FOR ADMISSION PRO HAC VICE

***Petitioner***, Heaven Begum hereby requests permission to appear pro hac vice in the subject case filed in the Brunswick Division of the United States District Court for the Southern District of Georgia. ***Petitioner*** states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, Middle District of Georgia . ***Petitioner*** states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

***Petitioner*** designates Grant B. Smith as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.
***Petitioner*** further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This 18 day of September , 2026. .

/s/ Heaven Begum

(Signature of ***Petitioner***)

*CONSENT OF DESIGNATED LOCAL COUNSEL*

I, Grant B. Smith , designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the ***Petitioner*** fail to respond to any Court order for appearance or otherwise. This 18 day of September , 2026 .

658345
Georgia Bar Number

/s/ Grant B. Smith
Signature of Local Counsel

404 - 876 - 2700
Business Telephone

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC (Law Firm)
3344 Peachtree Road, N.E., Suite 2400 (Business Address)
Atlanta, Georgia 30326 (City, State, Zip)
3344 Peachtree Road, N.E., Suite 2400, Atlanta, Georgia 30326 (Mailing Address)
gbsmith@wwhgd.com (Email Address)

IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

KYLE SLOAN, INDIVIDUALLY; AND AS PERSONAL REPRESENTATIVE OF THE ESTATES OF RYLIE SLOAN AND JAMIE SLOAN; KYLE SLOAN AS SURVIVING SPOUSE OF JAMIE SLOAN; KYLE SLOAN AS SURVIVING PARENT OF RYLIE SLOAN; AND SUSAN WEST, INDIVIDUALLY; AND AS THE NEXT FRIEND AND NATURAL GUARDIAN OF K.W., A MINOR,

Plaintiffs,

v.

NICHOLAS BURIST; LOCKE RELOCATIONS, LLC; MAYFLOWER TRANSIT, LLC; JOE MOHOLLAND, INC.; PAYNE, INC. AND XYZ COMPANIES 1-3,

Defendants.

CIVIL ACTION FILE NUMBER 2:22-cv-00076-LGW

**CASES IN THE SOUTHERN DISTRICT OF GEORGIA IN WHICH PETITIONER HAS APPEARED**

None.

Petitioner has applied for admission PHV in the following:

- Hines v. Nicholas Burist, et al. (CAFN: 2:22-cv-00076-LGW)

- Tulloch v. Nicholas Burist, et al. (CAFN: 2:24-cv-00140-LGW)

- Petno v. Nicholas Burist, et al. (CAFN: 2:23-cv-00031-LGW)

- Tipton v. Nicholas Burist, et al. (CAFN: 2:23-cv-00033-LGW)

All five actions concern the same underlying facts and circumstances and Petitioner seeks to represent Defendant Nicholas Burist in each action.

**PETITIONER INFORMATION:**

Name: Heaven Begum

Address: Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road NE
Suite 2400
Atlanta, Georgia 30326

Phone: 404-876-2700

Fax: 404-875-9433

Email: hbegum@wwhgd.com

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

## CERTIFICATE OF GOOD STANDING

I, David W. Bunt, Clerk of this Court,

certify that Heaven Begum, Bar No. 366837

was duly admitted to practice in this Court on

April 16, 2026, and is in good standing

as a member of the Bar of this Court.

Dated at Macon, Georgia on September 18, 2026.

David W. Bunt
CLERK

s/ Kari Dobson
DEPUTY CLERK