**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

KYLE SLOAN, and SUSAN WEST,

Plaintiffs,

v.

NICHOLAS BURIST, et al.,

Defendants.

CIVIL ACTION NO.: 2:22-cv-76

## SECOND AMENDED SCHEDULING ORDER

I conducted a telephonic status conference with the parties on September 21, 2026. At the conclusion of the call, I announced new deadlines for trial witness depositions and the proposed pretrial order, and I memorialize my decision here. Upon due consideration, I enter the following new deadlines.

| EVENT | DEADLINE |
|---|---|
| Proposed Pretrial Order | October 2, 2026 |
| Pretrial Conference | October 6, 2026 |
| Depositions of All Witnesses Taken for Use at Trial | October 16, 2026 |
| Jury Selection/Trial | November 17, 2026 |

All other deadlines and instructions in the Court's previous Orders remain in full force and effect. Docs. 109, 125.

**SO ORDERED**, this 28th day of September, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA