**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**CLERK'S MINUTES**

---

**CASE NOS. 2:22-cv-76** **DATE: 09/212026**

**TITLE: Kyle Sloan, et al. v. Nicholas Burist, et al.**

---

**HON. BENJAMIN W. CHEESBRO** **COURTROOM DEPUTY: KIM MIXON**

**COURT REPORTER: BWC-CHAMBERS** **TIME: 3:00-3:44** **TOTAL: 44 minutes**

---

| **PLAINTIFFS:** | **COUNSEL FOR PLAINTIFFS:** |
|---|---|
| **Kyle Sloan, Individually and as Personal Representative of Rylie Sloan and Jamie Sloan, and as Spouse of Jamie Sloan** | **Camden Hodge<br>Joseph Richard Padgett<br>Charles Hodge<br>Timothy Ryan Langley** |
| **Susan West, Individually and Next Friend and Natural Guardian of KW, a Minor** | |

| **DEFENDANTS:** | **COUNSEL FOR DEFENDANTS:** |
|---|---|
| **Nicholas Burist** | **John Hilliard Burton** |
| **Mayflower Transit, LLC** | **Jeffrey R. Geldens** |
| **Joe Moholland, Inc.** | **Matthew R. Sessions** |
| **Locke Relocations, LLC** | **Charles Hansell Watt, IV** |

**TELEPHONIC STATUS CONFERENCE**

---

**Telephonic status conference was held as a follow-up to the 9/10/2026 call.**

**Court has received the parties' submissions on discovery dispute update.**

**As to discovery dispute 1 concerning paragraph searches, Mr. Geldens states that Mayflower has agreed to conduct w/50 word searches. The searches will need to be reviewed for responsiveness and privilege.**

**As to discovery dispute 2 concerning the search of the 35 documents, Mr. Geldens states that he should have the "hit search" report soon.**

**As to discovery dispute 3 concerning the scope of financial records, this dispute has not been resolved. Mayflower takes same position as set out in the Motion for Summary Judgment.**

**Mr. Langley states he is glad searches are moving forward. Plaintiffs have no disagreement with issue number 1 at this time. Court requires the searches done and response within 2 weeks.**

**Court will not order the production of "hit report". Mr. Geldens can furnish it but Court is not ordering it. Mayflower can produce all or portion of the documents based on the hit report. Parties can continue their conferral on this issue.**

**As to the scope of financial records, Mr. Langley proposes a production of records 1 year prior and six months after the accident. Mr. Langley states Plaintiffs are entitled to bills of lading to confirm how the money was flowing.**
**Court concurs with Plaintiffs regarding the timeline of relevant information. The scope of financial record production will be 1 year prior and six months after the accident.**

**Pretrial conference and trial will remain as scheduled at this time.**
**Pretrial conference 10/6/2026. Trial 11/17/2026.**
**Court imposes 10/2/2026 as deadline for submission of pretrial order and 10/16/2026 for all trial depositions to be completed.**
**Written order to follow.**