IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORIGA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| KYLE SLOAN, Individually, and as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan; KYLE SLOAN As Surviving Spouse of Jamie Sloan; KYLE SLOAN as Surviving Parent of Rylie Sloan; and SUSAN WEST, Individually, and as the next Friend and natural guardian of K.W., a minor | : | |
| Plaintiffs, | : | |
| v. | : | CIVIL ACTION NO. 2:22-CV-00076-LGW |
| NICHOLAS BURIST; LOCKE RELOCATIONS LLC; NATIONAL INDEMNITY COMPANY; MAYFLOWER TRANSIT LLC; JOE MOHOLLAND, INC; WESCO INSURANCE COMPANY; AND XYZ COMPANIES 1-3, | : | |
| Defendants. | | |

**NOTICE OF WITHDRAWAL PURSUANT TO LR 83.7**

Pursuant to LR 83.7, Warner S. Fox, Martin A. Levinson, and Joseph Wieseman (collectively the "Withdrawing Attorneys") of the law firm Hawkins, Parnell & Young, LLP, request withdrawal as attorneys of record for Defendant Joe Moholland, Inc. ("Moholland") and to be stricken from the record. Notice was given to Moholland's President Rob Garr on September 11, 2026, via phone call by Scott

McMickle on behalf of the Withdrawing Attorneys. McMickle Dec. ¶ 4. Mr. Garr, on behalf of Moholland, consented and agreed to the withdrawal, which was memorialized in his September 11, 2026 email. McMickle Dec. Ex. A.

More than fourteen days have passed since the initial notice to Moholland.

Scott W. McMickle and Matt R. Sessions of the law firm McMickle, Kurey & Branch, LLP will remain counsel of record for Moholland in this lawsuit.

This Notice is provided to District Judge Benjamin W. Cheesbro and duplicate to the Clerk of the Court. This Notice will be mailed to Moholland upon filing.

Respectfully submitted this 28th day of September, 2026.

**HAWKINS PARNELL & YOUNG, LLP**

*/s/ Warner S. Fox*

Warner S. Fox
Georgia Bar No. 272654
Joseph H. Wieseman
Georgia Bar No. 558182
Martin A. Levinson
Georgia Bar No. 141791

*Counsel for Defendant Joe Moholland, Inc.*

303 Peachtree Street, N.E.
Suite 4000
Atlanta, GA 30308-3243
(404) 614-7400
(855) 889-4588
wfox@hpylaw.com
jwieseman@hpylaw.com
mlevinson@hpylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2026, the foregoing ***Notice of Withdrawal Pursuant to LR 83.7*** was filed with the Clerk of Court using the CM/ECF which will send e-mail notification to all parties and current counsel of record in this matter.

**HAWKINS PARNELL & YOUNG, LLP**

*/s/ Warner S. Fox*
Warner S. Fox
Georgia Bar No. 272654

*Counsel for Defendant Joe Moholland, Inc.*

303 Peachtree Street, N.E.
Suite 4000
Atlanta, GA 30308-3243
(404) 614-7400
(855) 889-4588
wfox@hpylaw.com