IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORIGA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| KYLE SLOAN, Individually, and as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan; KYLE SLOAN As Surviving Spouse of Jamie Sloan; KYLE SLOAN as Surviving Parent of Rylie Sloan; and SUSAN WEST, Individually, and as the next Friend and natural guardian of K.W., a minor | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| v. | : | 2:22-CV-00076-LGW |
| NICHOLAS BURIST; LOCKE RELOCATIONS LLC; NATIONAL INDEMNITY COMPANY; MAYFLOWER TRANSIT LLC; JOE MOHOLLAND, INC; WESCO INSURANCE COMPANY; AND XYZ COMPANIES 1-3, | : | |
| Defendants. | | |

**DECLARATION OF SCOTT MCMICKLE**

I, Scott McMickle, state under penalty of perjury:

1.

I am over 18 years old. The information contained in this Declaration is true and correct and based upon my personal knowledge.

2.

This Declaration is given in support of Notice of Withdrawal Pursuant to LR 83.7 filed by Warner S. Fox, Joseph H. Wieseman, and Martin A. Levinson (collectively the "Withdrawing Attorneys").

3.

I am a partner at McMickle, Kurey & Branch, LLP. I am one of the attorneys of record for Defendant Joe Moholland, Inc. ("Moholland"). The Withdrawing Attorneys are also attorneys of record for Moholland.

4.

On September 11, 2026, I called Moholland's President, Rob Garr, on behalf of the Withdrawing Attorneys. I notified him that the Withdrawing Attorneys were requesting withdrawal as attorneys of record for Moholland. Mr. Garr consented and agreed to the withdrawal of the Withdrawing Attorneys. He sent me the attached email memorializing Moholland's consent and agreement to withdrawal of the Withdrawing Attorneys. [Ex. A.]

5.

I, along with Matt Sessions, will remain counsel of record for Moholland following withdrawal of the Withdrawing Attorneys.

I declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on this 15th day of September, 2026.

Scott McMickle

Sworn to and subscribed before me 15th day of September, 2026

notary Public

MANDY BORING NOTARY PUBLIC MY COMMISSION EXPIRES 12/28/2026 FORSYTH COUNTY, GEORGIA

# EXHIBIT A

**Wieseman, Joseph H.**

| | |
|---|---|
| **From:** | Scott McMickle <swm@mkblawfirm.com> |
| **Sent:** | Friday, September 11, 2026 9:23 AM |
| **To:** | Fox, Warner S.; Wieseman, Joseph H. |
| **Cc:** | Matt R. Sessions |
| **Subject:** | FW: July 1, 2022 Accident |

**External Email**
This message came from outside the firm.

See below. Let me know if you need anything else. Best Regards, Scott

Scott W. McMickle
McMickle, Kurey & Branch, LLP
217 Roswell Street, Suite 200
Alpharetta, GA 30009
Direct 678-824-7878
Main 678-824-7800
Cell 770-598-8976
Toll Free 877-744-4954
Fax 678-824-7801
Email swm@mkblawfirm.com

The preceding e-mail message (including any attachments) contains information that may be confidential, be protected by the attorney-client privileges, or constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

---

**From:** Garr, Rob <Rob.Garr@tailoredmove.com>
**Sent:** Friday, September 11, 2026 8:39 AM
**To:** Scott McMickle <swm@mkblawfirm.com>
**Cc:** Matt R. Sessions <msessions@mkblawfirm.com>
**Subject:** July 1, 2022 Accident

Good morning,

Joe Moholland, Inc. consents and agrees that Warner Fox, Joseph Wieseman, and Martin Levinson and the Hawkins Parnell firm will withdraw and Scott McMickle, Matt Sessions and the McMickle, Kurey & Branch firm will take over the defense of Joe Moholland, Inc. in the Sloan matter.

Please let me know if you need any additional information.

Thank you,

Rob Garr
President
Joe Moholland, Inc.