IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

KYLE SLOAN, INDIVIDUALLY; AND AS PERSONAL REPRESENTATIVE OF THE ESTATES OF RYLIE SLOAN AND JAMIE SLOAN; KYLE SLOAN AS SURVIVING SPOUSE OF JAMIE SLOAN; KYLE SLOAN AS SURVIVING PARENT OF RYLIE SLOAN; AND SUSAN WEST, INDIVIDUALLY; AND AS THE NEXT FRIEND AND NATURAL GUARDIAN OF K.W., A MINOR,

Plaintiffs,

v.

NICHOLAS BURIST; LOCKE RELOCATIONS, LLC; MAYFLOWER TRANSIT, LLC; JOE MOHOLLAND, INC.; PAYNE, INC. AND XYZ COMPANIES 1-3,

Defendants.

CIVIL ACTION FILE NUMBER 2:22-cv-00076-LGW

**NICHOLAS BURIST'S DEPOSITION DESIGNATIONS**

December 12, 2023, Deposition of Nicholas Burist:

Page 9 line 23 to page 13 line 2.

Page 13 lines 18 to page 15 line 2.

Page 15 line 14 to page 20 line 14.

Page 28 lines 11 to 19.

Page 31 lines 14 to 15.

Page 35 line 7 to page 37 line 5.

Page 38 lines 2 to 17.

Page 40 lines 6 to 17.

Page 43 line 6 to page 44 line 24.

Page 49 lines 11 to 22.

Page 52 line 14 to page 54 line 15.

Page 56 line 1 to page 57 line 3.

Page 57 line 7 to page 58 line 1.

Page 74 line 22 to page 75 line 1.

Page 75 lines 24 to 25.

Page 76 line 1 to page 77 line 21.

Page 100 line 10 to page 103 line 20.

Page 104 lines 2 to 21.

Page 105 line 7 to 108 line 4.

Page 115 line 22 to page 116 line 17.

Page 123 lines 1 to 10.

Page 135 lines 10 to 23.

Page 168 lines 16 to 20.

Page 179 line 17 starting at "Did you have a CDL" . . . to 19

Page 180 lines 1 to 8.

Page 181 line 15 to page 182 line 1.

Page 198 line 25 to page 200 line 7.

Page 224 line 6 to page 226 line 21.

Page 230 line 16 to page 231 line 4.
Page 284 lines 3 to 19.

Page 290 line 14 to 295 line 1.

Page 298 line 23 to page 301 line 1.

Page 303 line 23 to page 304 line 10.

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

/s/ *Grant B. Smith*
GRANT B. SMITH, ESQ.
Georgia bar number 658345
Attorneys for Defendant Nicholas Burist

3344 Peachtree Road, N.E., Suite 2400
Atlanta, Georgia 30326
(404) 876-2700
(404) 591-9626
Gbsmith@wwhdg.com
Rfisher@wwhgd.com

**CERTIFICATE OF SERVICE**

I electronically filed NICHOLAS BURIST'S DEPOSITION DESIGNATIONS with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Charles Hodge, Esq.
T. Ryan Langley, Esq.
Matthew T. Foss, Esq.
Hodge & Langley Law Firm
229 Magnolia Street
Spartanburg, South Carolina 29306
chodge@hodgelawfirm.com
rlangley@hodgelawfirm.com

Joseph Padgett, Esq.
Joshua H. Dorminy, Esq.
Roden Law
333 Commercial Drive
Savannah, Georiga 31406
jpadgett@rodenlaw.com
jdorminy@rodenlaw.com

Joseph J. Steffen, Jr., Esq.
Brandy Scott Mai, Esq.
Law Office of Jospeh J. Steffen, Jr.
223 W. York Street
Savannah, Georgia 31401
joe@joesteffen.com
brandy@joesteffen.com

Payton Dewel Bramlett, Esq.
Boyd & Jenerette, PA
33 Bull Street, Suite 100
Savannah, Georgia 31401
pbramlett@boydjen.com

Joseph H. Wieseman, Esq.
Warner S. Fox, Esq.
Martin A. Levinson, Esq.
Hawkins Parnell & Young, LLP
303 Peachtree Street NE Suite 4000
Atlanta, Georgia 30308
jwieseman@hpylaw.com
wfox@hptylaw.com
mlevinson@hptylaw.com

Scott W. McMickle, Esq.
Matthew R. Sessions, Esq.
McMickle, Kurey & Branch, LLP
217 Roswell Street, Suite 200
Alpharetta, Georgia 30009
swm@mkblawfirm.com
msessions@mkblawfirm.com

James M. Elliott, Jr., Esq.
Charles Hansell Watt, IV, Esq.
Elliott, Blackburn & Gooding, P.C.
3016 North Patterson Steet
Valdosta, Georgia 31602
jelliott@ebbglaw.com
hansellwatt@elliottblackburn.com

Brantley Cole Rowlen, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
24 Drayton Street, Third Floor
Savannah, Georgia 31401
brantley.rowlen@lewisbrisbois.com
Todd R. Ehrenreich, Esq.
Jeffrey R. Geldens, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
2 Alhambra Plaza, Suite 1110
Coral Gables, Florida 33134
todd.ehrenreich@lewisbrisbois.com
jeffrey.geldens@lewisbrisbois.com

Stephen K. McDonald, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
Bank of America Plaza
600 Peachtree St, NE, Suite 4700
Atlanta, Georgia 30308
Stephen.McDonald@lewisbrisbois.com

James E. Gilson, Esq.
Hall Booth Smith, P.C.
191 Peachtree Steet, N.E., Suite 2900
Atlanta, Georgia 30303
jgilson@hallboothsmith.com

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

This 1st day of October, 2026.

/s/ *Grant B. Smith*
GRANT B. SMITH, ESQ.
For the Firm