IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| KYLE SLOAN, INDIVIDUALLY; AND AS PERSONAL REPRESENTATIVE OF THE ESTATES OF RYLIE SLOAN AND JAMIE SLOAN; KYLE SLOAN AS SURVIVING SPOUSE OF JAMIE SLOAN; KYLE SLOAN AS SURVIVING PARENT OF RYLIE SLOAN; AND SUSAN WEST, INDIVIDUALLY; AND AS THE NEXT FRIEND AND NATURAL GUARDIAN OF K.W., A MINOR,<br><br>Plaintiffs,<br><br>v.<br><br>NICHOLAS BURIST; LOCKE RELOCATIONS, LLC; MAYFLOWER TRANSIT, LLC; JOE MOHOLLAND, INC.; PAYNE, INC. AND XYZ COMPANIES 1-3,<br><br>Defendants. | CIVIL ACTION FILE NUMBER 2:22-cv-00076-LGW |

**DEFENDANT NICHOLAS BURIST'S OBJECTION TO PLAINTIFF'S EVIDENCE LIST**

Defendant Nicholas Burist objects to Plaintiffs' Evidence list as follows:

Exhibit 87 "Georgia Traffic Tickets for Nicholas Burist". Exhibit 87 in Plaintiffs' attachments does not include any traffic tickets for Burist and Burist objects to the extent these were not produced in discovery. Also, Plaintiff does not claim negligent hiring or entrustment and these are not relevant to any issue for the jury to try. Rule 401 of the Federal Rules of Evidence. Mr. Burist's driving record is impermissible character evidence. Rule

401 of the Federal Rules of Evidence. Any probative value of Mr. Burist's driving record is outweighed by prejudice to Mr. Burist under Rule 403 of the Federal Rules of Evidence.

Exhibit 157 "Burist Criminal Trial Transcript."

The transcript of Mr. Burist's criminal trial is not relevant to any issue for the jury to try. Rule 401 of the Federal Rules of Evidence. The any probative value of the Transcript is outweighed by prejudice to Mr. Burist. Rule 403 of the Federal Rules of Evidence. The transcript would constitute improper impeachment. Rule 609 of the Federal Rules of Evidence.

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

/s/ Grant B. Smith
GRANT B. SMITH, ESQ.
Georgia bar number 658345
Georgia bar number 703213
Attorneys for Defendant Nicholas Burist

3344 Peachtree Road, N.E., Suite 2400
Atlanta, Georgia 30326
(404) 876-2400
(404) 591-9626
Gbsmith@wwhdg.com
Rfisher@wwhgd.com

**CERTIFICATE OF SERVICE**

I electronically filed **DEFENDANT NICHOLAS BURIST'S OBJECTION TO PLAINTIFF'S EVIDENCE LIST** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Charles Hodge, Esq.
T. Ryan Langley, Esq.
Matthew T. Foss, Esq.
Hodge & Langley Law Firm
229 Magnolia Street
Spartanburg, South Carolina 29306
chodge@hodgelawfirm.com
rlangley@hodgelawfirm.com

Joseph Padgett, Esq.
Joshua H. Dorminy, Esq.
Roden Law
333 Commercial Drive
Savannah, Georiga 31406
jpadgett@rodenlaw.com
jdorminy@rodenlaw.com

Joseph J. Steffen, Jr., Esq.
Brandy Scott Mai, Esq.
Law Office of Jospeh J. Steffen, Jr.
223 W. York Street
Savannah, Georgia 31401
joe@joesteffen.com
brandy@joesteffen.com

Payton Dewel Bramlett, Esq.
Boyd & Jenerette, PA
33 Bull Street, Suite 100
Savannah, Georgia 31401
pbramlett@boydjen.com

Scott W. McMickle, Esq.
Matthew R. Sessions, Esq.
McMickle, Kurey & Branch, LLP
217 Roswell Street, Suite 200
Alpharetta, Georgia 30009
swm@mkblawfirm.com

msessions@mkblawfirm.com

James M. Elliott, Jr., Esq.
Charles Hansell Watt, IV, Esq.
Elliott, Blackburn & Gooding, P.C.
3016 North Patterson Steet
Valdosta, Georgia 31602
jelliott@ebbglaw.com
hansellwatt@elliottblackburn.com

Brantley Cole Rowlen, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
24 Drayton Street, Third Floor
Savannah, Georgia 31401
brantley.rowlen@lewisbrisbois.com

Todd R. Ehrenreich, Esq.
Jeffrey R. Geldens, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
2 Alhambra Plaza, Suite 1110
Coral Gables, Florida 33134
todd.ehrenreich@lewisbrisbois.com
jeffrey.geldens@lewisbrisbois.com

Stephen K. McDonald, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
Bank of America Plaza
600 Peachtree St, NE, Suite 4700
Atlanta, Georgia 30308
Stephen.McDonald@lewisbrisbois.com

James E. Gilson, Esq.
Hall Booth Smith, P.C.
191 Peachtree Steet, N.E., Suite 2900
Atlanta, Georgia 30303
jgilson@hallboothsmith.com

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

This 2nd day of October, 2026.

/s/ *Grant B. Smith*
GRANT B. SMITH, ESQ.
For the Firm