# Corporate Structure

## UniGroup and Subsidiaries Organization Chart




10.22.24