OLDR400 V/O INFORMATION GEN INFO LF0M
COMMAND: 07/05/22
V/O ID: M22132 STATUS: CANCELLED 04/29/22 AB5: N
NAME: **BURIST, NICHOLAS D**
TYPE: 2 AGENT V/O FOR AGENCY: M00333 JOE MOHOLLAND MOVING

**QUALIFICATIONS:** CONTACT NUMBERS
LIC EXPIRES..: 07/06/25 PHON:
CELL: 757-320-6533
PHYS DUE.....: 09/16/22 PAGE:

DRVR COMM: N COMM PHONE: HHGD UPD PERFORMANCE: Y 04/06/18
EFF DATE: S.P. RATING CALCULATED: N
S.P. UPDT PERFORMANCE : N

| **ROLLING 12/MO** | OVRL RATG | RAW SCR | LINE HAUL | SHPM | CLMS | CUST SRVY | UPDT % | | |
|---|---|---|---|---|---|---|---|---|---|
| HHGD | 3 | 3.20 | 292998 | 91 | 7.86 **5** | NR | 0.00 **5** | MILES: | 45904 |
| S.P. | | *NR* | 0 | 0 | | | | PNTS : | 2.7 |
| TOTAL | | | 292998 | 91 | | | | SPR : | 17001 **1** |

HHGD PREV RATG: 4 EFF: 05/03/22
S.P. PREV RATG: EFF: 12/11/20
PF1=HELP PF3=END ENTER PF12=CANCEL

PLTS
EXHIBIT 8
WITNESS Jones
DATE 5-10-23
Rptr JES

```
DR220-OLDR220     VAN/OPER#: M22132               DR PAGE 1                  LF0M
COMMAND:                        CANCELLED>04/29/22                         07/05/22

SSN...: *** ** 1543                  CELL PHONE: 757 320 6533 BIRTHDATE: 07061979
NAME: BURIST                      SUF:     FRST: NICHOLAS                   MI: D
ADDRSS: 3005 ROANOKE AVE                  LINE2:
CITY..: NEWPORT NEWS                      STATE: VA  ZIP: 23607      US CTZN: Y
EMERGENCY INFO: RESTRICTED
AGENT..: 00333 HR:     ACCOUNT...:       VO TYPE: 2  AGT-V/O F/L M:    FLEET: M
AGT QUAL DT: 121120    PRIOR DRVG:           SPONSOR:        EFF DATE:
VL  QUAL DT: 030515    START DATE: 121120    COMP CD: 21     EFF DATE: 121120
                                             HHG RTG:  3     EFF DATE: 050322
QUALIFICATIONS: TEMPORARY FROM.:        TO:
LIC EXPIRES..: 070625         CDL# T61931071             ST: VA  CLASS: A
                              LAST MVR..: 111921
PHYS DUE.....: 091622
BOBTAIL INS            NA     SUBSTANCE TEST...: 112420  CAUSE: DQ  PREQUAL
W/C     INS            NA
WC2/OCC-ACC                      FSTK:                 ICOA:    EC: N
CNTGNT LIAB
CANCEL..DATE: 042922 CODE: AC   AGENT CANCELLED         ELIGIBLE REINSTATE: Y
COMMENTS:                                                                   VA
PF1=HELP PF3=UPD/END                 PF8=NEXT PAGE PF9=REFRESH PF12=CANCEL ENTER
```

DR230-OLDR230 VAN/OPER#: **M22132** **DR** PAGE 2*** LFOM
**CANCELLED>04/29/22** 07/05/22

NAME: **BURIST, NICHOLAS D** V/O SSN..: *****-**-1543**

**LEGAL INFORMATION:** FEIN OR SSN..: EXEMPT:
NAME: NAME2:
ADDR: ADDR2:
CITY: STATE: ZIP CODE:

---

| **AWARDS/HONORS** | | **CERTIFICATIONS** | | **TRAINING** | |
|---|---|---|---|---|---|
| **DATE** | **AWARD** | **DATE EXP** | **CERTIFICATION** | **DATE** | **DESCRIPTION** |

| **S** | **MONITORS & SUSPENSIONS** | | | | | |
|---|---|---|---|---|---|---|
| **M** | **START** | **END** | **CD** | **REASON** | **USER ID** | **OTHER DRIVER IDS** |
| S | 04-27-18 | 04-27-19 | OT | OTHER | TNRM1 | MPQXXXX |

PF1=HELP PF3=UPDATE/END **PF7=PAGE BK** PF9=REFRESH PF12=CANCEL ENTER
**NO LEGAL INFORMATION RECORDED**

DR260-OLDR260 **VAN OPERATOR SSN BROWSE ** LF0M

07/05/22

**D = DISPLAY** SOC SEC # *****-**-1543** **PAGE 1 OF 1**

| **SELECT** | **NAME** | **C** | **V/O #** | **TYPE** | **AGENT** | **QUAL DATE** | **CANCEL DATE** | **ELIG REIN** |
|---|---|---|---|---|---|---|---|---|
| . | BURIST, NICHOLAS D | M | 22132 | AGT-/VO | 00333 | 12-11-20 | 04-29-22 | Y |
| | | AC AGENT CANCELLED | | | | | | |
| . | BURIST, NICHOLAS D | M | 22132 | AGT-/VO | 00333 | 05-23-17 | 05-15-18 | Y |
| | | DH DELETED | | | | | | |
| . | BURIST, NICHOLAS D | M | 22132 | AGT-/VO | 00417 | 03-05-15 | 05-09-17 | Y |
| | | AS AGENT SWITCH | | | | | | |
| . | BURIST, NICHOLAS D | M | PQXXXX | AGT-/VO | 00417 | 03-05-15 | 03-05-15 | Y |
| | | PN PREQUAL-INCOMPLETE | | | | | | |
| . | | | | | | | | |

PF1=HELP PF3=END PF7=BACK PF8=FORWARD PF9=REFRESH PF12=CANCEL ENTER

TP110-OLTP110 LF0M
COMMAND==> **SELECT ACCIDENT AND PRESS ENTER** 07/05/22

NAME: **BURIST, NICHOLAS D** **TOTALS: NON-PREVNTBLE:**
SSN.: ***-**-1543 **PREVNTBLE:**

| VAN OPER# | AGENT | ACDT NBR | PRV | CLS | DATE | TIME | DOT STATE | CAUSE |
|---|---|---|---|---|---|---|---|---|

F1=HELP PF3=END PF7=BACK PF8=FORWARD PF12=CANCEL ENTER
**NO ACCIDENTS FOR DRIVER ******

-

DP520-OLDP520 PLANNING & DISPATCH LF0M
COMMAND==> DRIVER ORDER HISTORY 07/05/22

NAME: **NICHOLAS BURIST** PAGE: 1
DRIVER ID: M22132 HISTORY: 060122 THRU: 070122 OF: 1

| SEL COD | O T | ORDER NUMBER | POS | ORIGIN CITY | ST | DEST CITY | ST | DELV DATE | REGD MILES | WGHT CUBE | DIST ADJ | T S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

PF1=HELP PF3=END PF4=CANCEL PF7=UP DF8=DW PF9=TOP ENTER=PROCESS
**THIS IS THE FINAL PAGE OF VIEWING.** M= **98**