**Misty L. Coffman, RN, MSCC, CNLCP**
**National Life Care Planning Experts, LLC**
1029 Peachtree Parkway N Suite #164
Peachtree City, GA 30269
(480) 527-6420
mcoffman.AZMLC@gmail.com

## ***AREAS OF EXPERTISE***

Life Care Plan Expert Witness, Medical Cost Projections, Medical Bill Reviews, Medical Record Review, Case Analysis, Negligence Reviews, Nurse Case Strategist, Medical Research, Medicare Set-aside Allocation Expert, Catastrophic Case Management, Medical Coding and Billing.

## ***LICENSES, CERTIFICATIONS and CREDENTIALING***

Registered Nurse, State of Arizona:
2005 – 2023, multistate
2024 – present, single state
Arizona State Board of Nursing

Registered Nurse, State of Georgia:
2024 – present, multistate
Georgia Board of Nursing

Registered Nurse, State of Ohio (past):
1992 – 2025
Ohio State Board of Nursing

Registered Professional Nurse, State of Pennsylvania (past): 1989-1994
Pennsylvania State Board of Nursing

Certified Medicare Set-aside Consultant (MSCC), 2012 - Present

Certified Nurse Life Care Planner, Certificate Number: 1180919, 2018-Present

## ***EDUCATION***

| | |
|---|---|
| Kelynco (Home Study)<br>Draper, Utah | Life Care Planning (120 CEUs)<br>2016 |
| University of Florida (Online)<br>Gainesville, Florida | Medicare Set-Aside Program (120 CEUs)<br>2012 |
| Vickie Milazzo Institute<br>Home Study and Chicago, IL | Certified Legal Nurse Consultant<br>2005 |
| Jacksonville University (Online)<br>Jacksonville, Florida | Bachelor Degree of Science in Nursing<br>Attended in 2004; BSN not completed |
| Nursing Continuing Education | 1992- Present |
| Community College of Philadelphia<br>Philadelphia, Pennsylvania | Associates of Applied Science; Registered Nurse<br>1987-1989 (graduated May 1989) |
| US Navy Hospital Corps School<br>Great Lakes, Illinois | Sep – Dec 1985 |
| Brigham Young University<br>Provo, Utah | Attended 1983 - 1985; Liberal Arts Focus |

## ***PROFESSIONAL MEMBERSHIPS AND AFFILIATIONS***

- American Association of Nurse Life Care Planners (AANLCP)
  - Board Member and Past-President, American Association of Nurse Life Care Planners (2024)
  - Board Member and President, American Association of Nurse Life Care Planners (2023)
  - Board Member and President-Elect, American Association of Nurse Life Care Planners (2022-2023)
  - Chair, Outreach Committee, American Association of Nurse Life Care Planners (November 2022 - April 2023)
  - Committee Member, Journal of Nurse Life Care Planning (2022 – 2024)
  - Committee Member, American Association of Nurse Life Care Planners, Scope and Standards of Practice (2023-2024)
- American Nurses Association (ANA)

## ***PROFESSIONAL EXPERIENCE***

Nurse Life Care Planner (2016 - present)

Certified Nurse Life Care Planner – Universal Life Care Planning Certification Board (ULCPCB)

Areas of Expertise:

- Development of comprehensive, evidence-based life care plans
- Review, analysis and evaluation of opposing life care plans
- Medical bill reviews
- Medical cost projections
- Expert testimony in both state and federal court

Expert Witness Experience

Extensive experience providing expert testimony and consultation in state and federal litigation, including the National Vaccine Injury Compensation Program and proceedings before the Office of Special Masters. Demonstrated ability to communicate complex medical and economic concepts clearly and objectively to legal professionals and triers of fact.

Medicare Set-Aside Allocator (2012 - present)

Credentialed as a Medicare Set-aside Certified Consultant through the International Commission on Health Care Certification ("IHCC"). This certification is designed to identify professionals who have achieved specific pre-approved training in Medicare set-aside trust arrangements and have demonstrated a breadth of knowledge regarding the development and application of the Medicare set-aside trust arrangement process. This credential is designed to express to the consumer that the person holding the MSCC credential has agreed to come under the scrutiny of a certifying review board ("IHCC") to be peer reviewed, and to adhere to a set of standards governing ethics and professional behaviors.[1] Prepared over 250 Medicare Set-aside allocations submitted to and approved by Medicare in conjunction with workers' compensation settlements.

Legal Nurse Consultant (1997 – 2021)

Non-Testifying Consulting Services Include:

- Identification and procurement of medical experts for affidavits and/or rebuttals
- Medical coding and billing analysis for healthcare providers
- Summarization of physician and expert opinions for disclosure preparation
- Research and interpretation of nursing standards of care
- Deposition preparation and attendance support
- Deposition and medical record summarization
- Development of medical chronologies and event timelines for demonstrative evidence

---

[1] International Commission on Health Care Certification. "Medicare Set-aside Certified Consultant" (MSCC) Medicare Set-aside Certified Consultant™ (MSCC™) (ichcc.org) Date accessed: October 15, 2021.

- Preparation of summary sections for complaints and initial disclosure statements
- Drafting of settlement demand letters
- Organization and preparation of attorney binders for disclosure and trial use
- Assistance with mock trial preparation and presentation

Testifying Expertise as a Registered Nurse:
Testifying nurse expert witness regarding nursing standards of care (long term care, elder abuse, and hospital environments).

| | | |
|---|---|---|
| Vocational Diagnostics, Inc.<br>Phoenix, Arizona | Legal Nurse Consultant | 2010 - 2011<br>2016 - 2017 |

Life Care Plan research, analysis of medical records and medical cost projections; prepare chronologies and case summaries; medical research; prepare summaries of witness and expert depositions, medical bill reviews and medical cost projections; research charges and fees; draft letters to providers; and consult with other expert witnesses assigned to the case.

| | | |
|---|---|---|
| Protocols/NuQuest<br>Full time remote position | Medicare Set-Aside Allocator | 2015 |
| Law Firm (Defense)<br>Tempe, Arizona | Legal Nurse Consultant | 2014 – 2015 |
| General Dynamics<br>Phoenix, Arizona | Nurse Case Manager/ADA Compliance<br>OSHA Compliance/FMLA | 2013 |
| Scottsdale Healthcare (92nd & Shea)<br>Scottsdale, Arizona | Medical/Surgical Float Pool | 2006 – 2007 |
| Medical Staffing Network<br>Ohio and Arizona | Per Diem Nurse, Medical/Surgical<br>Gastric Bypass & Plastic Surgery | 2005 |
| Adams Lane Care Center<br>(A Zandex Healthcare Facility)<br>Zanesville, Ohio | Director of Nursing (DON)<br>Weekly case management meetings<br>for catastrophic and acute injuries | 2002 - 2004 |
| Occupational Medicine Center of Muskingum County/Medical Testing Group (businesses merged)<br>Zanesville, Ohio | Director of Nursing/Owner<br>Acute workplace injury management | 1999 - 2005 |
| Zandex Healthcare<br>Zanesville, Ohio | Corporate Compliance Officer for a chain of seven nursing homes (dual certification) | 1995 - 1997 |
| Adams Lane Care Center<br>(A Zandex Healthcare Facility) | Manager of Skilled Care/Assistant DON<br>Skilled Services/case management oversight | 1993 -1995 |
| JSA (Occupational Health Contractor) | Occupational Health Nurse at Philadelphia Naval Shipyard | 1992 - 1993 |
| Hospital Environment(s)<br>Philadelphia, Pennsylvania<br>Wynnewood, Pennsylvania | Per Diem Nurse, Medical/Surgical/Oncology<br>Pediatrics, Orthopedics | 1989 - 1992<br>1990 - 1991 |
| United States Navy (active and reserve) | Hospital Corpsman | 1985 - 1991 |

## ***PRESENTATIONS***

- *"Introduction to QuickBooks for Self-Employed Life Care Planners."* American Association of Nurse Life Care Planners, On-Demand Webinar, June 11, 2025.
- *"Understanding The National Vaccine Injury Compensation Program."* American Association of Nurse Life Care Planners, On-Demand Webinar, August 17, 2023.
- *"How to Improve Your Business Model & Get Where You Want to Be."* American Association of Nurse Life Care Planners Annual Conference, Las Vegas, NV. March 2019.
- *"Life Care Plans – Who, What, When and Why."* National Federation of Paralegal Association, Inc., Webinar, April 2018.
- *"Arizona Medical Records Law."* Lorman Education Services, Webinar, December 2017.
- *"Meticulous Review of the Medical Records to Ensure that the MSA is not Over-funded."* Lorman Education Services, Phoenix, AZ, August 2012.
- *"Medico-Legal Aspects of Documentation."* American Society of Ophthalmic Registered Nurses Annual Meeting, Tucson, AZ, October 2010.
- *"The Minimum Data Set: What Can It Tell Me?"* Lorman Education Services: Nursing Home and Assisted Living Litigation in Arizona, Phoenix, AZ, October 2007.
- *"MDS Assessments, What Can They Tell Me?"* American Association of Legal Nurse Consultants Annual Convention, San Antonio, TX, May 2007.
- *"I Have the Medical Records, Now What?"* Arizona Paralegal Association, Phoenix, AZ, Fall 2006.
- *"Defensive Charting for Long Term Care."* 3rd Annual Conference for Long Term Care Professionals, Phoenix, AZ. May 2006.
- *"Happy Workers are Drug Free."* 11th Annual Ohio University Human Resource Institute: Hiring and Retaining Great Employees, Zanesville, Ohio, June 2005.

## ***PUBLICATIONS***

Coffman, M. (2024). Navigating Ethical Responsibilities: The Importance of Conflict Checks for Life Care Planners. *Journal of Nurse Life Care Planning, Ethics and Consideration*. (Summer 2024).

Coffman, M., & Wilkinson, K. (2023). *LNC Professional Course Module 22: Life Care Plans*. American Association of Legal Nurse Consultants. https://aalnc.com

Coffman, M. (2023). *Gluten Free Baking and Cooking: How to avoid cross-contamination.* CreateSpace Independent Publishing Platform. Available at Amazon.

Coffman, M. (2022) Methodology Memo: Preparation of Life Care Plans in the Litigation Environment. *Journal of Nurse Life Care Planning. Expert Witnessing & Testimony*, (Spring 2022).

Revised: May 11, 2026