Analysis, Inc.

Colorado Florida

# Philip J. Smith
## Curriculum Vitae

### EMPLOYMENT

| | |
|---|---|
| *2000-Present* | *President, Analysis, Inc., St Pete Beach, FL*<br>Testifying ASE Certified Master Technician and truck driving expert. Extensive experience in the inspection examination and investigation of mechanical systems. Consultant on driver's actions, responsibilities, qualifications, training, compliance and safety. CDL examiner. Accepted in both State and Federal Courts. |
| *2000-2014* | *President, Applied Vehicle Data, Inc., Grand Junction, CO, Tempe, AZ, St Pete Beach, FL*<br>Encompasses the manufacturing of an applied patented electronic data acquisition device for the testing of tractor-trailer air brakes. |
| *2003-2012* | *Safety Manager, State Line Trucking Fruita, CO* |
| *2005-2009* | *Manager, Analysis, LLC*<br>Truck Leasing |
| *2001-2009* | *Driver, Stafford Construction, Grand Junction, CO*<br>Intermittent driver for heavy haul equipment. |
| *1996-2000* | *Vehicle Specialist, Ruhl and Associates - Forensic, Inc., Grand Junction, CO*<br>ASE Certified Master Technician who inspects, examines and investigates mechanical systems on automobiles, light, medium and heavy trucks and trailers. |
| *1996-1997* | *General Manager, Prairie International Trucks, Inc., Champaign, IL*<br>Responsible for truck and trailer sales (new and used), service and parts sales. Set up and managed a semi-trailer sales and repair facility. Set up and implemented remote on-site contract maintenance department in Rantoul, Illinois for a private trucking company. |
| *1993-1996* | *General Manager, Prairie International Trucks, Inc., Springfield, IL*<br>Overall manager of fleet department that maintained State of Illinois vehicles, salvage department and collision repair facility. |
| *1991-1993* | *Service Director, Heintzelman's Truck Center, Inc., Orlando, FL*<br>Management of large full line service department. |
| *1989-1990* | *General Manager, Prairie International Trucks, Inc., Champaign, IL*<br>Managed day to day operations of entire dealership and carried out assigned projects relating to all aspects of the dealership. |
| *1989-1989* | *Consultant, Self-employed, Springfield, IL*<br>Set up and implemented a system of completing and submitting warranty claims for vendors of all locations of Prairie International Trucks, Inc. Coordinated the billing and reconciling of |

payments from associated vendors including Navistar, Caterpillar, Cummins, Detroit Diesel, and Allison Transmissions.

*1987-1989* *Technician, Central Illinois Trucks, Inc., Rochester, IL*
Worked part-time as a technician for a newly established branch of an existing Freightliner Truck Dealership, while completing a college degree.

*1981-1987* *Assistant Service Manager, Crossroads Ford Truck Sales, Inc., Springfield, IL*
Began employment as a line technician, then became an ASE Certified Master Technician, promoted to Assistant Service Manager.

*1980-1981* *Technician, Smith Distributors, Inc., Raymond, IL*
Line mechanic in charge of fleet maintenance for approximately 20 tractors and 40 trailers.

*1977-1986* *Truck Driver, Smith Distributors, Inc., Raymond, IL*
Short haul driver. Hauled various products that included livestock, gravel, bagged and bulk products.

**EDUCATION**

Parks College of St. Louis University, Lincoln Land Community College, Springfield, Illinois, Parkland Community College, Champaign, Illinois.

Associate Degree in Diesel Technology, Denver Automotive and Diesel College, Denver, Colorado.

**LICENSING**

Currently holding CDL-A with Tanker and Hazmat endorsements.
Texas Department of Public Safety – Texas Private Security Bureau

**SPECIAL TRAINING**

TXTA Crash Preventability
Trucking Issue Updates (American Trucking Association)
Minimum Training Requirements for Entry-Level Commercial Motor Vehicle Operators (Entry Level Driving Training - ELDT) (Federal Motor Carrier Safety Administration)
Introduction to the Electronic Logging Device Rule and Implementation Plan (EDL) (Federal Motor Carrier Safety Administration)
Meritor Wabco Collision Mitigation System Simulator training (Meritor Wabco)
Meritor Wabco OnGuardActive Collision Mitigation System Simulator Training (Meritor Wabco)
Meritor Wabco OnLane Lane Departure System Simulator Training (Meritor Wabco)
National Safety Council and TXDot - Our Driving concern: Train the Trainer
TMTA Safety Supervision of Motor Fleets
North American Transportation Management Institute – Certified Director of Safety
North American Transportation Management Institute – Certified Safety Supervisor
North American Transportation Management Institute – Managing Motor Fleet Safety Programs

U.S. DOT Motor Carrier Safety Compliance
Post Collision Commercial Motor Vehicle Inspection In Reconstruction Analysis
Vetronix Crash Data Retrieval System Technician
Vetronix Crash Data Retrieval System Data Analyst
Technology and Maintenance Council
Graduate, Traffic Accident Investigation II, Northwestern University, Evanston, Illinoi
Graduate, Traffic Accident Reconstruction I, Northwestern University, Evanston, Illinois
Commercial Vehicle Accident Investigator
Department of Transportation Vehicle Inspections
Fleet Maintenance Analysis
Federal Motor Carrier Safety Regulation Compliance Analysis
Cummins Diesel Engine Training
Detroit Diesel Engine Training
Caterpillar Diesel Engine Training
Bendix Comprehensive Air Brake System Training – Operation and maintenance of heavy vehicle air brake system and components.
Allison Automatic Transmission Training
Ford Motor Company Systems Training
Detroit Diesel Data Extraction Training
Cummins Insite 6 Qualification Training

**SPECIAL TRAINING Cont'd**

Transportation Megaconference VI
International Association of Accident Reconstruction Specialists, 23rd Annual Conference

**CERTIFICATIONS**

ASE Certified Master Automobile, School Bus, Light, Medium and Heavy Truck Technician
U.S. Department of Transportation – Transportation Safety Institute
*Train the Trainer*, Meritor Training Program featuring Meritor's entire product line including WABCO Air Brakes, WABCO Antilock Braking Systems and Meritor Foundation Brakes
Bendix Air Brake Systems and Bendix Antilock Brake Systems
Midland-Grau Antilock Brake Systems, OEM and Retrofit Systems
SAE Seminar, Braking Performance of Heavy Commercial Vehicles
Detroit Diesel Data Extraction
Cummins Insite 6 Qualification
Vetronix Crash Data Retrieval Specialist

**PROFESSIONAL ASSOCIATIONS**

North American Transportation Management Institute (NATMI)
National Association of Professional Accident Reconstruction (NAPARS)
National Safety Council (Firm Membership)
Society of Automotive Engineers (SAE)
Texas Association of Accident Reconstruction Specialists (TAARS)
Commercial Vehicle Safety Alliance (CVSA)
SAE J2728 HBEDR Sub-Committee
Technology & Maintenance Council (TMC)
Texas Motor Transportation Association (TMTA)

**PUBLICATIONS**

Smith, Philip J., Reust, Timothy J., Morgan, James M., "Method to Determine Vehicle Speed During ABS Brake Events Using Heavy Vehicle Event Data Recorder Speed" SAE Paper 2010-01-0999.

Smith, Philip J., Robertson, Craig V., and Ruhl, Roland L., "A Prototype Computer Based Test System to Test Commercial Vehicle Air Brake Systems: Application and Test Results," SAE Paper 1999-01-3782, 1999 SAE International Truck and Bus Meeting and Exposition, Detroit, MI, November 15-17, 1999.

Smith, Philip J., Co-author, "Truck and Trucking Handbook, A Primer," May 2000.

**PRESENTATIONS**

Swift Transportation presentation, August 2020
Swift Transportation ECM and pre-trip presentation, December 2017
Arizona Motor Carrier CLE ECM Presentation, December 2011
Southwestern Association of Technical Accident Investigator March, 2010
Texas Bar ECM Presentation, October 31, 2008
Ontario Provincial Police (OPP) October 20-24, 2008
People Net Users Conference, 2006
People Net ECM presentation, 2005
Texas Motor Transportation Association, ECM 2004
Texas Bar Trucking presentation, 2004
A Prototype Computer Based Test System to Test Commercial Vehicle Air Brake Systems: Application and Test Results, SAE 1999-01-3782, 1999 SAE International Truck and Bus Meeting and Exposition, Detroit, MI, November 15-17, 1999
ATA Litigation, Conference on Highway Accident Litigation, 1997

12-2022