**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

KYLE SLOAN, et. al.

Plaintiffs,

v.

MAYFLOWER TRANSIT LLC; et. al.

Defendants.

CASE NO: 2:22-cv-0076-LGW-BWC

**DEFENDANT MAYFLOWER TRANSIT, LLC'S**
**PROPOSED JURY QUESTIONS**

**1.** Have any of you heard of the Plaintiff's lawyers in this case Charles Hodge and Camden Hodge with the Hodge Law firm in Spartanburg, South Carolina, Ryan Langley and Matt Foss with Langley, Still & Foss in Spartanburg, South Carolina, and Joshua Dorminty with Roden Law in Savannah, Georgia?

**2.** Do any of you know any of the lawyers involved in this case, or someone who works for them?

**3.** Have any of you, or members of your family, ever worked for any of the lawyers involved in this case?

**4.** Do any of you, family or friends work in legal field? Any work for an attorney who represents plaintiffs in personal injury cases? Or a defense attorney? Anything about that experience that would affect your view of this case or service as a juror?

**5.** Do any of you know each other?

**6.** Have any of you served on a jury before? If so, was it civil or criminal? How did the case end?

**7.** Have any of you heard about this motor vehicle accident that happened July 1, 2022 on Interstate 95 in Camden County?

**8.** This case involves serious personal injury and death. Is there anything about that element of the case that would affect your view of the parties, the claims, or the case?

**9.** Have any of you had a close friend or loved one in a motor vehicle accident or some other kind of accident where you were injured (such as at a business, school, or other place)? What happened? Was there litigation? If so, how did end?

**10.** Have any of you, your close family, or friends been injured in a collision with a commercial vehicle or another motor vehicle? What kind of injuries? Did you make a claim? File a lawsuit?

**11.** If so, What happened to the lawsuit or claim?

**12.** Have any of you, your family, or friends filed a personal injury claim or lawsuit? If so, what happened and how was the claim resolved?

**13.** Is there anyone on the panel who does not drive? If so, how do you get around town or your local area?

**14.** Does anyone have experience with truckers, trucking, or the trucking industry? Please describe that experience and whether you think it affects your ability to fairly assess a dispute involving a trucking company.

**15.** Do any of you have strong opinions regarding trucking or the trucking industry?

**16.** Do any of you have experience with household goods movers that would influence your evaluation of this case?

**17.** Does anyone have an opinion or experience regarding corporate defendants (small or large businesses) that get sued, and would that opinion or experience affect your view of this case?

Respectfully submitted this 2 day of October, 2026,

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
*/s/ Stephen Kyle McDonald*
BRANTLEY ROWLEN
Georgia Bar No. 153031
STEPHEN KYLE MCDONALD
Georgia Bar No. 661387
Todd R. Ehrenreich
*Admitted Pro Hac Vice*
Jeffrey Geldens
*Admitted Pro Hac Vice*
*Counsel for Mayflower Transit, LLC*

600 Peachtree Street N.E.
Suite 4700
Atlanta, Georgia 30308
404-348-8585 Telephone
404-467-8845 Facsimile
Brantley.Rowlen@lewisbrisbois.com
Stephen.McDonald@lewisbrisbois.com
24 Drayton St., Suite 300
Savannah, GA 31401
Tel. (912) 525-4960

Todd.Ehrenreich@lewisbrisbois.com
Jeffrey.Geldens@lewisbrisbois.com

**Certificate of Service**

I CERTIFY that on October 2, 2026, I e-filed a true and correct copy of the foregoing via the Court's CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted this 2 day of 2026,

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ Stephen Kyle McDonald*
BRANTLEY ROWLEN
Georgia Bar No. 153031
STEPHEN KYLE MCDONALD
Georgia Bar No. 661387
Todd R. Ehrenreich
*Admitted Pro Hac Vice*
Jeffrey Geldens
*Admitted Pro Hac Vice*

*Counsel for Mayflower Transit, LLC*

600 Peachtree Street N.E.
Suite 4700
Atlanta, Georgia 30308
404-348-8585 Telephone
404-467-8845 Facsimile
Brantley.Rowlen@lewisbrisbois.com
Stephen.McDonald@lewisbrisbois.com

24 Drayton St., Suite 300
Savannah, GA 31401
Tel. (912) 525-4960

Todd.Ehrenreich@lewisbrisbois.com
Jeffrey.Geldens@lewisbrisbois.com