**ATTACHMENT "B-2" Defendant Joe Moholland, Inc.'s Voir Dire**

1. Have any of you heard of the Plaintiffs' lawyers in this case Charles Hodge and Camden Hodge with the Hodge Law firm in Spartanburg, South Carolina, Ryan Langley and Matt Foss with Langley, Still & Foss in Spartanburg, South Carolina, and Joshua Dorminty with Roden Law in Savannah, Georgia?

2. Have any of you heard about this motor vehicle accident that happened July 1, 2022 on Interstate 95 in Camden County.

3. Under the law the Court will give you, corporations and individuals are equals before the Court and under the law. (Pattern 3.2.2). In other words, you can't show favoritism to an individual over a corporation or vice versa.

a. Can you treat the individual plaintiffs and the corporate defendants as equals, not favoring one over the other?

b. Does the fact that a defendant is a corporation make it easier for you to conclude that the corporate defendant did something wrong as opposed to a situation where the defendant is an individual?

4. The law also says that jurors are not to be influenced by either sympathy or prejudice for anyone. (Pattern 3.2.2). This case involves the truly tragic deaths of two people, a mother and daughter, and everyone in the room is sympathetic to the family and Mr. Sloan. Can you set aside that sympathy you may feel for the

family and render a verdict that is fair to all of the parties in the Court, including the corporate defendants?

5. Have any of you lost a loved one or close friend in a motor vehicle accident or some other kind of accident? Did the accident involved a tractor trailer or commercial vehicle? What happened? Was there litigation? This case involves two fatalities.

6. Do any of you have any knowledge of or familiarity with DOT or FMCSA Inspections or Safety Audits?

7. Do any of you have any knowledge of or familiarity with the federal leasing regulations or the leasing of tractors or trailers to motor carriers?

8. Do any of you have employees or people that work for you that drive vehicles of any type for your business whether they are truck drivers or not?

a. What safeguards to you employ to try to be sure those persons drive the vehicles safely?

9. The Plaintiffs are seeking compensatory damages and punitive damages. Can you agree to follow the law and award compensatory damages as defined by the Court and seek to punish a defendant, if that is what you decide to do, through punitive damages as defined by the Court?

10. Plaintiffs have the burden of proof, and, accordingly, they get to go first in argument and presenting evidence. Are you willing to wait until all of the

evidence is presented by both sides, plaintiffs and defendants, before making any conclusions about responsibility for the accident?

11. Will you keep an open mind and give fair and respectful consideration to the views of your fellow jurors during deliberations?

12. If, after considering your fellow jurors' views, you still hold a different view on an issue you must decide, will you adhere to your own honest judgment rather than change your vote simply because others disagree?