**ATTACHMENT "B-2" Defendant Nicholas Burist's Voir Dire**

1. **Have any of you heard of the Plaintiff's lawyers in this case Charles Hodge and Camden Hodge with the Hodge Law firm in Spartanburg, South Carolina, Ryan Langley and Matt Foss with Langley, Still & Foss in Spartanburg, South Carolina, and Joshua Dorminty with Roden Law in Savannah, Georgia?**

2. **Have any of you heard about this motor vehicle accident that happened July 1, 2022 on Interstate 95 in Camden County.**

3. **Have any of you lost a loved one or close friend in a motor vehicle accident or some other kind of accident? Did the accident involved a tractor trailer or commercial vehicle? What happened? Was there litigation? This case involves two fatalities. Would that make it difficult for you to make sure each side starts off on even footing? In other words, would both sides start on the 50 yard line.**

4. **Have any of you, your close family, or friends been injured in a collision with a commercial vehicle like a tow truck, flatbed truck, tractor trailer or dump truck? Same question but involved in a collision with another motor vehicle? What kind of injuries? Miss time from work? Make a claim? File a lawsuit? What happened to the lawsuit or claim?**

5. **Are any of you, your family or friends members of Mothers Against Drunk Drivers or a similar organization?**

6. Have any of you, your family members, or close friends been affected by a drunk or impaired driver?

7. Do any of you, your family or close friends deal with substance abuse? For those that say yes, how many have been through rehab and remained sober? How many have been through rehab multiple times and continue to struggle with substance abuse?

8. Have any of you recently lost a friend or loved one by a premature death?

9. Is there anyone on the panel who does not drive? Anyone who is afraid to drive? Anyone afraid to drive around tractor trailers? Why?

10. Have any of you, your family, or friends filed a personal injury claim or lawsuit? What happened to cause the claim or lawsuit? What happened to the claim or lawsuit?

11. Do any of you deal with trucking companies or truck drivers at work? Have you had experiences with those types of companies that would make you tend to favor Plaintiff or make it difficult to treat Defendant same as Plaintiff?

12. Do any of you know each other? Have any of you served on jury before? Foreperson? What kind of case? Able to reach verdict? Enjoy process?

13. Do any of you, family or friends work in law enforcement? What do?

14. Do any of you, family or friends work in legal field? Any work for an attorney who represents plaintiffs in personal injury cases?

15. Have any of you had a bad experience with a truck driver or trucking company? What happened? Would that make it difficult for each side to start on the 50 yard line?

16. For those of you or close family who were injured in collision with any commercial truck, would you tend to favor Mr. Sloan in this case? Would it be difficult to treat Defendant same as Plaintiff in this case?

17. Based on what you have heard about this case so far, would Mr. Sloan start out with a bit of an edge over Nicholas Burist? At start of trial will both sides start at the 50 yard line or would one of us be farther up field?