**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | |
|---|---|
| KYLE SLOAN, Individually, and as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan, KYLE SLOAN as Surviving Spouse of Jamie Sloan, and KYLE SLOAN as Surviving Parent of Rylie Sloan;<br>Plaintiffs,<br>v.<br><br>NICHOLAS BURIST; LOCKE RELOCATIONS LLC; MAYFLOWER TRANSIT LLC; and JOE MOHOLLAND, INC.<br><br>Defendants. | CASE NO: 2:22-cv-0076-LGW-BWC |

**PLAINTIFFS' PROPOSED VERDICT FORM**

We, the jury, unanimously answer the questions submitted to us as follows:

1. Was the Defendant Nicholas Burist negligent by a preponderance of the evidence and, if so, was that negligence a proximate cause of damages to the Plaintiffs Kyle Sloan, individually and as personal representative of the Estates of Ryle Sloan and Jamie Sloan; Kyle Sloan as Surviving Spouse of Jamie Sloan; and Kyle Sloan as Surviving Parent of Rylie Sloan?

_______ YES _______ NO

****If you answered "YES" to Question 1, proceed to Question 2. If you answered "NO" to Question 1, stop your deliberations, and have the foreperson sign and date this form.****

**2.** Do you find that Mayflower Transit LLC was the responsible motor carrier for safety on the tractor that was operated by Nicholas Burist on July 1, 2022, by either:

A. A lease agreement between Mayflower and Locke Relocations LLC, the owner of the truck?

_______ YES _______ NO

**OR**

B. Allowing Joe Moholland, Inc. use of Mayflower's DOT operating authority as a Mayflower agent?

_______ YES _______ NO

****If you answered "YES" to either A or B, proceed to Question 3. If you answered "NO" to both A and B, stop your deliberations, and have the foreperson sign and date this form.****

3. State the full amount of damages, if any, sustained by the Plaintiffs:

A. $______________________________________Actual Damages of Kyle Sloan

B. $______________________________________ Survival Damages - Estate of Jamie Sloan

C. $______________________________________Wrongful Death Damages - Estate of Jamie Sloan

D. $__________________________________ Survival Damages - Estate of Rylie Sloan

E. $__________________________________Wrongful Death Damages - Estate of Rylie Sloan

4. Using 100% as the total, assign percentages of fault among all parties whose negligence you found to be the proximate cause of the damages.

| Party | Percentage of Fault |
|---|---|
| Mayflower Transit LLC | ___________% |
| Locke Relocations, LLC | ___________% |
| Joe Mohalland Inc. | ___________% |
| Nicholas Burist | ___________% |

SO SAY WE ALL, this _____ day of ___________________, 2026.

________________________________
Foreperson's Signature

________________________________
Foreperson's Printed Name