**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | |
|---|---|
| KYLE SLOAN, Individually, and as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan, KYLE SLOAN as Surviving Spouse of Jamie Sloan, and KYLE SLOAN as Surviving Parent of Rylie Sloan;<br>Plaintiffs,<br>v.<br><br>NICHOLAS BURIST; LOCKE RELOCATIONS LLC; MAYFLOWER TRANSIT LLC; and JOE MOHOLLAND, INC.<br><br>Defendants. | CASE NO: 2:22-cv-0076-LGW-BWC |

**MAYFLOWERS' PROPOSED VERDICT FORM**

We, the jury, unanimously answer the questions submitted to us as follows:

1. Was the Defendant Nicholas Burist negligent by a preponderance of the evidence and, if so, was that negligence a proximate cause of damages to the Plaintiffs Kyle Sloan, individually and as personal representative of the Estates of Ryle Sloan and Jamie Sloan; Kyle Sloan as Surviving Spouse of Jamie Sloan; and Kyle Sloan as Surviving Parent of Rylie Sloan?

_______ YES _______ NO

****If you answered "YES" to Question 1, proceed to Question 2. If you answered "NO" to Question 1, stop your deliberations, and have the foreperson sign and date this form.****

2. At the time of the collision was Nicholas Burist acting on behalf of, as an agent of, or in the employment of Mayflower Transit, LLC.

_________ YES __________NO

3. If your answer to 2, is yes, was Burist acting within the course and scope of such employment or agency when he crashed into Plaintiffs?

_________ YES __________NO

4. If you find negligence caused Plaintiffs' damages, state the full amount of damages, if any, sustained by the Plaintiffs:

A. $_______________________________________Actual Damages of Kyle Sloan

B. $_______________________________________ Survival Damages - Estate of Jamie Sloan

C. $_______________________________________Wrongful Death Damages - Estate of Jamie Sloan

D. $_______________________________________ Survival Damages - Estate of Rylie Sloan

E. $_______________________________________Wrongful Death Damages - Estate of Rylie Sloan

5. Using 100% as the total, assign percentages of fault among all parties whose negligence you found to be the proximate cause of the damages.

| Party | Percentage of Fault |
|---|---|
| Mayflower Transit LLC | ____________% |
| Locke Relocations, LLC | ____________% |
| Joe Mohalland Inc. | ____________% |
| Nicholas Burist | ____________% |

SO SAY WE ALL, this _____ day of ____________________, 2026.

____________________________________
Foreperson's Signature

____________________________________
Foreperson's Printed Name