GAS 187 (Rev. 07/08) Exhibit and Witness List

# United States District Court

## *Southern District of Georgia*

KYLE SLOAN, Individually, and as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan, KYLE SLOAN as Surviving Spouse of Jamie Sloan; KYLE SLOAN as Surviving Parent of Rylie Sloan.

Plaintiffs,

v.

NICHOLAS BURIST; LOCKE RELOCATIONS LLC; MAYFLOWER TRANSIT LLC; VANLINER INSURANCE COMPANY; JOE MOHOLLAND INC.; AND XYZ COMPANIES 1-3.

Defendants.

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 2:22-cv-0076-LGW-BWC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Lisa Godbey Wood | Charles J. Hodge, J. Camden Hodge, Timothy Ryan Langley, Joseph R. Padgett, Matthew T. Foss | Scott McMickle, Todd R. Ehrenreich, Stephen K. McDonald, Brantley C. Rowlen, Jeffrey R. Geldens, Michael Fogarty |
| TRIAL DATE(S)<br>November 17, 2026 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | Police Report from 7/1/22 Accident |
| | 2 | | | | Post-Accident DOT Inspection from 7/1/22 Accident |
| | 3 | | | | Joe Moholland FMCSA SMS Data as of 9/18/22 |
| | 4 | | | | Roadside Inspection Correction Documents from 6/17/22 Inspection of Burist – MAYFLOWER 158-159 |
| | 5 | | | | Agency Agreement Between Joe Moholland and Mayflower |
| | 6 | | | | Temporary Agency Agreement Between Joe Moholland and Mayflower |
| | 7 | | | | Spreadsheet Showing Mayflower Loads |
| | 8 | | | | Spreadsheet Showing Joe Moholland Loads |
| | 9 | | | | Nicholas Burist Hours of Service from 6/25/22-7/1/22 |
| | 10 | | | | Correspondence Between Joe Moholland and Samsara |
| | 11 | | | | Correspondence Between Joe Moholland and Mayflower regarding Temporary Agency Agreement |
| | 12 | | | | Contract Between Joe Moholland and Locke |
| | 13 | | | | Correspondence Between Joe Moholland and Total Military Move for 7/1/22 Loads |
| | 14 | | | | Bills of Lading for 7/1/22 Loads |
| | 15 | | | | Payment from Joe Moholland to Locke for 7/1/22 Loads |
| | 16 | | | | Limited Liability Release |
| | 17 | | | | Burist Indictment and Conviction |
| | 18 | | | | |
| | 19 | | | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 20 | | | | |
| | 21 | | | | |
| | 22 | | | | |
| | 23 | | | | |
| | 24 | | | | |
| | 25 | | | | |
| | 26 | | | | |
| | 27 | | | | |
| | 28 | | | | |
| | 29 | | | | |
| | 30 | | | | |
| | 31 | | | | |
| | 32 | | | | |
| | 33 | | | | |
| | 34 | | | | |
| | 35 | | | | |
| | 36 | | | | |
| | 37 | | | | |
| | 38 | | | | |
| | 39 | | | | |
| | 40 | | | | |
| | 41 | | | | |
| | 42 | | | | |
| | 43 | | | | |
| | 44 | | | | |
| | 45 | | | | |
| | 46 | | | | |
| | 47 | | | | |
| | 48 | | | | |
| | 49 | | | | |
| | 50 | | | | |
| | 51 | | | | |
| | 52 | | | | |
| | 53 | | | | |
| | 54 | | | | |
| | 55 | | | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 56 | | | | |
| | 57 | | | | |
| | 58 | | | | |
| | 59 | | | | |
| | 60 | | | | |
| | 61 | | | | |
| | 62 | | | | |
| | 63 | | | | |
| | 64 | | | | |
| | 65 | | | | |
| | 66 | | | | |
| | 67 | | | | |
| | 68 | | | | |
| | 69 | | | | |
| | 70 | | | | |
| | 71 | | | | |
| | 72 | | | | |
| | 73 | | | | |
| | 74 | | | | |
| | 75 | | | | |
| | 76 | | | | |
| | 77 | | | | |
| | 78 | | | | |
| | 79 | | | | |
| | 80 | | | | |
| | 81 | | | | |
| | 82 | | | | |
| | 83 | | | | |
| | 84 | | | | |
| | 85 | | | | |
| | 86 | | | | |
| | 87 | | | | |
| | 88 | | | | |
| | 89 | | | | |
| | 90 | | | | |
| | 91 | | | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 92 | | | | |
| | 93 | | | | |
| | 94 | | | | |
| | 95 | | | | |
| | 96 | | | | |
| | 97 | | | | |
| | 98 | | | | |
| | 99 | | | | |
| | 100 | | | | |
| | 101 | | | | |
| | 102 | | | | |
| | 103 | | | | |
| | 104 | | | | |
| | 105 | | | | |
| | 106 | | | | |
| | 107 | | | | |
| | 108 | | | | |
| | 109 | | | | |
| | 110 | | | | |
| | 111 | | | | |
| | 112 | | | | |
| | 113 | | | | |
| | 114 | | | | |
| | 115 | | | | |
| | 116 | | | | |
| | 117 | | | | |
| | 118 | | | | |
| | 119 | | | | |
| | 120 | | | | |
| | 121 | | | | |
| | 122 | | | | |
| | 123 | | | | |
| | 124 | | | | |
| | 125 | | | | |
| | 126 | | | | |
| | 127 | | | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 128 | | | | |
| | 129 | | | | |

** Include a notation as to the location of any exhibit not held with the case file or not available because of size.*