IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

KYLE SLOAN, INDIVIDUALLY; AND AS PERSONAL REPRESENTATIVE OF THE ESTATES OF RYLIE SLOAN AND JAMIE SLOAN; KYLE SLOAN AS SURVIVING SPOUSE OF JAMIE SLOAN; KYLE SLOAN AS SURVIVING PARENT OF RYLIE SLOAN; AND SUSAN WEST, INDIVIDUALLY; AND AS THE NEXT FRIEND AND NATURAL GUARDIAN OF K.W., A MINOR,

Plaintiffs,

v.

NICHOLAS BURIST; LOCKE RELOCATIONS, LLC; MAYFLOWER TRANSIT, LLC; JOE MOHOLLAND, INC.; PAYNE, INC. AND XYZ COMPANIES 1-3,

Defendants.

CIVIL ACTION FILE NUMBER 2:22-cv-00076-LGW

**NICHOLAS BURIST'S EXHIBIT LIST**

| DEFENDANT NICHOLAS BURIST | | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Certified Copy of Conviction and Sentence of Nicholas Burist in the Superior Court of Camden County, Georgia |
| 2 | | 09/23/2026 | | | Any exhibit listed by a party to the Pretrial Order |
| | | | | | |
| | | | | | |

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

/s/ Grant B. Smith
GRANT B. SMITH, ESQ.
Georgia bar number 658345
Georgia bar number 703213
Attorneys for Defendant Nicholas Burist

3344 Peachtree Road, N.E., Suite 2400
Atlanta, Georgia 30326
(404) 876-2400
(404) 591-9626
Gbsmith@wwhdg.com
Rfisher@wwhgd.com

**CERTIFICATE OF SERVICE**

I electronically filed **DEFENDANT NICHOLAS BURIST'S EXHIBIT LIST** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Charles Hodge, Esq.
T. Ryan Langley, Esq.
Matthew T. Foss, Esq.
Hodge & Langley Law Firm
229 Magnolia Street
Spartanburg, South Carolina 29306
chodge@hodgelawfirm.com
rlangley@hodgelawfirm.com

Joseph Padgett, Esq.
Joshua H. Dorminy, Esq.
Roden Law
333 Commercial Drive
Savannah, Georiga 31406
jpadgett@rodenlaw.com
jdorminy@rodenlaw.com

Joseph J. Steffen, Jr., Esq.
Brandy Scott Mai, Esq.
Law Office of Jospeh J. Steffen, Jr.
223 W. York Street
Savannah, Georgia 31401
joe@joesteffen.com
brandy@joesteffen.com

Payton Dewel Bramlett, Esq.
Boyd & Jenerette, PA
33 Bull Street, Suite 100
Savannah, Georgia 31401
pbramlett@boydjen.com

Scott W. McMickle, Esq.
Matthew R. Sessions, Esq.
McMickle, Kurey & Branch, LLP
217 Roswell Street, Suite 200
Alpharetta, Georgia 30009
swm@mkblawfirm.com
msessions@mkblawfirm.com

James M. Elliott, Jr., Esq.
Charles Hansell Watt, IV, Esq.
Elliott, Blackburn & Gooding, P.C.
3016 North Patterson Steet
Valdosta, Georgia 31602
jelliott@ebbglaw.com
hansellwatt@elliottblackburn.com

Brantley Cole Rowlen, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
24 Drayton Street, Third Floor
Savannah, Georgia 31401
brantley.rowlen@lewisbrisbois.com

Todd R. Ehrenreich, Esq.
Jeffrey R. Geldens, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
2 Alhambra Plaza, Suite 1110
Coral Gables, Florida 33134
todd.ehrenreich@lewisbrisbois.com
jeffrey.geldens@lewisbrisbois.com

Stephen K. McDonald, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
Bank of America Plaza
600 Peachtree St, NE, Suite 4700
Atlanta, Georgia 30308
Stephen.McDonald@lewisbrisbois.com

James E. Gilson, Esq.
Hall Booth Smith, P.C.
191 Peachtree Steet, N.E., Suite 2900
Atlanta, Georgia 30303
jgilson@hallboothsmith.com

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

This _____ day of October, 2026.

/s/ *Grant B. Smith*
GRANT B. SMITH, ESQ.
For the Firm