IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| KYLE SLOAN, INDIVIDUALLY; AND AS PERSONAL REPRESENTATIVE OF THE ESTATES OF RYLIE SLOAN AND JAMIE SLOAN; KYLE SLOAN AS SURVIVING SPOUSE OF JAMIE SLOAN; KYLE SLOAN AS SURVIVING PARENT OF RYLIE SLOAN; AND SUSAN WEST, INDIVIDUALLY; AND AS THE NEXT FRIEND AND NATURAL GUARDIAN OF K.W., A MINOR,<br><br>Plaintiffs,<br><br>v.<br><br>NICHOLAS BURIST; LOCKE RELOCATIONS, LLC; MAYFLOWER TRANSIT, LLC; JOE MOHOLLAND, INC.; PAYNE, INC. AND XYZ COMPANIES 1-3,<br><br>Defendants. | CIVIL ACTION FILE NUMBER 2:22-cv-00076-LGW |

**NICHOLAS BURIST'S WITNESS LIST**

Defendant Nicholas Burist will call:

1. Nicholas Burist by video deposition because he is currently incarcerated in the Coffee Correctional Facility in Nichols, Georgia.

Defendant Burist may call:

1. Any witness listed by a party to the Pretrial Order.

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

/s/ *Grant B. Smith*
GRANT B. SMITH, ESQ.
Georgia bar number 658345
Georgia bar number 703213
Attorneys for Defendant Nicholas Burist

3344 Peachtree Road, N.E., Suite 2400
Atlanta, Georgia 30326
(404) 876-2400
(404) 591-9626
Gbsmith@wwhdg.com
Rfisher@wwhgd.com

**CERTIFICATE OF SERVICE**

I electronically filed **DEFENDANT NICHOLAS BURIST'S WITNESS LIST** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Charles Hodge, Esq.
T. Ryan Langley, Esq.
Matthew T. Foss, Esq.
Hodge & Langley Law Firm
229 Magnolia Street
Spartanburg, South Carolina 29306
chodge@hodgelawfirm.com
rlangley@hodgelawfirm.com

Joseph Padgett, Esq.
Joshua H. Dorminy, Esq.
Roden Law
333 Commercial Drive
Savannah, Georiga 31406
jpadgett@rodenlaw.com
jdorminy@rodenlaw.com

Joseph J. Steffen, Jr., Esq.
Brandy Scott Mai, Esq.
Law Office of Jospeh J. Steffen, Jr.
223 W. York Street
Savannah, Georgia 31401
joe@joesteffen.com
brandy@joesteffen.com

Payton Dewel Bramlett, Esq.
Boyd & Jenerette, PA
33 Bull Street, Suite 100
Savannah, Georgia 31401
pbramlett@boydjen.com

Scott W. McMickle, Esq.
Matthew R. Sessions, Esq.
McMickle, Kurey & Branch, LLP
217 Roswell Street, Suite 200

Alpharetta, Georgia 30009
swm@mkblawfirm.com
msessions@mkblawfirm.com

James M. Elliott, Jr., Esq.
Charles Hansell Watt, IV, Esq.
Elliott, Blackburn & Gooding, P.C.
3016 North Patterson Steet
Valdosta, Georgia 31602
jelliott@ebbglaw.com
hansellwatt@elliottblackburn.com

Brantley Cole Rowlen, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
24 Drayton Street, Third Floor
Savannah, Georgia 31401
brantley.rowlen@lewisbrisbois.com

Todd R. Ehrenreich, Esq.
Jeffrey R. Geldens, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
2 Alhambra Plaza, Suite 1110
Coral Gables, Florida 33134
todd.ehrenreich@lewisbrisbois.com
jeffrey.geldens@lewisbrisbois.com

Stephen K. McDonald, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
Bank of America Plaza
600 Peachtree St, NE, Suite 4700
Atlanta, Georgia 30308
Stephen.McDonald@lewisbrisbois.com

James E. Gilson, Esq.
Hall Booth Smith, P.C.
191 Peachtree Steet, N.E., Suite 2900
Atlanta, Georgia 30303
jgilson@hallboothsmith.com

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

This _____ day of October, 2026.

/s/ Grant B. Smith
GRANT B. SMITH, ESQ.
For the Firm