STATE OF GEORGIA

COUNTY OF GLYNN

**LIMITED LIABILITY RELEASE AGREEMENT PURSUANT TO O.C.G.A. 33-24-41.1**

KNOW ALL MEN BY THESE PRESENTS:

That we, **Kyle Sloan, Individually, Kyle Sloan as the Parent of Rylie Sloan, Kyle Sloan as the Surviving Spouse of Jamie Sloan,** Kyle Sloan **as the authorized representative of the Estate of Rylie Sloan,** Kyle Sloan **as the authorized representative of the Estate of Jamie Sloan, and Susan West, Individually and as Parent of minor child Kara West (hereinafter collectively referred to as "Claimants"),** being of lawful age, for the sole consideration of **ONE MILLION DOLLARS and 00/100 ($1,000,000.00,** to us in hand paid, the receipt and legal sufficiency of which is hereby acknowledged, have remised, released and forever discharged, and for our heirs, executors, administrators, and assigns do hereby remise, release and forever discharge, except to the extent other insurance coverage is available, the claim or claims of **Claimants** against **Locke Relocations, LLC, Kelvin Locke, and Angela Locke in both their individual capacities as well as their capacities as members of Locke Relocations, LLC (hereinafter collectively referred to as "Limited Releasees")** from any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, wrongful death, damage to property, loss of consortium, punitive damages, and the consequences thereof, resulting, and to result, from a certain occurrence, which happened on or about the **1st day of July, 2022, which allegedly took place on I-95 near St. Mary's Road in Camden County, Georgia,** for which we have claimed the said **Limited Releasees** to be legally liable, which liability has been expressly denied.

It should be noted that this is not a settlement and release in full. This settlement and release is given pursuant to the provisions of O.C.G.A. § 33-24-41.1. It is intended to release the **Limited Releasees** from all personal liability for any and all clams arising from the incident on which this claim is based except to the extent other insurance coverage may be available to cover any such claims. This release and settlement does not contemplate releasing any claims that the **Claimants** may have under any uninsured motorist coverages or any other available insurance policy and merely releases **National Indemnity Company only as to Policy No.: 70TRG008798-08 from all liability pursuant to O.C.G.A. 33-24-41.1(b)(1)** and releases the **Limited Releasees** from any personal liability except the extent of any other available insurance coverage. This Limited Release does not release any persons or entities not specifically named herein, and does not release **Nicholas Burist.** Furthermore, this Limited Release shall not bar any claim, demand, right, or cause of action, which the **Claimants** may wish to pursue against the **Limited**

**Releasees** to the extent that other insurance coverage is available which covers the claim or claims of the **Claimants** against the **Limited Releasees.**

FURTHERMORE, the **Claimants** do expressly stipulate and agree, in consideration of the aforesaid payment, take responsibility to satisfy any valid and enforceable liens related to unpaid medical bills from this incident. The **Claimants** will satisfy any valid liens or reimbursement claims such as Medicare or Medicaid and any valid private health insurance liens or reimbursement claims related to this incident.

The provisions of this release are not intended to and do not in any way affect the ability of any uninsured/underinsured motorist carrier to pursue subrogation against the parties released herein.

The **Claimants** hereby declare that the terms of this release have been completely read and are fully understood and voluntarily accepted for the purpose of making a Limited compromise, adjustment, and settlement of any and all claims, disputed or otherwise, on account of the injuries and damages arising out of the aforesaid occurrence and for the express purpose of precluding any further or additional claims against the **Limited Releasees** except to the extent other insurance coverage may be available to cover any such claims as more specifically outlined elsewhere in this release.

The undersigned hereby acknowledge notice that this claim is being settled by the **Limited Releasees'** liability insurer without the written consent of the **Limited Releasees** and that this release does not necessarily bar any claims which the **Limited Releasees** may choose to assert; and the written notice of such facts required by the provisions of Official Code of Georgia Annotated, § 33-7-12 (Ga. Laws 1963, p. 643) is hereby waived.

IN WITNESS WHEREOF, we have hereunto set our hand and seal, the 6th day of March, 2023.

[signature] (LS)
**Kyle Sloan, individually, and as surviving parent of Rylie Sloan, and as surviving spouse of Jamie Sloan**

Sworn to and subscribed before me this 6th day of March, 2023.

[signature] (Seal)
Notary Public

TACOSA JENELLE JONES
NOTARY
Comm. Exp. 07/30/2024
PUBLIC
WAYNE COUNTY, GA


JENELLE JONES
NOTARY PUBLIC
Comm. Exp
07/30/2024
WAYNE COUNTY

My Commission Expires: 07/30/2024

Susan West (LS)
**Susan West, Individually, and as Parent and Guardian of a minor child, Kara West.**

Sworn to and subscribed before me
this 6th day of March, 2023.

Tacosa J. Jones (Seal)
Notary Public

My Commission Expires: 07/30/2024

________________________(LS)
**____________ as authorized representative of the Estate of Rylie Sloan**

Sworn to and subscribed before me
this 6th day of March, 2023.

Tacosa J. Jones (Seal)
Notary Public

My Commission Expires: 07/30/2024

________________________(LS)
**____________ as authorized representative of the Estate of Jamie Sloan**

Sworn to and subscribed before me
this 6th day of March, 2023.

Tacosa J. Jones (Seal)
Notary Public

My Commission Expires: 07/30/2024

TACOSA JENELLE JONES
NOTARY
Comm. Exp. 07/30/2024
PUBLIC
WAYNE COUNTY, GA