SELCP
SOUTHEASTERN LIFE CARE PLANNING

Certified Nurse Life Care Planner
FIG Life Care Planning- Certified
Legal Nurse Consultant

REBECCA BAILEY RN, BA, CNLCP, FIG LCP-C

**Education**
University of South Carolina-Columbia
May 2006, Bachelor of Arts

Greenville Technical College
June 2013, Associate in Business with a Major in Nursing

FIG Services, Inc.
Life Care Planning
July 2020

The Center for Legal Studies
Legal Nurse Consultant
October 2020

**Licensures & Certifications**
Licensed Registered Nurse (RN) Nurse Licensure Compact | Multi-State Nurse Licensure Compact States: AL, AR, AZ, CO, DE, FL, GA, IA, ID, IN, KS, KY, LA, MD, ME, MO, MS, MT, NC, ND, NE, NH, NJ, NM, OH, OK, RI, SC, SD, TN, TX, UT, VA, VT, WA, WI, WV, WY
South Carolina State Board of Nursing License # 222404 (June 2013- Present)
FIG Life Care Planning- Certified (January 2022-Present)
Certified Nurse Life Care Planner, CNLCP #3221283 (October 2022-Present)

**Professional Associations & Memberships**
American Nurses Association (ANA) Member ID #04085299 September 2019- Present
South Carolina Nurses Associations (SCNA) September 2019- Present
The Care Planner Network October 2020- Present
International Association of Rehabilitation Professionals (IARP) October 2020- Present
    To include International Academy of Life Care Planners (IALCP) Section Member October 2020- Present
American Association of Nurse Life Care Planners (AANLCP) May 2021- Present
Member- AANLCP Research Committee March 2022-Present

Member- IARP Costing Framework Development Committee October 2022-January 2026
Treasurer- AAPedsLCP May 2024-Present

**Publications**

Craigmyle, J., OConnell, E., Bailey, R., Gay, L., Penilton, D., & Woodard, L. (2026). Chapter 7: Qualitative Analysis of the 2022 Summit Participants Responses to Focused Questions Collected Using the Top Hat Open Response Platform. *Journal of Life Care Planning*, *23*(1), 104–157.

**Awards**

2026 AANLCP Recipient of the Denise Nelson Ambassador Award

**Experience**

July 2020- Present
Owner & Chief Planner
Southeastern Life Care Planning, LLC

- Provides life care planning, medical consulting, review of medical records, medical chronologies, medical cost projections, assessments, and education to attorneys and staff about clients and their case.
- Provides Case Management for Clients
- Expert witness for trial
- Collaborate with physicians and medical staff to figure out what clients need for the remainder of their life expectancy
- Screen medical negligence claims, analyze personal injury cases, evaluate toxic tort cases.
- Research medical literature
- Assess the elements of proof for negligence claims
- Authors and reviews life care plans that include:
- Pediatrics & Adults
- Spinal Cord Injury
- Traumatic Brain Injury
- Burns
- Cerebral Palsy
- Orthopedic Injuries
- Amputations
- Toxic Chemicals
- Chronic Pain
- Acquired Brain Injury
- The Aging/Elderly
- Transplant
- Vision Loss
- Motor Vehicle Collisions

September 2017- January 2018
Utilization Management RN
Spartanburg Regional Medical Center

- Reviewed active patient records, collaborated with physicians, made suggestions, helped to determine medical necessity, assessed coding within a patient's chart, spoke with patients and assessed their needs while in the hospital
- Used managed care techniques and evidence-based guidelines or criteria to gauge whether certain interventions were appropriate for patients through preauthorization, assessment, and medical necessity

September 2016-September 2017
(RN) Nurse Case Manager
Spartanburg Regional Medical Center

- Primary position was in the Emergency Department at SRMC, Level I Trauma Center
- Provided support to management, nursing staff, and physicians
- Collaborated with multiple specialties and obtained orders as needed
- Assessed patients, discussed situations with families, determined needs and the rationale, and implemented plans
- Utilized resources and provided as many as possible to patients
- Provided safe and appropriate discharges
- Provide on-call services to the hospital on an as-needed basis
- Worked weekends covering all floors of the hospital, including, but not limited to:
- Cancer Center
- 7 Tower (Ortho)
- 4 Tower (Surgery)
- 2 Tower (Mom & Baby)
- 4 & 5 Heart (Heart Center)
- 8 Tower (Neuro)
- Rapid Treatment Unit
- Cath Lab
- All ICUs

August 2013- September 2016
Emergency Room/Department Nurse (RN)
Spartanburg Regional Medical Center

- Main duties included Floor Nurse, Triage Nurse, Trauma Bay Nurse, and Float Nurse
- Floor Nurse duties included noticing and acting quickly to emergent situations based on trained interventions, starting IVs, administering medications by mouth, intravenously, through injection, etc., assessing a patient from head to toe, acknowledging certain disease states and disorders upon presentation, communication to and with the ER physicians and support staff, delegating appropriately, and providing patient-centered care
- Triage Nurse duties included obtaining and assessing vital signs, determining quickly whether someone is an immediate emergency based on subjective and objective data, communicating with the Charge Nurse frequently, utilizing security as needed, and acknowledging policy throughout the day
- Trauma Bay Nurse duties included timely presentation into the trauma bay prior to the arrival of the trauma patient coming off the ambulance, planning of what the patient would need

upon arrival, providing quick and safe care while working with many other people in a small space, remaining with the patient and actively acknowledging their current status
• Float Nurse duties included continuously communicating with all nurses within the ER and assisting with any task(s) they need help with

**Professional Development/ Continuing Education/ Conferences Attended**

- A Daubert Challenge and the NLCP- AANLCP- 05/2021
- Evidence-Based Practice in Nurse Life Care Planning- AANLCP- 05/2021
- American Association of Nurse Life Care Planners, Education Conference 03/2022
- IALCP 05/2022 Life Care Planning Summit
- American Association of Nurse Life Care Planners, Education Conference 03/2023
- American Association of Nurse Life Care Planners, Education Conference 10/2023
- American Association of Nurse Life Care Planners, Education Conference 04/2024
- American Association of Nurse Life Care Planners, Education Conference 11/2024
- Mild TBI Webinar, Part I, with Dr. Alpiner Presenting on AAPedsLCP, 11/2024
- Mild TBI Webinar, Part II, with Dr. Alpiner Presenting on AAPedsLCP, 01/2025
- Mild TBI Webinar, Part III, with Dr. Alpiner Presenting on AAPedsLCP, 05/2025
- IALCP 05/2025 Life Care Planning Summit
- Pediatric Prosthetics Webinar, AAPedsLCP, 07/2025
- Pediatric Orthotics Webinar, AAPedsLCP, 08/2025
- American Association of Nurse Life Care Planners, Education Conference 11/2025
- Complexities of Brachial Plexus, with Dr. Alpiner Presenting on AAPedsLCP, 03/2026
- Considerations for Life Care Planning Services for Survivors of TBI Who Are Attempting to Return to Work-AANLCP- 08/2026
- American Association of Nurse Life Care Planners, Benchmark Summit, 9/2026
- Brain Injury Association of America, Brain Injury Fundamentals, Part I, 9/2026