THE EXPERTS
Robson Forensic

BROOKS RUGEMER
Commercial Trucking Specialist

## AREAS OF EXPERTISE

**Transportation Safety:**
Commercial Vehicle Accident / Incident Investigations, CDL Driver Actions, Commercial Vehicle Operations, CDL Driver Recruiting / Hiring / Training Programs, Logbook / HOS Analysis, Regulatory Compliance (DOT, FMCSR, OSHA, EPA)

**Motor Carrier Management:**
Safety, Operations, Claims, Personnel, Risk Management, Dispatching, Scheduling, Maintenance Programs, Transportation Security

**Warehouse Operations:**
Distribution Centers, Loading Docks, Freight Handling, PIT Operation / Training, Supply Chain Analysis, Logistics, Vendor Management / Multi-Employer Facilities, Trailer Yard Management, Truck / Trailer Loading / Unloading, Material Handling

**Intermodal:**
Railyard Safety, Port Safety, Container / Chassis Handling

## EXPERIENCE SUMMARY

- Twelve years as a Professional Tractor Trailer Driver – Approximately 1.4 million accident free miles in local, regional, and O-T-R operations
- Thirteen years of experience in all aspects of Motor Carrier Management
- Thirteen years of experience in CDL Driver hiring – approximately 5000 drivers hired
- Twenty-three years of experience in Transportation related accident / incident investigations
- Seventeen years of experience in CDL Driver Training
- Twenty-three years of ongoing Transportation related Safety, Risk Management, and Regulatory Compliance Training

THE EXPERTS
Robson Forensic

BROOKS RUGEMER
Commercial Trucking Specialist

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2005 to present | **Robson Forensic, Inc.**<br>*Associate*<br>Provide technical investigations, analysis, reports, and testimony towards the resolution of commercial and personal injury litigation involving truck driver training, driver actions, trucking operations and terminal operations and failure analysis. |
| 2007 to 2009 | **Performance Food Group**<br>*Safety & Claims Manager*<br>Responsible for trucking & warehouse related accident and injury investigations; claims management including settlement authority; DOT, OSHA, FDA, HACCP compliance and inspections; and employee training & certifications. |
| 2005 | **Independent Consultant**<br>Retained by several regional trucking firms to restructure their recruiting and HR departments enabling them to meet their increased staffing needs, to establish new operations and to update and revise their safety training programs. |
| 2002 to 2005 | **Gainey Transportation Services**<br>*Regional Manager*<br>General Manager for northeastern US and Canada. Managed a staff of 30 and a fleet of 170 OTR drivers at one full service truck terminal and an off-site location. |
| 2001 to 2002 | **Hahn Transportation**<br>*Safety / HR Manager*<br>Duties included incident and injury investigations and incident injury reduction programs. Also responsible for CDL driver recruiting, DOT compliance and safety training. |
| 1999 to 2001 | **Consolidated Freightways**<br>*Director of Safety*<br>Responsible for safety at 33 terminals consisting of 3800 employees. Performed incident/injury investigations and managed Workers Comp cases. Oversaw DOT, EPA and OSHA compliance measures. Researched and analyzed insurance losses and initiated measures to reduce losses. |
| 1998 to 1999 | **Maryland Safety Services**<br>*Owner*<br>In charge of company providing safety training, CDL driver recruiting, HOS auditing and consultation services to regional trucking firms. |

THE EXPERTS
Robson Forensic

BROOKS RUGEMER
Commercial Trucking Specialist

1996 to 1998 **JB Hunt Transport**
*Regional Safety Instructor*
Responsible for training and compliance for all dedicated fleets and rail operations in the northeast. Start-up Manager for distribution centers for several major retail chains, and various other smaller dedicated fleet locations.

1994 to 1996 **Eagle Carriers**
*Terminal Manager*
Managed 27 company drivers and 11 owner operators. In charge of all hiring and contract functions, payroll and settlement, scheduling, and dispatching.

1982 to 1994 **Professional Tractor-trailer Driver**

## CREDENTIALS

Professional CDL-A Driver, 1.5 million safe miles (1982-1994)
OSHA 501 General Industry Instructor, West Virginia University, OSHA Training
OSHA 'VPP' Program Implementer, West Virginia University, OSHA Training
Certified Instructor, Defensive Driving Course, National Safety Council
Certified Instructor, Smith System Defensive Driving Program
Certified Instructor, 3-D Defensive Driver Training, Hartford Insurance
Certified Instructor, National Transportation Safety Institute

## PROFESSIONAL TRAINING

Federal Motor Carrier Regulations, On-campus, 60-Hour Certification, Department of Transportation - Transportation Safety Institute (TSI), 1996, 1998, 2000, 2002; On-line Recertification: 2003, 2005, 2007, 2008
30-Hour OSHA General Industry Certification: 2002, 2004, 2006, 2008
10-Hour Recertification Course: 2003, 2005, 2007
U.S. Army, Munitions Transportation, Field Logistics, 1980 to 1982
Certified OSHA 501 General Industry Instructor, West Virginia University
Certified OSHA Voluntary Protection Program Implementor, West Virginia University
Certified Defensive Driving Instructor:

- National Safety Council
- The Smith System
- Hartford Insurance
- National Transportation Safety Institute

THE EXPERTS
**Robson Forensic**

July 24, 2024

Matthew T. Foss, Esq.
Langley Law Firm
229 Magnolia Street
Spartanburg, SC 29306
Phone: (864) 774-4662
Email: matt@thelangleylawfirm.com

**Re: Estate of Jamie Sloan, et al. v. Nicholas Burist, et al.**

Dear Attorney Foss:

Thank you for contacting Robson Forensic regarding the above-referenced matter. I have attached the CV of Brooks Rugemer for your consideration. Mr. Rugemer has more than 30 years of experience in the trucking and distribution/logistics industries. He is experienced in accident and injury investigation, regulatory compliance (DOT, FMCSR, OSHA), training programs, and risk management, as well as trucking terminal/warehouse management and operations. Mr. Rugemer is a former safety instructor, safety manager, director of safety, operations manager, terminal manager, in addition to being a former CDL licensed driver with 12 years and 1.4 million miles of accident-free tractor trailer operation. We look forward to working with you.

**Fee Schedule:** The following applies to all work, including preparation, file review, research, analysis, inspections, meetings/phone conferences, reports, depositions, travel, and trial.

1. Services provided to you will be invoiced at $605.00 per hour. When travel on behalf of your case is required, we will invoice you at full rate from Lancaster, PA.

2. We employ a quality assurance program whereby our expert investigations and resulting conclusions are reviewed by another experienced Robson Forensic expert. Reviewing experts will be invoiced at $555.00 per hour.

3. When advantageous to you, our client, we may call on supplemental Robson Forensic resources, such as technical support and research personnel. These will be invoiced to you within the range of $305.00 to $505.00 per hour, depending on the person who provides the service.

4. We will not accept any incident evidence related to this matter unless agreed upon in writing under a separate Evidence Storage Contract ('Contract') containing defined terms and conditions. In the event that you or any party associated with this matter release or transfer any evidence to one of our experts or other representatives without such Contract, you and your firm accept all risk of loss or damage related to any evidence so transferred.

5. Out-of-pocket expenses will be passed along with a 12% carrying charge. This includes travel costs (mileage, airfare, airport service, accommodations, meals, auto rental, etc.), photocopies, outside lab/testing, data collection/verification, and demonstrative aids. You are also responsible for any applicable equipment charges and lab service fees.

6. Invoices will be prepared for you intermittently on an in-progress basis and are due upon receipt. After 30 days, balances will accrue 1.5% interest per month. We reserve the right to discontinue work in the event of non-payment. All rates are subject to change.

7. This agreement is strictly between you, our client, and Robson Forensic, Inc. You are responsible for payment of our invoices.

**Engagement Fee:** To secure the availability of our expert, we require a working retainer of $5,000.00, of which $3,500.00 is non-refundable, as it guarantees exclusive availability for your case. This amount can be paid by check, credit card, ACH, or wire transfer and will be applied to your first invoice(s). When the initial retainer has been depleted and additional work is necessary, we will require additional retainers on an ongoing basis before entering into more work on this matter. Any remaining balance of a working retainer, following the initial $3,500.00, will be refunded at the conclusion of the case.

If this contract correctly expresses your understanding, please sign where indicated and return it to us with your advance payment of $5,000.00 via credit card (below) or payment made payable to "Robson Forensic, Inc." (TIN: 23-2776905). Alternatively, our receipt of just your prepayment signifies your agreement with the terms of this contract. Once an agreement has been reached between you and Robson Forensic, you may identify Brooks Rugemer as your expert.

**Please forward engagement fees and payments to:**

**For regular mail, please use:**
**Robson Forensic, Inc.**
**PO Box 4847**
**Lancaster, PA 17604-4847**

**For overnight deliveries, please use:**
**Robson Forensic, Inc.**
**354 North Prince Street**
**Lancaster, PA 17603**

**Please forward all case materials to:**

**Brooks Rugemer**
**Robson Forensic, Inc.**
**354 North Prince Street**
**Lancaster, PA 17603**
**EM: casematters@robsonforensic.com**

If you have any questions or comments, please don't hesitate to call. We appreciate the opportunity to do business with you.

Sincerely,

Hendrik Keijer
Director of Operations, Southeastern Region

HK:sp

Matthew T. Foss, Esq. Date

| **Invoice Reference Information** | |
|---|---|
| Your File # | Your Claim # |
| If an additional recipient should be copied on Robson Forensic, Inc. invoices, please provide the email address below: | |

| **Credit Card Information - IF PAYING BY CREDIT CARD, ALL FIELDS MUST BE COMPLETED** | | | |
|---|---|---|---|
| Name on Card | | | ☐ Visa ☐ Amex ☐ Mastercard |
| Billing Address | | | |
| City | | State | Zip |
| Card # | | Exp Date | CVV Code |
| Payment Amount: **$5,000.00** | Signature | | Date |