**Charles L. Alford, Ph.D.**
**Box 8058**
**Greenville, SC 29604**

**Office: (864) 233-8593**
**Cell: (864) 918-6820**
**charlie@cla3.com**

**Education**

Ph.D. in Economics and Business Administration; University of Alabama, 1972; Major – marketing; Minors – economics and quantitative methods.

B.A. in Economics; Wofford College, 1968.

**Teaching and Administrative Experience**

Professor Emeritus (2003), James C. Self Professor of Business Administration (1994), Professor (1983), Associate Professor (1976), Assistant Professor (1971) of Economics and Business Administration, Furman University.

Chair, Department of Economics and Business Administration, Furman University, 1976 – 1985.

Chair, Furman University Faculty, 1993 – 1995.

Faculty Athletic Representative to The Southern Conference and NCAA, 1995 – 2003.

**Teaching Assignments at Furman**

Economics: macroeconomics, microeconomics, urban economics, personal finance.

Business Administration: principles of marketing, marketing research, marketing problems, marketing management (graduate level), quantitative methods for business, experiential learning in business.

Statistics: graduate and undergraduate.

Director of the Furman Economics and Business Administration Internship Program.

**Publications**

"The Economist's Role in Wrongful Death Cases," with John G. Fulmer, *South Carolina Trial Lawyers Bulletin*, October, 1974.

"An Investigation into the Effects of Selected Variables Upon Barriers to Entry in Manufacturing Industries," *Southern Marketing Association Proceedings*, 1974.

"New Product Idea Generation: A Case Study of Household Cleaners," with J. Barry Mason, *Journal of Advertising Research*, Spring, 1974.

"The Effects of Oral vs. Written Two-Sided Messages," with J. M. Wilkerson, *Journal of the Academy of Marketing Sciences*, Summer, 1976.

*Succeeding in the Free Enterprise System*, CORBIA – Council of Resources, 1978. A textbook written for the South Carolina Veterans Administration.

"Business Goodwill in South Carolina," with Katherine Tiffany and Peter C. Tiffany, *South Carolina Lawyer*, May, 2011.

**Invited Lectures**

"In Defense of Advertising," Wofford College, 1976.

"The Role of Marketing Research in the Business Enterprise," Wofford College, 1977.

"The Changing Marketing Concept," Sales and Marketing Executives Club of Greenville, 1978.

"What Really Matters," L. D. Johnson Memorial Lecture, Furman University, 1983.

Numerous speeches to local service, professional, and business organizations on business strategies and business valuation.

Co-presenter with Peter Tiffany, Timothy Madden, and Thomas Traxler, "2011 Family Law Intensive: Tax Returns, Other Financial Records & Valuation," October 2011.

**Professional Affiliations**

American Economic Association
National Association of Forensic Economics

**Awards and Honors**

Western Electric Fund Award for innovative teaching, presented by the American Assembly of Collegiate Schools of Business, 1982.

Faculty Internship, Henderson Advertising Agency, 1972.

NDEA Fellowship, University of Alabama.

*Wall Street Journal* Award, Wofford College.

Listed in *Who's Who Among Expert Witnesses*.

**Other Professional Activities**

Professional Associations – Attended, presented papers, discussed papers, chaired sessions, and judged papers at numerous professional association meetings.

**Consulting**

Have been recognized in Federal District Courts, state courts in South Carolina, North Carolina, Georgia, and Tennessee, South Carolina Family Courts, and the South Carolina Public Service Commission as an expert in economic and business affairs, including the following areas.

- valuation of closely held companies
- review of company performance and condition
- forecasting of sales and profits
- consideration of economic consequences of alimony and child support payments
- equitable distribution of marital assets
- application of South Carolina Department of Social Services Child Support Guidelines
- valuation of defined benefit pension plans
- computation of economic loss due to death, disability, and termination
- computation of lost business profits
- unfair trade practices
- antitrust violations

Have been appointed as the court's expert in South Carolina Family Court, South Carolina Circuit Court, and Masters in Equity in Greenville and Anderson counties.

Have been retained by plaintiff's attorneys, defendant's attorneys, United States Department of Justice, and insurance companies in evaluation of economic loss.

Have served as a consultant in valuation of numerous closely held companies outside the context of litigation, including manufacturers, wholesalers, retailers, professional associations, and personal service companies.

Other consulting experience includes market research and analysis, corporate image research, and development and implementation of strategic plans.

Have served on the local advisory boards of a bank, commercial real estate development firm, and travel agency.

**Community Activities**

Past service on Travelers Rest Area Council, vice chairman, director, chair of Education Committee, co-chair of Economic Development Committee.

Past service on Travelers Rest Home Town Association, director, treasurer.

**Charles L. Alford, Ph.D.**
**2021 Depositions, Trials & Arbitrations**

| Date | Deposition, Trial or Arbitration | Attorney | Case | Type of Court | Location |
|---|---|---|---|---|---|
| 2/4/2021 | D | Mark J. Bringardner | Daniel Medero Lopez v. Tailwind Transport, LLC and Vincent Leroy Jimno | U.S. District | District of South Carolina |
| 3/10/2021 | D | Robert F. Goings | Betsy B. Fox v. Walmart Inc., Walmart Stores East, L.P. et al | U.S. District | District of South Carolina |
| 3/30/2021 | D | Steven Blakely Smith | Steve Pillon and Anna Pillon v. Lordson Justice Koto, R. Wayne Bost Trucking, Inc., and Quality Carriers, Inc. | U.S. District | District of South Carolina |
| 4/13/2021 | D | Edward G. Connette | David R. Martin, Jr. v. Marine Services of Brunswick County, Inc.; Sea Tow Services International, Inc.; Ocean Isle Fishing Center, Inc. | General Court of Justice Superior Court Division | State of North Carolina County of Mecklenburg |
| 4/14/2021 | D | Benjamin J. Miller | Rudolph Ramirez, as Next of Kin of Jeanie Ann Ramirez, deceased, and on behalf of the wrongful death beneficiaries of Jeanie Ann Ramirez v. Morris W. Westmoreland, M.D. and Murfreesboro Surgical Specialists, PLLC | Circuit Court | Bedford County, Tennessee |
| 4/22/2021 | D | Bradley L. Lanford | Kevin Hunsaker v. C.R. Jackson, Inc., and Willie Anthony | Common Pleas | Sumter County, South Carolina |
| 5/10/2021 | D | Eric H. Philpot | Monica Kay Blair, Individually and as Personal Representative of the Estate of Bruce Blair v. South Carolina Department of Transportation | Common Pleas | Laurens County, South Carolina |
| 5/28/2021 | D | Rachel M. Noorthoek | Christopher Mammone v. Michael Walker, Har-Mar Company, Inc.; Evan Jeffrey Gaines and Ericka Holmes Cannady | Common Pleas | Lexington County, South Carolina |
| 6/16/2021 | T | Rachel M. Noorthoek | Christopher Mammone v. Michael Walker, Har-Mar Company, Inc.; Evan Jeffrey Gaines and Ericka Holmes Cannady | Common Pleas | Lexington County, South Carolina |
| 7/16/2021 | D | Stephen M. Cox | Emma Grace Caponigro v. Chad Vernon Clark and Triangle Electrical Services, Inc. | General Court of Justice Superior Court Division | State of North Carolina County of Mecklenburg |
| 8/31/2021 | D | Tom A. Killoren, Jr. | Gregory & Sheila Elliott v. Concrete Supply Holdings and Concrete Supply Co., LLC | Common Pleas | Sumter County, South Carolina |
| 9/9/2021 | D | E. Grey Wicker | Crystal Hazel and Landon Hazel v. Bon Secours St. Francis Hospital, Joshua Eugene Luke, MD and Charleston Anesthesia Group, LLC | Common Pleas | Charleston County, South Carolina |
| 9/16/2021 | A | Hannah R. Metcalfe | Robin F. Cole v. Charter Communications | American Arbitration Association | |
| 9/22/2021 | D | Stephen R. H. Lewis | Mark A. Hinton, Administrator of the Estate of Devonya Michelle Davis v. Novant Medical Group, Inc., d/b/a Novant Health Gynecologic Oncology Associates and Janelle M. Fauci, M.D. | General Court of Justice Superior Court Division | State of North Carolina County of Mecklenburg |
| 11/3/2021 | D | Brad D. Hewett | David Ivanov, as Personal Representative of the Estate of Slavi Ivanov v. Coca-Cola Consolidated, Inc. and Curtis Boyd; and Curtis Boyd v. John Doe, PB Express Inc., and First Flower, LLC | Common Pleas | Orangeburg County, South Carolina |
| 11/4/2021 | D | Lance Cooper | Leslie Rusgrove, individually and as Personal Representative of the Estates of Thomas Ethan Rusgrove, Esther Rusgrove, and Jennie Rusgrove, Deceased, and as Next Friend of J.E.R. v. Bridgestone Americas, Inc.; Bridgestone Americas Tire Operations, LLC; Joey M. Lewis d/b/a Lewis Tires; Kevin Scott Thomas; and Kevin Scott Thomas d/b/a Thomas Construction | Common Pleas | Orangeburg County, South Carolina |
| 11/8/2021 | D | Neil E. Alger | James Welsh v. Eduviguez Hernandez Vail | Common Pleas | Jasper County, South Carolina |
| 11/22/2021 | D | J. Matthew Whitehead | Stephanie P. Parrott v. Darkshark Expediting, LLC and Benjamin D. Bajorek | Common Pleas | Greenville County, South Carolina |
| 11/23/2021 | D | J. Matthew Whitehead | Eugenia Carcamo v. Benore Logistic Systems, Inc. and Joseph Selph | Common Pleas | Greenville County, South Carolina |
| 12/2/2021 | T | Charles B. Burnette, III | Sharon E. Smith v. John Louis Walch | Common Pleas | York County, South Carolina |

**Charles L. Alford, Ph.D.**
**2022 Depositions, Trials & Arbitrations**

| Date | Deposition, Trial or Arbitration | Attorney | Case | Type of Court | Location |
|---|---|---|---|---|---|
| 1/20/2022 | D | Bernie W. Ellis | Delta Apparel, Inc.v. Hanesbrands, Inc. and S&S Activewear, LLC | U.S. District | District of South Carolina |
| 2/2/2022 | D | Sarah Day Hurley | Roderick R. Ellsworth v. Fluke Corporation | U.S. District | District of South Carolina |
| 3/14/2022 | D | William A. Jordan III | Angie Gilstrap and Allen Gilstrap v. Rayman Associates Knoxville, LP, et al | Circuit Court | Knox County, TN |
| 4/28/2022 | D | Mark A. Peper | Richard C. Gress v. Van Smith Company, Inc. and Melvin Hunter, Sr. | Common Pleas | Charleston County, SC |
| 4/28/2022 | T | Mark A. Peper | Richard C. Gress v. Van Smith Company, Inc. and Melvin Hunter, Sr. | Common Pleas | Charleston County, SC |
| 5/3/2022 | D | Timothy D. St. Clair | Robert Bosch Tool Corporation v. Delta Power Equipment Corporation | U.S. District | District of South Carolina |
| 7/19/2022 | D | Brady R. Thomas | John Douglas Deloache individually and as Personal Estate for the Estate of Karli Lemond Deloache v. Roper Radiologist P.A., Jay B. Robards, M.D., James M. Orcutt, M.D., Scott R. Dixon, DO | Common Pleas | Charleston County, SC |
| 7/26/2022 | D | Robert Jones | Nityanand Kore, individually and as Administrator of the Estate of Renuka Bavachi v. The Charlotte-Mecklenburg Hospital Authority formerly doing business as Carolinas Healthcare System now doing business as Atrium Health, Atrium Health, Inc., Carolinas Physicians Network, Inc., Atrium Health Piedmont Gyn/Ob - Rock Hill, and Susan Demchak, MD | General Court of Justice Superior Court Division | State of North Carolina Mecklenburg County |
| 8/19/2022 | T | William A. Jordan III | Angie Gilstrap and Allen Gilstrap v. Rayman Associates Knoxville, LP, et al | Circuit Court | Knox County, TN |
| 9/13/2022 | T | Bert G. Utsey | Melvin R. Riddle v. Cannon Memorial Hospital, Inc. d/b/a AnMed Health Cannon, Michael L. Dillard, MD., Michael E. Donald, MD., and James C. Caldwell, MD | Common Pleas | Pickens County, SC |
| 11/4/2022 | D | Robert F. Goings | Helena Davis v. M.A.G. Enterprises | Common Pleas | Cherokee County,SC |

**Charles L. Alford, Ph.D.**
**2023 Depositions, Trials & Arbitrations**

| Date | Deposition, Trial or Arbitration | Attorney | Case | Type of Court | Location |
|---|---|---|---|---|---|
| 1/9/2023 | D | Stephen S. Wilson | Faron Jackson v. Maxima Freight Lines | Common Pleas | Spartanburg County |
| 1/12/2023 | D | Zachary L. Weaver | Western Pharmacy Group, LLC d/b/a Medical Center Pharmacy v. J.M. Smith Corporation, d/b/a QS/1 Data Systems | U.S. District | District of South Carolina |
| 1/18/2023 | D | E. Wade Mullins, III | Robert E. Bell, M.D. v. Beaufort Memorial Hospital, Edmond Russell Baxley, III, Karen Manuel Carroll a/d/a Karen L. Carroll, Gae Ann Moffit and Kurt Michael Gamble, D.O. | Common Pleas | Beaufort County |
| 1/23/2023 | D | John C. Moylan, III | Michelle Cha Holliman, individually and as personal representative of the Estate of Allen B. Holliman v. We Are Sharing Hope SC, Medical University of South Carolina, United Network for Organ Sharing, Jaqueline Honig, M.D. and Darla Welker; Aaliyah Patterson, as Administratrix for the Estate of Joe Patterson v. We Are Sharing Hope SC and United Network for Organ Sharing, Elizabeth Davies, M.D., Jaqueline Honig, M.D. and Darla Welker | Common Pleas | Charleston County |
| 2/16/2023 | D | Jessica J. Gooding | Frank Black v. Concentra, Inc., Concentra South Carolina, LLC, Concentra Health Services, Inc., Concentra Integrated Services, Inc., American Current Care, P.A., Carolina Occupational Medicine, Occupational Health Centers of the Southwest, P.A., and John D. Hynes, M.D. | Common Pleas | Richland County |
| 3/15/2023 | D | Ashby W. Davis | Wilma Thompson v. The Urology Center of Spartanburg, P.C., and Robert G. Britanisky, MD | Common Pleas | Spartanburg County |
| 4/13/2023 | T | Robert F. Goings | Crystal Goodwin v. Midlands Orthopaedics and Neurosurgery | Common Pleas | Richland County |
| 4/27/2023 | D | Lola S. Richey | Beverly Stokes Rogers v. Kevin Wayne wallace, Ray Walker Trucking, Co., Inc. | Common Pleas | Greenville County |
| 5/8/2023 | D | Karlen K. Senn | Leah Joe, as Personal Representative of the estate of James Joe v. T&K Tank Services, Inc., and Richard Smoot | Common Pleas | Sumter County |
| 5/11/2023 | D | Jon Simon Stefanuca | Alara Lineberry, a minor suing by her parents and next friends, Kaycee Dimmick and Bradford Lineberry, and Kaycee Dimmick, Individually and Bradford Lineberry, Individually v. Saint Thomas Health, d/b/a Ascension Saint Thomas; Saint Thomas Midtown Hospital; Saint Thomas West Hospital d/b/a Ascension Saint Thomas Hospital Midtown; Saint Thomas West Hospital d/b/a Ascension Saint Thomas Hospital; Saint Thomas West Hospital d/b/a Ascension Saint Thomas Midtown; Saint Thomas West Hospital f/k/a Saint Thomas Midtown Hospital; Anthony E.D. Trabue, M.D., P.C. and Anthony E.D. Trabue, M.D. (a/k/a Anthony E. Trabue, M.D. and Anthony Trabue, M.D.) | First Circuit Court | Davidson County, TN |
| 5/15/2023 | D | Lee D. Cope | Scott M. Hunter and Eliza Hunter v. Beaufort Memorial Hospital, Robert H. Escarza. MD and ACS Emergency Physicians of SC, PC | Common Pleas | Beaufort County |
| 6/13/2023 | T | T. Jeff Goodwyn, Jr. | Jayne M. Fountain v. Aubrey R. Poplin | Common Pleas | Lexington County |
| 7/26/2023 | D | Susan P. MacDonald | Houston Garcia v. The Marina Inn & Villas Condominium Association, Inc. d/b/a The Marina Inn at Grande Dunes; Vista Marina Inn Hotel, LLC d/b/a The Marina Inn at Grande Dunes; Vista Marina Inn, Inc. | Common Pleas | Horry County |
| 8/8/2023 | D | Steven Blakely Smith | Dana Keizer v. Michael Seemuller, MD; AnMed Health Services, Inc., d/b/a AnMed Health; Wren Family Medicine | Common Pleas | Anderson County |
| 8/30/2023 | D | David E. Rothstein | Summer D. Lashley, Ph.D. v. Spartanburg Methodist College; W. Scott Cochran; Mark W. Gibbs, Ph.D.; Teresa D. Ferguson; Jonathan J. Keisler, Ph.D.; Angelia A. Turner; and Clevon A. Boyd, in his individual capacity | U.S. District | District of South Carolina |
| 10/6/2023 | D | David R. Price, Jr. | Sherri Ann Wilson v. Easley Downtown Investments, LLC and Connect Property Management, LLC | Common Pleas | Anderson County |
| 11/6/2023 | D | W. Grady Jordan | Johnnie Gary Tucker, individually and as Personal Representative of the Estate of Kenneth Lashon Tucker v. Greenville County, Scotty Bodiford, April Roberts, Michael A. Childers; Mathieu J. Chartier; Laura A. Miller, Louis Provo, Lauren Rentz, Martin Lutz, M.D., Sarah Fabiano, M.D., Ernest Martin, M.D., and Prisma Health-Upstate | U.S. District | District of South Carolina Charleston Division |
| 12/5/2023 | D | Francis M. Hinson, IV | Stephanie Ybarra and Carlos Ybarra v. Prisma Health-Midlands; Palmetto Health USC Medical Group; and Colonial Healthcare, Inc. d/b/a Colonial Neurology; Michael Todd Warwick M.D.; Douglas Nathaniel Dow P.A. and John Kenneth Baker M.D. | Circuit Court | Richland County |

**Charles L. Alford, Ph.D.**
**2024 Depositions, Trials & Arbitrations**

| Date | Deposition, Trial or Arbitration | Attorney | Case | Type of Court | Location |
|---|---|---|---|---|---|
| 3/6/2024 | D | David R. Price, Jr. | Balvina Soto, as Personal Representative of the Estate of Lizette Soto-Diaz v. Jackson James Smith, Gregory Scott Smith, Krista D. Smith, Jennifer Graf Smith, 7-Eleven, Inc.; Hareem, LLC d/b/a 7-Eleven; Jalaram 2, Inc., d/b/a Ed's GT's Express Mart; and Sai Properties, LLC, d/b/a GT's Express Mart | Common Pleas | Spartanburg County |
| 3/21/2024 | D | Matthew J. Jepertinger | Donna Haile v. Omnimed, LLC; Jason T. Givens, MD; and Rebecca Moore | Common Pleas | York County |
| 4/9/2024 | T | Matthew J. Jepertinger | Donna Haile v. Omnimed, LLC; Jason T. Givens, MD; and Rebecca Moore | Common Pleas | York County |
| 5/7/2024 | T | Clayton B. McCullough | Curt O. Hall v. UBS Financial Services Inc., Mary Lucy Reid, Individually, and Ryan McLaughlin, Individually | Common Pleas | Greenville County |
| 6/19/2024 | D | Michelle P. Kelley | Benjamin Broughton and Kathleen Broughton, Individually and as parents, next friends and natural guardians of L.B., a minor v. New Town & Country Apartments, LLC; Boyd Management, Inc.; WWJ, LLC; Gregory Pest Control, Inc.; and Gregory Pest Control, LLC | Circuit Court | Richland County |
| 8/7/2024 | D | Charles J. Hodge | William D. Hagood and Mary J. Hagood as Personal Representatives for Heather Hagood, deceased v. Palmetto Anesthesia Associates of Greenville, LLC, and Jonathan Doherty, M.D. | Common Pleas | Greenville County |
| 9/20/2024 | D | Donald L. Chuck Allen | Robert William Goodwin and Marian Charlene Goodwin v. April Desiree Chappell, individually and as agent of Swift Transportation Company of Arizona, LLC, and Swift Transportation Company of Arizona, LLC | Common Pleas | Anderson County |
| 10/30/2024 | T | Donald L. Chuck Allen | Robert William Goodwin and Marian Charlene Goodwin v. April Desiree Chappell, individually and as agent of Swift Transportation Company of Arizona, LLC, and Swift Transportation Company of Arizona, LLC | Common Pleas | Anderson County |
| 10/31/2024 | D | J.W. Matthews III | HLI Solutions, Inc. and Litecontrol Corporation v. Lighting Associates, Inc. | U.S. District Court | District of South Carolina |
| 11/20/2024 | A | E. Wade Mullins, III | Robert E. Bell, M.D. v. Beaufort Memorial Hospital, Edmond Russell Baxley, III, Karen Manuel Carroll a/d/a Karen L. Carroll, Gae Ann Moffit and Kurt Michael Gamble, D.O. | Common Pleas | Beaufort County |

**Charles L. Alford, Ph.D.**
**2025 Depositions, Trials & Arbitrations**

| Date | Deposition, Trial or Arbitration | Attorney | Case | Type of Court | Location |
|---|---|---|---|---|---|
| 2/14/2025 | D | William I. Bouton | Arthur F. Clogston v. R4 Corporatiomn and Satpal Rathie | US District Court | District of South Carolina Spartanburg Division |
| 2/26/2025 | D | Brendan Green | Malissa K. Starcher v. Justin R. Kelly | Common Pleas | Horry County |
| 3/19/2025 | D | Michael A. Maucher | Thomas Ryan Grey v. Professional Boilers Service Inc., and Alvin Wade Johnson | Common Pleas | Aiken County |
| 5/21/2025 | D | Timothy A. Nowacki | Jose Vidal-Dominguez v. Concrete Supply Company, LLC; American Concrete and Precast, LLC; William Hayden Vess | Common Pleas | Greenville County |
| 6/9/2025 | D | Konstantine S. Diamaduros | Walter Mooney, IV v. Daniel Rubright Miller, Two Brothers Plastering, Inc. | Common Pleas | Beaufort County |
| 6/30/2025 | D | Paul R. Dickinson | Candi M. Schuerger v. Nilesh I. Lodhia, MD, The Charlotte-Mecklenburg Hospital Authority d/b/a Atrium Health, and Carolinas Physicians Network, Inc. | General Court of Justice Superior Court Division | Mecklenburg County |
| 7/28/2025 | D | Colin T. L. Spangler | Barry Lanham and Obvia Gamble-Lanham v. Wumag Texroll GmbH & Co. KG f/k/a Kelzenberg +Co: GmbH & Co. KG, and Wumag Texroll GmbH & Co. KG | Common Pleas | Edgefield County |
| 8/4/2025 | T | Michael A. Maucher | Thomas Ryan Grey v. Professional Boilers Service Inc., and Alvin Wade Johnson | Common Pleas | Aiken County |
| 9/26/2025 | T | Geoffrey W. Gibbon | Andrew Ryan White vs. Lake Keowee Pizza, Inc., Domino's Pizza, LLC and James Dempsey Hartley | Common Pleas | Pickens County |

**Charles L. Alford, Ph.D.**
**2026 Depositions, Trials & Arbitrations**

| Date | Deposition, Trial or Arbitration | Attorney | Case | Type of Court | Location |
|---|---|---|---|---|---|
| 2/4/2026 | D | Donald L. Chuck Allen | Marcus Holland and Seketha Dotson, as Joint PR of the Estate of Markel Holland v. Simons Bar & Grill, LLC; Donna Jean Davin, individually and as an agent of Simons Bar & Grill, LLC; Tornado Enterprises, LLC; and AFIS Property Management, LLP | Common Pleas | Anderson County |
| 2/18/2026 | D | Edwin Turnage | Dannie Miller and Andria Miller v. CR Meyer and Sons Company, et al. | Common Pleas | Aiken County |
| 2/23/2026 | D | Robert V. Phillips | Bobby L. Bollinger, Jr., as Court Appointed Guardian ad litem of L.O. B., a Minor, v. The Charlotte-Mecklenburg Hospital Authority D/B/A Atrium Union (formerly CMC Union) and D/B/A Atrium Levine Children's Hospital, John Wendel, MD, Diversified Radiology of Colorado, Inc., Adrienne Bean, MD, Andrew Hines, MD, Charlotte Radiology, PA | General Court of Justice Superior Court Division | State of North Carolina Union County |
| 3/9/2025 | D | Sarah T. Collins | Kayla Raynor, PR for the Estate of Robert Bradley Raynor v. Morgan Concrete Company, S.M. Morgan Corp., JRG Concrete of SC Inc., and Christopher Decar Henry | Common Pleas | Pickens County |
| 3/16/2026 | D | Edwin Turnage | The Estate of Deborah Rebecca Perea v. Palmetto Plastic Surgery, P.A. and Rodney B. Young, III, M.D. | Common Pleas | Charleston County |
| 3/25/2026 | D | Brady R. Thomas | Matthew Douglas Arbour v. Dove Transportation, LLC and Joseph Lavern Bills | U.S. District Court | District of South Carolina Columbia Division |
| 4/15/2026 | D | Scott M. Anderson | Hailey Monteith, a minor, by and through her Guardian Ad Litem, Mark Melrose v. Laurence Hinton and Andy Shaw Ford, Inc., d/b/a Andy Shaw Ford | General Court of Justice Superior Court Division | State of North Carolina Jackson County |
| 5/18/2026 | D | Chad A. McGowan | James Windell and Nan Mask v. Encompass Health Rehab of Rock Hill, LLC dba Encompass Health Rehabilitation Hospital of Rock Hill, Tolulola Adeola, MD, Joshua Brown, MD and JAM Medical Services, LLC | Common Pleas | York County |
| 6/29/2026 | D | Thomas A. Killoren | Janice Elaine Knight v. Murphy Oil USA, Inc., d/b/a Murphy USA Wal-Mart Stores East, LP, Wal-Mart Real Estate Business Trust | U.S. District Court | District of South Carolina Spartanburg Division |
| 7/21/2026 | T | Patrick E. Knie | Juan Daniel Perez v. New Prime, Inc., d/b/a Prime Inc., A Missouri Corporation; Success Leasing, Inc., A Missouri Corporation; Lamp-Faal Trucking LLC, A Missouri Limited Liability Company; and Elhadji M. Fall | U.S. District Court | District of South Carolina Spartanburg Division |
| 7/27/2026 | D | Charles J. Hodge | Kyle Sloan, Individually, and as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan, Kyle Sloan as Surviving Spouse of Jamie Sloan, and Kyle Sloan as Surviving Parent of Rylie Sloan; and Susan West, Individually, and as the Next Friend and Natural Guardian of K.W., a minor | U.S. District Court | Southern District of Georgia Brunswick Division |