**CYNTHIA P. GRIMLEY, MS, CRC, CCM, ABVE/D, IPEC**
**100 Old Cherokee Road, Suite F-226**
**Lexington, South Carolina 29072**
**(803) 765-1513**
**Fax: (803) 753-9026**

## EDUCATIONAL BACKGROUND

1984 - 1986 California State University, Fullerton, California
Master of Science in Special Education of the Severely Handicapped

1976 - 1981 Youngstown State University, Youngstown, Ohio
Bachelor of Science in Elementary and Special Education

## PROFESSIONAL CERTIFICATIONS

Board Certified Diplomate, American Board of Vocational Experts, # 00212, 12-31-26
Certified Rehabilitation Counselor, Board for Rehabilitation Certification, # 00010367, 3-31-28
Certified Case Manager, Board for Rehabilitation Certification, # 00010367, 11-30-28
Board Certified, International Psychometric Evaluator, # 00212, 12-31-26
Registered, Rehabilitation Professional, North Carolina Industrial Commission
Certified Rehabilitation Provider, State of Maryland, # VR4190 (inactive)
Certified Rehabilitation Provider, Commonwealth of Virginia, # 0715005262 (inactive)
Certified Rehabilitation Provider, State of Washington, #9629 (inactive)
Independent Vocational Evaluator, State of California
Human Resources Generalist Certificate

## PROFESSIONAL EMPLOYMENT EXPERIENCE

Present **Vocational Rehabilitation Consultant/Forensic Evaluator/Case Manager**
Cynthia Grimley & Associates, LLC, Lexington, South Carolina

- Provide vocational evaluation, counseling, employability assessments, work capacity evaluation and case management services to individuals with physical and mental challenges.
- Evaluate clients to determine employability, job placement potential, and earning capacity for plaintiff and defense counsel in civil litigation, Social Security, Worker' Compensation, Long Term Disability, Matrimonial and Labor Law matters.

- Provide comprehensive consultation Human Resource Management services in the development of Occupational Health and Safety programs and other personnel issues related to recruitment, out-placement, risk management and training and development. ADA services designed to assist employers in compliance with the Americans with Disabilities Act through the use of "essential function" job descriptions and creative solutions for making "reasonable accommodations."

1997 - 1999 **Vocational Rehabilitation Consultant**
Crawford and Company, Columbia, South Carolina

- Provided vocational rehabilitation services to individuals covered under Workers' Compensation and Long-Term Disability, to affect successful return to work.
- Provided forensic vocational rehabilitation services for both plaintiff and defense counsel in Personal Injury, Social Security Disability, Workers' Compensation, Matrimonial, and Labor Law matters.

1986 - 1997 **Vocational Rehabilitation Consultant**, Fullerton, California

- Self-employed consultant providing vocational rehabilitation counseling, evaluation, job placement, and forensic services.
- Implemented early return-to-work policies with safety director at Rockwell International; monitored outside consultants and injured workers' rehabilitation programs.

1978 - 1987 **Special Education Teacher**, Fullerton Elementary School District, California and Hermitage School District, Pennsylvania

- Planned and implemented effective educational programs designed to meet the needs of severely handicapped children.

**Residential Program Supervisor**, Mercer County Association for the Retarded, Inc., Hermitage, Pennsylvania

- Instructed and assisted residents with self-help and community living skills; supervised and assisted staff in development and implementation of program and policies.

## PROFESSIONAL PRESENTATIONS

American Board of Vocational Experts Conference, Spring 2024, Memphis, TN
**"The History of the American Board of Vocational Experts."**

American Board of Vocational Experts Conference, Spring 2018, Salt Lake City, UT
**"Ethics in Social Media."**

American Board of Vocational Experts Conference, Spring 2017, Savannah, GA
**"Ethical Obligations in Maintaining a Professional Will - Revisited."**

American Board of Vocational Experts Conference, Spring 2017, Savannah, GA
**"Rebuilding Your Life after an Amputation."**

American Board of Vocational Experts Conference, Spring 2016, Vancouver, BC
**"Think Outside of the Box But Stay Inside it – Defining Earning Capacity."**

National Business Institute, June 18, 2015, Columbia, SC "**Handling the Workers' Compensation Case from Start to Finish.**"

International Association of Rehabilitation Professionals, November 7, 2013, Charleston, SC
**"Ethical Obligations in Maintaining a Professional Will."**

American Board of Vocational Experts Conference, Spring 2013, Scottsdale, AZ
**"Ethical Obligations in Maintaining a Professional Will."**

National Business Institute, December 11, 2011, Columbia, SC "**Vocational Assessment: What you need to know."**

American Board of Vocational Experts Conference, Spring 2011, Orlando, FL
**"Testifying in Depositions and Trials: For the Expert with Little Testifying Experience or those Veterans who still want to learn."**

Nebraska Chapter of International Association of Rehabilitation Professionals, May 2010, Omaha, NE
**"McCroskey Made Easy."**

Injured Workers' Advocates, Paralegal and Legal Assistant Seminar, January 30, 2010, Charleston, SC
**"Assessing Economic Damages through Life Care Plans and Vocational Assessment."**

American Board of Vocational Experts Conference, Fall 2007, Charleston, SC
**"Testifying in Legal Proceedings: A 101 Experiential Clinic for Beginning Practitioners, Tips & Traps."**

American Board of Vocational Experts Conference, Fall 2006, Philadelphia, PA
**"An Ethics Symposium."**

American Board of Vocational Experts Conference, Spring 2006, Ft. Lauderdale, FL
**"Assessing Earning Capacity from an Empirical & Scientific Perspective."**

International Rehabilitation of Rehabilitation Professionals, Fall 2005, Nashville, TN
**"Grand Old Ethics in Grand Old Opryland – aka "The Ring of Fire."**

American Board of Vocational Experts Conference, Fall 2005, San Francisco, CA
**"The Evolving Nature of Electronic Social Security Expert Witness Processing and Digital TSA Usage."**

American Board of Vocational Experts Conference, Fall 2005, San Francisco, CA
**"Report Writing- What To Leave In & What To Leave Out."**

American Board of Vocational Experts Conference, Spring 2004, Charleston, SC
**"MVQS Volcano 4.1 – Hot, Hot, Hot."**

South Carolina School Board Insurance Trust, November 13, 2003, Myrtle Beach, SC **"Transferable Skills and Return to Work."**

South Carolina Workers' Compensation Educational Association, October 20, 2003, Myrtle Beach, SC
**"Transferable Skills and Return to Work."**

American Rehabilitation Economics Association, May 18, 2003, Fort Worth, TX **"The McCroskey Program, How to Use It and Not Abuse It."**

South Carolina Bar Association, April 19, 2002, Columbia, SC **"Cool Tips From the Hottest Domestic Law Practitioners IV." "Admissibility of Vocational Expert Testimony: Changing Court Demands."**

Training Seminar for Vocational Experts, July 2001, Chicago, IL, "**MVQS 2001 Seminar.**"

American Board of Vocational Experts, International Conference, Fall 2000, Vancouver, BC, Canada, **"Forensic Fitness Program AKA McCroskey Aerobics."**

Southern California Rehabilitation Exchange Annual Conference, 1989, Anaheim, CA **"Dealing with Difficult Clients."**

Conference for Exceptional Children, 1986, Lake Tahoe, CA. **"A Curriculum for the Severely Handicapped."**

## PUBLICATIONS

Grimley, C. P., (2018). Should Experts have to prove their credentials? *Journal of Forensic Vocational Analysis, 18* (1), p. 23-24.

Grimley, C. P., & Whitmer, S. (2014). The Evolution of the International Psychometric Evaluation Certification (IPEC). *Journal of Forensic Vocational Analysis, 15* (2), p. 7–12.

Whitmer, S., & Grimley, C. P., (2014). Psychometric Evaluation Competency: The International Psychometric Evaluation Certification (IPEC) in the Era of Evidenced Based Assessment within the Forensic Environment. *Journal of Forensic Vocational Analysis, 15* (2), p. 13–22.

Grimley, C.P., (2014). Book Review, Foundations of Forensic Vocational Rehabilitation, *The Journal of Forensic Vocational Analysis, 15, (1),* p. 38.

Grimley, C.P., Generation Y and Employment (2013), *The Vocational Expert,* 28, *(3),* p. 5-7.

McCroskey, B.J., Dennis, K.L., Wilkinson, K.S., Stein, D.B., Van de Bittner, E.E. Green, S.D., Lowe, J.K., Grimley, C.P., Bohlke, D.K., Wattenbarger, W.E. (2012) Percent of Vocational Disability Defined for MVQS Volcano and VDARE Programs with an example based on Future Diminished Earning Capacity in the Los Angeles, CA LMA in Year 2005, *The Earning Analyst, 12 (1)* p. 89-97.

McCroskey, B. J., Dennis, K. L., Wilkinson, K. S., Stein, D. B., Van de Bittner, E. E., Green, S. D., Lowe, J. K., Grimley, C. P., Bohlke, D. K. , & Wattenbarger, W. E. (2012). Predictive Validity ($R_{XY}$) and Standard Errors of Estimate ($SE_E$) for the MVQS Vocational Quotient (VQ) Job Difficulty Index in Volcano and MTSP Job Person Matching, Earning Capacity and Occupational Density Estimation Programs Used to Estimate Job Earning Capacity based on the Year 2010 U.S. DOL SOC Wage Earnings Data Distribution. *The Journal of Forensic Vocationology, 12, (1) Special Issue #2,* p. 7-55.

McCroskey, B.J., Mayer, L.L., Lageman H.J., Lowe, J.K., Grimley, C.P., Graham, G.M., Dunn, P.L., Dennis, K.L and Streater S. E. (2007) The American Board of Vocational Experts – National Certification Examination, *The Journal of Forensic Vocational Analysis, 10, (1),* p. 7 – 60.

Grimley, C.P., Lowe, J.K., Williams, J.M. & Hahn, S. J. (2004) Analysis of IARP 2003 Vocational Expert (VE) Criterion Sampling Distribution TSA Ratings Predicted by Volcano 4.1 Transferable Skills Analysis TSA Estimates. Unpublished Manuscript.

Grimley, C.P., Information for the Work Place (2002), *The Vocational Expert*, 19 *(1)*, p .6.
McCroskey, B.J., Grimley, C.P., Williams, J.M., Hahn, S.J., Lowe, J., Wattenbarger, W.E., Stein, D. B., Dennis, K.L (2002) The McCroskey Vocational Quotient System (MVQS) Theory of Transferable Skills: Revised, Extended and Updated for the 21st Century, *The Journal of Forensic Vocationology, 7, (1)*, p. 30-54.

Grimley, C.P., Information for the Work Place (2001), *The Vocational Expert*, *18, (2)*, p. 2.

Grimley, C.P., Information for the Work Place (2001), *The Vocational Expert*, *18, (1)*, p. 3.

Grimley, C.P., Williams, J.M., Hahn, S., Dennis, K. L. (2000a). Scientific Prediction of Transferable Skills. *The Journal of Forensic Vocationology*, *6, (1)*, p. 7 – 16.

Grimley, C.P., Williams, J.M., Hahn, S., Dennis K.L. (2000b), A Scientific Approach to Transferable Skills, *The Journal of Forensic Vocational Analysis, 3,* (1), p. 47-55.

Grimley, C.P., (2000). Product Peer Review, The Updating of the 5th Edition DOT, *The Journal of Forensic Vocationology, 6, (1)*, p. 6.

Grimley, C.P., Information for the Work Place (2000), *The Vocational Expert*, *17, (3)*, p. 3-4.

Grimley, C.P., Information for the Work Place (2000), *The Vocational Expert*, *17, (2)*, p. 3.

Grimley, C.P., Information for the Work Place (2000)**,** *The Vocational Expert*, *17*, *(1)*, p. 3-4.

Grimley, C.P., Information for the Work Place (1999**),** *The Vocational Expert*, *16*, *(4)*, p. 3.

Grimley, C.P., (May 1985), New Adventures at Convention XII, California *Association of Rehabilitation & Reemployment Professionals Newsletter.*

Grimley, C.P.& Wulz, S.V. ( 1987), Placement: The Return of Independence, *California Workers'Compensation Enquirer, 5, (2),* p. 20 –25.

Grimley, C.P., Fernandez, M.R., Harty, N., Henderson, N., Largo, R., Lespier. J., Levesque, T., Mulholland, K., Pauley, J., Smith, E.W., Wulz, S.V. (April 1987), Counselor's Perspective on the Proposed Rules and Regulations, *California Workers' Compensation Enquirer, 4 (9),* p. 32 –34.

Wulz, S.V., & Patrizi, C. (1987), Job Analysis: A Diplomates Task, *California Workers' Compensation Enquirer, 4, (8)*, p. 26-29.

Patrizi, C.L. (1986). A Severely Handicapped Sequential Task Curriculum: Ages 3- 21. Master's Thesis, California State University, Fullerton, CA

## PROFESSIONAL ASSOCIATIONS

Member, American Board of Vocational Experts

President Elect, American Board of Vocational Experts, 2011 – 2013

President, American Board of Vocational Experts, 2013 – 2015

Past President, American Board of Vocational Experts, 2015 – 2017

Secretary, American Board of Vocational Experts, 2001 – 2006

Editor, *The Vocational Expert*, American Board of Vocational Experts, 2000-2004

Member, Credential Committee and Peer Reviewer, American Board of Vocational Experts, 2005 to present

Member, Certification Test Revision Committee, American Board of Vocational Experts, 2008 to present

Member, Credential Committee, Peer Reviewer and Credential Development, The International Psychometric Certification (IPEC), 2014 to present

Editorial Advisory Board & Peer Review Committee, *Journal of Forensic Vocational Analysis*

Editorial Advisory Board & Peer Review Committee, *Journal of Forensic Vocationology*

Member, Validation Badge Steering Committee, Expert Witness Exchange

Member, International Association of Rehabilitation Professionals

Southern California Rehabilitation Exchange Board of Directors, 1989 – 1991

Vocational Expert for Social Security Administration

Appointed Vocational Expert, Los Angeles Superior Court

Vocational Expert Advisor, MDEXONLINE, Medical-Legal Consulting Service

Board of Directors, Carolina Association of Rehabilitation Professionals in the Private Sector, 2002-2003

Board of Directors, Kids Chance of South Carolina, 2007 – 2010

Richland County Court Appointed Special Advocate (Volunteer Guardian ad Litem)

*Updated, January 2026*