# Vector Group, LLC

105 Jefferson Drive
Cheraw, South Carolina 29520
Office: (843) 829-0119
info@vgrecon.com



## Robert "Rob" Lee

Managing Owner
Collision Reconstructionist
105 Jefferson Drive
Cheraw, South Carolina 29520
Office Phone: (843)-829-0119
Email: roblee@vgrecon.com


### EXPERIENCE

Captain South Carolina Highway Patrol-**Retired**
Troop 9 Commander / Collision Reconstruction Team
Nationally Accredited Collision Reconstructionist thru
The Accreditation Commission of Accident Reconstruction (ACTAR)
ACTAR Number 1615
Investigated over 2500 collisions
Reconstructed over 1000 collisions
Reviewed and Approved over 3000 Collision Reconstructions

### RELATED COURSEWORK SELECTED EXAMPLES

- Collision Reconstruction (Texas A&M)
- Advanced Collision Investigation (Texas A&M)
- Advanced Accident Investigation and Reconstruction (SCHP)
- At-Scene Traffic Collision Investigation (SCCJA)
- Vehicle vs. Pedestrian Class (Rusty Haight)
- Pedestrian and Bicycle Collision Investigation (IPTM)
- Advanced Pedestrian Bike Crash Investigation (IPTM)
- Crash Data Recorder Class (GMC)
- Crash Data Retrieval System, Certification Course (Vetronix)
- Crash Data Retrieval System, Technician Course (Bosch)
- Crash Data Retrieval System, Data Analyst Course (Bosch)
- Crash Data Retrieval System, Train the Trainer Course (Bosch)
- Human Factor in Traffic Collision Class (Dr. Keene Garvin)
- Human Factors (Dr. Richard Gill)
- Occupant Kinematics (NCJA)

Vector Group, LLC
105 Jefferson Drive
Cheraw, South Carolina 29520
Office: (843) 829-0119
info@vgrecon.com

- Low Speed Impacts (Rusty Haight)
- Commercial Vehicle Collisions (Dave Stopper)
- Commercial Vehicle Air Brake Systems (Southeastern Truck Lines)
- Commercial Vehicle ABS Braking (Ron Heusser)
- Commercial Motor Vehicle Rollover (Dr. Frank Navin)
- Commercial Vehicle Crashes Inspection and Investigation (IPTM)
- Acceleration of Heavy Trucks (Woodrow Poplin)
- Advanced Commercial Vehicle Systems Class (Austin TX 2022)
- Motorcycle Accident Investigation (Al Baxter)
- Motorcycle Crash Analysis Braking (Al Baxter)
- Motorcycle Momentum (Bruce McNally)
- Michelin Tire Damage Analysis Course (Michelin)
- Vehicle Nomenclature and Tire Examination Course (SCHP)
- Crash Reconstruction at Traffic Signals (Daren Marceau)
- Traffic Signals Examination (Julian Beaver)
- Post Collision Vehicle Examination Class (Randall Maffett)
- Steering and Suspension Inspection Class (David Hill)
- Methods for Determining Drag Factor Class (David Lee)
- Drag Sled and Coefficient of Friction (Ed Livesay)
- PDOF (Principle Direction of Force) (Joe Hudak)
- Pole Impacts (Joe Cofone)
- Rotational Mechanics (John Daily & Nat Shigemura)
- Vector Diagramming Class (Gordon Bigg)
- Computerized Collision Diagramming (SCHP)
- MFx Mapping EdgeFx Animation Class
- Forensic Mapping Technology Course (SCHP)
- Forensic Mapping and MapScenes (Collision Technologies)
- Forensic Mapping Certification (PSFM)
- Traffic Safety Officer (SCCJA)
- FBI Interview Interrogation and Statement Analysis Course
- Crime Scene Photography (SCCJA)
- Crime Scene Techniques (SCCJA)
- Detective Level I (SCCJA)
- Adjunct Instructor (SCHP)
- Adjunct Instructor (SCCJA)

Vector Group, LLC
105 Jefferson Drive
Cheraw, South Carolina 29520
Office: (843) 829-0119
info@vgrecon.com

**Qualified Expert Selected Examples (State, Magistrate, Municipal Courts)**

- Judge of the Fifth Judicial Circuit, L. Casey Manning
- Judge of the Thirteenth Circuit, D. Garrison Hill
- Judge of the Tenth Judicial Circuit, Alexander S. Macaulay
- Judge At-Large Judicial Circuit, Reginald I. Lloyd
- Honorable James H. Tilley, Magistrate Chesterfield County
- Honorable John R. Rakowsky, Lexington Municipal Judge

**Current and Past Reconstruction Memberships**

- South Carolina Association of Reconstruction Specialists (SCARS)
    - ➢ Board of Director's-Retired / Lifetime Membership
- National Association of Professional Accident Reconstruction Specialists
    - ➢ Member Since 2003
- International Network of Collision Reconstructionist Group
- Event Data Recorder for Collision Reconstruction Group

**Conference Presenter Selected Examples**

- Special Problems in Traffic Crash Reconstruction Conference
- Pennsylvania State Police Conference
- Tennessee Highway Patrol Conference
- Maryland Crash Reconstruction Conference
- Traffic Safety Officer's Conference
- SC Solicitors Conference
- SC Farm Bureau Conference
- SC Coroner Conference
- SC Highway Safety Conference

**Committees Selected Examples**

- Chairman- SC Department of Public Safety's Pedestrian Committee
- Chairman- SC Department of Transportation's Vulnerable Roadway Users Committee

**Vector Group, LLC**
105 Jefferson Drive
Cheraw, South Carolina 29520
Office: (843) 829-0119
info@vgrecon.com

- Co-Chairman Governor's Motorcycle Safety Committee

## Depositions

- Kelsey Cooley v. Kelvin Rembert – Case #: 2018-CP-43-00621 (Defendant)
- Lanes Professional Pest Elimination, Inc., v. Evan M. Shifflett- Case#:2021-CP-26-06590 (Plaintiff)
- Thomas Goggin v. Blythe Construction, Inc., Zachry Construction Corp. –
  Civil Action No. 7:21cv-03157-DCC

**