# Vector Group, LLC

105 Jefferson Drive
Cheraw, South Carolina 29520
Office: (843) 829-0119
info@vectorgroups.org

## Steve Breland

*Managing Owner*
*Collision Reconstructionist*
*331 Green Street*
*Santee, South Carolina 29142*
*Office: (843) 829-0119*
*Email: steve@vectorgroups.org*

## Training

| | | |
|---|---|---|
| *1985* | *Basic Military Training United States Marine Corps*<br>*Parris Island, South Carolina* | *12 Weeks* |
| *1986* | *Military Police Academy United States Marine Corps*<br>*Lackland AFB, Texas* | *12 Weeks* |
| *1987* | *Military Police Academy United States Marine Corps*<br>*Camp Lejeune, North Carolina* | *4 Weeks* |
| *1988* | *Radar Operator's Course*<br>*Coastal Carolina Community College*<br>*Jacksonville, North Carolina* | *34 Hours* |
| *1989* | *At-Scene Accident Investigation*<br>*Northwestern University Traffic Institute* | *80 Hours* |
| *1990* | *South Carolina Highway Patrol Basic Training*<br>*South Carolina Criminal Justice Academy* | *12 Weeks* |
| *1990* | *Radar Certification*<br>*South Carolina Criminal Justice Academy* | *40 Hours* |
| *1990* | *Breathalyzer Certification*<br>*South Carolina Criminal Justice Academy* | *40 Hours* |
| *1995* | *Forensic Evidence Training*<br>*South Carolina Criminal Justice Academy* | *40 Hours* |
| *1995* | *At-Scene Accident Investigation*<br>*South Carolina Criminal Justice Academy* | *80 Hours* |
| *1995* | *Technical Accident Investigation*<br>*South Carolina Criminal Justice Academy* | *80 Hours* |

# Vector Group, LLC

105 Jefferson Drive
Cheraw, South Carolina 29520

Office: (843) 829-0119
info@vectorgroups.org


| | | |
|---|---|---|
| *1995* | *Traffic Accident Reconstruction*<br>*University of North Florida (IPTM)* | *80 Hours* |
| *1995* | *Computer Assisted Diagramming*<br>*South Carolina Criminal Justice Academy* | *40 Hours* |
| *1995* | *Forensic Mapping Specialist*<br>*MJC & Associates* | *40 Hours* |
| *1995* | *Advanced Evidence Collection*<br>*South Carolina Law Enforcement Division* | *16 Hours* |
| *1995* | *REC-TEC Professional Reconstruction Software*<br>*Reconstruction Technology* | *24 Hours* |
| *1996* | *Law Enforcement Photography*<br>*South Carolina Criminal Justice Academy* | *40 Hours* |
| *1996* | *Vehicle Lamp Examination*<br>*University of North Florida (IPTM)* | *16 Hours* |
| *1996* | *Tire Forensics*<br>*University of North Florida (IPTM)* | *24 Hours* |
| *1996* | *Commercial Vehicle Inspection & Reconstruction*<br>*Level 1 & 2*<br>*Texas A&M University* | *90 Hours* |
| *1996* | *Pedestrian and Bicycle Accident Reconstruction*<br>*Texas A&M University* | *40 Hours* |
| *1996* | *Tire Damage*<br>*Michelin Tire Corporation* | *8 Hours* |
| *1996* | *Motorcycle Accident Reconstruction*<br>*University of North Florida (IPTM)* | *40 Hours* |
| *1996* | *Field Training Office Course*<br>*South Carolina Criminal Justice Academy* | *24 Hours* |
| *1997* | *Biomechanics for Accident Reconstruction*<br>*Texas A&M University* | *40 Hours* |
| *1997* | *Low Speed Collision Analysis*<br>*Texas A&M University* | *40 Hours* |
| *1997* | *Applied Physics for Accident Reconstruction*<br>*Texas A&M University* | *40 Hours* |
| *1998* | *Vehicle Damage and Energy Relationship*<br>*Texas A&M University* | *40 Hours* |
| *1998* | *Radar Certification*<br>*South Carolina Criminal Justice Academy* | *16 Hours* |
| *1998* | *DataMaster Breath Testing Certification*<br>*South Carolina Criminal Justice Academy* | *16 Hours* |

Vector Group, LLC
105 Jefferson Drive
Cheraw, South Carolina 29520
Office: (843) 829-0119
info@vectorgroups.org

| | | |
|---|---|---|
| *1998* | *Accreditation Commission for Traffic Accident Reconstruction (ACTAR) Preparation Course* | *24 Hours* |
| *1998* | *WINCRASH/WINSMAC Software University of North Florida (IPTM)* | *40 Hours* |
| *1999* | *Advanced Collision Reconstruction Texas A&M University* | *40 Hours* |
| *1999* | *Interview & Interrogation South Carolina Criminal Justice Academy* | *16 Hours* |
| *2000* | *Forensic Mapping/Contour & Profile MJC & Associates* | *40 Hours* |
| *2000* | *Advanced Collision Investigation Texas A&M University* | *80 Hours* |
| *2000* | *Collision Reconstruction Texas A&M University* | *80 Hours* |
| *2000* | *Computer Assisted Drawing South Carolina Criminal Justice Academy* | *40 Hours* |
| *2001* | *Basic Fingerprint South Carolina Criminal Justice Academy* | *40 Hours* |
| *2001* | *First Line Supervisor South Carolina Criminal Justice Academy* | *24 Hours* |
| *2001* | *Detective Level 1 South Carolina Criminal Justice Academy* | *80 Hours* |
| *2001* | *Law Enforcement Photography South Carolina Criminal Justice Academy* | *80 Hours* |
| *2003* | *Forensic Mapping/MapScenes Software Sokkia/MapScenes* | *40 Hours* |
| *2003* | *Pedestrian and Bicycle Collision Investigation University of North Florida (IPTM)* | *40 Hours* |
| *2003* | *Crash Data Retrieval Collision Safety Institute* | *32 Hours* |
| *2006* | *Commercial Vehicle Crash Investigation University of North Florida (IPTM)* | *40 Hours* |
| *2006* | *Crash Data Retrieval Data Analyst Certification CSI, Atlanta, GA* | *40 Hours* |
| *2007* | *Crash Data Retrieval Technician Course Instructor CSI, Houston, TX* | *16 Hours* |
| *2007* | *Advanced Crime Scene Photography SCLEOA, Columbia, SC* | *16 Hours* |
| *2007* | *Mid-Level Management* | *24 Hours* |

Vector Group, LLC
105 Jefferson Drive
Cheraw, South Carolina 29520
Office: (843) 829-0119
info@vectorgroups.org

| | | |
|---|---|---|
| | *SC Highway Patrol* | |
| *2007* | *Situational Leadership*<br>*SC Highway Patrol* | *24 Hours* |
| *2007* | *Resolving Interpersonal Issues*<br>*SC Highway Patrol* | *24 Hours* |
| *2008* | *DNA Evidence : First Responding Officer*<br>*President's DNA Initiative* | *4 Hours* |
| *2008* | *DNA Evidence : Investigators/Evidence Technicians*<br>*President's DNA Initiative* | *4 Hours* |
| *2009* | *SLED DNA Collection* | *4 Hours* |
| *2009* | *Crash Data Retrieval Technician Course Instructor*<br>*CSI, Houston, TX* | *8 Hours* |
| *2009* | *Traffic Crash Reconstruction at Traffic Signals*<br>*Columbia, SC* | *16 Hours* |

## ***Conferences***

| | | |
|---|---|---|
| *1998* | *Southeastern Collision Reconstruction Conference*<br>*Myrtle Beach, South Carolina* | *24 Hours* |
| *1999* | *International Association of Reconstruction Specialist*<br>*Annual Conference*<br>*Charleston, South Carolina* | *32 Hours* |
| *1999* | *Southeastern Collision Reconstruction Conference*<br>*Myrtle Beach, South Carolina* | *24 Hours* |
| *2000* | *South Carolina Department of Public Safety*<br>*Traffic Safety Officer Conference*<br>*Myrtle Beach, South Carolina* | *16 Hours* |
| *2000* | *World Reconstruction Expo*<br>*College Station, Texas* | *36 Hours* |
| *2001* | *Southeastern Collision Reconstruction Conference*<br>*Myrtle Beach, South Carolina* | *24 Hours* |
| *2002* | *Special Problems in Collision Reconstruction*<br>*University of North Florida (IPTM)* | *24 Hours* |
| *2002* | *Southeastern Collision Reconstruction Conference* | *24 Hours* |

VECTOR GROUP LLC

# Vector Group, LLC

105 Jefferson Drive
Cheraw, South Carolina 29520
Office: (843) 829-0119
info@vectorgroups.org

| | | |
|---|---|---|
| | *Mt. Pleasant, South Carolina* | |

| | | |
|---|---|---|
| *2003* | *Special Problems in Collision Reconstruction*<br>*University of North Florida (IPTM)* | *24 Hours* |
| *2003* | *South Carolina Coroner's Association Conference*<br>*Myrtle Beach, South Carolina* | *24 Hours* |
| *2003* | *Southeastern Collision Reconstruction Conference*<br>*Mt. Pleasant, South Carolina* | *24 Hours* |
| *2004* | *Southeastern Collision Reconstruction Conference*<br>*Biloxi, Mississippi* | *24 Hours* |
| *2005* | *Special Problems in Collision Reconstruction*<br>*University of North Florida (IPTM)* | *24 Hours* |
| *2005* | *Southeastern Collision Reconstruction Conference*<br>*Charleston, South Carolina* | *24 Hours* |
| *2006* | *Southeastern Collision Reconstruction Conference*<br>*Charleston, South Carolina* | *24 Hours* |
| *2006* | *Special Problems in Collision Reconstruction*<br>*University of North Florida (IPTM)* | *24 Hours* |
| *2007* | *Southeastern Collision Reconstruction Conference*<br>*Charleston, South Carolina* | *8 Hours* |
| *2007* | *CDR User's Conference*<br>*Houston, TX* | *24 Hours* |
| *2007* | *Special Problems in Collision Reconstruction*<br>*University of North Florida (IPTM)* | *24 Hours* |
| *2008* | *CDR User's Conference*<br>*Houston, TX* | *24 Hours* |
| *2008* | *Special Problems in Collision Reconstruction*<br>*University of North Florida (IPTM)* | *24 Hours* |
| *2009* | *CDR User's Conference*<br>*Houston, TX* | *24 Hours* |
| *2010* | *Pennsylvania State Police Conference*<br>*State College, PA* | *24 Hours* |
| *2013* | *ARC-CSI*<br>*Las Vegas, NV* | *24 Hours* |
| *2013* | *Specials Problems in Collision Reconstruction*<br>*IPTM St. Pete Beach, FL* | *24 Hours* |
| *2014* | *PSP Conference*<br>*State College, PA* | *24 Hours* |
| *2017* | *PSP Conference*<br>*Gettysburg, PA* | *24 Hours* |

VECTOR GROUP LLC

# Vector Group, LLC

105 Jefferson Drive
Cheraw, South Carolina 29520

Office: (843) 829-0119
info@vectorgroups.org

## *Testing*

| | |
|---|---|
| *1995* | *Coefficient of Friction Testing*<br>*Michelin Tire Corporation*<br>*Laurens, South Carolina* |
| *1996* | *Heavy Truck Skidding*<br>*Columbia, South Carolina* |
| *1996* | *Pedestrian and Bicycle Crash Testing*<br>*Columbia, South Carolina* |
| *1996* | *Motorcycle Crash Testing*<br>*Columbia, South Carolina* |
| *1997* | *Low Speed Collision crash Testing*<br>*Columbia, South Carolina* |
| *1998* | *Vehicle Crash Testing*<br>*Myrtle Beach, South Carolina* |
| *1999* | *Vehicle Crash Testing*<br>*Myrtle Beach, South Carolina* |
| *1999* | *Vehicle Skid and Traction Control Testing*<br>*Charleston, South Carolina* |
| *2000* | *Vehicle Crash Testing*<br>*Myrtle Beach, South Carolina* |
| *2001* | *Vehicle Crash Testing*<br>*Myrtle Beach, South Carolina* |
| *2001* | *Vehicle Skid Testing*<br>*Columbia, South Carolina* |
| *2001* | *Vehicle Crash Testing*<br>*Columbia, South Carolina* |
| *2002* | *Vehicle Crash Testing*<br>*Mt. Pleasant, South Carolina* |
| *2003* | *Vehicle Crash Testing*<br>*Mt. Pleasant, South Carolina* |
| *2004* | *Vehicle Crash Testing*<br>*Biloxi, Mississippi* |
| *2005* | *Vehicle Crash Testing*<br>*Charleston, South Carolina* |
| *2005* | *Vehicle Skid Testing*<br>*Florence, South Carolina* |
| *2006* | *Commercial Vehicle Skid Testing*<br>*Columbia, SC* |
| *2006* | *Vehicle Crash Testing* |

Vector Group, LLC
105 Jefferson Drive
Cheraw, South Carolina 29520
Office: (843) 829-0119
info@vectorgroups.org

| | |
|---|---|
| | *Charleston, SC* |
| | |
| *2007* | *Vehicle Crash Testing*<br>*Charleston, SC* |
| *2008* | *Pedestrian Visibility Study*<br>*Columbia, SC* |

## ***Teaching Experience***

*Adjunct instructor, Texas A&M University System, Advanced Collision Investigation and Collision Reconstruction.*

*At-Scene Investigation Instructor, South Carolina Highway Patrol*

*Advanced Collision Investigation Instructor, South Carolina Highway Patrol*

*Collision Reconstruction Instructor, South Carolina Highway Patrol*

*Mechanical Examination Instructor, South Carolina Highway Patrol*

*Presenter, 2000 Southeastern Collision Reconstruction Conference, Documenting evidence with the vehicle in collision investigation*

*Presenter, 2003 South Carolina Coroner's Association Conference, Crash Data Retrieval System*

*Presenter, 2003 Southeastern Collision Reconstruction Conference, Braking and Steering Systems*

*Presenter, 2004 Farm Bureau Insurance Adjusters Conference, Collision Reconstruction and the South Carolina Highway Patrol*

*Presenter, 2005 Southeastern Collision Reconstruction Conference, Vehicle Suspension Systems/Altered Suspensions*

*Presenter, 2006, SC Coroner's Association Conference, Mechanical Examinations in Collision Reconstruction*

*Presenter, 2009, State Farm Adjuster Training Seminar*

*Presenter, 2009, SC Commission on Prosecution*

**Vector Group, LLC**
105 Jefferson Drive
Cheraw, South Carolina 29520
Office: (843) 829-0119
info@vectorgroups.org

*Presenter, 2009, SC Solicitor's Conference*

*Crash Scene Photography Instructor 2009*

*CDR Technician Course Instructor 2007-2010 - Multiple Classes*

## ***Employment***

| | |
|---|---|
| *1985-1989* | *United States Marine Corps*<br>*Okinawa, Japan and Camp Lejeune, NC*<br>*Military Police Patrolman, Accident Investigator* |
| *1990-1999* | *South Carolina Highway Patrol*<br>*District 7, Orangeburg County*<br>*Lance Corporal, Patrolman, Accident Reconstructionist* |
| *1999-2012* | *South Carolina Highway Patrol*<br>*Multidisciplinary Accident Investigation Team*<br>*Collision Reconstructionist* |
| *2013-2018* | *Chesterfield County Sheriff's Office*<br>*Commander Non-Uniformed Division*<br>*Research and Development Director* |