# CURRICULUM VITAE
of
TODD MORTON

September 6, 2026
302 S. Limestone St., Suite 2
Gaffney, South Carolina 29340

Phone: (828) 418-3115
Cell: (828) 508-1705
Fax: (828) 575-5880
Carolinapsychologicalservices@Yahoo.com

## SCOPE OF PRACTICE

My clinical practice has consisted primarily of conducting and supervising psychological evaluations in clinical, school, and forensic settings, including evaluations for family, criminal, and civil courts. I have conducted more than 3500 examinations for use in the disability determination process in North Carolina and South Carolina. I have completed more than 1500 evaluations of law enforcement applicants. In addition, in my practice I have conducted more than 1000 evaluations of parents and children for the Department of Social Services in South Carolina. I have been qualified as an expert witness more than 30 times to provide testimony in South Carolina Family Courts regarding psychological evaluations I have conducted. I served as Supervising Psychologist at the South Carolina Department of Juvenile Justice Upstate Evaluation Center for 10 years and was Director of Clinical Services for 1½ years. During that time, I conducted evaluations of over 700 adjudicated adolescents, in both residential and community placements as well as supervising the multidisciplinary evaluations and preparation of reports for approximately 8,000 adjudicated adolescents and their families.

## EDUCATION

Ph.D., Clinical Psychology, University of North Carolina at Chapel Hill, 1994.
M.A., Clinical Psychology, University of North Carolina at Chapel Hill, 1991.
B.A., Psychology Major, University of North Carolina at Chapel Hill, 1987.

## EMPLOYMENT

Private Forensic Psychology Practice, Carolina Psychological Services, 2008 to present
Clinical Psychologist, Sylva Clinical-Psychology, 2020-present
Clinical Psychologist, FMRT Group, 2017-present
Director of Clinical Services, Upstate Evaluation Center 2010 to 2011
Private Forensic Psychology Practice, Affiliated Counseling and Psychotherapy Centers, 2002 to 2008
Supervising Psychologist, Upstate Evaluation Center, 1997-2007
Adjunct Faculty, Psychology Department University of South Carolina Upstate, 2001 to 2005
Adjunct Faculty, University of South Carolina at Union, 1999-2002
Assistant Professor, Education and Psychology Department, Walla Walla University, 1994-1997
Instructor, Education and Psychology Department, Walla Walla University, 1993-1994

## PROFESSIONAL CREDENTIALS AND MEMBERSHIPS

Licensed Clinical Psychologist (S.C. License #749), since 1999
Licensed Clinical Psychologist (N.C. License #4211), since 2011
Authority to Practice Interjurisdictional Telepsychology (APIT#19854), since 2024

## PUBLICATIONS


Parker, J.S., **Morton, T.L.,** Lingefelt, M.E., & Johnson, K.S. (2005). Predictors of serious and violent offending by adjudicated male adolescents. North American Journal of Psychology, 7, 407-418.

Archer, R.P., Bolinskey, P.K., **Morton, T.L.**, & Farris, K.L. (2003). MMPI-A characteristics of male adolescents in juvenile justice and clinical treatment settings. Assessment, 10, 400-410.

**Morton, T.L.**, & Farris, K. (2002). MMPI-A Structural Summary scores of male juvenile delinquents. Assessment, 9, 327-333.

Archer, R.P., Bolinskey, P.K., **Morton, T.L.**, & Farris, K.L. (2002). A factor structure for the MMPI-A: replication with male delinquents. Assessment, 9, 319-326.

**Morton, T.L.**, Farris, K. & Brenowitz, L. (2002). MMPI-A scores and high points of male juvenile delinquents: Scales 4, 5, and 6 as markers of delinquency. Psychological Assessment, 14, 311-319.

**Morton, T.L.** & Mann, B. (1998). The relationship between parent controlling behavior and the perceptions of control of preadolescent children and adolescents. Journal of Genetic Psychology, 159, 477-491.

**Morton, T.L.** (1997). The relationship between parent locus of control and children's perceptions of control. Journal of Genetic Psychology, 158, 216-225

Weisz, J.R., Weiss, B., Han, S.H., Granger, D.A., & **Morton, T.L.** (1995). Effects of psychotherapy with children and adolescents revisited: a meta-analysis of treatment outcome studies. Psychological Bulletin, 117, 450-468.


## POSTER AND PAPER PRESENTATIONS

Parker, J. S., **Morton, T.L.,** Lingefelt, M.E & Johnson, K.S. (2005). Predictors of serious and violent offending by adjudicated male adolescents. Southeastern Psychological Association Spring Conference.

Dillon, J.A., Archer, R.P., Elkins, D.E., Handel, R.W. & **Morton, T.L.** (2005). The applicability of the Megargee offender classification system for the MMPI-A. Society for Personality Assessment Annual Meeting.

**Morton, T.** & Parker, J. (2004). Psychopathology in early and late onset delinquent males. Southeastern Psychological Association Spring Conference.

Garren, K., Johnson, K., Parker, J., & **Morton, T.** (2004). Differences in verbal deficits in early and late onset delinquency. Committee for Equality of Professional Opportunity Undergraduate Research Program at the Southeastern Psychological Association Spring Conference.

Skarbek, E. A. & **Morton, T. L.** (2003). Determinants of International Students' Adjustment in the United States. Poster presented at the American Psychological Association Convention

Parker, E., Lawson, S., Parker, J., & **Morton, T. L.** (2003). Racial discrepancies in the frequency of assaults by juvenile delinquents. Student poster presented at the South Carolina Psychological Association Spring Conference. *Selected as Best Undergraduate Research Poster

**Morton, T. L.** & Parker, J. (2003). Race, intelligence and personality in distinguishing between early onset and late onset male juvenile delinquents. Paper presented at the South Carolina Psychological Association Spring Conference.

## TEACHING EXPERIENCE

***Undergraduate Courses:***
Introduction to Psychology, Dynamics of Behavior, Introduction to Personality, Psychology of Adjustment, Theories of Personality, Experimental Psychology, Abnormal Psychology, Social Psychology, Helping Skills, Psychological Testing, Seminar: Psychological Development in the Context of the Family.

***Graduate Courses:***
Behavior Management in the Classroom, Statistics in Research, Counseling Theories and Techniques, Group Counseling, Child and Family Counseling, Psychological Assessment I (Intelligence Testing), Psychological Assessment II (Personality Testing), Readings: Psychoneuroimmunology (co-taught with biology faculty)