Curriculum Vitae of

# Brian N. Trotter

ACTAR #3256

Traffic Collision Reconstructionist

Brian Trotter is a retired Naval Officer and former South Carolina State Trooper. While in the Navy, he flew over 3,000 hours as a Navigator and Mission Commander on the P-3C Orion, completing multiple deployments to the Pacific and European theaters. With the South Carolina Highway Patrol, he was assigned as an enforcement Trooper in Richland County in 2012 and was then assigned to the Multidisciplinary Accident Investigation Team (MAIT) in 2016 and rose to the rank of Sergeant as Post Commander of Troop 9, Post B (Midlands MAIT), responsible for all MAIT cases in the 14 counties of central South Carolina.

## Employment History

| | |
|---|---|
| • Vector Group, LLC | 2021 - Present |
| • South Carolina Highway Patrol | 2011 - 2021 |
| • United States Navy | 1991 - 2011 |

## Formal Education

| | |
|---|---|
| • Embry-Riddle Aeronautical University | MS Aeronautical Science, 2008 |
| • United States Naval Academy | BS Aerospace Engineering, 1991 |
| • Heritage High School, Maryville, TN | HS Diploma, 1987 |

## Specialized Training

| | |
|---|---|
| • CDR Trainer | 03/2020 |
| • CDR Analyst | 08/2019 |
| • Interview and Interrogation | 02/2019 |
| • Basic Detective | 06/2018 |
| • Basic Historical Cell Phone Analysis | 05/2018 |
| • Motorcycle Collision Reconstruction | 05/2017 |
| • Pedestrian-Bicycle Collision Reconstruction | 02/2017 |
| • Conservation of Momentum Refresher | 01/2017 |
| • CDR Technician Level I and II | 11/2016 |
| • TCI Reconstruction III | 10/2016 |
| • TCI Technical Phase II | 09/2016 |
| • DRE School | 04/2013 |
| • TCI At-Scene Collision Investigation | 06/2012 |
| • Class 1 Law Enforcement Officer | 11/2011 |

## Specialized Qualifications

| | |
|---|---|
| • Drug Recognition Expert | 04/2013 |
| • Full Accreditation as a Reconstructionist (ACTAR) | 07/2017 |

Updated 06/16/2023

## Collision Reconstruction Conferences

| | |
|---|---|
| • Pennsylvania State Police Seminar | 09/2016 |
| • SCARS Reconstruction Seminar | 07/2017 |
| • SCARS Reconstruction Seminar | 07/2019 |
| • Crash Data Retrieval Summit | 03/2020 |
| • Pennsylvania State Police Seminar | 11/2020 |
| • SCARS Reconstruction Seminar | 07/2022 |
| • SCARS Reconstruction Seminar | 07/2023 |

## Qualified as an Expert Witness in Collision Reconstruction:

- State of South Carolina vs. Gene David Evans, Jr., Felony Driving Under the Influence (DUI) Resulting in Death, 2017GS431104. Qualified by the Honorable Howard P. King, Third Judicial Circuit, South Carolina.

- State of South Carolina vs. James Baldwin, Murder, 2018GS1200733. Qualified by the Honorable Daniel D. Hall, Sixteenth Judicial Circuit, South Carolina.

## Civil Case Depositions:

- Jennifer Shifflett as Personal Representative for the Estate of Evan Matthew Shifflett (Plaintiff) vs. Lane's Professional Pest Elimination, Inc and Joseph Rolando Fuerte, Both Individually and as agent for Lane's Professional Pest Elimination, Inc. Case No. 2021-CP-26-06590, Court of Common Pleas Fifteenth Judicial Circuit. Horry County, South Carolina. Deposed May 10, 2023.
- Melissa Smith, Personal Representative of the Estate of Jeremy Shane Smith (Plaintiff) vs. Allia's of Columbia, LLC, d/b/a Lucky's of Columbia, Conspicuous Consumption, LLC, d/b/a Breaker's Live, and Deangelo James Cunningham. Civil Action No.: 2022-CP-40-02329, Court of Common Pleas Fifth Judicial Circuit. Richland County, South Carolina. Deposed June 9, 2023.