GAS 187(Rev. 9/03) Exhibit and Witness List

# United States District Court

## *Southern District of Georgia*

Sloan, et al.

V.

Burist, et al.

EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: 2:22cv00076 - LGW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Lisa Godbey Wood | Charles J. Hodge, et al. | James L. Elliott for Locke Relocat |
| TRIAL DATE(S) November 17, 2026 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 10/5/2026 | | | Limited Liability Release of Locke Relocations, LLC |
| | 2 | 10/5/2026 | | | Angela Locke Affidavit re: no other insurance coverage |
| | 3 | 10/5/2026 | | | Kelvin Locke Affidavit re: no other insurance coverage |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

GAS 187(Rev. 9/03)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Sloan, et al. V. Burist, et al.

CASE NUMBER: 2:22cv00076 - LGW

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |