# AFFIDAVIT

Re: National Indemnity Company Claim # 00591105
Date of Loss: 7-1-2022
Insured: Locke Relocations LLC

STATE OF VIRGINIA
COUNTY OF NEWPORT NEWS

BEFORE ME, the undersigned authority, personally appeared ANGELA LOCKE who first being duly sworn, deposes and states as follows:

1. My husband Kelvin Locke and I are the only two persons having any legal or financial interest in Locke Relocations, LLC. Kelvin Locke and I are the sole members and managers of Locke Relocations, LLC

2. That at the time of the subject **July 1, 2022** motor vehicle accident, the only insurance for that accident available to Locke Relocations, LLC or me personally was the policy issued by **National Indemnity Company**, policy number 70TRG008798-08 which provides a combined single limit of liability coverage in the amount of **$1,000,000.00** and assigned the above claim number.

3. Locke Relocations, LLC and I had no other general liability umbrella or excess insurance or automobile insurance coverage which would be applicable to the subject accident in effect on the date of the accident.

FURTHER AFFIANT SAYETH NOT.

Angela Locke
INSURED

STATE OF VIRGINIA
COUNTY OF Hampton

SWORN TO AND SUBSCRIBED before me this 14 day of February, 2023, by Angela Locke who is/are personally known to me or who have produced Drivers License as identification, and who did take oath.

Kristina Ann Lopez
Notary Public
State of Virginia

KRISTINA ANN LOPEZ COMMONWEALTH OF VIRGINIA NOTARY PUBLIC

Kristina Ann Lopez
Notary Public ID 7960375
Commonwealth of Virginia
My Commission Expires
October 31, 2025