IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

KYLE SLOAN, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATES OF RYLIE SLOAN AND JAMIE SLOAN, KYLE SLOAN AS SURVIVING SPOUSE OF JAMIE SLOAN, AND KYLE SLOAN AS SURVIVING PARENT OF RYLIE SLOAN,

Plaintiffs,

vs.

NICHOLAS BURIST; LOCKE RELOCATIONS, LLC; MAYFLOWER TRANSIT LLC; JOE MOHOLLAND, INC.;AND XYZ COMPANIES 1-3,

Defendants.

Civil Action File
No. 2:22-CV-76

**PLAINTIFF KYLE SLOAN'S PRIVLEDGE LOG**

| **Bates No.** | **Document and Description of Privileged Information** |
|---|---|
| N/A | July 7, 2022 VIDEO Interview with Plaintiff's Counsel; Kyle Sloan; and Jordan and William Stone (daughter and son-in-law of Kyle Sloan) |
| N/A | Limited Liability Release of Joe Moholland, Inc. and Locke Relocations, LLC – Marked as Privileged Pursuant to Confidentiality Agreement Within the Release |