IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| KYLE SLOAN, INDIVIDUALLY; AND AS PERSONAL REPRESENTATIVE OF THE ESTATES OF RYLIE SLOAN AND JAMIE SLOAN; KYLE SLOAN AS SURVIVING SPOUSE OF JAMIE SLOAN; KYLE SLOAN AS SURVIVING PARENT OF RYLIE SLOAN; AND SUSAN WEST, INDIVIDUALLY; AND AS THE NEXT FRIEND AND NATURAL GUARDIAN OF K.W., A MINOR,<br><br>Plaintiffs,<br><br>v.<br><br>NICHOLAS BURIST; LOCKE RELOCATIONS, LLC; MAYFLOWER TRANSIT, LLC; JOE MOHOLLAND, INC.; PAYNE, INC. AND XYZ COMPANIES 1-3,<br><br>Defendants. | CIVIL ACTION FILE NUMBER 2:22-cv-00076-LGW |

**NICHOLAS BURIST'S OBJECTION TO PLAINTIFF'S DEPOSITION DESIGNATIONS FOR NICHOLAS BURIST**

Defendant Nicholas Burist objects to Plaintiff's deposition designations of the December 12, 2023, Deposition Nicholas Burist as follows:

Page 20 line 15 to page 21 line 17 and remove “you got out” on page 21 lines 18 and 19. Rules 401 and 403 of the Federal Rules of Evidence.

Page 24 line 17 to page 25 line 22. Colloquy.

Page 27 line 7 to 20. Rules 401 and 403 of the Federal Rules of Evidence.

Page 28 line 20 to page 29 line 25. Rules 701 and 704 of the Federal Rules of Evidence.

Page 30 lines 4 to 5 and 9 to 10, withdraw the objection.

Page 34 line 8 to page 35 line 6. Rules 701 and 704 of the Federal Rules of Evidence.

Page 37 lines 16 to 22. Rules 701, 704, and 801 of the Federal Rules of Evidence.

Page 40 lines 13 to page 43 line 5. Rules 401, 403, 404, and 609 of the Federal Rules of Evidence.

Page 47 line 22 to page 48 line 3. 49 C.F.R. § 391.31. Rules 401 and 403 of the Federal Rules of Evidence.

Page 51 lines 11 to 21. Colloquy.

Page 54 line 16 to page 55 line 25. Rules 401, 403, 404, and 609 of the Federal Rules of Evidence.

Page 57 lines 4 to 6. Rules 401, 403, and 609 of the Federal Rules of Evidence.

Page 70 lines 20 to 25. Rules 401 and 403 of the Federal Rules of Evidence.

Page 71 lines 1 to 24. Rules 401, 403, 404, and 609 of the Federal Rules of Evidence.

Page 73 lines 18 to page 74 line 21. Rules 401 and 403 of the Federal Rules of Evidence.

Page 75 lines 2 to 19. Rules 401 and 403 of the Federal Rules of Evidence.

Page 77 line 22 to page 78 line 15. Rules 401 and 403 of the Federal Rules of Evidence.

Page 84 lines 13 to 21. Colloquy.

Page 93 line 18 to page 97 line 3. Rules 401, 403, and 411 of the Federal Rules of Evidence.

Page 110 lines 2 to 8. Rules 401 and 403 of the Federal Rules of Evidence.

Page 112 line 24 to page 113 line 1. Rules 401 and 403 of the Federal Rules of Evidence.

Page 117 line 21 to page 118 line 16. Rules 401, 403, and 404 of the Federal Rules of Evidence.

Page 119 line 18 to page 122 line 25. Rules 401 and 403 of the Federal Rules of Evidence.

Page 123 line 11 to page 124 line 4. Colloquy.

Page 124 lines 5 to 25. Rules 401 and 403 of the Federal Rules of Evidence.

Page 130 lines 15 to 19. Question rephrased.

Page 136 lines 2 to 17. Rules 401 and 403 of the Federal Rules of Evidence.

Page 139 line 15 to page 140 line 6. Rules 401 and 403 of the Federal Rules of Evidence.

Page 143 line 21 to page 145 line 9. Rules 401 and 403 of the Federal Rules of Evidence. Plaintiff dismissed Defendant Payne.

Page 148 lines 6 to 11. Rules 401 and 403 of the Federal Rules of Evidence.

Page 168 line 21 to page 169 line 7. Rules 401 and 403 of the Federal Rules of Evidence. The Crash Report indicates weather was 2 which is cloudy.

Page 169 line 8 to page 170 line 14. Rules 701 and 704 of the Federal Rules of Evidence.

Page 173 line 25 to page 174 line 18. Rules 401, 403, and 704 of the Federal Rules of Evidence.

Page 178 lines 9 to 20. Colloquy.

Page 179 lines 9 to 25 except Page 179 line 17 starting at "Did you have a CDL" . . . to 19. Rules 401, 403, and 609 of the Federal Rules of Evidence.

Page 180 lines 11 to 21. Colloquy.

Page 182 line 2 to page 183 line 8. Rules 401 and 403 of the Federal Rules of Evidence and Colloquy.

Page 184 line 22 to page 185 line 14. Rules 401 and 403 of the Federal Rules of Evidence.

Page 185 line 22 to page 187 line 2. Rules 401, 403, 404, and 609 of the Federal Rules of Evidence.

Page 187 line 8 to page 189 line 11. Rules 401, 403, 404, and 609 of the Federal Rules of Evidence.

Page 189 line 12 to page 190 line 7. Rules 704 of the Federal Rules of Evidence.

Page 190 line 11 to 23. Rules 401 and 403 of the Federal Rules of Evidence.

Page 191 lines 12 to 13. Rules 401, 403, and 411 of the Federal Rules of Evidence.

Page 191 line 21 to page 192 line 22. Rules 401, 403, and 411 of the Federal Rules of Evidence.

Page 193 line 3 to 13. Rules 401, 403, and 411 of the Federal Rules of Evidence.

Page 193 line 18 to 21. Rules 401, 403, and 411 of the Federal Rules of Evidence.

Page 198 lines 9 to 19. Colloquy.

Page 200 line 12 to 16 including “Other than those lawsuits.” Rules 401 and 403 of the Federal Rules of Evidence.

Page 201 line 11 to 25. Rules 401, 403, 602, and 701 of the Federal Rules of Evidence.

Page 202 line 24 to page 203 line 16. Rules 401, 403, 602, and 701 of the Federal Rules of Evidence.

Page 204 line 22 to page 206 line 3. Rules 401, 403, 602, and 701 of the Federal Rules of Evidence.

Page 206 line 7 to 15. Rule 611(c) of the Federal Rules of Evidence.

Page 207 lines 2 to 16. Rules 401 and 403 of the Federal Rules of Evidence.

Page 207 line 20 to page 211 line 4. Rules 401 and 403 of the Federal Rules of Evidence.

Page 211 line 5 to 214 line 8. Rules 401 and 403 of the Federal Rules of Evidence.

Page 214 line 13 to 215 line 22. Rules 401 and 403 of the Federal Rules of Evidence.

Page 215 line 23 to page 217 line 1. Rules 401, 403, 411 of the Federal Rules of Evidence.

Page 217 lines 2 to 17. Rules 401 and 403 of the Federal Rules of Evidence.

Page 217 line 18 to 24. Rules 401, 403, 411 of the Federal Rules of Evidence.

Page 217 line 25 to page 219 line 3. Rules 401 and 403 of the Federal Rules of Evidence.

Page 227 line 8 to page 229 line 5. Rules 401 and 403 of the Federal Rules of Evidence.

Page 232 lines 7 to 11. Rules 401 and 403 of the Federal Rules of Evidence.

Page 235 line 25 to page 236 line 4. Rules 401 and 403 of the Federal Rules of Evidence.

Page 236 lines 5 to page 237 line 11. Rules 401 and 403 of the Federal Rules of Evidence. Rios v. Norsworthy, 266 Ga. App. 469 (2004) (standard of care for commercial truck driver is ordinary care).

Page 237 lines 18 to page 238 line 10. Cumulative and asked and answered.

Page 238 line 11 to page 239 line 1. Rules 401 and 403 of the Federal Rules of Evidence. Rios v. Norsworthy, 266 Ga. App. 469 (2004) (standard of care for commercial truck driver is ordinary care).

Page 239 line 8 to 23. Rules 401 and 403 of the Federal Rules of Evidence.

Page 240 line 22 to page 243 line 14. Rules 701, 704, and 801 of the Federal Rules of Evidence.

Page 243 line 15 to page 244 line 20. Rules 401 and 403 of the Federal Rules of Evidence.

Page 245 lines 1 to 8. Rules 401 and 403 of the Federal Rules of Evidence.

Page 246 line 7 to page 248 line 3. Rules 401 and 403 of the Federal Rules of Evidence.

Page 248 line 17 to page 254 line 3. Rules 401 and 403 of the Federal Rules of Evidence.

Page 254 lines 4 to 15. Rules 401 and 403 of the Federal Rules of Evidence.

Page 254 line 16 to page 255 line 1. Rules 401 and 403 of the Federal Rules of Evidence.

Page 262 lines 14 to 24. Colloquy.

Page 264 line 19 to page 265 line 3. Colloquy.

Page 267 lines 15 to 21. Rules 401 and 403 of the Federal Rules of Evidence.

Page 270 line 12 to page 271 line 5. Rules 401 and 403 of the Federal Rules of Evidence.

Page 289 lines 20 to 22. Rules 401, 403, and 411 of the Federal Rules of Evidence.

Page 302 lines 12 to page 303 line 20. Asked and answered.

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

/s/ Grant B. Smith
GRANT B. SMITH, ESQ.
Georgia bar number 658345
Attorneys for Defendant Nicholas Burist

3344 Peachtree Road, N.E., Suite 2400
Atlanta, Georgia 30326
(404) 876-2700
(404) 591-9626
Gbsmith@wwhdg.com
Rfisher@wwhgd.com

**CERTIFICATE OF SERVICE**

I electronically filed NICHOLAS BURIST'S OBJECTION TO PLAINTIFF'S DEPOSITION DESIGNATIONS FOR NICHOLAS BURIST with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Charles Hodge, Esq.
Camden Hodge, Esq.
T. Ryan Langley, Esq.
Hodge & Langley Law Firm
229 Magnolia Street
Spartanburg, South Carolina 29306
chodge@hodgelawfirm.com
camden@hodgelawfirm.com

T. Ryan Langley, Esq.
Matthew T. Foss, Esq.
Langley Still & Foss
229 Magnolia Steet
Spartanburg, South Carolina 29306
rlangley@hodgelawfirm.com
matt@lsflawfirm.com

Joseph Padgett, Esq.
Roden Law
333 Commercial Drive
Savannah, Georiga 31406
jpadgett@rodenlaw.com

James M. Elliott, Jr., Esq.
Charles Hansell Watt, IV, Esq.
Elliott, Blackburn & Gooding, P.C.
3016 North Patterson Steet
Valdosta, Georgia 31602
jelliott@ebbglaw.com
hansellwatt@elliottblackburn.com

Todd R. Ehrenreich, Esq.
Jeffrey R. Geldens, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
2 Alhambra Plaza, Suite 1110

Coral Gables, Florida 33134
todd.ehrenreich@lewisbrisbois.com
jeffrey.geldens@lewisbrisbois.com

Brantley Cole Rowlen, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
24 Drayton Street, Third Floor
Savannah, Georgia 31401
brantley.rowlen@lewisbrisbois.com

Stephen K. McDonald, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
Bank of America Plaza
600 Peachtree St, NE, Suite 4700
Atlanta, Georgia 30308
Stephen.McDonald@lewisbrisbois.com

Scott W. McMickle, Esq.
Matthew R. Sessions, Esq.
McMickle, Kurey & Branch, LLP
217 Roswell Street, Suite 200
Alpharetta, Georgia 30009
swm@mkblawfirm.com
msessions@mkblawfirm.com

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

This 12th day of October, 2026.

/s/ Grant B. Smith
GRANT B. SMITH, ESQ.
For the Firm