**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| KYLE SLOAN, Individually; and as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan; KYLE SLOAN as Surviving Spouse of Jamie Sloan; KYLE SLOAN as Surviving Parent of Rylie Sloan,<br><br>Plaintiffs,<br><br>v.<br><br>NICHOLAS BURIST and MAYFLOWER TRANSIT LLC,<br><br>Defendants. | ) | CASE NO. 2:22-CV-00076-LGW |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

COMES NOW Plaintiff Kyle Sloan, individually, as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan, as surviving spouse of Jamie Sloan, and as surviving parent of Rylie Sloan (collectively, "Plaintiffs"), by and through undersigned counsel and, pursuant to Rule 15(a)(2), FRCP, respectfully moves this

Court for leave to file a Third Amended Complaint for the limited purpose of narrowing this action to the Defendants against whom Plaintiffs continue to assert claims and conforming the pleading accordingly. In support, Plaintiffs respectfully show the Court as follows:

1. Plaintiffs filed their Second Amended Complaint on July 12, 2024, pursuant to this Court's Order granting leave to amend. (Docs. 182, 183.) That pleading spans fifty-seven pages, names eight Defendants, and asserts eighteen counts.

2. Since that filing, several defendants have been dismissed by stipulation. (Docs. 280, 287, 289, 297, 306, 341, 370.) Plaintiffs are simultaneously seeking to dismiss current Defendants Joe Mohalland Inc. and Locke Relocations, LLC. The Defendants against whom Plaintiffs continue to assert claims are Defendant Nicholas Burist and Defendant Mayflower Transit, LLC.

3. The proposed Third Amended Complaint, attached as Exhibit A, is substantially similar to the Second Amended Complaint (Doc. 183) except that it: omits as Defendants Locke Relocations LLC, Joe Moholland, Inc., and XYZ Companies 1-3; narrows, tailors, and clarifies the allegations of the Complaint to state causes of action only against Defendant Burist and Defendant Mayflower to conform to the evidence presented in this case; conforms the remaining allegations, defined terms, and prayer for relief to the two remaining Defendants; and (d)

removes any prayer for punitive damages as against Defendants Mayflower and Burist.

4. Under Rule 15(a)(2), FRCP, after the period for amendment as of right, a party may amend "only with the opposing party's written consent or the court's leave," and "[t]he court should freely give leave when justice requires." Leave should be granted absent a substantial reason such as undue delay, bad faith, dilatory motive, repeated failure to cure deficiencies, undue prejudice to the opposing party, or futility of the amendment. *Foman v. Davis*, 371 U.S. 178, 182 (1962).

5. The narrowing of claims and parties is a paradigm case for freely granted leave. Withdrawing claims, including those for punitive damages against the remaining Defendants, simplifies the issues, narrows the matters to be tried, and works no prejudice on any Defendant; to the contrary, it relieves the remaining Defendants of any need to defend the withdrawn claims and removes from the pleading allegations directed at parties no longer in the case.

6. The granting of the proposed Amened Complaint requires no additional discovery, no reopening of any deadline, and no continuance of any setting; and it does not prejudice any party.

WHEREFORE, Plaintiffs respectfully request that the Court grant leave to file the Third Amended Complaint attached as Exhibit A, and grant such further relief as the Court deems just and proper.

Respectfully submitted this 14th day of October, 2026.

HODGE LAW FIRM, P.C.
P.O. Box 2765
Spartanburg, SC 29306
Tel: (864) 585-3873
Fax: (864) 585-6485

/s/ Charles J. Hodge
Charles J. Hodge
Admitted Pro Hac Vice
J. Camden Hodge
Admitted Pro Hac Vice
CHodge@hodgelawfirm.com
camden@hodgelawfirm.com
Attorneys for Plaintiffs

HAMILTON & PADGETT, LLC
13 St. Andrews Ct.
Brunswick, Georgia 31520
P: (912) 200-2727

/s/ Joseph R. Padgett
Joseph R. Padgett
Georgia Bar No. 872672
joseph@hamiltonpadgettlaw.com
Attorney for Plaintiffs

LANGLEY, STILL, AND FOSS LAW FIRM
229 Magnolia Street
Spartanburg, SC 29306
Tel: (864) 774-4662

/s/ T. Ryan Langley
T. Ryan Langley
Georgia State Bar No.: 692386
Matthew T. Foss
Admitted Pro Hac Vice
Ryan@thelangleylawfirm.com
Matt@thelangleylawfirm.com
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of October, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

/s/ J. Camden Hodge
J. Camden Hodge
Counsel for Plaintiffs