**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| KYLE SLOAN, Individually, and as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan; KYLE SLOAN as Surviving Spouse of Jamie Sloan; KYLE SLOAN as Surviving Parent of Rylie Sloan, | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 2:22-cv-0076-LGW-BWC |
| v. | ) | |
| NICHOLAS BURIST; MAYFLOWER TRANSIT LLC; JOE MOHALLAND INC.; LOCKE RELOCATIONS, LLC; AND XYZ COMPANIES 1–3, | ) | |
| Defendants. | ) | |

**CONSENT STIPULATION OF DISMISSAL WITH PREJUDICE OF JOE MOHALLAND INC., LOCKE RELOCATIONS, LLC, AND XYZ COMPANIES 1–3**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kyle Sloan, individually, as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan, as Surviving Spouse of Jamie Sloan, and as Surviving Parent of Rylie Sloan, and Defendants Nicholas Burist; Locke Relocations, LLC; Mayflower Transit, LLC; and Joe Moholland Inc., stipulate to the dismissal WITH PREJUDICE of Defendants Joe Mohalland Inc., Locke Relocations, LLC, and XYZ Companies 1–3.

Because all parties to this action now consent to the dismissal of Defendants Joe Mohalland Inc.; Locke Relocations, LLC, and XYZ Companies 1 – 3, Plaintiffs' previously filed Motion to Dismiss Less Than All Parties (Dkt. 447) is now moot.

Respectfully submitted this 15th day of October, 2026.

WE SO CONSENT:

***s/ Charles J. Hodge***
Charles J. Hodge
Admitted Pro Hac Vice
J. Camden Hodge
Admitted Pro Hac Vice
HODGE LAW FIRM
P.O. Box 2765
Spartanburg, SC 29306
Tel: (864) 585-3873
Fax:(864)585-6485
CHodge@hodgelawfirm.com
**Attorneys For Plaintiff**

**T. Ryan Langley**
T. Ryan Langley
Georgia State Bar No.: 692386
Matthew T. Foss
Admitted Pro Hac Vice
LANGLEY LAW FIRM
229 Magnolia Street
Spartanburg, SC 29306
Tel: (864) 774-4662
Ryan@thelangleylawfirm.com
Matt@thelangleylawfirm.com
**Attorneys For Plaintiff**

**Joseph R. Padgett**
Joseph R. Padgett
Hamilton & Padgett, LLC
GA Bar No. 872672
13 St. Andrews Ct.
Brunswick, Georgia 31520
P: (912) 200-2727
joseph@hamiltonpadgettlaw.com
**Attorneys For Plaintiff**

***Scott W. McKickle***
Scott W. McMickle, Esq.
Matthew R. Sessions, Esq.
McMickle, Kurey & Branch, LLP
217 Roswell Street, Suite 200
Alpharetta, Georgia 30009

swm@mkblawfirm.com
msessions@mkblawfirm.com
**Attorneys for Joe Mohalland Inc.**

***James L. Elliott, Jr.***
James L. Elliott, Jr., Esq.
Charles Hansell Watt, IV, Esq.
Elliott, Blackburn & Gooding, P.C.
3016 North Patterson Steet
Valdosta, Georgia 31602
jelliott@ebbglaw.com
hansellwatt@elliottblackburn.com
**Attorneys for Locke Relocations, LLC**

***Todd R. Ehrenreich***
Brantley Cole Rowlen, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
24 Drayton Street, Third Floor
Savannah, Georgia 31401
brantley.rowlen@lewisbrisbois.com

-and-

Todd R. Ehrenreich, Esq.
Jeffrey R. Geldens, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
2 Alhambra Plaza, Suite 1110
Coral Gables, Florida 33134
todd.ehrenreich@lewisbrisbois.com
jeffrey.geldens@lewisbrisbois.com

-and-

Stephen K. McDonald, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
Bank of America Plaza
600 Peachtree St, NE, Suite 4700
Atlanta, Georgia 30308
Stephen.McDonald@lewisbrisbois.com

**Attorneys for Mayflower Transit, LLC**

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

***Grant B. Smith***
GRANT B. SMITH, ESQ.
Georgia bar number 658345
Georgia bar number 703213
Attorneys for Defendant Nicholas Burist

3344 Peachtree Road, N.E., Suite 2400
Atlanta, Georgia 30326
(404) 876-2400
(404) 591-9626
Gbsmith@wwhdg.com
Rfisher@wwhgd.com
**Attorney for Nicholas Burist**

## CERTIFICATE OF SERVICE

I certify that on October 15, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notice of the filing to all counsel of record.

***s/ Charles J. Hodge***
Charles J. Hodge
Admitted Pro Hac Vice
J. Camden Hodge
Admitted Pro Hac Vice
HODGE LAW FIRM
P.O. Box 2765
Spartanburg, SC 29306
Tel: (864) 585-3873
Fax:(864)585-6485 CHodge@hodgelawfirm.com
**Attorneys For Plaintiff**

*Counsel for Plaintiff Kyle Sloan, Individually and as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan*