**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| KYLE SLOAN, Individually, and as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan; KYLE SLOAN as Surviving Spouse of Jamie Sloan; KYLE SLOAN as Surviving Parent of Rylie Sloan;<br><br>Plaintiffs,<br><br>v.<br><br>NICHOLAS BURIST; LOCKE RELOCATIONS LLC; MAYFLOWER TRANSIT LLC; VANLINER INSURANCE COMPANY; JOE MOHOLLAND, INC.; AND XYZ COMPANIES 1-3,<br><br>Defendants. | ) | CASE NO. 2:22-cv-00076-LGW-BWC |

**PLAINTIFFS' MOTION TO WITHDRAW ERRONEOUSLY FILED DOCUMENT (Dkt. No. 445)**

Plaintiffs, by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure 1 and 7(b) and Local Rule 7, respectfully move the Court for an order withdrawing the document filed at Docket Number 445, which was filed by Plaintiffs' counsel in error. In support of this Motion, Plaintiffs respectfully show the Court as follows:

## BACKGROUND

On October 14, 2026, Plaintiffs filed their Memorandum in Opposition to Defendant Mayflower Transit, LLC's Written Objections to Plaintiffs' Proposed Exhibits (Dkt. No. 439). Said Memorandum currently is filed as Docket Number 445.

Through an inadvertent error of Plaintiffs' counsel, the memorandum was filed in the Court's CM/ECF system as a response in opposition to Defendant Mayflower Transit, LLC's Motion in Limine (Dkt. No. 429), rather than as a response to Defendant Mayflower Transit, LLC's Written Objections to Plaintiffs' Proposed Exhibits (Dkt. No. 439).

Plaintiffs' counsel immediately recognized the error and contacted the Clerk of Court for instruction. The Clerk's Office directed Plaintiffs' counsel to file the instant Motion.

Plaintiffs' counsel then promptly refiled the memorandum under the correct docket event as a response to Defendant Mayflower Transit, LLC's Written Objections to Plaintiffs' Proposed Exhibits. (Dkt. No. 446.) The memorandum filed at Docket Number 446 is identical, word for word, to the memorandum filed at Docket Number 445. The only difference between the two filings is the docket event under which each was entered.

**ANALYSIS**

Federal Rule of Civil Procedure 7(b)(1) provides that a request for a court order must be made by motion that states with particularity the grounds for seeking the order and the relief sought. Federal Rule of Civil Procedure 1 further directs that the Rules be construed, administered, and employed by the Court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding.

Withdrawal of Docket Number 445 is warranted here. The error was inadvertent and purely ministerial: it concerned only the docket event under which the memorandum was entered, not its substance. Plaintiffs' counsel acted promptly to notify the Clerk and to refile the memorandum correctly at Docket Number 446. Withdrawing Docket Number 445 will ensure the accuracy and clarity of the record, avoid any confusion as to which filing responds to Defendant Mayflower Transit, LLC's Motion in Limine (Dkt. No. 429) and which responds to its Written Objections (Dkt. No. 439), and eliminate a duplicative entry on the docket.

Withdrawal will work no prejudice on any party to this litigation. Because the memorandum at Docket Number 446 is identical to the memorandum at Docket Number 445, every party has had, and continues to have, full notice of Plaintiffs' arguments. No deadline or substantive right of any party is affected. The requested

relief simply corrects an inadvertent ministerial filing error made on behalf of Plaintiffs' counsel.

Pursuant to Local Rule 7(j), a proposed order is attached hereto as Exhibit A.

## CONCLUSION

WHEREFORE, Plaintiffs respectfully request that the Court GRANT this Motion; DIRECT the Clerk of Court to withdraw the document filed at Docket Number 445 and to note on the docket that it was filed in error.

Respectfully submitted this **15th** day of October, 2026.

**HODGE LAW FIRM, P.C.**
P.O. Box 2765
Spartanburg, SC 29306
Tel: (864) 585-3873
Fax: (864) 585-6485

**HAMILTON & PADGETT, LLC**
13 St. Andrews Ct.
Brunswick, Georgia 31520
P: (912) 200-2727

**LANGLEY, STILL, AND FOSS LAW FIRM**
229 Magnolia Street
Spartanburg, SC 29306
Tel: (864) 774-4662

/s/ J. Camden Hodge
Charles J. Hodge
Admitted Pro Hac Vice
J. Camden Hodge
Admitted Pro Hac Vice
CHodge@hodgelawfirm.com
camden@hodgelawfirm.com
*Attorneys for Plaintiffs*

/s/ Joseph R. Padgett
Joseph R. Padgett
Georgia Bar No. 872672
joseph@hamiltonpadgettlaw.com
*Attorney for Plaintiffs*

/s/ T. Ryan Langley
T. Ryan Langley
Georgia State Bar No.: 692386
Matthew T. Foss
Admitted Pro Hac Vice
Ryan@thelangleylawfirm.com
Matt@thelangleylawfirm.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I CERTIFY that on **October 15, 2026** I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

s/ **J. Camden Hodge**
Counsel for Plaintiffs