**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | | |
|---|---|---|
| KYLE SLOAN, Individually, and as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan; KYLE SLOAN as Surviving Spouse of Jamie Sloan; KYLE SLOAN as Surviving Parent of Rylie Sloan,<br><br>Plaintiffs,<br><br>v.<br><br>NICHOLAS BURIST; LOCKE RELOCATIONS LLC; MAYFLOWER TRANSIT LLC; VANLINER INSURANCE COMPANY; JOE MOHOLLAND, INC.; AND XYZ COMPANIES 1-3,<br><br>Defendants. | ) | CASE NO. 2:22-cv-00076-LGW-BWC |

# ORDER

Before the Court is Plaintiffs' Motion to Withdraw Erroneously Filed Document Dkt. No. 445. (Dkt. No. 447.) Plaintiffs represent that their Memorandum in Opposition to Defendant Mayflower Transit, LLC's Written Objections to Plaintiffs' Proposed Exhibits was inadvertently docketed as a response in opposition to Defendant Mayflower Transit, LLC's Motion in Limine (Dkt. No. 429), and that the identical memorandum has since been correctly filed at Docket Number 446.

For good cause shown, the Court **GRANTS** Plaintiffs' Motion. The Clerk of Court is **DIRECTED** to withdraw the document filed at Docket Number 445 and to note on the docket that it was filed in error. Docket Number 446 shall constitute Plaintiffs' Memorandum in Opposition to Defendant Mayflower Transit, LLC's Written Objections to Plaintiffs' Proposed Exhibits.

**SO ORDERED**, this ____ day of ______________, 2026.

______________________________
**HON. LISA GODBEY WOOD, JUDGE**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**