IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

KYLE SLOAN, INDIVIDUALLY; AND AS PERSONAL REPRESENTATIVE OF THE ESTATES OF RYLIE SLOAN AND JAMIE SLOAN; KYLE SLOAN AS SURVIVING SPOUSE OF JAMIE SLOAN; KYLE SLOAN AS SURVIVING PARENT OF RYLIE SLOAN; AND SUSAN WEST, INDIVIDUALLY; AND AS THE NEXT FRIEND AND NATURAL GUARDIAN OF K.W., A MINOR,

Plaintiffs,

v.

NICHOLAS BURIST; LOCKE RELOCATIONS, LLC; MAYFLOWER TRANSIT, LLC; JOE MOHOLLAND, INC.; PAYNE, INC. AND XYZ COMPANIES 1-3,

Defendants.

CIVIL ACTION FILE NUMBER 2:22-cv-00076-LGW

**NICHOLAS BURIST'S OBJECTION TO PLAINTIFF'S DEPOSITION DESIGNATIONS FOR NICHOLAS BURIST**

Defendant Nicholas Burist moves the Court for leave to amend the Pretrial Order under Local Rule 16.4.1 to add the following Stipulations that were inadvertently omitted.

24. A Camden County Superior Court jury found Nicholas Burist guilty eight counts of Homicide by Vehicle in the First Degree, eight counts of Serious Injury by Vehicle as a result of the July 1, 2022 motor vehicle accident.

25. The Judge sentenced Mr. Burist to 75 years and to serve 45 years in the penitentiary.

26. Mr. Burist is serving his 45 year sentence at the Coffee Correctional Institution in Nichols, Georgia.

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

/s/ Grant B. Smith
GRANT B. SMITH, ESQ.
Georgia bar number 658345
Attorneys for Defendant Nicholas Burist

3344 Peachtree Road, N.E., Suite 2400
Atlanta, Georgia 30326
(404) 876-2700
(404) 591-9626
Gbsmith@wwhdg.com
Rfisher@wwhgd.com

**CERTIFICATE OF SERVICE**

I electronically filed NICHOLAS BURIST'S OBJECTION TO PLAINTIFF'S DEPOSITION DESIGNATIONS FOR NICHOLAS BURIST with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Charles Hodge, Esq.
Camden Hodge, Esq.
T. Ryan Langley, Esq.
Hodge & Langley Law Firm
229 Magnolia Street
Spartanburg, South Carolina 29306
chodge@hodgelawfirm.com
camden@hodgelawfirm.com

T. Ryan Langley, Esq.
Matthew T. Foss, Esq.
Langley Still & Foss
229 Magnolia Steet
Spartanburg, South Carolina 29306
rlangley@hodgelawfirm.com
matt@lsflawfirm.com

Joseph Padgett, Esq.
Roden Law
333 Commercial Drive
Savannah, Georiga 31406
jpadgett@rodenlaw.com

James M. Elliott, Jr., Esq.
Charles Hansell Watt, IV, Esq.
Elliott, Blackburn & Gooding, P.C.
3016 North Patterson Steet
Valdosta, Georgia 31602
jelliott@ebbglaw.com
hansellwatt@elliottblackburn.com

Todd R. Ehrenreich, Esq.
Jeffrey R. Geldens, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
2 Alhambra Plaza, Suite 1110
Coral Gables, Florida 33134
todd.ehrenreich@lewisbrisbois.com
jeffrey.geldens@lewisbrisbois.com

Brantley Cole Rowlen, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
24 Drayton Street, Third Floor
Savannah, Georgia 31401
brantley.rowlen@lewisbrisbois.com

Stephen K. McDonald, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
Bank of America Plaza
600 Peachtree St, NE, Suite 4700
Atlanta, Georgia 30308
Stephen.McDonald@lewisbrisbois.com

Scott W. McMickle, Esq.
Matthew R. Sessions, Esq.
McMickle, Kurey & Branch, LLP
217 Roswell Street, Suite 200
Alpharetta, Georgia 30009
swm@mkblawfirm.com
msessions@mkblawfirm.com

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

This 15th day of October, 2026.

/s/ *Grant B. Smith*
GRANT B. SMITH, ESQ.
For the Firm