**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| KYLE SLOAN, Individually; and as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan; KYLE SLOAN as Surviving Spouse of Jamie Sloan; KYLE SLOAN as Surviving Parent of Rylie Sloan; and SUSAN WEST, Individually; and as the next friend and natural guardian of K.W., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>NICHOLAS BURIST; LOCKE RELOCATIONS LLC; MAYFLOWER TRANSIT LLC; JOE MOHOLLAND, INC.; AND XYZ COMPANIES 1-3,<br><br>Defendants. | ) | CASE NO. 2:22-cv-00076-LGW |

TO : All Judges, Clerks of Court and Counsel of Record

FROM: Charles J. Hodge

**MOTION FOR LEAVE OF ABSENCE**

COMES NOW Charles J. Hodge and respectfully moves the Court for an Order allowing the Applicant to be on leave and away from the practice of law during the following periods:

January 22, 2027 through February 19, 2027

The Applicant submits leave for family vacation as noted. All affected Judges and opposing counsel shall have ten (10) days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

Respectfully submitted this 15th day of October, 2026

***s/ Charles J. Hodge***
Charles J. Hodge
Admitted Pro Hac Vice
HODGE LAW FIRM, P.C.
Po Box 2765
Spartanburg, SC 29306
Tel: (864) 585-3873
Fax: (864) 585-6485
Chodge@hodgelawfirm.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served a copy of the foregoing Motion for Leave of Absence upon all opposing counsel via the Court's electronic filing system which will automatically send email notification of such filing to opposing counsel of record in the case.

This 15th day of October, 2026.

***s/Charles J. Hodge***
Charles J. Hodge
Admitted Pro Hac Vice