**From:** Pilgram, Melissa
**Sent:** Wednesday, March 23, 2022 10:57 AM CDT
**To:** mpeters <mpeters@jmm333.com>
**Subject:** Unsafe Driving Complaint - M2610333

Good afternoon!

UniGroup received an unsafe driving complaint, identifying one of your units, M2610333, on 3/23/22 about 10:33am Central Time on I-95 near Providence, SC. They reported unsafe driving behavior such as following too close, speeding, and failing to maintain a lane. The caller reported our driver tailgating them then speeding to pass and failing to maintain their own lane, crossing the line and forcing the caller off the road while passing.

Unsafe driving complaints are a serious matter and must be addressed. Please reply to this email, identifying the van operator involved and additional information regarding this incident. Please include any necessary action taken, such as counseling, remedial training, etc., as a result of any unsafe driving behavior.

A prompt response is appreciated. Let me know if you have any questions.

Melissa Pilgram
Risk Management, UniGroup

P: 636.349.2710 F: 636.305.4591
unigroup.com

The UniGroup Companies
United Van Lines | Mayflower | UniGroup Worldwide Moving | Allegiant Move Management | UniGroup Logistics