**Sent:** Tuesday, June 21, 2022 8:48 AM CDT
**To:** Demien, Sue <Sue_DeMien@unigroup.com>; Volansky, Mark <Mark_Volansky@unigroup.com>; Bojan, Steve <Steve_Bojan@unigroup.com>; Kratzer, Mike <Mike_Kratzer@unigroup.com>
**CC:** Crum, Nicole <Nicole_Crum@unigroup.com>; Hanke, Carol <Carol_Hanke@unigroup.com>; Buchanan, Lisa <Lisa_Buchanan@unigroup.com>
**Subject:** RE: Terminated Agent M-333 Joe Moholland (as of 4-28-22)

All,

I can tell everyone, when I walk through the termination actions and steps in the termination process with an agent, as well as in the UniGroup/Mayflower/United letter emailed to the terminating agent, one of the actions stated is removal of all marketing and branding identification, decals, signs, material, etc. from their buildings and equipment such as tractors, trailers, straight trucks, etc.

We have always given the terminating agent a little time from a few weeks to a month to get all that removed, as it is unrealistic to expect it can be removed from on/by a terminating date since they are in many cases still performing van line service to the last day. As Moholland who has a lot of equipment, we knew it may take them a little longer and I said to removed by or during the month of June.

Thanks,

Chris Wynn
Senior Director
Member Success, UniGroup
P: 636.349 2520
M: 314-440-7322
E: chris_wynn@unigroup.com

The UniGroup Companies
United Van Lines | Mayflower | UniGroup Worldwide Moving | Allegiant Move Management | UniGroup Logistics

---

**From:** Demien, Sue <Sue_DeMien@unigroup.com>
**Sent:** Tuesday, June 21, 2022 8:33 AM
**To:** Volansky, Mark <Mark_Volansky@unigroup.com>; Wynn, Chris <Chris_Wynn@unigroup.com>; Bojan, Steve <Steve_Bojan@unigroup.com>; Kratzer, Mike <Mike_Kratzer@unigroup.com>
**Cc:** Crum, Nicole <Nicole_Crum@unigroup.com>; Hanke, Carol <Carol_Hanke@unigroup.com>; Buchanan, Lisa <Lisa_Buchanan@unigroup.com>
**Subject:** Terminated Agent M-333 Joe Moholland (as of 4-28-22)
**Importance:** High

Good morning,

We just received a roadside inspection report that included 2 vehicle maintenance violations for a total of 42 CSA points. The violations included a flat tire and brake connections with leaks, which are serious violations that could lead to a crash out on the roads.

The reason for my concern is that both vehicles still have our Missouri base plates, and I'm fairly certain they haven't removed our Brand decals from the equipment. Because of this, challenging the motor carrier operating authority with the State of Georgia will be difficult, but most important the risk this brings to our company cannot be ignored.

Is there any other actions we can take so this doesn't continue? Do we issue a "cease and desist" order, do we report the plates as "stolen" to the State of Missouri?

I look forward to your thoughts on this issue.

**VEHICLE INFORMATION**

| Unit | Type | Make | State | License # | VIN # | Vehicle Number |
|---|---|---|---|---|---|---|
| 1 | TRUCK TRACTOR | INTL | MO | 59AP8M | 3HSDJAPR7EN491357 | |
| 2 | SEMI-TRAILER | KENT | MO | 06B217 | 1KKVE532XXL114720 | |

**VIOLATION INFORMATION**

| | | | | | | | | Carrier Summary (CSMS) | |
|---|---|---|---|---|---|---|---|---|---|
| Section Code | Unit | Violation BASIC Category | Violations Discovered | Observable | Driver Responsible | Severity Weight | OOS | Time Weight | Total Points |
| 393.45DLUV | 1 | Vehicle Maintenance | Brake Connections with Leaks Under Vehicle | No | Y | 4 | | 3 | 12 |
| 393.75(a)(3) | 2 | Vehicle Maintenance | Tire-flat and/or audible air leak | Yes | Y | 8 | +2 | 3 | 30 |

Thank you,

**Sue DeMien**
Safety Compliance Manager – Risk Management
Direct: 636-305-6713 Fax: 636-305-6847
The UniGroup Companies
United Van Lines | Mayflower | UniGroup Worldwide Moving | Allegiant Move Management | UniGroup Logistics

Drive. Collaborate. *DELIVER.*

***24/7/365 Accident Reporting Hotline 1-866-765-1460***