# My DataQs: Mayflower Transit Llc (Validated Motor Carrier)

Detailed view of ID # 3622942

TAKE A TOUR CREATE PDF

| | | | |
|---|---|---|---|
| **Date Entered:** | 8/2/2022 | **Type:** | Inspection - Assigned to Wrong Carrier |
| **Status:** | Closed - Data Correction Made | **Assigned to Agency:** | GA DPS |

## Requestor Profile

View More

| | | | |
|---|---|---|---|
| **Name:** | Sue DeMien (Validated Motor Carrier) | **U.S. DOT #:** | 125563 [ SMS ] |
| **Company/Agency Name:** | MAYFLOWER TRANSIT LLC | | |
| **Email Address:** | sue_demien@unigroup.com | | |

## Detailed Information from Inspection Record

View More

| | | | |
|---|---|---|---|
| **Report State:** | GA | **Report Number:** | 1348002749 |
| **State:** | GA-Georgia | **Date (MM/DD/YYYY):** | 6/17/2022 |

## Carrier Information from Inspection Record

View More

| | | | |
|---|---|---|---|
| **Carrier Name:** | MAYFLOWER TRANSIT LLC | **U.S. DOT #:** | 125563 [ SMS ] |
| **Correct company name to consider (if known):** | Moholland Transfer | **Correct U.S. DOT # to consider (if known):** | 726768 |

## Driver Information from Inspection Record

**Driver Name:** Nicholas Burist

## Explanation of Request for Data Review

**Where did you view the information you want reviewed?:** Portal

**Explanation:**

The motor carrier was misidentified on this inspection report. Moholland Transfer is not an Agent for Mayflower Transit, and if they stated they were at the time that was not correct. Attached is the BOL that the driver should've shown to the inspecting officer when the operating authority was being identified. The driver and the equipment were not then and are not now, part of our company nor were they under our authority or dispatch. We ask that you please remove this inspection from our Mayflower Safety profile. Thank you.

## Supporting Documents

The following files have been uploaded for submission

| Date Uploaded | Document Name | Title | Content Type | Size (bytes) |
|---|---|---|---|---|
| 08/02/2022 2:07 PM | Nicholas Burist Moholland BOL.pdf | BOL | application/pdf | 188253 |

## Response List

Add Response/Documentation

**Response Date** 08/08/2022 3:13 AM ET
**Entered By** Andrew Morris (GA DPS)
**Phone Number** 470-4777676
**Status Changed to** Closed - Data Correction Made
**Status Prior to Response** *Open - In Review*

This inspection report will be reassigned. Please allow 45 days for this report to be removed from your company's profile.

MOHOLLAND TRANSFER
220 E STREET, SUITE B
HAMPTON, VA 23661
PHONE: 757-827-2900 FAX: 757-262-0022

DOT# 726768

BGNC0520034

757-827-2900 • FAX 757-262-0022 • 888-598-MOVE

• 800-999-6690 • www.milburnprinting.com

**COMBINED UNIFORM HOUSEHOLD GOODS BILL OF LADING AND FREIGHT BILL**

DELIVERING CARRIER Lompoc Van Stg Inc
ADDRESS
CITY, STATE PHONE #

PLEASE REFER TO THIS NUMBER IN ANY CORRESPONDENCES, ORDER NUMBER

HOUSEHOLD GOODS DESCRIBED BELOW

## FROM:

SHIPPER
COMPANY (ASSOCIATED WITH)
STREET ADDRESS
ORIGIN Norfolk - VA 23504
CITY COUNTY STATE
EXTRA STOP ADDRESS TEL. NO.
AGREED PICKUP DATE OR PERIOD OF TIME
ACTUAL PICKUP DATE May 27/2022

## TO:

CONSIGNEE Same
STREET ADDRESS APT.
DESTINATION Mayport FL 32233
CITY COUNTY STATE
EXTRA STOP ADDRESS TEL. NO.
AGREED DELIVERY DATE OR PERIOD OF TIME
ACTUAL DELIVERY DATE June 24/2022

### TERMS

All advance or lawful charges must be paid in cash, certified check, bank cashier's check, traveler's check, or postal money order before carrier delivers or relinquishes possession of the property, unless otherwise indicated below by the carrier.

COLLECT ON
1. ☐ DELIVERY ☐ CHARGE ☐ PREPAID
TO
STREET
CITY
ATTN: P.O. NO.
GBL NO. CONTROL NO.

2. SPECIAL SERVICES ORDERED BY SHIPPER
☐ EXCLUSIVE USE OF VEHICLE CU. FT.
☐ SPACE RESERVATION OF CU. FT.
☐ EXPEDITED SERVICE ☐ COMPLETE OCCUPANCY
MOVING AT WEIGHT OF LBS.
ACTUAL WEIGHT LBS.
☐ BULKY ARTICLES

### IMPORTANT NOTICE TO SHIPPER

3. VALUATION:
The shipper declares the actual cash value of this shipment to be $ per GBL ☐ No valuation ordered
☐ Transit Rate $ per $100.00 Premium $
☐ Storage Rate $ per $100.00 Premium $ per mo.

4. **Transportation rates are based on agreed or released value of the property, therefore shippers are required to declare in writing the released value of the property.**
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ per pound per article.

5. The rules, regulations, rates and charges set out in the Tariff currently in effect on the day of loading, as filed with the Department of Motor Vehicles, shall govern this shipment.

6. All terms written, printed, stamped or typed on the front or back of this form are agreed to by both parties.

7. The customer (shipper) hereby declares valuation in excess of the above limits on the following articles:

| Article | Value |
|---|---|
| | |
| | |
| | |

The carrier, and the above named shipper agree that the carrier shall transport the goods and effects tendered by the shipper subject to the preceding.

SHIPPER'S SIGNATURE X DATE
CARRIER'S REPRESENTATIVE

| VEHICLE NO. | FROM | TO |
|---|---|---|
| | | |

DELIVERED BY DATE
DRIVER

NOTIFICATION OF ☐ CHANGES OR ☐ DELIVERY
NOTIFY ADDRESS TEL. NO.

| SCALE TICKETS MUST BE ATTACHED | GROSS / TARE | MILES | TARIFF | SECTION | PACKING SCHED. |
|---|---|---|---|---|---|
| | | | | | |

| | | RATE | CHARGES |
|---|---|---|---|
| TRANSPORTATION CHARGES | NET / LBS. | | |
| | VALUATION CHARGES | | |
| OTHER CHARGES | EXTRA STOP (ADDRESS) | | |
| OTHER CHARGES | APPLIANCE SERVICE | | |
| OTHER CHARGES | PACKING MATERIAL (SEE ATTACHED ITEMIZATION) | | |
| OTHER CHARGES | | | |
| OTHER CHARGES | | | |
| ORIGIN SIT | LBS. TO WSHE MILES | | |
| ORIGIN SIT | FROM TO NO. MOS. | | |
| ORIGIN SIT | WAREHOUSE HANDLING | | |
| DEST SIT | LBS. TO WHSE MILES | | |
| DEST SIT | FROM TO NO. MOS. | | |
| DEST SIT | WAREHOUSE HANDLING | | |
| LOCAL | LEFT WHSE START FINISH | | |
| LOCAL | TRAVEL FROM WHSE OFF HRS. | | |

| PACKING CHARGES | PACKED BY / UNPACKED BY | QTY. | RATE | EXTENSION |
|---|---|---|---|---|
| | BARRELS OR DISH PACKS | | | |
| | CARTON 1 1/2 CU. FT. 5 CU. FT. | | | |
| | CARTONS 3 CU. FT. | | | |
| | CARTONS 4 1/2 CU. FT. | | | |
| | CARTONS 6 CU. FT. | | | |
| | CARTONS 6 1/2 CU. FT. | | | |
| | MATTRESS CTNS. - NOT EXCEEDING 54" X 75" | | | |
| | MATTRESS CTNS. - EXCEEDING 54" X 75" | | | |
| | CRIB MATTRESS | | | |
| | MIRROR CARTONS | | | |
| | WARDROBES | | | |
| | CRATES/CONTAINER | | | |
| | | | | |
| | | | | |
| | | | TOTAL PACKING | |

PREPAYMENT REC'D. DATE BY — TOTAL CHARGES
PREPAID
BALANCE DUE REC'D. DATE BY — BALANCE DUE

CONSIGNEE: PLEASE SIGN ONE THAT APPLIES
UNPACKING SATISFACTORY — UNPACKING NOT DESIRED

DELIVERY ACKNOWLEDGMENT: SHIPMENT WAS RECEIVED IN APPARENT GOOD CONDITION EXCEPT AS NOTED IN INVENTORY, AND SERVICES ORDERED WERE PERFORMED.

CONSIGNEE'S RECEIPT
SIGNED X (CONSIGNEE) DATE
REC'D FOR STORAGE (WAREHOUSE)
WAREHOUSEMAN'S SIGNATURE DATE PER