**From:** Petry, Adam on behalf of Petry, Adam <Adam_Petry@unigroup.com>
**Sent:** Tuesday, June 28, 2022 11:04 AM CDT
**To:** Crum, Nicole <Nicole_Crum@unigroup.com>
**CC:** Evans, Tracy <Tracy_Evans@unigroup.com>
**Subject:** Re: Missouri Base Plates

Thanks Nikki. I am attempting to get ahold of Rob Garmow.

Thanks,

Adam Petry
Senior Managerof Safety Administration
Ph: 636.305.6103 Cell: 636.426.9671

---

**From:** Crum, Nicole <Nicole_Crum@unigroup.com>
**Sent:** Tuesday, June 28, 2022 10:24 AM
**To:** Petry, Adam <Adam_Petry@unigroup.com>
**Cc:** Evans, Tracy <Tracy_Evans@unigroup.com>
**Subject:** FW: Missouri Base Plates

Good Morning,

Joe Moholland is asking for an extension for the below plates because they say they can't get plates until their IRP and IFTA accounts are set up. One thing that I noticed is not all of their tractors were plated in Missouri some were plated in Virginia, so not sure why they can't get them under whatever account they already had set up. My concern is that so much can happen and come back to us the longer we keep letting them use our plates. We have already had some tolls and as you know from Steve's dealing, a roadside inspection that wasn't good at all.

[redacted]

Thank you.

Nikki Crum
Manager, Safety
Phone: 636-305-6604
Cell: 314-504-9461
Fax: 636-305-4481

*Integrity – We do what is right.*

---

**From:** Michael Peters <mpeters@jmm333.com>
**Sent:** Tuesday, June 28, 2022 9:36 AM
**To:** Crum, Nicole <Nicole_Crum@unigroup.com>; Darniece Martin <dmartin@jmm333.com>
**Subject:** Missouri Base Plates

Good morning Nicole,

Wanted to give you an update on our progress. Everything has been done except for the ones listed below.

We were just told it will take 4 to 6 weeks for our IRP/IFTA account to be valid. We cannot register the following units until that account is operational. Do you think we could an extension on just these units just for this reason? All the other units should be done.

21-0333
221-0333
233-0333
251-0333
253-0333
261-0333
263-0333
267-0333
351-0333
363-0333
370-0333
373-0333

The only other issue is trailer 24-0333. Apparently there is an old lien on this that was never removed, the trailer has been paid off for years but the bank that has the lien is no longer in business so not sure how to get this corrected either.

Thank you

Mike Peters
Vice President of Operations
Joe Moholland Moving
A Tailored Move Company
15481 Farm Creek Drive
Woodbridge, VA 22191
Direct 757-663-7747

JOE MOHOLLAND MOVING
A TAILORED MOVE COMPANY

TAILORED MOVE

---

**From:** Crum, Nicole <Nicole_Crum@unigroup.com>
**Sent:** Wednesday, June 22, 2022 11:16 AM
**To:** Darniece Martin <dmartin@jmm333.com>; Michael Peters <mpeters@jmm333.com>
**Subject:** RE: Missouri Base Plates

Good Morning Darniece,

Thank you so much for letting me know.

Nikki Crum
Manager, Safety
Phone: 636-305-6604
Cell: 314-504-9461
Fax: 636-305-4481

*Integrity – We do what is right.*

---

**From:** Darniece Martin <dmartin@jmm333.com>
**Sent:** Wednesday, June 22, 2022 10:09 AM
**To:** mpeters <mpeters@jmm333.com>; Crum, Nicole <Nicole_Crum@unigroup.com>
**Subject:** RE: Missouri Base Plates

Good morning Nikki,

I have sent some of the license plates back today via UPS. They should arrive on Saturday 6.25.22. Tracking number: 1Z78Y4TM0320009614.

Thanks,

---

**From:** Michael Peters <mpeters@jmm333.com>
**Sent:** Tuesday, June 21, 2022 4:05 PM
**To:** Crum, Nicole <Nicole_Crum@unigroup.com>; Darniece Martin <dmartin@jmm333.com>
**Subject:** RE: Missouri Base Plates

Ok sounds good.

Thank you

Mike Peters
Vice President of Operations
Joe Moholland Moving
A Tailored Move Company
15481 Farm Creek Drive
Woodbridge, VA 22191
Direct 757-663-7747