**From:** Buchanan, Lisa
**Sent:** Monday, June 20, 2022 10:45 AM CDT
**To:** MPETERS@JMM333.COM <MPETERS@JMM333.COM>
**CC:** Hanke, Carol <Carol_Hanke@unigroup.com>
**Subject:** Roadside Inspection Documentation is Needed

Good Morning,

The following roadside inspection hit the FMCSA Portal this morning and I show that this driver has been cancelled since 04/29/2022 and the equipment is not qualified. Can you please let me know if this should be under Joe Moholland Moving. Thank you!

**The following driver received a roadside inspection report with violations. Please forward a copy of the inspection report and all repair documents to me as soon as possible, as all repairs are required to be made within 15 days of the inspection report date.**

**Driver: Nicholas D Burist - M22132 (cancelled)**
**Inspection Report #: GA-1348002749**
**Date of Inspection: 06/17/2022**
**Violations Received: Vehicle Maintenance**
**CSA Points: 42 Total CSA Points**

*****Per FMCSA regulations, please provide a copy of the inspection report, along with any applicable repair documentation to the Safety department within 15 days of the date on the inspection report. If the required documents are not received within the required 15 days, the driver and/or vehicles may become unqualified to operate.***

The Safety Dept. thanks you for your prompt attention to this matter.

*Thank you,*
*Lisa Buchanan*
*Compliance Auditor*
*Unigroup - Safety*
*636-305-6622*

**From:** Buchanan, Lisa <Lisa_Buchanan@unigroup.com>
**Sent:** Monday, June 20, 2022 10:45 AM CDT
**To:** mpeters <mpeters@jmm333.com>
**CC:** Hanke, Carol <Carol_Hanke@unigroup.com>
**Subject:** Roadside Inspection Documentation is Needed

Good Morning,

The following roadside inspection hit the FMCSA Portal this morning and I show that this driver has been cancelled since 04/29/2022 and the equipment is not qualified. Can you please let me know if this should be under Joe Moholland Moving. Thank you!

**The following driver received a roadside inspection report with violations. Please forward a copy of the inspection report and all repair documents to me as soon as possible, as all repairs are required to be made within 15 days of the inspection report date.**

**Driver: Nicholas D Burist - M22132 (cancelled)**
**Inspection Report #: GA-1348002749**
**Date of Inspection: 06/17/2022**
**Violations Received: Vehicle Maintenance**
**CSA Points: 42 Total CSA Points**

***Per FMCSA regulations, please provide a copy of the inspection report, along with any applicable repair documentation to the Safety department within 15 days of the date on the inspection report. If the required documents are not received within the required 15 days, the driver and/or vehicles may become unqualified to operate.***

The Safety Dept. thanks you for your prompt attention to this matter.

*Thank you,*
*Lisa Buchanan*
*Compliance Auditor*
*Unigroup - Safety*
*636-305-6622*

**From:** Michael Peters <mpeters@jmm333.com>
**Sent:** Wednesday, July 13, 2022 3:19 PM CDT
**To:** Demien, Sue <Sue_DeMien@unigroup.com>
**Subject:** Roadside inspection

Hello Sue,

I am not in our Hampton office this week but I did just get your voicemail.

I have not been able to get a copy of the inspection report from the driver.

Could you send me a copy of it let me know what you need to have it removed from your authority

Thank you

Mike Peters
Vice President of Operations
Joe Moholland Moving
A Tailored Move Company
15481 Farm Creek Drive
Woodbridge, VA 22191
Direct 757-663-7747

and delete the material from any computer. UNIGROUP.COM
##########################################################################