# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| KYLE SLOAN, Individually, and as Personal Representative of the Estate of Rylie Sloan and Jamie Sloan, et al.,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS BURIST, et al.,<br><br>Defendants. | 2:22-CV-76 |

**ORDER**

Before the Court is the parties' stipulation of dismissal, dkt. no. 449, wherein they notify the Court that they wish to dismiss all claims asserted against Defendants Joe Mohalland Inc., Locke Relocations, LLC, and XYZ Companies 1–3 with prejudice. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted against Defendants Joe Mohalland Inc., Locke Relocations, LLC, and XYZ Companies 1–3 are hereby **DISMISSED** with prejudice. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate these entities as defendants in this action. As a result, Plaintiff's motion to dismiss, dkt. no. 447, is **DENIED as moot.**

**SO ORDERED**, this 15 day of October, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA