IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION
* * * * * * * *

KYLE SLOAN, Individually; and *
as Personal Representative of *
the Estates of Rylie Sloan *
and Jamie Sloan; KYLE SLOAN *
as Surviving Spouse of Jamie *
Sloan; KYLE SLOAN as *
Surviving Parent of Rylie *
Sloan, *
Plaintiffs * Case No.
vs. * 2:22-cv-00076-LGW
NICHOLAS BURISH; LOCKE *
RELOCATIONS LLC; NATIONAL *
INDEMNITY COMPANY; MAYFLOWER *
TRANSIT LLC; JOE MOHALLAND, *
INC.; WESCO INSURANCE *

VIDEOTAPED DEPOSITION OF
BROOKS RUGEMER, CDS
October 14, 2026

Any reproduction of this transcript is prohibited
without authorization by the certifying agency.
* * * * * * * *

A.Yes.
Q.And what do you do particularly for Robson?
A.I'm a commercial vehicle specialist. I run the trucking and warehousing group for Robson, anything related to commercial trucking, warehousing, distribution, logistics. I have a team of four that worked for me.
Q.And in that capacity do you provide consulting to trucking companies and to injured parties for compliance with the Federal Motor Carrier Safety regulations?
A.We do have a consulting wing. We don't do a lot with that. It's never been a large part. Probably 90 percent of my work outside of supervising my group is expert witness work.
Q.Okay.
And do you provide expert witnesses --- testimony and consulting on both sides, sometimes for the plaintiff, sometimes for the defendant?
A.That is correct.
Q.The last testimony you gave before this one, I think was a few months ago. Was that for a plaintiff or a defendant?
A.That was a ---. You caught me off guard.
Q.Sorry. I think it was for a defendant. That's

what the --- your testimony ---.
A.That was a defense case defending Costco.
Q.Okay.
And have you also provided testimony for partners at the Lewis Brisbois Law Firm that Mayflower's hired in this case?
A.Yes. I've worked with various attorneys within their firm myself. My group has worked with other attorneys from Lewis and other experts within our firm have as well.
Q.And before you came to Robson Forensic, what did you do for a living?
A.I was in transportation management, primarily safety compliance. I started my career in trucking in the early '80s as a driver. I drove through the mid-'90s.
We made a family decision where I'd come off the road to be --- spend more time with my family. We had --- we had young children at the time, so I started over as a safety clerk, as a dispatcher and working my way up through various levels of transportation management. I took business courses and compliance courses and federal motor carrier courses to further my --- my knowledge and experience as --- as I --- as I climb those ranks.

road career, you would have been actually in safety with those national groups?

A.Correct. For driving, I drove a little over six years with Overnite Transportation. That's O-V-E-R-N-I-T-E. They're no longer in existence. They were purchased by the railroad and then purchased by UPS. Then I worked for Contract Transportation Systems, CTS. They are the trucking division for Sherwin Williams Paint.

Q.Did you have a business yourself called Maryland Safety Services that provided training, CDL recruiting and hours of service auditing?

A.Yes. I work with local owner operators down at the piers, helped them with their compliance with their filing their annual forms with the DOT and the Federal Motor Carrier Administration. I put together training programs for them. I helped them with the hiring of drivers, doing the screening and vetting as needed.

Q.When you were director of safety after that at Consolidated Freightways, your resume says you were responsible for safety at 33 terminals and 3,800 employees.

Is that right?

A.Yes. That would be a combination of what we

Q.Have you been certified through the Transportation Safety Institute as a Federal Motor Carrier Safety regulation trainee through their institute?
A.I have.  For a while I was going live --- every year they would hold a week long seminar for people like myself, safety managers to be brought up to speed on any new regulations, clarity on any regulations that have been rewritten or revised.  I did that again live for several years.  After that, I did each --- I did them online for a couple years.
Q.And you got recertified each time?
A.Yes.
Q.And does the Transportation Safety Institute provide those certifications under the Federal Motor Carrier Safety regulations?
A.They do have a set of certifications.  The --- the CDS after my name is through a different organization.
Q.Okay.
What is that through?
A.The --- the group is called the North American Transportation Management Institute.
Q.Okay.
A.They're referred to as NATMI.
Q.What does CDS stand for?
A.Certified Director of Safety.

cases that come to my group.
Q.And you've testified in state and federal court in the cases you do accept?
A.Yes.
Q.And have your opinions ever been not accepted by any court?
A.Not that I'm aware of, no.
Q.Each time you've offered an opinion or you've been offered as an expert testimony, the court has qualified you?
A.Yes.
ATTORNEY LANGLEY:
All right.
We'd offer Mr. Rugemer as an expert in commercial carrier operations under the Federal Motor Carrier Safety regulations, motor carrier safety management and compliance with the Federal Motor Carrier Safety regulations.
ATTORNEY MCDONALD:
I am objecting. I'm not objecting to Mr. Rugemer's qualifications as an expert under the narrow terms of that statement. However, I am objecting to the admission or any testimony regarding his reports from October 2024 and October 2026 on different grounds.

alleges it terminated its relationship with Moholland was April 28, 2022.
Q.And so have you reviewed the testimony of Mayflower's corporate representative about the definition of commenced in this agency agreement?
A.It's --- the trucking industry also uses the term booked. The load was commenced or booked. And once it's booked, it's --- it's --- it's put in the system. It's been planned. There's a --- a general date where it will be picked up and delivered. It can be sometime in the future as --- as operations call for it. But it's --- in this case, it's a load that was booked or commenced during the time of the agency agreement.
Q.All right.
So is it --- does that form the basis of part of your opinion that there was an express agency agreement in place between Mayflower Transit and Joe Moholland on July 1st, 2022?
A.Yes.
Q.And if you look at the temporary agency agreement, kook at paragraph six. It's the last page of Exhibit 1 there. You got it there.
A.Oh, I'm sorry.
Q.Yeah, paragraph six. If you could read the ---

the last sentence of paragraph six after the semicolon into the record, please --- or just starting with --- with this agreement creates no rights.

A.This agreement creates no rights or obligations not already existing, does not modify or alter the party's rights or obligations under the terms of the agency agreement.

Q.All right.

And so you connect these three agreements together based on that?

A.Yes.

Q.We discussed that the IRP cab cards earlier. Have you reviewed correspondence between Mayflower Transit and Joe Moholland Moving where the IRP cab cards were sent from Mayflower to Joe Moholland for truck number 251-333?

A.Yes.

Q.Is that the correspondence from Mayflower's safety manager to Mike Peters, Joe Moholland's vice president, for the IRP cab card for this tractor that was involved in the collision?

A.Yes.

Q.We'll offer that as Plaintiff's Exhibit 4.

---

(Whereupon, Plaintiff's Exhibit 4, Correspondence

A.Yes.
Q.And what is Mr. Peters' response there at the top of that?
A.He replies to Diane, it was a great agreed that we could keep them, meaning the plates and run them until they expire in 2023. We are not returning them until then.
Q.Okay.
When he says we can keep them and run under them, what does that mean in the industry?
A.He intends at this time to keep Mayflower's plates in order to operate his trucks.
Q.All right.
If you flip over to the next page, we'll see some correspondence between Nikki Crumb, Nicole Crumb, she's identified there, and Mr. Peters that follows up on this conversation. And it says in line two, when an agent leaves the van lines, in this case, the van lines would be Mayflower Transit.
Right?
A.Yes.
Q.They are not allowed to keep the Missouri base plates. Is that what it says?
A.Yes.
Q.And then at the end of the email, it says, we show

you have 32 trailer plates, 4 straight truck plates and 12 tractor plates. The sooner you get them back, the sooner they will get on the transfer list and we can start transferring them out. And then she says, we will need all Missouri plates back by June 15th, otherwise we will have to delete them with Missouri.
A.Yeah.
Q.Did I read it correctly? Did I read it correctly?
A.Yes, you did. Yes.
Q.Mr. Peter says in response, Tim Woody will be contacting you about this.
Is that right?
A.Yes.
Okay.
So the conversation then goes to Tim Woody. And now Rob Garr is included and the reference is to hi, Rob, but the email is sent to Mr. Peters. And it says, hi, Rob, sorry I missed your call. Meetings most of the day. This is May 24th.
Right?
A.Yes, May 24th, 2022.
Q.Okay.
Says Chris Wynn and I met with Nikki Crumb to discuss the Missouri plates. According to Nikki, we are bound by law on the usage of the plates. I read

back to UPS. They should arrive on June 25th.
Is that right?
A.Yes.
Q.And Nikki Crumb responds, good morning, Darnice, thanks for letting me know.
A.Yes.
Q.Then on the next page, there's communication from Rob Garr and Adam Petrie and Tracy Evans where Adam Petrie says, good afternoon, Rob. Mike Peterson from your office reached out to us from this morning, this is on June 28th, asking for an extension to return the base plates for 12 units.
After checking with legal, I am sorry to inform that we cannot grant another extension pass this Friday, July 1st. Did I read it correctly?
A.Yes, you did.
Q.And that's from Adam Petrie, Senior Manager of Safety Administration?
A.With Unigroup, yes.
Q.And he references that he has checked with legal about that state.
Is that right?
A.Yes. After checking with legal, I am sorry to inform you we cannot grant another extension past Friday 7/1.

Q.And the day of the collision in this case was on Friday 7/1?
Is that correct?
A.Yes.
Q.Does that form the basis for your opinion that there was authorization for Joe Moholland to operate this tractor under Mayflower's IRP, IFTA stickers and license and registration on July 1st?
A.Yes.
Q.So we'll look at the next page.  And now we're to July 5th, 2022 after the wreck.  Nikki Crumb is following up on the same email chain with Darnice Martin and Adam Petrie, Tracy Evans and another person we haven't seen before, Bridget Shields, but has a Unigroup email address.
Right?
A.Yes.  Uh-huh.
Q.So this is correspondence between Mayflower and Joe Moholland on July 5, four days after the wreck?
A.Yes.
Q.And it says to Darnice at Joe Moholland, Darnice, did you get temps for any of the tractors and straight trucks or have you not started that process?  Did I read it correctly?
Q.You did.

Risk Management and accident prevention at Unigroup or Mayflower. And it says to Rob Garr, the president of Joe Moholland --- and this is July 13th, now 12 days after the wreck, I would greatly --- Rob, I would greatly appreciate your sending pictures of a corporation equipment without Unigroup decals or plates from your Hampton yard as requested. I know there's a lot going on and understand the delay. Please let us know if we can be of any assistance with your efforts.

And Rob says yes, I'll send you photos from the Hampton Yard tomorrow a.m. as well as additional photos from the Woodbridge yard.

First of all, I guess what --- what do you see as the purpose that Steve Bojan, the director of risk management, is seeking here pictures without Unigroup decals or plates?

ATTORNEY MCDONALD:

Object to the form. It asks for the witness to speculate as to the mindset of another individual.

BY ATTORNEY LANGLEY:

Q.All right.

I'll ask it another way. Is it industry custom to try to cover up your involvement in a collision after