THE EXPERTS
Robson Forensic

October 6, 2026

Charles Hodge
Hodge Law Firm
951 E. Main Street
Spartanburg, SC 29306

T. Ryan Langley
Langley Still & Foss Law Firm
229 Magnolia Street
Spartanburg, SC 29306

**RE:** Sloan v. Mayflower et al – Supplemental Report
Robson Forensic File # 24SC0135
*Sloan v. Burist, et al., Case No. 2:22-cv-00076-LGW-BWC (S.D. Ga.)*

Dear Attorney Hodge,

This letter supplements my report dated October 11, 2024 (the "Original Report"), which is incorporated here by reference. Since the Original Report, I have reviewed the following depositions either again, or since the deposition was taken, together with their exhibits:

- Rob Garr, Rule 30(b)(6) designee for Joe Moholland, Inc. – April 27, 2023
- Christopher Wynn, fact witness for Mayflower – May 9, 2023
- Jason Jones, Rule 30(b)(6) designee for Mayflower Transit, LLC – May 10, 2023
- Angela Locke, Rule 30(b)(6) designee for Locke Relocations, LLC – May 12, 2023
- Nicholas Burist, Defendant driver – December 12, 2023
- Robert McCabe, Rule 30(b)(6) designee for UniGroup, C.A. – October 29, 2024
- Michael Kratzer, Rule 30(b)(6) designee for Mayflower Transit, LLC – January 8, 2025

I have also reviewed the documents identified by Bates number below. Having reviewed this additional material, my opinions are strengthened that an agency relationship existed between Mayflower and Moholland / Burist at the time of the collision on July 1, 2022. My opinions remain to a reasonable degree of Professional certainty and are subject to change if additional information becomes available.

**<u>Documents Supporting the Supplemental Opinion</u>**

**A. Mayflower's credentials were on the tractor**

- **Mayflower 006068, 006104** – On March 11, 2022, Mayflower's safety manager sent Moholland its 2022–2023 cab cards. The cab card for unit 251-333 (VIN 3HSDJAPR7EN491357, the tractor Burist was driving) lists Mayflower Transit, LLC as registrant and as the Motor Carrier Responsible for Safety, USDOT 0125563. It is effective April 1, 2022 through March 31, 2023.
- **Mayflower 008815-008817** – On March 24, 2022, Mayflower sent Moholland its 2022 IFTA stickers.
- **Missouri DOT IFTA License (FOIA response)** – The 2022 IFTA license (January 1 – December 31, 2022) is issued to Mayflower Transit, LLC, USDOT 125563. It must be carried in each vehicle, its decals must be displayed on both sides of the cab, and it is not transferable between carriers.
- **Mayflower 122548-122549** – The Georgia DPS inspection of Burist on June 17, 2022, two weeks before the collision, identifies the carrier as Mayflower Transit, LLC, USDOT 00125563. The inspection covers the same tractor (unit 2510333, Missouri plate 59AP8M, VIN 3HSDJAPR7EN491357) on a military household-goods shipment.

**B. Mayflower knowingly allowed its plates to remain on Moholland's units through July 1, 2022**

- **Mayflower 005452-005455** – On May 23, 2022, Mayflower told Moholland that if the plates were not returned by June 15, it would delete them from Missouri and report them stolen. It did neither by June 15. In the same thread, Mr. Garr wrote on May 25, 2022 that Moholland had been told "the units we had registered in MO were covered until March 2023."
- **Mayflower 006246** – On June 28, 2022, Moholland asked for a further extension on 12 units, including unit 251-0333.
- **PRIV 001162** – On June 28, 2022, Mayflower Safety Manager Nikki Crum in an internal email to Mayflower employees states, "Joe Moholland is asking for an extension for the below plates because they say they can't get plates until their IRP and IFTA accounts are set up. One thing that I noticed is not all of their tractors were plated in Missouri some were plated in Virginia, so not sure why they can't get them under whatever account they already had set up. ***<u>My concern is that so much can happen and come back to us the longer we keep letting them use our plates</u>*****. We**

**have already had some tolls and as you know from Steve's dealing, a roadside inspection that wasn't good at all**." (emphasis added).

- **Mayflower 046256-046261** – Mayflower answered that it "cannot grant another extension past this Friday 07/01," which confirms an extension had already been granted. On July 1 and July 5, 2022, Mayflower was still missing 12 tractor plates. On July 28, 2022, Mayflower confirmed it deleted the plates with Missouri only after "the extended deadline that was discussed between my Management team and Rob Garr" passed.
- **Mayflower 123649** – On July 1, 2022, the day of the collision, Mayflower's senior manager of safety reported internally that "All Moholland Plates should be in the mail first thing next week."

**C. Mayflower did not disclaim Burist's June 17 inspection until after the collision**

- **Mayflower 012614-012615; 034588-034589** – On June 20, 2022, the inspection "hit the FMCSA Portal" under Mayflower's authority, and Mayflower asked Moholland for the report and repair documents. On July 6, 2022, Mayflower warned it would "unqualify the equipment" if the documents were not received.
- **Mayflower 122547; 122196-122197** – Mayflower first filed a DataQs request to remove the inspection from its safety profile on August 2, 2022, more than a month after the collision. Georgia DPS reassigned the inspection on August 8, 2022.

**D. The business relationship continued before and after the collision**

- **Mayflower 007146-007176** – From June 23 to June 30, 2022, UniGroup's Area H planners and TMM coordinated with Moholland on a military shipment (Order M1988-10488-2, Hagel). Moholland, as origin, packed the shipment by June 29 for loading on or about July 1-2, 2022.
- **Mayflower 120527-120562** – A Coast Guard household-goods shipment (BL MAPS0005097) was picked up June 15, 2022, placed in SIT through UniGroup on August 3, 2022, and delivered by Moholland Transfer on August 20, 2022. The delivery paperwork lists "Zipp Mayflower, One Premier Drive, Fenton, Missouri" as the transportation service provider.
- **Mayflower 070941-070942** – Trans Advantage, a UniGroup subsidiary, billed Moholland under agency code M00333 for a November 29, 2022 breakdown repair and DOT inspection.

**Michael Kratzer Deposition**

Mayflower's January 8, 2025 corporate designee, Michael Kratzer, acknowledged on Mayflower's behalf that its business relationship with Moholland continued after April 28, 2022 and through July 1, 2022 (Kratzer 22:12-20). He agreed that on or after July 1, 2022, Moholland used Mayflower's IFTA sticker, Missouri apportioned plates, decals and DOT number (Kratzer 108:17-109:1).

He identified no communication before July 1, 2022 to the FMCSA, the Missouri Department of Transportation or the public that Moholland was not authorized to operate under Mayflower's authority (Kratzer 57:10-58:22; 66:6-21). He testified that the plates were never reported stolen (Kratzer 65:13-18; 72:2-8). Burist testified that Mayflower never told him not to operate Mayflower-marked vehicles or that he was disassociated from its operation (Burist 67:25-68:8).

**Violation of 49 CFR § 390.13 Aiding or Abetting Violations**.

Federal Motor Carrier Safety Regulation 49 C.F.R. § 390.13 provides that "[n]o person shall aid, abet, encourage, or require a motor carrier or its employees to violate the rules of this chapter." Through the conduct described above, Mayflower knowingly allowed Moholland and Burist to continue operating the subject tractor under Mayflower's cab card, Missouri apportioned plates, IFTA credentials, and USDOT number after Mayflower contends the agency relationship had ended. In the industry, these credentials identify Mayflower to law enforcement, regulators, and the motoring public as the motor carrier responsible for the vehicle safety and its operation.

Mayflower, after actual notice and with full awareness of the potential implications, continued to allow its credentials to remain on, and be used with, equipment operated by Joe Moholland Moving.

Even accepting as true Mayflower's position that the agency relationship had been terminated with Joe Moholland (which is denied), Mayflower still aided and abetted Joe Moholland's violation of 49 C.F.R. 390.21 by allowing Joe Moholland to use Defendant Mayflower's USDOT number, registration, and license information, name, and logo to transport the load on July 1, 2022. This conduct is the type of aiding and abetting that § 390.13 prohibits.

Remainder of this Page Left Intentionally Blank

**SUPPLEMENTAL FINDINGS**

Within the bounds of reasonable Professional certainty, and subject to change if additional information becomes available, it is my Professional opinion that:

1. The additional depositions and documents strengthen the opinion in my Original Report that an ongoing business relationship and agency relationship with Mayflower/Moholland existed at the time of the collision on July 1, 2022.
2. On July 1, 2022, the tractor Burist was operating carried Mayflower's cab card, Missouri apportioned plates, IFTA credentials, and DOT number. Mayflower was listed as the Motor Carrier Responsible for Safety, with Mayflower's knowledge, and under an extended plate-return deadline that Mayflower itself had granted.

Again, my opinions in the "Original Report" remain the same, but this report is provided as a guidance for additional documents that strengthen my opinions.

Respectfully,

Brooks Rugemer

Brooks Rugemer, CDS
Commercial Trucking Specialist
Robson Forensic, Inc