**McDonald, Stephen**

**From:** Matthew Foss <matt@lsflawfirm.com>
**Sent:** Thursday, October 15, 2026 8:55 AM
**To:** McDonald, Stephen; Ami Romanelli; Andrew Norden; Camden Hodge; Charles Hodge; Daniel Snipes; Grace Gragg; Grant Smith; Hansell Watt; Hilliard Hurton; James Gilson; Jim Elliott; Jonathan A Pope; Joseph Padgett; Mary Grace Smith; Matt Sessions; Nathaniel Hofman; rchampion; Ryan Fisher; Ryan Langley; William Chanfrau
**Cc:** Rowlen, Brantley; Ehrenreich, Todd; Geldens, Jeffrey; Nies, Matthew; Trey Still; Lindsy Fluewelling; rchampion; Paige Nelson
**Subject:** RE: Sloan v. Mayflower - Notice of Deposition
**Attachments:** CV Brooks Rugemer - Robson Forensic.pdf; Brooks Rugemer - 4 Year Testimony List - Updated to Oct 14 2026.pdf

EXTERNAL

Stephen,

I hope you are doing well. Per your request yesterday, please see the attached updated CV and updated testimony list.

Thank you,

Matt

LANGLEY STILL & FOSS
*Justice for the Injured*

**Matt Foss**
*Partner*

(864) 774-4662
matt@lsflawfirm.com
229 Magnolia Street
Spartanburg, SC 29306

---

**From:** Matthew Foss
**Sent:** Wednesday, October 14, 2026 6:43 AM
**To:** 'McDonald, Stephen' <Stephen.McDonald@lewisbrisbois.com>; 'Ami Romanelli' <aromanelli@realtoughlawyers.com>; 'Andrew Norden' <anorden@realtoughlawyers.com>; 'Camden Hodge' <camden@hodgelawfirm.com>; 'Charles Hodge' <chodge@hodgelawfirm.com>; 'Daniel Snipes' <dsnipes@statesborolawgroup.com>; 'Grace Gragg' <ggragg@wwhgd.com>; 'Grant Smith' <gbsmith@wwhgd.com>; 'Hansell Watt' <hansellwatt@elliottblackburn.com>; 'Hilliard Hurton' <hburton@wwhgd.com>; 'James Gilson' <jgilson@hallboothsmith.com>; 'Jim Elliott' <jimelliott@elliottblackburn.com>; 'Jonathan A Pope' <jpope@hastypope.com>; 'Joseh Padgett' <joseph@hamiltonpadgettlaw.com>; 'Mary Grace Smith' <msmith@wwhgd.com>; 'Matt Sessions' <msessions@mkblawfirm.com>; 'Nathaniel Hofman' <nhofman@smstrial.com>; rchampion <rchampion@hodgelawfirm.com>; 'Ryan Fisher' <rfisher@wwhgd.com>; Ryan Langley <ryan@lsflawfirm.com>; 'William Chanfrau' <Williamjr@chanfraulaw.com>
**Cc:** 'Rowlen, Brantley' <Brantley.Rowlen@lewisbrisbois.com>; 'Ehrenreich, Todd' <Todd.Ehrenreich@lewisbrisbois.com>; 'Geldens, Jeffrey' <Jeffrey.Geldens@lewisbrisbois.com>; 'Nies, Matthew' <Matthew.Nies@lewisbrisbois.com>; Trey Still <trey@lsflawfirm.com>; Lindsy Fluewelling <lindsy@lsflawfirm.com>; 'rchampion' <rchampion@hodgelawfirm.com>; Paige

Nelson <paige@lsflawfirm.com>
**Subject:** RE: Sloan v. Mayflower - Notice of Deposition

Please see the below link containing likely exhibits for Mr. Rugemer's deposition today at 9:

https://www.dropbox.com/scl/fo/1bnem37yb7o4ksv59rzjq/ALhokSA-LcqVnLVKxCSvphI?rlkey=ois6kzute4benngj4yicfefxp&st=96bhhgjw&dl=0

LANGLEY STILL & FOSS
Justice for the Injured

**Matt Foss**
*Partner*

(864) 774-4662
matt@lsflawfirm.com
229 Magnolia Street
Spartanburg, SC 29306

---

**From:** Matthew Foss
**Sent:** Tuesday, October 13, 2026 9:51 PM
**To:** 'McDonald, Stephen' <Stephen.McDonald@lewisbrisbois.com>; 'Ami Romanelli' <aromanelli@realtoughlawyers.com>; 'Andrew Norden' <anorden@realtoughlawyers.com>; 'Camden Hodge' <camden@hodgelawfirm.com>; 'Charles Hodge' <chodge@hodgelawfirm.com>; 'Daniel Snipes' <dsnipes@statesborolawgroup.com>; 'Grace Gragg' <ggragg@wwhgd.com>; 'Grant Smith' <gbsmith@wwhgd.com>; 'Hansell Watt' <hansellwatt@elliottblackburn.com>; 'Hilliard Hurton' <hburton@wwhgd.com>; 'James Gilson' <jgilson@hallboothsmith.com>; 'Jim Elliott' <jimelliott@elliottblackburn.com>; 'Jonathan A Pope' <jpope@hastypope.com>; 'Joseh Padgett' <joseph@hamiltonpadgettlaw.com>; 'Mary Grace Smith' <msmith@wwhgd.com>; 'Matt Sessions' <msessions@mkblawfirm.com>; 'Nathaniel Hofman' <nhofman@smstrial.com>; rchampion <rchampion@hodgelawfirm.com>; 'Ryan Fisher' <rfisher@wwhgd.com>; Ryan Langley <ryan@lsflawfirm.com>; 'William Chanfrau' <Williamjr@chanfraulaw.com>
**Cc:** 'Rowlen, Brantley' <Brantley.Rowlen@lewisbrisbois.com>; 'Ehrenreich, Todd' <Todd.Ehrenreich@lewisbrisbois.com>; 'Geldens, Jeffrey' <Jeffrey.Geldens@lewisbrisbois.com>; 'Nies, Matthew' <Matthew.Nies@lewisbrisbois.com>; Trey Still <trey@lsflawfirm.com>; Lindsy Fluewelling <lindsy@lsflawfirm.com>; 'rchampion' <rchampion@hodgelawfirm.com>; Paige Nelson <paige@lsflawfirm.com>
**Subject:** RE: Sloan v. Mayflower - Notice of Deposition

As a reminder, we will start at 9AM tomorrow morning, and the Zoom link is below (for anyone not attending in person).

Thank you and have a great night.

Matt

LANGLEY STILL & FOSS
Justice for the Injured

**Matt Foss**
*Partner*

(864) 774-4662
matt@lsflawfirm.com
229 Magnolia Street
Spartanburg, SC 29306

**From:** Matthew Foss
**Sent:** Monday, October 12, 2026 1:48 PM
**To:** McDonald, Stephen <Stephen.McDonald@lewisbrisbois.com>; Ami Romanelli <aromanelli@realtoughlawyers.com>; Andrew Norden <anorden@realtoughlawyers.com>; Camden Hodge <camden@hodgelawfirm.com>; Charles Hodge <chodge@hodgelawfirm.com>; Daniel Snipes <dsnipes@statesborolawgroup.com>; Grace Gragg <ggragg@wwhgd.com>; Grant Smith <gbsmith@wwhgd.com>; Hansell Watt <hansellwatt@elliottblackburn.com>; Hilliard Hurton <hburton@wwhgd.com>; James Gilson <jgilson@hallboothsmith.com>; Jim Elliott <jimelliott@elliottblackburn.com>; Jonathan A Pope <jpope@hastypope.com>; Joseh Padgett <joseph@hamiltonpadgettlaw.com>; Mary Grace Smith <msmith@wwhgd.com>; Matt Sessions <msessions@mkblawfirm.com>; Nathaniel Hofman <nhofman@smstrial.com>; rchampion <rchampion@hodgelawfirm.com>; Ryan Fisher <rfisher@wwhgd.com>; Ryan Langley <ryan@lsflawfirm.com>; William Chanfrau <Williamjr@chanfraulaw.com>
**Cc:** Rowlen, Brantley <Brantley.Rowlen@lewisbrisbois.com>; Ehrenreich, Todd <Todd.Ehrenreich@lewisbrisbois.com>; Geldens, Jeffrey <Jeffrey.Geldens@lewisbrisbois.com>; Nies, Matthew <Matthew.Nies@lewisbrisbois.com>; Trey Still <trey@lsflawfirm.com>; Lindsy Fluewelling <lindsy@lsflawfirm.com>; rchampion <rchampion@hodgelawfirm.com>; Paige Nelson <paige@lsflawfirm.com>
**Subject:** RE: Sloan v. Mayflower - Notice of Deposition

Good afternoon, all:

If anyone is planning to attend the deposition live, can you please let us know in advance? Our expert has asked so he can prepare adequate space in his home.

Thank you,

Matt

LANGLEY STILL & FOSS
*Justice for the Injured*

**Matt Foss**
*Partner*

(864) 774-4662
matt@lsflawfirm.com
229 Magnolia Street
Spartanburg, SC 29306

---

**From:** Matthew Foss
**Sent:** Friday, October 9, 2026 1:20 PM
**To:** McDonald, Stephen <Stephen.McDonald@lewisbrisbois.com>; Ami Romanelli <aromanelli@realtoughlawyers.com>; Andrew Norden <anorden@realtoughlawyers.com>; Camden Hodge <camden@hodgelawfirm.com>; Charles Hodge <chodge@hodgelawfirm.com>; Daniel Snipes <dsnipes@statesborolawgroup.com>; Grace Gragg <ggragg@wwhgd.com>; Grant Smith <gbsmith@wwhgd.com>; Hansell Watt <hansellwatt@elliottblackburn.com>; Hilliard Hurton <hburton@wwhgd.com>; James Gilson <jgilson@hallboothsmith.com>; Jim Elliott <jimelliott@elliottblackburn.com>; Jonathan A Pope <jpope@hastypope.com>; Joseh Padgett <joseph@hamiltonpadgettlaw.com>; Mary Grace Smith <msmith@wwhgd.com>; Matt Sessions <msessions@mkblawfirm.com>; Nathaniel Hofman <nhofman@smstrial.com>; rchampion <rchampion@hodgelawfirm.com>; Ryan Fisher <rfisher@wwhgd.com>; Ryan Langley <ryan@lsflawfirm.com>; William Chanfrau <Williamjr@chanfraulaw.com>
**Cc:** Rowlen, Brantley <Brantley.Rowlen@lewisbrisbois.com>; Ehrenreich, Todd <Todd.Ehrenreich@lewisbrisbois.com>; Geldens, Jeffrey <Jeffrey.Geldens@lewisbrisbois.com>; Nies, Matthew <Matthew.Nies@lewisbrisbois.com>; Trey Still <trey@lsflawfirm.com>; Lindsy Fluewelling <lindsy@lsflawfirm.com>; rchampion <rchampion@hodgelawfirm.com>; Paige Nelson <paige@lsflawfirm.com>
**Subject:** RE: Sloan v. Mayflower - Notice of Deposition

Please see the attached Zoom link for Wednesday:

**You are invited to attend a video conference proceeding with Esquire.**

**Proceeding Details:**

- **Meeting ID:** 99813332373
- **Meeting Passcode (if needed):** 15592061
- **Case Name:** KYLE SLOAN V. NICHOLAS BURIST ET AL
- **Witness Name:** Brooks Rugemer, CDS
- **Date:** 10/14/2026
- **Time and Time Zone:** 09:00 AM Eastern
- **Esquire Job No:** J15592061

**How to Join the Proceeding:**

Click here to join the meeting: https://esquiresolutions.zoom.us/j/99813332373?pwd=Hdy2nugoJzWy7pygqdM3gnH2NU0oyn.1

Meeting ID: 99813332373

Password: 15592061

**Joining the Proceeding by phone or room system:**

- +1 312 626 6799 or +1 646 558 8656 US Toll
- International numbers available: https://esquiresolutions.zoom.us/u/ac8AJQYpY8
- If joining from an H.323/SIP room system:
    - Dial: 144.195.19.161 (US West) or 206.247.11.121 (US East)

**Joining the Proceeding by Zoom Browser:**
**Please note that if you join Zoom from your browser rather than from an installed version of Zoom, you will be restricted by the Zoom browser from using the following features:**

- Annotation
- Sharing audio or video
- Sending or receiving files through Chat file transfer
- Screen share is not supported by the Safari browser
- Granting or receiving remote control

**Please Note:** This invitation has been sent to all attendees provided to Esquire at the time of scheduling. If forwarding the meeting invitation to other participants, be sure to also notify them of updates and cancellations.

**Test Your System:**

- Self-Test: https://www.Zoom.us/test
- Test with Esquire (Optional): Request for Esquire Video Conference Testing

**Help Needed During the Proceeding?**

**Contact our support team at:**

- 800-211-3376
- conferencingsupport@esquiresolutions.com
- Reference J15592061

LANGLEY STILL & FOSS
*Justice for the Injured*

**Matt Foss**
*Partner*

(864) 774-4662
matt@lsflawfirm.com
229 Magnolia Street
Spartanburg, SC 29306

---

**From:** Matthew Foss
**Sent:** Thursday, October 8, 2026 7:49 PM
**To:** 'McDonald, Stephen' <Stephen.McDonald@lewisbrisbois.com>; 'Ami Romanelli' <aromanelli@realtoughlawyers.com>; 'Andrew Norden' <anorden@realtoughlawyers.com>; 'Camden Hodge' <camden@hodgelawfirm.com>; 'Charles Hodge' <chodge@hodgelawfirm.com>; 'Daniel Snipes' <dsnipes@statesborolawgroup.com>; 'Grace Gragg' <ggragg@wwhgd.com>; 'Grant Smith' <gbsmith@wwhgd.com>; 'Hansell Watt' <hansellwatt@elliottblackburn.com>; 'Hilliard Hurton' <hburton@wwhgd.com>; 'James Gilson' <jgilson@hallboothsmith.com>; 'Jim Elliott' <jimelliott@elliottblackburn.com>; 'Jonathan A Pope' <jpope@hastypope.com>; 'Joseh Padgett' <joseph@hamiltonpadgettlaw.com>; 'Mary Grace Smith' <msmith@wwhgd.com>; 'Matt Sessions' <msessions@mkblawfirm.com>; 'Nathaniel Hofman' <nhofman@smstrial.com>; rchampion <rchampion@hodgelawfirm.com>; 'Ryan Fisher' <rfisher@wwhgd.com>; Ryan Langley <ryan@lsflawfirm.com>; 'William Chanfrau' <Williamjr@chanfraulaw.com>
**Cc:** 'Rowlen, Brantley' <Brantley.Rowlen@lewisbrisbois.com>; 'Ehrenreich, Todd' <Todd.Ehrenreich@lewisbrisbois.com>; 'Geldens, Jeffrey' <Jeffrey.Geldens@lewisbrisbois.com>; 'Nies, Matthew' <Matthew.Nies@lewisbrisbois.com>; Trey Still <trey@lsflawfirm.com>; Lindsy Fluewelling <lindsy@lsflawfirm.com>; 'rchampion' <rchampion@hodgelawfirm.com>; Paige Nelson <paige@lsflawfirm.com>
**Subject:** RE: Sloan v. Mayflower - Notice of Deposition

Good evening, all,

Please see the attached Notice of *De Bene Esse* Deposition of Brooks Rugemer for Wednesday, October 14th at 9AM e.s.t. A Zoom link will follow prior to the deposition.

Thank you,

Matt

LANGLEY STILL & FOSS
*Justice for the Injured*

**Matt Foss**
*Partner*

(864) 774-4662
matt@lsflawfirm.com
229 Magnolia Street
Spartanburg, SC 29306

---

**From:** Matthew Foss
**Sent:** Thursday, October 8, 2026 11:48 AM
**To:** McDonald, Stephen <Stephen.McDonald@lewisbrisbois.com>; Ami Romanelli <aromanelli@realtoughlawyers.com>; Andrew Norden <anorden@realtoughlawyers.com>; Camden Hodge <camden@hodgelawfirm.com>; Charles Hodge <chodge@hodgelawfirm.com>; Daniel Snipes <dsnipes@statesborolawgroup.com>; Grace Gragg <ggragg@wwhgd.com>; Grant Smith <gbsmith@wwhgd.com>; Hansell Watt <hansellwatt@elliottblackburn.com>; Hilliard Hurton <hburton@wwhgd.com>;

James Gilson <jgilson@hallboothsmith.com>; Jim Elliott <jimelliott@elliottblackburn.com>; Jonathan A Pope <jpope@hastypope.com>; Joseh Padgett <joseph@hamiltonpadgettlaw.com>; Mary Grace Smith <msmith@wwhgd.com>; Matt Sessions <msessions@mkblawfirm.com>; Nathaniel Hofman <nhofman@smstrial.com>; rchampion <rchampion@hodgelawfirm.com>; Ryan Fisher <rfisher@wwhgd.com>; Ryan Langley <ryan@lsflawfirm.com>; William Chanfrau <Williamjr@chanfraulaw.com>
**Cc:** Rowlen, Brantley <Brantley.Rowlen@lewisbrisbois.com>; Ehrenreich, Todd <Todd.Ehrenreich@lewisbrisbois.com>; Geldens, Jeffrey <Jeffrey.Geldens@lewisbrisbois.com>; Nies, Matthew <Matthew.Nies@lewisbrisbois.com>; Trey Still <trey@lsflawfirm.com>; Lindsy Fluewelling <lindsy@lsflawfirm.com>; rchampion <rchampion@hodgelawfirm.com>
**Subject:** RE: Sloan v. Mayflower - Notice of Deposition

Good morning everyone,

Per the Court's Order, all trial depositions are to be completed on or before October 16th. We are scheduling Brooks Rugemer's trial deposition at his house, starting at **9AM this coming Wednesday, October 14th**. As stated in the pre-trial conference, he has a medical disability that is preventing him from traveling. We will secure a court reporter and also provide a Zoom link for his deposition.

Thank you,

Matt

LANGLEY STILL & FOSS
*Justice for the Injured*

**Matt Foss**
*Partner*

(864) 774-4662
matt@lsflawfirm.com
229 Magnolia Street
Spartanburg, SC 29306

---

**From:** Matthew Foss
**Sent:** Tuesday, October 6, 2026 6:58 PM
**To:** 'McDonald, Stephen' <Stephen.McDonald@lewisbrisbois.com>; Ami Romanelli <aromanelli@realtoughlawyers.com>; Andrew Norden <anorden@realtoughlawyers.com>; Camden Hodge <camden@hodgelawfirm.com>; Charles Hodge <chodge@hodgelawfirm.com>; Daniel Snipes <dsnipes@statesborolawgroup.com>; Grace Gragg <ggragg@wwhgd.com>; Grant Smith <gbsmith@wwhgd.com>; Hansell Watt <hansellwatt@elliottblackburn.com>; Hilliard Hurton <hburton@wwhgd.com>; James Gilson <jgilson@hallboothsmith.com>; Jim Elliott <jimelliott@elliottblackburn.com>; Jonathan A Pope <jpope@hastypope.com>; Joseh Padgett <joseph@hamiltonpadgettlaw.com>; Mary Grace Smith <msmith@wwhgd.com>; Matt Sessions <msessions@mkblawfirm.com>; Nathaniel Hofman <nhofman@smstrial.com>; rchampion <rchampion@hodgelawfirm.com>; Ryan Fisher <rfisher@wwhgd.com>; Ryan Langley <ryan@lsflawfirm.com>; William Chanfrau <Williamjr@chanfraulaw.com>
**Cc:** Rowlen, Brantley <Brantley.Rowlen@lewisbrisbois.com>; Ehrenreich, Todd <Todd.Ehrenreich@lewisbrisbois.com>; Geldens, Jeffrey <Jeffrey.Geldens@lewisbrisbois.com>; Nies, Matthew <Matthew.Nies@lewisbrisbois.com>
**Subject:** Sloan v. Mayflower - Service of Supplemental Production

Good evening, all,

Great seeing everyone today. Please see the attached supplemental report from our expert, Brooks Rugemer. We will work to get his availability for a trial deposition. We should have a date tomorrow.

Thank you,

Matt

**Matt Foss**
*Partner*

(864) 774-4662
matt@lsflawfirm.com
229 Magnolia Street
Spartanburg, SC 29306

---

**From:** McDonald, Stephen <Stephen.McDonald@lewisbrisbois.com>
**Sent:** Monday, October 5, 2026 8:05 PM
**To:** Ami Romanelli <aromanelli@realtoughlawyers.com>; Andrew Norden <anorden@realtoughlawyers.com>; Camden Hodge <camden@hodgelawfirm.com>; Charles Hodge <chodge@hodgelawfirm.com>; Daniel Snipes <dsnipes@statesborolawgroup.com>; Grace Gragg <ggragg@wwhgd.com>; Grant Smith <gbsmith@wwhgd.com>; Hansell Watt <hansellwatt@elliottblackburn.com>; Hilliard Hurton <hburton@wwhgd.com>; James Gilson <jgilson@hallboothsmith.com>; Jim Elliott <jimelliott@elliottblackburn.com>; Jonathan A Pope <jpope@hastypope.com>; Joseh Padgett <joseph@hamiltonpadgettlaw.com>; Mary Grace Smith <msmith@wwhgd.com>; Matt Sessions <msessions@mkblawfirm.com>; Matthew Foss <matt@lsflawfirm.com>; Nathaniel Hofman <nhofman@smstrial.com>; Payton Bramlett <pbramlett@boydjen.com>; rchampion <rchampion@hodgelawfirm.com>; Ryan Fisher <rfisher@wwhgd.com>; Ryan Langley <ryan@lsflawfirm.com>; William Chanfrau <Williamjr@chanfraulaw.com>
**Cc:** Rowlen, Brantley <Brantley.Rowlen@lewisbrisbois.com>; Ehrenreich, Todd <Todd.Ehrenreich@lewisbrisbois.com>; Geldens, Jeffrey <Jeffrey.Geldens@lewisbrisbois.com>; Nies, Matthew <Matthew.Nies@lewisbrisbois.com>
**Subject:** Mayflower Proposed Witness List

All,

As a courtesy, please see the attached proposed witness list that we anticipate providing tomorrow. The exhibit list has previously been filed. Each of these witnesses were identified and outlined on the pre-trial order. We have just placed it in the format identified by the Court ahead of the PTC.

Thank you

Stephen Kyle McDonald

**Stephen McDonald**
**Attorney**
Stephen.McDonald@lewisbrisbois.com

**T: 404.476.2062 F: 404.467.8845**

600 Peachtree Street NE, Suite 4700, Atlanta, GA 30308 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

Mansfield Rule Certified Plus 2023–2025
Powered by DIVERSITYLAB

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.