**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

KYLE SLOAN, and SUSAN WEST,

Plaintiffs,

v.

NICHOLAS BURIST, and MAYFLOWER TRANSIT LLC,

Defendants.

CIVIL ACTION NO.: 2:22-cv-76

**ORDER**

The trial in this matter will begin on November 17, 2026. The parties have filed several motions in limine and objections to trial exhibits and have designated portions of deposition transcripts for use at trial. To address these issues, the undersigned issues this Order, which includes deadlines and instructions for subsequent filings. Counsel should review this Order closely and adhere to all guidelines. If there is any concern or question about the deadlines and instructions in this Order, counsel should promptly contact my courtroom deputy and request a conference.

Additionally, the Court **ORDERS** the parties to attend a hearing **on November 5, 2026, at 1:00 p.m.**, during which the Court will take oral argument on the motions in limine, objections to trial exhibits, and objections to deposition designations.

## I. Instructions for Objections to Deposition Designations

The parties included their proposed deposition designations in the proposed pretrial order, have raised certain objections, and may make additional objections. To facilitate the Court's review of those objections, the parties must identify those objections in the following manner and file color-coded and notated deposition transcripts **on or before October 30, 2026:**

The parties are responsible for jointly submitting a color-coded electronic version of the complete and non-condensed transcript in PDF form for each witness that (1) a party designated a portion of the witness's transcript for use at trial, and (2) another party objected to the designated portion of the transcript. An example of a color-coded transcript is provided.

Specifically, the color-coded transcript will identify the designated portions of the transcript and the opposing party's objections. The parties should perform all color-coding using Adobe Acrobat's "Highlight Text" tool and use 60% opacity. Text from a transcript that the parties do not intend to utilize must not be highlighted at all. To preserve readability, the parties must not overlay highlights.

The parties should use the following colors in the transcripts:

1. Plaintiffs shall highlight the portions of depositions that they intend to use at trial in **yellow**.
2. Mayflower shall highlight the portions of depositions that it intends to use at trial in **green**.

3. Plaintiffs shall highlight their objections to Mayflower's designations in **red**.

4. Mayflower shall highlight its objections to Plaintiff's designations in **orange**.

5. Burist shall highlight his objections to Plaintiffs' and Mayflower's designations in **purple**.[1]

The parties shall exchange and mark up the depositions in the following manner:

1. For transcripts that Plaintiffs intend to utilize, Plaintiffs must first highlight all affirmative designations in **yellow**. Plaintiffs will then transmit the highlighted version of the transcript to Defendant Mayflower.

2. Then, Defendant Mayflower must highlight its counter-designations in **green**[2] and its objections to Plaintiffs' designations in **orange**. Defendant Mayflower must identify all additional depositions that it intends to utilize (i.e., depositions for witnesses that Plaintiffs did not designate), and Defendant Mayflower must add its own designations in those transcripts in **green**. Defendant Mayflower must then transmit the highlighted versions of all transcripts to Defendant Burist.

3. Then, Defendant Burist must highlight his objections to any designations by Plaintiffs or Mayflower in **purple**.[3] Defendant Burist will then transmit all the highlighted versions of all transcripts to Plaintiffs.

---

[1] I do not provide a specific mechanism for Defendant Burist to color code his designations because Burist has not identified any deposition transcripts that he intends to use.

[2] If Plaintiffs and Mayflower both seek to designate the same portion of a transcript, then that portion should remain green and Mayflower should include a margin note explaining that both Plaintiffs and Mayflower seek to designate that portion. Mayflower must include a clear margin notation, made using Adobe Acrobat's "Type Text" tool.

[3] If Burist and Mayflower both object to the same portion of a transcript Plaintiffs designated, then that portion should remain purple and Burist should include a margin note explaining that both Burist and Mayflower object to that portion. Burist must include a clear margin notation, made using Adobe Acrobat's "Type Text" tool.

4. Then, Plaintiffs must the highlight all their objections to Mayflower's new designations in **red**. Plaintiffs will then file all highlighted transcripts with the Court.

For example, a copy of a transcript might reflect the following[4]:

Q Mr. Garr, does this email communicate that the effective date for the termination of the prior agency agreements, both for Moholland Moving and Moholland Transfer, was communicated to you?
A Yes.
Q And what was that date, the termination effective date?
A April 28th, 2022.
Q And does this email also specify that you had a certain additional period of time to ensure that all signage and branding on Moholland equipment, tractors and trailers indicating an affiliation with Mayflower needed to be removed?
A Yes.
Q Okay. And how many days were provided past April 28th? DEF joint obj.
A 60 days.
Q Correct. So I'm a lawyer, not a

In this example, the highlighting and notations signify the following: (1) the unhighlighted text is not designated by any party; (2) the yellow text is affirmatively designated by Plaintiffs and is not subject to objections; (3) the green text is affirmatively designated by Defendant Mayflower and is not subject to objections;

[4] This visual does not represent actual objections the parties have made. It merely illustrates how a completed transcript might appear once the parties complete the Court's instructions.

(4) the orange text is designated by Plaintiffs and objected to by Mayflower; (5) the red text is designated by Mayflower and objected to by Plaintiffs; and (6) the purple text is designated by Plaintiffs and objected to by Burist and Mayflower.

## II. Trial Exhibits and Pretrial Hearing

The parties have submitted objections to trial exhibits. Docs. 433, 439. The Court **ORDERS** the parties to respond to these objections in writing **on or before October 27, 2026**. The Court also **ORDERS** the parties to submit copies of their trial exhibits to the Court **on or before October 30, 2026**.

The Court **ORDERS** the parties to attend a hearing **on November 5, 2026, at 1:00 p.m.** The Court will hear oral argument on the parties' unresolved motions in limine, objections to trial exhibits, and objections to deposition designations. This hearing will take place in Courtroom 2 at the Federal Courthouse in Brunswick, Georgia.

**SO ORDERED**, this 23rd day of October, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA