**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| KYLE SLOAN, Individually, and as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan, KYLE SLOAN as Surviving Spouse of Jamie Sloan, and KYLE SLOAN as Surviving Parent of Rylie Sloan; and SUSAN WEST, Individually, and as the next friend and natural guardian of K.W., a minor,<br>Plaintiffs,<br><br>v.<br><br>NICHOLAS BURIST; LOCKE RELOCATIONS LLC; MAYFLOWER TRANSIT LLC; JOE MOHOLLAND, INC.; AND XYZ COMPANIES 1-3;<br><br>Defendants. | * * * * * * * * * * * * * * * * * * | Civil Action No.<br>2:22-cv-00076-LGW-BWC |

**DEFENDANT MAYFLOWER TRANSIT'S REQUEST THAT TODD EHRENREICH BE EXCUSED FROM NOVEMBER 5, 2026 MOTION AND EVIDENTIARY HEARING**

Comes Now, Defendant Mayflower and files this request that lead counsel, Todd R. Ehrenreich, be excused from the upcoming hearing, set for November 5, 2026. Defendant represents to the Court that Mr. Ehrenreich will be in trial in Pinellas County Florida during the week of November 5, 2026 and as a result will not be able to attend the November 5, 2026 hearing (Dierker v. Renaissance Hotel Operating Company; Cir. Ct. Pinellas County, FL 21-000965-CI). Defendant requests that this Court excuse him from attendance at this hearing. Defendant makes no request that the hearing be rescheduled. Defendant represents that other counsel will be present on its behalf.

*(Signature on the Following Page)*

Respectfully submitted this 26 day of October, 2026.

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ Stephen Kyle cDonald*
BRANTLEY ROWLEN
Georgia Bar No. 153031
STEPHEN KYLE MCDONALD
Georgia Bar No. 661387
Todd R. Ehrenreich
*Admitted Pro Hac Vice*
Jeffrey Geldens
*Admitted Pro Hac Vice*

*Counsel for Mayflower Transit, LLC*

600 Peachtree Street N.E.
Suite 4700
Atlanta, Georgia 30308
404-348-8585 Telephone
404-467-8845 Facsimile
Brantley.Rowlen@lewisbrisbois.com
Stephen.McDonald@lewisbrisbois.com

24 Drayton St., Suite 300
Savannah, GA 31401
Tel. (912) 525-4960

Todd.Ehrenreich@lewisbrisbois.com
Jeffrey.Geldens@lewisbrisbois.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing ***Request that Todd Ehrenreich be excused*** with all counsel of record

This 26th day of October, 2026.

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ Stephen Kyle McDonald*
BRANTLEY ROWLEN
Georgia Bar No. 153031
STEPHEN KYLE MCDONALD
Georgia Bar No. 661387
Todd R. Ehrenreich
*Admitted Pro Hac Vice*
Jeffrey Geldens
*Admitted Pro Hac Vice*

*Counsel for Mayflower Transit, LLC*

600 Peachtree Street N.E.
Suite 4700
Atlanta, Georgia 30308
404-348-8585 Telephone
404-467-8845 Facsimile
Brantley.Rowlen@lewisbrisbois.com
Stephen.McDonald@lewisbrisbois.com

24 Drayton St., Suite 300
Savannah, GA 31401
Tel. (912) 525-4960

Todd.Ehrenreich@lewisbrisbois.com
Jeffrey.Geldens@lewisbrisbois.com