**ADMITTED DURING BROOKS RUGEMER TRIAL DEPOSITION**

1. Agency agreement JMI00001 – JMI00011
2. Mayflower Corporate Structure Chart – MAYFLOWER 001446
3. Photographs (Locke Production 0107; 0111.
4. Correspondence – Crum to Peters CONFIDENTIALMAYFLOWER006068
5. Missouri IRP Cab Card – CONFIDENTIALMAYFLOWER006104
6. MISSOURI DOT IFTA LICENSE
7. Mayflower Agency Statements – MAYFLOWER000072 – 000089
8. Email Correspondence – CONFIDENTIAL MAYFLOWER 005452 - 005455; 006246;PRIV 001193 – 001194; 046260; 046256 -046257.
9. Petry to Evans – CONFIDENTIAL MAYFLOWER 123649
10. Driver/Vehicle Examination Report – CONFIDENTIAL MAYFLOWER 122548 – 122549
11. Correspondence to and From Chris Wynn, Sue DeMien, et al – CONFIDENTIAL MAYFLOWER 121391
12. Roadside inspection correspondence – CONFIDENTIAL MAYFLOWER 034589
13. My Data Qs: Mayflower Transit LLC – MAYFLOWER 000158
14. Bill of Lading – MAYFLOWER 000159
15. Correspondence Between Garr and Bojan – JMMI00599
16. Correspondence with Rob Garr re: cease and desist – JMI00012
17. Equipment Description Addendum and Statement of Lease Certification – MAYFLOWER 000006.
18. Operating Lease Agreement – MAYFLOWER 004389 – 004390
19. Photos of Burist T-Shirt

**ADMITTED DURING ANDREW BACHINKSKAS, M.D. TRIAL DEPOSITION**

1. 4/16/26 Affidavit of Andrew Bachinskas, M.D.
2. Kyle Sloan Medical Records – SLOAN1129 – 1384

**ADMITTED DURING CYNTHIA GRIMLEY TRIAL DEPOSITION**

1. Vocational Evaluation and Earning Capacity Analysis, Cynthia P. Grimley

**ADMITTED DURING DANIEL FALCON, M.D. TRIAL DEPOSITION**

1. Kyle Sloan Medical Records – SLOAN 776 – 803 ; SLOAN 2131 – 2132.

**ADMITTED DURING ELIZABETH CAIN TRIAL DEPOSITION**

1. Kyle Sloan Medical Records / Therapy Notes SLOAN 822 - 1841

**ADMITTED DURING TODD MORTON DEPOSITION**

1. C/V of Todd Morton (Morton Sloan 19 – 21)
2. Psychological Evaluations of Kyle Sloan – Carolina Psychological Associates (Morton Sloan 1 – 43)