**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | |
|---|---|
| KYLE SLOAN, Individually, and as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NICHOLAS BURIST; MAYFLOWER TRANSIT LLC; JOE MOHOLLAND, INC.; LOCKE RELOCATIONS LLC, et al.,<br><br>Defendants. | CIVIL ACTION NO. 2:22-CV-76 |

**ATTACHMENT "A" TO CONSOLIDATED PROPOSED PRETRIAL ORDER**
**<u>JOINT PROPOSED STIPULATIONS OF FACT</u>**

1. Defendant Mayflower Transit LLC ("Mayflower") is a for-profit entity organized and existing under the laws of Missouri. Its principal place of business and its registered agent are in Fenton, Missouri.

2. Mayflower is registered and licensed to transact business in Georgia, and it transacts business within Georgia.

3. Defendant Joe Moholland, Inc. ("Moholland") is a for-profit entity organized and existing under the laws of Virginia. Its principal place of business and registered agent are located in Woodbridge, Virginia.

4. Defendant Locke Relations LLC ("Locke") is a for-profit entity organized and existing under the laws of Virginia. Its principal place of business is located in Newport News, Virginia.

5. Defendant Nicholas Burist ("Burist") was a resident of Virginia.

6. Plaintiff Kyle Sloan is a resident of Spartanburg County, South Carolina. His wife, Jamie Sloan, and his daughter, Rylie Sloan, were residents of Spartanburg County, South Carolina, before they were killed in the subject collision.

7. On July 1, 2022, a traffic collision occurred on Interstate 95 in Camden County, Georgia (the "Accident"). The Accident resulted in multiple deaths and several hospitalizations, including the deaths of Rylie Sloan and Jamie Sloan, and injuries to Kyle Sloan.

8. On July 1, 2022, Burist was driving a tractor trailer southbound on I-95 in Camden County, Georgia.

9. The tractor trailer Burist was driving on July 1, 2022 was a 2014 ProStar International tractor trailer.

10. At the time of the Accident, Kyle Sloan was driving his Honda Pilot northbound on I-95, carrying his wife, Jamie Sloan; his daughter, Rylie Sloan; and a minor, K.W.

11. Upon entering the northbound lanes, the tractor trailer Burist was driving struck several vehicles, including Kyle Sloan's Honda Pilot.

12. As a result of the Accident, Jamie Sloan, Rylie Sloan, and a non-party to this suit died. Kyle Sloan suffered injuries.

13. Mayflower is an interstate carrier that facilitates government or military moves across state lines.

14. Mayflower obtains these moves, at least in part, from Total Military Management ("TMM"), which facilitates the transaction between Mayflower and the government.

15. As a contractor of Moholland, Locke provides packing, loading, and delivery services for loads to be hauled by Mohalland.

16. In the Moholland–Locke arrangement, Locke provides Moholland with vehicles and employees (drivers), and Moholland hauls the loads under its authority.

17. Burist was one of the drivers Locke provided to Moholland.

18. Mayflower and Moholland entered into an agency agreement in July 2008.

19. After the January 19, 2022 termination, Moholland became a "temporary agent" of Mayflower under a temporary agency agreement that ran from January 20, 2022 until April 28, 2022.

20. At the time of the Accident, the Mayflower signage and branding had not been removed.

21. On August 7, 2025 a Camden County (GA) jury found Nicholas Burist guilty of driving under the influence of drugs, alcohol, or other substances while involved in this collision.

PREPARED BY:

[ALL COUNSEL OF RECORD]