GAS 187 (Rev. 07/08) Exhibit and Witness List

# United States District Court

## *Southern District of Georgia*

KYLE SLOAN, Individually, and as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan, KYLE SLOAN as Surviving Spouse of Jamie Sloan; KYLE SLOAN as Surviving Parent of Rylie Sloan; and SUSAN WEST, Individually, and as the next friend and natural guardian of K.W., a minor

Plaintiffs,

v.

NICHOLAS BURIST; LOCKE RELOCATIONS LLC; MAYFLOWER TRANSIT LLC; VANLINER INSURANCE COMPANY; JOE MOHOLLAND INC.; AND XYZ COMPANIES 1-3.

Defendants.

**JOINT EXHIBIT AND WITNESS LIST**

CASE NUMBER: 2:22-cv-0076-LGW-BWC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Lisa Godbey Wood | Charles J. Hodge, J. Camden Hodge, Timothy Ryan Langley, Joseph R. Padgett, Matthew T. Foss | Todd R. Ehrenreich, Stephen K. McDonald, Brantley C. Rowlen, Jeffrey R. Geldens, Michael Fogarty |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| November 17, 2026 | | |

| Pls. No. | Mayflower No. | Description | Date Offered | Admitted | Marked |
|---|---|---|---|---|---|
| 1 | 1 | MAYFLOWER 000007-000010: Chris Wynn correspondences with Rob Garr | | | |
| 2 | 2 | JMI00003-JMI00011: Mayflower Transit Agency Agreement | | | |
| 3 | 3 | JMI00001: Temporary Agency Agreement between Mayflower and Joe Moholland | | | |
| 4 | 4 | JMI00677-JMI00679: Bills of Lading | | | |
| 5 | 5 | MAYFLOWER 122891-122892: July 5, 2022 email, Mike Kratzer to Hope Maddox (FMCSA) | | | |
| 6 | 6 | MAYFLOWER 122893-122894: Temporary Agency Agreements between Mayflower Transit and Moholland Transfer Co. and Joe Moholland Moving | | | |
| 7 | 7 | MAYFLOWER 00029-00035: Mayflower Produced Agency Agreement | | | |

| Pls. No. | Mayflower No. | Description | Date Offered | Admitted | Marked |
|---|---|---|---|---|---|
| 9 | 9 | MAYFLOWER 122197: Lisa Buchanan to Sue Demien & DataQs Desk | | | |
| 10 | 10 | MAYFLOWER 122547: Email to Sue Demien re wrong carrier inspection assignment | | | |
| 12 | 11 | MAYFLOWER 000025: Chris Wynn to Rob Garr | | | |
| 14 | 13 | MAYFLOWER 004389-004392: Carrier-Agent Operating Lease Agreement | | | |
| 15 | 14 | UNIGROUP 000032: When a member/agent terminates | | | |
| 16 | 15 | JMI00584-JMI00610: Pictures produced by Moholland; Garr / Bojan | | | |
| 18 | 16 | JMI00273-JMI00326: Moholland / Locke Independent Contractor Operating Agreement | | | |
| 24 | 18 | MAYFLOWER 000060: Agency statement for M00333, 10/27/2022 | | | |
| 32 | 23 | MAYFLOWER 000072: Agency statement | | | |
| 34 | 24 | JMI00772: Mayflower Inventory Control Form | | | |
| 35 | 25 | C000745264-01: Georgia DOT Crash Report | | | |
| 36 | 26 | Missouri DOT IFTA license and decal | | | |
| 46 | 36 | JMI00767: Statement of Services Performed | | | |
| 48 | 37 | MAYFLOWER 000003, 00006: Equipment Description Addendum and Lease Certification | | | |
| 76 | 40 | JMI00552: Dash camera footage from truck driven by Burist, 7/1/22 | | | |
| 82 | 42 | DPS00068004: Georgia State Patrol DPS Incident Report | | | |
| 94 | 43 | Photos 1-3 from inside the cab depicting a Grey Goose bottle | | | |

| Pls. No. | Mayflower No. | Description | Date Offered | Admitted | Marked |
|---|---|---|---|---|---|
| 104 | 45 | MAYFLOWER 122196: Sue DeMien re DataQs 3622942 submission | | | |
| 105 | 46 | MAYFLOWER 000158-000159: DataQs record and the bill of lading sent to FMCSA | | | |
| 107 | 47 | MAYFLOWER 000006: Equipment Description Addendum (1999 trailer, VIN 1KKVE532XXL114720) | | | |
| 108 | 48 | MAYFLOWER 001345: Van Operator Separation Notification for Burist | | | |
| 109 | 49 | MAYFLOWER 006104; 008815-008817: 2022 Mayflower IFTA decal emails | | | |
| 110 | 50 | MAYFLOWER 013420: Melissa Pilgram re unsafe driving complaint, unit M2610333 | | | |
| 111 | 51 | MAYFLOWER 034829-034835: “SOS from U343” dispatch emails, July 1, 2022 | | | |
| 112 | 52 | MAYFLOWER 034501-034515: TransDocs coversheets and Orders | | | |
| 113 | 53 | MAYFLOWER 007146-007176: June 2022 load assignments | | | |
| 121 | 54 | Total Military Management production: Mayflower mainframe agent screen, May 13, 2022 | | | |
| 126 | 56 | Composite Exhibit A to Doc. 26-1, including Mayflower's January 20, 2022 letter | | | |
| 133 | 59 | MAYFLOWER 005044: Email of June 28, 2022 | | | |
| 135 | 61 | List of Mayflower agents, May 2022 | | | |
| 138 | 62 | Government bill of lading BGNC0520711 and load information | | | |

| **Pls. No.** | **Mayflower No.** | **Description** | **Date Offered** | **Admitted** | **Marked** |
|---|---|---|---|---|---|
| 150 | 63 | Declaration of Jason Jones in support of Mayflower Transit LLC's motion to dismiss for lack of personal jurisdiction | | | |