GAS 187 (Rev. 07/08) Exhibit and Witness List

# United States District Court

## *Southern District of Georgia*

KYLE SLOAN, Individually, and as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan, KYLE SLOAN as Surviving Spouse of Jamie Sloan; KYLE SLOAN as Surviving Parent of Rylie Sloan; and SUSAN WEST, Individually, and as the next friend and natural guardian of K.W., a minor

Plaintiffs,

v.

NICHOLAS BURIST; LOCKE RELOCATIONS LLC; MAYFLOWER TRANSIT LLC; VANLINER INSURANCE COMPANY; JOE MOHOLLAND INC.; AND XYZ COMPANIES 1-3.

Defendants.

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 2:22-cv-0076-LGW-BWC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Lisa Godbey Wood | Charles J. Hodge, J. Camden Hodge, Timothy Ryan Langley, Joseph R. Padgett, Matthew T. Foss | Todd R. Ehrenreich, Stephen K. McDonald, Brantley C. Rowlen, Jeffrey R. Geldens, Michael Fogarty |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| November 17, 2026 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 09/23/2026 | | | MAYFLOWER 000007-000010: Chris Wynn correspondences with Rob Garr |
| 2 | | 09/23/2026 | | | JMI00003-JMI00011: Mayflower Transit Agency Agreement |
| 3 | | 09/23/2026 | | | JMI00001: Temporary Agency Agreement between Mayflower and Joe Moholland |
| 4 | | 09/23/2026 | | | JMI00677-JMI00679: Bills of Lading |
| 5 | | 09/23/2026 | | | MAYFLOWER 122891-122892: July 5, 2022 email, Mike Kratzer to Hope Maddox (FMCSA) |
| 6 | | 09/23/2026 | | | MAYFLOWER 122893-122894: Temporary Agency Agreements between Mayflower Transit and Moholland Transfer Co. and Joe Moholland Moving |
| 7 | | 09/23/2026 | | | MAYFLOWER 00029-00035: Mayflower Produced Agency Agreement |
| 8 | | 09/23/2026 | | | MAYFLOWER 009964-009968: Correspondences between Nicole Crum and Darniece Martin |
| 9 | | 09/23/2026 | | | MAYFLOWER 122197: Lisa Buchanan to Sue Demien & DataQs Desk |
| 10 | | 09/23/2026 | | | MAYFLOWER 122547: Email to Sue Demien re wrong carrier inspection assignment |
| 11 | | 09/23/2026 | | | JMI00012: Letter to Rob Garr from Mark Volansky |
| 12 | | 09/23/2026 | | | MAYFLOWER 000025: Chris Wynn to Rob Garr |
| 13 | | 09/23/2026 | | | MAYFLOWER 005257: Nicole Crum to Michael Peters re received plates |
| 14 | | 09/23/2026 | | | MAYFLOWER 004389-004392: Carrier-Agent Operating Lease Agreement |
| 15 | | 09/23/2026 | | | UNIGROUP 000032: When a member/agent terminates |
| 16 | | 09/23/2026 | | | JMI00584-JMI00610: Pictures produced by Moholland; Garr / Bojan |
| 17 | | 09/23/2026 | | | MAYFLOWER 013438-013447: UniGroup portal login emails |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 18 | | 09/23/2026 | | | JMI00273-JMI00326: Moholland / Locke Independent Contractor Operating Agreement |
| 19 | | 09/23/2026 | | | Expert report of Brooks Rugemer, Robson Forensic, October 11, 2024 |
| 20 | | 09/23/2026 | | | MAYFLOWER 009891-009894: Nicole Crum to Michael Peters, cc Tim Woody |
| 21 | | 09/23/2026 | | | JMI00101: Mayflower weight rules |
| 22 | | 09/23/2026 | | | JMI00135: UniGroup weight rules |
| 23 | | 09/23/2026 | | | JMI00624: Certified scale record, June 14, 2022 |
| 24 | | 09/23/2026 | | | MAYFLOWER 000060: Agency statement for M00333, 10/27/2022 |
| 25 | | 09/23/2026 | | | MAYFLOWER 005455: Nicole Crum, Diane Lopez and Mike Peters |
| 26 | | 09/23/2026 | | | MAYFLOWER 046260: Rob Garr and Adam Petry |
| 27 | | 09/23/2026 | | | MAYFLOWER 123649: Adam Petry to Tracy Evans |
| 28 | | 09/23/2026 | | | Plaintiffs 0001-0003: Affidavit of Nighthawk |
| 29 | | 09/23/2026 | | | MAYFLOWER 000001; 000004: Vehicle Inspection Report, 2/15/2022 |
| 30 | | 09/23/2026 | | | Plaintiffs 0001-0038: Pictures taken during Nighthawk investigation |
| 31 | | 09/23/2026 | | | MAYFLOWER 006068-6118; 008815-8817: Cards |
| 32 | | 09/23/2026 | | | MAYFLOWER 000072: Agency statement |
| 33 | | 09/23/2026 | | | Jpeg image 7097: Picture from wreck |
| 34 | | 09/23/2026 | | | JMI00772: Mayflower Inventory Control Form |
| 35 | | 09/23/2026 | | | C000745264-01: Georgia DOT Crash Report |
| 36 | | 09/23/2026 | | | Missouri DOT IFTA license and decal |
| 37 | | 09/23/2026 | | | MAYFLOWER 009967: Adam Petry to Rob Garr |
| 38 | | 09/23/2026 | | | Deposition of Angela Locke, May 12, 2023 |
| 39 | | 09/23/2026 | | | Deposition of Christopher Wynn, May 9, 2023 |
| 40 | | 09/23/2026 | | | Deposition of Jason Jones, May 10, 2023 |
| 41 | | 09/23/2026 | | | Deposition of Nicholas Burist |
| 42 | | 09/23/2026 | | | 30(b)(6) Deposition of Michael Kratzer |
| 43 | | 09/23/2026 | | | Deposition of Rob Garr, April 27, 2023 |
| 44 | | 09/23/2026 | | | 30(b)(6) Deposition of Robert McCabe for UniGroup, C.A., October 29, 2024 |
| 45 | | 09/23/2026 | | | JMI00674-00675: Rob Garr to Chris Wynn |
| 46 | | 09/23/2026 | | | JMI00767: Statement of Services Performed |
| 47 | | 09/23/2026 | | | Nicholas Burist certificates of course completion |
| 48 | | 09/23/2026 | | | MAYFLOWER 000003, 00006: Equipment Description Addendum and Lease Certification |
| 49 | | 09/23/2026 | | | MAYFLOWER 009885-009968: Mayflower emails to Mike Peters |
| 50 | | 09/23/2026 | | | MAYFLOWER 003453-003543: Trans Advantage invoices |
| 51 | | 09/23/2026 | | | Office of Medical Examiner, Jacksonville FL: Autopsy of Jamie Sloan |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 52 | | 09/23/2026 | | | NMS Labs WO # 22234459: Toxicology Report of Jamie Sloan |
| 53 | | 09/23/2026 | | | Office of Medical Examiner, Jacksonville FL: Autopsy of Rylie Sloan |
| 54 | | 09/23/2026 | | | NMS Labs WO # 22234474: Toxicology Report of Rylie Sloan |
| 55 | | 09/23/2026 | | | Case # VG-052-22: Vector Group, LLC Collision Report |
| 56 | | 09/23/2026 | | | Southeastern Life Care Planning: Life Care Plan for Kyle Sloan (Rebecca Bailey) |
| 57 | | 09/23/2026 | | | Expert Report from Kim Collins, MD, FCAP, FNAME |
| 58 | | 09/23/2026 | | | Vocational Evaluation and Earning Capacity Analysis, Cynthia P. Grimley |
| 59 | | 09/23/2026 | | | Plaintiffs produced pictures 1-12 of Sloan family |
| 60 | | 09/23/2026 | | | Charles L. Alford, Ph.D. Updated Economic Loss Evaluation |
| 61 | | 09/23/2026 | | | Probate Court Certificate of Appointment, Personal Representative of Rylie Sloan |
| 62 | | 09/23/2026 | | | Certificate of Death for Rylie Sloan |
| 63 | | 09/23/2026 | | | Certificate of Death for Jamie Sloan |
| 64 | | 09/23/2026 | | | Probate Court Certificate of Appointment, Personal Representative of Jamie Sloan |
| 65 | | 09/23/2026 | | | Incident # 223506A: Camden County Fire Rescue report for Rylie Sloan |
| 66 | | 09/23/2026 | | | Sloan 96-121: Rylie Sloan UF Health North Jacksonville records |
| 67 | | 09/23/2026 | | | Sloan 221-241: Rylie Sloan UF Health North Jacksonville records |
| 68 | | 09/23/2026 | | | Incident # 223506: Camden County Fire Rescue report for Jamie Sloan |
| 69 | | 09/23/2026 | | | Pg. 1-2130: Kyle Sloan Medical Records |
| 70 | | 09/23/2026 | | | Incident # 2205454: Nassau County Fire Rescue report for Kyle Sloan |
| 71 | | 09/23/2026 | | | Run # 33972: Century Ambulance Service report for Kyle Sloan |
| 72 | | 09/23/2026 | | | Affidavit from Dr. Andrew Bachinskas |
| 73 | | 09/23/2026 | | | Sloan 001-926: Medical records for Sloan family |
| 74 | | 09/23/2026 | | | Video interview with Kyle Sloan by Charles Hodge |
| 75 | | 09/23/2026 | | | 911 call from wreck |
| 76 | | 09/23/2026 | | | JMI00552: Dash camera footage from truck driven by Burist, 7/1/22 |
| 77 | | 09/23/2026 | | | 30(b)(6) Deposition of Jack Donovan, Trans Advantage, November 9, 2023 |
| 78 | | 09/23/2026 | | | Video interview with Jordan Stone by Charles Hodge |
| 79 | | 09/23/2026 | | | Video interview with Will Stone by Charles Hodge |
| 80 | | 09/23/2026 | | | IMG_6947-6950: Bystander videos at scene, 7/1/22 |
| 81 | | 09/23/2026 | | | IMG_7099: Bystander video at scene, 7/1/22 |
| 82 | | 09/23/2026 | | | DPS00068004: Georgia State Patrol DPS Incident Report |
| 83 | | 09/23/2026 | | | 2022-00010717: St Marys Police Department Incident Report |
| 84 | | 09/23/2026 | | | Case # SCRTI-055-22: Georgia State Patrol Specialized Collision Reconstruction Team report, July 1, 2022 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 85 | | 09/23/2026 | | | MAYFLOWER 001446: UniGroup and Subsidiaries Organization Chart, 1/27/2023 |
| 86 | | 09/23/2026 | | | MAYFLOWER 001444-001445: Burist safety commitment document |
| 87 | | 09/23/2026 | | | 0021-0044: Georgia traffic tickets for Nicholas Burist |
| 88 | | 09/23/2026 | | | jpg 1-27: Pictures by Charles Hodge of truck driven by Burist |
| 89 | | 09/23/2026 | | | DSC_3928-4101: Photos of the Honda - Vector Report |
| 90 | | 09/23/2026 | | | IMG_6947-7106: Pictures by Tami Stone at scene and hospital |
| 91 | | 09/23/2026 | | | Drone video of the Sloan vehicle - Vector Report |
| 92 | | 09/23/2026 | | | 00171-00176: Photographs produced by Plaintiff |
| 93 | | 09/23/2026 | | | Videos taken during Nighthawk investigation |
| 94 | | 09/23/2026 | | | Photos 1-3 from inside the cab depicting a Grey Goose bottle |
| 95 | | 09/23/2026 | | | Camden Fire EMS radio traffic audio pts. 1-8 |
| 96 | | 09/23/2026 | | | Kingsland Police radio traffic audio pts. 1-10 |
| 97 | | 09/23/2026 | | | Sheriff's Office radio traffic audio pts. 1-9 |
| 98 | | 09/23/2026 | | | Picture of T-shirt |
| 99 | | 09/23/2026 | | | PRIV001193-1194: Adam Petry and Nicole Crum re Missouri base plates |
| 100 | | 09/23/2026 | | | Locke Production 0107-0111: Photographs of the tractor bearing “Operated By Mayflower Transit, Fenton, MO, USDOT# 125563” |
| 101 | | 09/23/2026 | | | MAYFLOWER 122548 - 122549: Georgia DPS Driver/Vehicle Examination Report GA1348002749 |
| 102 | | 09/23/2026 | | | MAYFLOWER 012614: Buchanan to Peters re cancelled driver and unqualified equipment |
| 103 | | 09/23/2026 | | | MAYFLOWER 034588-034589: Buchanan emails re unqualifying the equipment |
| 104 | | 09/23/2026 | | | MAYFLOWER 122196: Sue DeMien re DataQs 3622942 submission |
| 105 | | 09/23/2026 | | | MAYFLOWER 000158-000159: DataQs record and the bill of lading sent to FMCSA |
| 106 | | 09/23/2026 | | | MAYFLOWER 000061-000145: Weekly agency statements, 1/5/2022 - 10/26/2022 |
| 107 | | 09/23/2026 | | | MAYFLOWER 000006: Equipment Description Addendum (1999 trailer, VIN 1KKVE532XXL114720) |
| 108 | | 09/23/2026 | | | MAYFLOWER 001345: Van Operator Separation Notification for Burist |
| 109 | | 09/23/2026 | | | MAYFLOWER 006104; 008815-008817: 2022 Mayflower IFTA decal emails |
| 110 | | 09/23/2026 | | | MAYFLOWER 013420: Melissa Pilgram re unsafe driving complaint, unit M2610333 |
| 111 | | 09/23/2026 | | | MAYFLOWER 034829-034835: “SOS from U343” dispatch emails, July 1, 2022 |
| 112 | | 09/23/2026 | | | MAYFLOWER 034501-034515: TransDocs coversheets and Orders |
| 113 | | 09/23/2026 | | | MAYFLOWER 007146-007176: June 2022 load assignments |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 114 | | 09/23/2026 | | | MAYFLOWER 005016-006269: UniGroup and Allegiant dispatch emails, March-July 2022 |
| 115 | | 09/23/2026 | | | MAYFLOWER 120527-120563: Moholland contractor job verification sheets, August 2022 |
| 116 | | 09/23/2026 | | | MAYFLOWER 034623: Bill of Lading, Joe Moholland Inc. origin, July 11, 2022 |
| 117 | | 09/23/2026 | | | MAYFLOWER 071250: Bill of Lading, Moholland Transfer origin, September 19, 2022 |
| 118 | | 09/23/2026 | | | MAYFLOWER 045109: Bill of Lading, Joe Moholland Inc., November 10, 2022 |
| 119 | | 09/23/2026 | | | MAYFLOWER 070941-070942: TransAdvantage invoice LTAI-007814 |
| 120 | | 09/23/2026 | | | MAYFLOWER 122889-122890: Peters, Crum and Gose re Burist drug screen records |
| 121 | | 09/23/2026 | | | Total Military Management production: Mayflower mainframe agent screen, May 13, 2022 |
| 122 | | 09/23/2026 | | | MAYFLOWER 046256-046261: Missouri base plate thread |
| 123 | | 09/23/2026 | | | Moholland's First Supplemental Responses to Plaintiffs' Second Interrogatories, 2/14/2024 |
| 124 | | 09/23/2026 | | | Moholland's Responses to Plaintiffs' Third Requests for Admission, 1/7/2025 |
| 125 | | 09/23/2026 | | | JMI00760-JMI00800: Moholland's Responses to Plaintiffs' Fourth Requests for Production, with documents |
| 126 | | 09/23/2026 | | | Composite Exhibit A to Doc. 26-1, including Mayflower's January 20, 2022 letter |
| 127 | | 09/23/2026 | | | UniGroup letter to Rob Garr, Moholland Moving, July 11, 2022 |
| 128 | | 09/23/2026 | | | Nicole Crum to Michael Peters, July 6, 2022 - 23 plates received |
| 129 | | 09/23/2026 | | | Emails of July 6 & 12, 2022 (Doc 307-12): |
| 130 | | 09/23/2026 | | | Diane Lopez to Wendi Nix, July 5, 2022 |
| 131 | | 09/23/2026 | | | Terri Orban to Moholland, January 13, 2022 |
| 132 | | 09/23/2026 | | | MAYFLOWER 005945-005978: Apparel email |
| 133 | | 09/23/2026 | | | MAYFLOWER 005044: Email of June 28, 2022 |
| 134 | | 09/23/2026 | | | Michael Peters to Nicole Crum and Darniece Martin, June 28, 2022 |
| 135 | | 09/23/2026 | | | List of Mayflower agents, May 2022 |
| 136 | | 09/23/2026 | | | JMI00682-JMI00759: Moholland's response to Plaintiffs' Second Requests for Production, 10/30/2023 |
| 137 | | 09/23/2026 | | | DOT inspections and VIN decode for tractor 3HSDJAPR7EN491357 |
| 138 | | 09/23/2026 | | | Government bill of lading BGNC0520711 and load information |
| 139 | | 09/23/2026 | | | SignalHire “List of Mayflower employees” printout, August 30, 2022 |
| 140 | | 09/23/2026 | | | Photographs of Burist's Mayflower and Joe Moholland Moving uniform shirts, marked 12/12/2023 |
| 141 | | 09/23/2026 | | | Photographs of the tractor |
| 142 | | 09/23/2026 | | | joemohollandmoving.com FAQ page printout, July 25, 2023 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 143 | | 09/23/2026 | | | Commercial auto endorsement, policy 70 TRG 008798-08 |
| 144 | | 09/23/2026 | | | UniGroup Trans Advantage webpage printout and tractor photograph |
| 145 | | 09/23/2026 | | | Stipulation of Dismissal of UniGroup, filed January 24, 2025 |
| 146 | | 09/23/2026 | | | Corporate Disclosure Statement of Joe Moholland, Inc. |
| 147 | | 09/23/2026 | | | Conser subpoena response - custodian affidavit and description |
| 148 | | 09/23/2026 | | | Email from David Luck, Lewis Brisbois, to all counsel, June 15, 2023 |
| 149 | | 09/23/2026 | | | MAYFLOWER 001955-002967: TransDocs coversheets and government bills of lading for Moholland shipments tendered |
| 150 | | 09/23/2026 | | | Declaration of Jason Jones in support of Mayflower Transit LLC's motion to dismiss for lack of personal jurisdiction |
| 151 | | 09/23/2026 | | | PRIV001162: Nicole Crum email to Adam Petry, June 28, 2022 |
| 152 | | 09/23/2026 | | | Reviews 0001-0027: January 13, 2023 screen captures of Joe Moholland Moving's LinkedIn company page |
| 153 | | 09/23/2026 | | | 00001-00273: Photographs produced by Plaintiff (page stamps 0001-0273) |
| 154 | | 09/23/2026 | | | PowerPoint presentation with exhibits |
| 155 | | 9/23/2026 | | | Burist Employment/Qualification File |
| 156 | | 9/23/2026 | | | MAYFLOWER 005452-005455, 005460, 006246, 046256-046260 - Missouri base plate email chain |
| 157 | | 9/23/2026 | | | Burist Criminal Trial Transcript |
| 158 | | 10/14/2026 | | | CONFIDENTIALMAYFLOWER 131391 : Sue Demien email re : M-333 |
| 159 | | 10/14/26 | | | Missouri DOT IFTA License |
| 160 | | 10/14/26 | | | Photos of Burist clothing taken during Burist deposition |
| 161 | | 8/26/26 | | | 4/16/26 Affidavit of Andrew Bachinskas, M.D. |
| 162 | | 8/26/26 | | | Kyle Sloan Medical Records – SLOAN1129 - 1384 |
| 163 | | 10/21/26 | | | Kyle Sloan Medical Records – SLOAN 776 – 803 ; SLOAN 2131 - 2132 |
| 164 | | 10/21/26 | | | Medical illustration ; Kyle Sloan left hand |
| 165 | | 9/4/26 | | | Kyle Sloan Medical Records / Therapy Notes SLOAN 822 - 1841 |
| 166 | | 9/16/26 | | | C/V of Todd Morton (Morton Sloan 19 – 21) |
| 167 | | 9/16/26 | | | Psychological Evaluations of Kyle Sloan – Carolina Psychological Associates (Morton Sloan 1 – 43) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |