# United States District Court

***Southern District of Georgia***

KYLE SLOAN, Individually, and as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan, KYLE SLOAN as Surviving Spouse of Jamie Sloan; KYLE SLOAN as Surviving Parent of Rylie Sloan; and SUSAN WEST, Individually, and as the next friend and natural guardian of K.W., a minor

Plaintiffs,

v.

NICHOLAS BURIST; LOCKE RELOCATIONS LLC; MAYFLOWER TRANSIT LLC; VANLINER INSURANCE COMPANY; JOE MOHOLLAND INC.; AND XYZ COMPANIES 1-3.

Defendants.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 2:22-cv-0076-LGW-BWC

## DEFENDANT MAYFLOWER PROPOSED EXHIBIT LIST

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Lisa Godbey Wood | Charles J. Hodge, J. Camden Hodge, Timothy Ryan Langley, Joseph R. Padgett, Matthew T. Foss | Todd R. Ehrenreich, Stephen K. McDonald, Brantley C. Rowlen, Jeffrey R. Geldens, Michael Fogarty |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| November 17, 2026 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 9/23/26 | | | MAYFLOWER 000007-000010: Chris Wynn correspondences with Rob Garr |
| | 2 | 9/23/26 | | | JMI00003-JMI00011: Mayflower Transit Agency Agreement |
| | 3 | 9/23/26 | | | JMI00001: Temporary Agency Agreement between Mayflower and Joe Moholland |
| | 4 | 9/23/26 | | | JMI00677-JMI00679: Bills of Lading |
| | 5 | 9/23/26 | | | MAYFLOWER 122891-122892: July 5, 2022 email, Mike Kratzer to Hope Maddox (FMCSA) |
| | 6 | 9/23/26 | | | MAYFLOWER 122893-122894: Temporary Agency Agreements between Mayflower Transit and Moholland Transfer Co. and Joe Moholland Moving |
| | 7 | 9/23/26 | | | MAYFLOWER 00029-00035: Mayflower Produced Agency Agreement |
| | 8 | 09/23/2026 | | | MAYFLOWER 009964-009968: Correspondences between Nicole Crum and Darniece Martin |
| | 9 | 09/23/2026 | | | MAYFLOWER 122197: Lisa Buchanan to Sue Demien & DataQs Desk |
| | 10 | 09/23/2026 | | | MAYFLOWER 122547: Email to Sue Demien re wrong carrier inspection assignment |
| | 11 | 09/23/2026 | | | MAYFLOWER 000025: Chris Wynn to Rob Garr |
| | 12 | 09/23/2026 | | | MAYFLOWER 005257: Nicole Crum to Michael Peters re received plates |
| | 13 | 09/23/2026 | | | MAYFLOWER 004389-004392: Carrier-Agent Operating Lease Agreement |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 14 | 09/23/2026 | | | UNIGROUP 000032: When a member/agent terminates |
| | 15 | 09/23/2026 | | | JMI00584-JMI00610: Pictures produced by Moholland; Garr / Bojan |
| | 16 | 09/23/2026 | | | JMI00273-JMI00326: Moholland / Locke Independent Contractor Operating Agreement |
| | 17 | 09/23/2026 | | | MAYFLOWER 009891-009894: Nicole Crum to Michael Peters, cc Tim Woody |
| | 18 | 09/23/2026 | | | MAYFLOWER 000060: Agency statement for M00333, 10/27/2022 |
| | 19 | 09/23/2026 | | | MAYFLOWER 005455: Nicole Crum, Diane Lopez and Mike Peters |
| | 20 | 09/23/2026 | | | MAYFLOWER 046260: Rob Garr and Adam Petry |
| | 21 | 09/23/2026 | | | MAYFLOWER 123649: Adam Petry to Tracy Evans |
| | 22 | 09/23/2026 | | | MAYFLOWER 006068-6118; 008815-8817: Cab Cards |
| | 23 | 09/23/2026 | | | MAYFLOWER 000072: Agency statement |
| | 24 | 09/23/2026 | | | JMI00772: Mayflower Inventory Control Form |
| | 25 | 09/23/2026 | | | C000745264-01: Georgia DOT Crash Report |
| | 26 | 09/23/2026 | | | Missouri DOT IFTA license and decal |
| | 27 | 09/23/2026 | | | MAYFLOWER 009967: Adam Petry to Rob Garr |
| | 28 | 09/23/2026 | | | Deposition of Angela Locke, May 12, 2023 |
| | 29 | 09/23/2026 | | | Deposition of Christopher Wynn, May 9, 2023 |
| | 30 | 09/23/2026 | | | Deposition of Jason Jones, May 10, 2023 |
| | 31 | 09/23/2026 | | | Deposition of Nicholas Burist |
| | 32 | 09/23/2026 | | | 30(b)(6) Deposition of Michael Kratzer |
| | 33 | 09/23/2026 | | | Deposition of Rob Garr, April 27, 2023 |
| | 34 | 09/23/2026 | | | 30(b)(6) Deposition of Robert McCabe for UniGroup, C.A., October 29, 2024 |
| | 35 | 09/23/2026 | | | JMI00674-00675: Rob Garr to Chris Wynn |
| | 36 | 09/23/2026 | | | JMI00767: Statement of Services Performed |
| | 37 | 09/23/2026 | | | MAYFLOWER 000003, 00006: Equipment Description Addendum and Lease Certification |
| | 38 | 10.2.26 | | | MAYFLOWER 00005: Inspection Report for Tractor Trailer |
| | 39 | 09/23/2026 | | | MAYFLOWER 009885-009968: Mayflower emails to Mike Peters |
| | 40 | 09/23/2026 | | | JMI00552: Dash camera footage from truck driven by Burist, 7/1/22 |
| | 41 | 09/23/2026 | | | 30(b)(6) Deposition of Jack Donovan, Trans Advantage, November 9, 2023 |
| | 42 | 09/23/2026 | | | DPS00068004: Georgia State Patrol DPS Incident Report |
| | 43 | 09/23/2026 | | | Photos 1-3 from inside the cab depicting a Grey Goose bottle |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 45 | 09/23/2026 | | | MAYFLOWER 122196: Sue DeMien re DataQs 3622942 submission |
| | 46 | 09/23/2026 | | | MAYFLOWER 000158-000159: DataQs record and the bill of lading sent to FMCSA |
| | 47 | 09/23/2026 | | | MAYFLOWER 000006: Equipment Description Addendum (1999 trailer, VIN 1KKVE532XXL114720) |
| | 48 | 09/23/2026 | | | MAYFLOWER 001345: Van Operator Separation Notification for Burist |
| | 49 | 09/23/2026 | | | MAYFLOWER 006104; 008815-008817: 2022 Mayflower IFTA decal emails |
| | 50 | 09/23/2026 | | | MAYFLOWER 013420: Melissa Pilgram re unsafe driving complaint, unit M2610333 |
| | 51 | 09/23/2026 | | | MAYFLOWER 034829-034835: “SOS from U343” dispatch emails, July 1, 2022 |
| | 52 | 09/23/2026 | | | MAYFLOWER 034501-034515: TransDocs coversheets and Orders |
| | 53 | 09/23/2026 | | | MAYFLOWER 007146-007176: June 2022 load assignments |
| | 54 | 09/23/2026 | | | Total Military Management production: Mayflower mainframe agent screen, May 13, 2022 |
| | 55 | 09/23/2026 | | | MAYFLOWER 046256-046261: Missouri base plate thread |
| | 56 | 09/23/2026 | | | Composite Exhibit A to Doc. 26-1, including Mayflower's January 20, 2022 letter |
| | 57 | 09/23/2026 | | | Nicole Crum to Michael Peters, July 6, 2022 - 23 plates received |
| | 58 | 09/23/2026 | | | Emails of July 6 & 12, 2022 (Doc 307-12): |
| | 59 | 09/23/2026 | | | MAYFLOWER 005044: Email of June 28, 2022 |
| | 60 | 09/23/2026 | | | Michael Peters to Nicole Crum and Darniece Martin, June 28, 2022 |
| | 61 | 09/23/2026 | | | List of Mayflower agents, May 2022 |
| | 62 | 09/23/2026 | | | Government bill of lading BGNC0520711 and load information |
| | 63 | 09/23/2026 | | | Declaration of Jason Jones in support of Mayflower Transit LLC's motion to dismiss for lack of personal jurisdiction |
| | 64 | 9/23/2026 | | | MAYFLOWER 005452-005455, 005460, 006246, 046256-046260 - Missouri base plate email chain |
| | 65 | 10/2/2026 | | | UniGroup Organization Chart : Confidential UNIGROUP 00028 |
| | 66 | 10/2/2026 | | | Burist Electronic Database Information : Jones Deposition Exhibit 8 ; pg 1-6. |
| | 67 | 10/27/2026 | | | Medical treatment records<br>Sloan 895-916. |
| | 68 | 10/27/2026 | | | Bills of Lading JMI 611-612 |
| | 69 | 10/27/2026 | | | Check Remittances JMI 613-614 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 70 | 10/27/2026 | | | JMI Documents outlining load in question and packing checklists, and weight stations, JMI 624-679 |
| | 71 | 10/27/2026 | | | JMI Documents outlining TMM compensation to customers 613-622 |
| | 72 | 10/27/2026 | | | Booking confirmation JMI 665-669 |
| | 73 | 10/27/2026 | | | Kathy Steis Email outlining terminagtion of JMM and Moholland Transfer CONFIDENTIAL MAYFLOWER 122893 |

** Include a notation as to the location of any exhibit not held with the case file or not available because of size.*