GAS 187(Rev. 07/08)

# United States District Court

## *Southern District of Georgia*

KYLE SLOAN, Individually, and as Personal Representative of the Estates of Riley Sloan and Jamie Sloan, KYLE SLOAN as Surviving Spouse of Jamie Sloan; KYLE SLOAN as Surviving Parent of Rylie Sloan; and

V.

NICHOLAS BURIST; LOCKE RELLOCATIONS LLC; MAYFLOWER TRANSIT LLC; VANLINER INSURANCE COMPANY; JOE MOHOLLAND INC.: AND XYZ COMPANIES 1-3.

EXHIBIT AND WITNESS LIST

CASE NUMBER: 2:22-cv-0076-LGW-BW(

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Lisa Godbey Wood | Charles J. Hodge, Matthew T. Fos | Todd R. Ehrenreich, Stephen K. M |
| TRIAL DATE(S) November 17th, 2026 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 06/03/2026 | | | Cynthia P. Grimley & Associates, LLC- Rehabilitation Management/ Vocational E |
| 2 | | 06/03/2026 | | | Kim A. Collins, MD, FCAP, FNAP- Forensic Pathologist (Wadmalaw Island, SC) |
| 3 | | 06/03/2026 | | | Todd Morton, Ph.D., - Psychological Services (Waynesville, NC) |
| 4 | | 06/03/2026 | | | Charles Alford, Ph.D.- Economist (Greenville, SC) |
| 5 | | 06/03/2026 | | | Rebecca Bailey, RN, CNLCP, CLCP, LCP-C- Life Care Planning (Spartanburg, SC |
| 6 | | 06/03/2026 | | | Dr. Daniel Falcon- Carolina Hand Center (Spartanburg, SC) |
| | | | | | |
| 7 | | 06/03/2026 | | | Andrew Bachinskas, MD- Orthopedic Surgeon (Greer, SC) |
| 8 | | 06/03/2026 | | | Elizabeth Cain- Family Therapy, Emerge Family Therapy Center (Spartanburg, SC) |
| | | | | | |
| 9 | | 06/03/2026 | | | Matthew Baird, MD- Sports Medicine (Spartanburg, SC) |
| | | | | | |
| 10 | | 06/03/2026 | | | Rob Lee- Vector Group LLC (Cheraw, SC) |
| 11 | | 06/03/2026 | | | Brooks Rugemer- Robson Forensic (Lancaster, PA) |
| 12 | | 06/03/2026 | | | Dr. Fahd Qauddas, MD- Hematology and Oncology (Greenville, SC) |
| 13 | | 06/03/2026 | | | Seargent Shane T. Copeland- Team Leader of Georgia Patrol Specialized Collision |
| 14 | | 06/03/2026 | | | Kyle Sloan- Husband of Jamie Sloan and Father to Rylie Sloan |
| 15 | | 06/03/2026 | | | Jordan Sloan Stone- Daughter of Kyle and Jamie Sloan |
| 16 | | 06/03/2026 | | | Jim Howard- Father of Jamie Sloan |
| 17 | | 06/03/2026 | | | Wanda Howard- Mother of Jamie Sloan |
| 18 | | 06/03/2026 | | | Will Stone- Husband of Jordan Stone |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

GAS 187(Rev. 07/08)

# EXHIBIT AND WITNESS LIST - CONTINUATION

KYLE SLOAN, Individually, and as Personal Representative of the Estates

V.

NICHOLAS BURIST; LOCKE RELLOCATIONS LLC; MAYFLOWER

CASE NUMBER: 2:22-cv-0076-LGW-BW(

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 19 | | 06/03/2026 | | | Elizabeth Fisher- Forensic Toxicologist (Pooler, GA) |
| 20 | | 06/03/2026 | | | Michael Ruff- Forensic Toxicologist (Pooler, GA) |
| 21 | | 06/03/2026 | | | Erin Schultz- Forensic Chemist (Pooler, GA) |
| 22 | | 06/03/2026 | | | Ashley McAlister Oglesby Sloan- Wife of Kyle Sloan |
| 23 | | 06/03/2026 | | | Steve Breland- Vector Group LLC (Cheraw, SC) |
| 24 | | 06/03/2026 | | | Brian Trotter- Vector Group LLC (Cheraw, SC) |
| 25 | | 06/03/2026 | | | Rick Shell- Vector Group LLC (Cheraw, SC) |
| 26 | | 6/03/2026 | | | Craigan Blankenship |
| 27 | | 6/03/2026 | | | Mariette Goble |
| 28 | | 6/03/2026 | | | Anthony McCalister |
| 29 | | 6/03/2026 | | | Tony Roberts |
| 30 | | 6/03/2026 | | | John Sloan |
| 31 | | 6/03/2026 | | | Nicholas Burist |
| 32 | | 6/03/2026 | | | Jason Jones |
| 33 | | 6/03/2026 | | | Michael Kratzer |
| 34 | | 6/03/2026 | | | Rob Garr |
| 35 | | 6/03/2026 | | | Christopher Wynn |
| 36 | | 6/03/2026 | | | Angela Locke |
| 37 | | 6/03/2026 | | | Dr. Peter Gillespie |
| 38 | | 6/03/2026 | | | Jack Donovan |
| 39 | | 6/03/2026 | | | Robert McCabe |
| 40 | | 6/03/2026 | | | Rachel Huddleston |
| 41 | | 6/03/2026 | | | Rob Lee |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |