GAS 187(Rev. 07/08)

# United States District Court

## *Southern District of Georgia*

KYLE SLOAN, Individually, and as Personal Representative of the Estates of Riley Sloan and Jamie Sloan, KYLE SLOAN as Surviving Spouse of Jamie Sloan; KYLE SLOAN as Surviving Parent of Rylie Sloan; and

V.

NICHOLAS BURIST; LOCKE RELLOCATIONS LLC; MAYFLOWER TRANSIT LLC; VANLINER INSURANCE COMPANY; JOE MOHOLLAND INC.: AND XYZ COMPANIES 1-3.

EXHIBIT AND WITNESS LIST

CASE NUMBER: 2:22-cv-0076-LGW-BW(

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Lisa Godbey Wood | Charles J. Hodge, et. al | Todd Ehrenreich, Grant Smith, et. |
| TRIAL DATE(S) November 17th, 2026 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | 1. | 10/02/2026 | | | Nicholas Burist |
| | 2. | 10/02/2026 | | | Angela Locke |
| | 3. | 10/02/2026 | | | Rob Garr |
| | 4. | 10/02/2026 | | | Jason Jones |
| | 5. | 10/02/2026 | | | Michael Kratzker |
| | 6. | 10/02/2026 | | | Christopher Wynn |
| | 7. | 10/02/2026 | | | Misty Coffman |
| | 8. | 10/02/2026 | | | Adam Petry |
| | 9. | 10/02/2026 | | | Nikki Crum |
| | 10. | 10/02/2026 | | | Phillip Smith |
| | 11. | 10/02/2026 | | | Robert McCabe |
| | 12. | 10/02/2026 | | | Erin Shultz |
| | 13. | 10/02/2026 | | | Michael Ruff |
| | 14. | 10/02/2026 | | | Elizabeth Fisher |
| | 15. | 10/02/2026 | | | Michael Peters |
| | 16. | 10/02/2026 | | | Darniece Martin |
| | 17. | 10/02/2026 | | | Theresea Dawkins |
| | 18. | 10/02/2026 | | | Sue DeMien |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

GAS 187(Rev. 07/08)

# EXHIBIT AND WITNESS LIST - CONTINUATION

KYLE SLOAN, Individually, and as Personal Representative of the Estates

V.

NICHOLAS BURIST; LOCKE RELLOCATIONS LLC; MAYFLOWER

CASE NUMBER: 2:22-cv-0076-LGW-BW

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |