SELCP
SOUTHEASTERN LIFE CARE PLANNING

Certified Nurse Life Care Planner
FIG Life Care Planning- Certified
Legal Nurse Consultant

---

REBECCA BAILEY RN, BA, CNLCP, FIG LCP-C

**Education**
University of South Carolina-Columbia
May 2006, Bachelor of Arts

Greenville Technical College
June 2013, Associate in Business with a Major in Nursing

FIG Services, Inc.
Life Care Planning
July 2020

The Center for Legal Studies
Legal Nurse Consultant
October 2020

**Licensures & Certifications**
Licensed Registered Nurse (RN) Nurse Licensure Compact | Multi-State Nurse Licensure Compact States: AL, AR, AZ, CO, DE, FL, GA, IA, ID, IN, KS, KY, LA, MD, ME, MO, MS, MT, NC, ND, NE, NH, NJ, NM, OH, OK, RI, SC, SD, TN, TX, UT, VA, VT, WA, WI, WV, WY
South Carolina State Board of Nursing License # 222404 (June 2013- Present)
FIG Life Care Planning- Certified (January 2022-Present)
Certified Nurse Life Care Planner, CNLCP #3221283 (October 2022-Present)

**Professional Associations & Memberships**
American Nurses Association (ANA) Member ID #04085299 September 2019- Present
South Carolina Nurses Associations (SCNA) September 2019- Present
The Care Planner Network October 2020- Present
International Association of Rehabilitation Professionals (IARP) October 2020- Present
  To include International Academy of Life Care Planners (IALCP) Section Member October 2020- Present
American Association of Nurse Life Care Planners (AANLCP) May 2021- Present
Member- AANLCP Research Committee March 2022-Present

Case 2:22-cv-00071-LGW-BWC Document 434-1 Filed 10/03/26 Page 2 of 40

Member- IARP Costing Framework Development Committee October 2022-January 2026
Treasurer- AAPedsLCP May 2024-Present

**Publications**

Craigmyle, J., OConnell, E., Bailey, R., Gay, L., Penilton, D., & Woodard, L. (2026). Chapter 7: Qualitative Analysis of the 2022 Summit Participants Responses to Focused Questions Collected Using the Top Hat Open Response Platform. *Journal of Life Care Planning*, *23*(1), 104–157.

**Awards**

2026 AANLCP Recipient of the Denise Nelson Ambassador Award

**Experience**

July 2020- Present
Owner & Chief Planner
Southeastern Life Care Planning, LLC

- Provides life care planning, medical consulting, review of medical records, medical chronologies, medical cost projections, assessments, and education to attorneys and staff about clients and their case.
- Provides Case Management for Clients
- Expert witness for trial
- Collaborate with physicians and medical staff to figure out what clients need for the remainder of their life expectancy
- Screen medical negligence claims, analyze personal injury cases, evaluate toxic tort cases.
- Research medical literature
- Assess the elements of proof for negligence claims
- Authors and reviews life care plans that include:
- Pediatrics & Adults
- Spinal Cord Injury
- Traumatic Brain Injury
- Burns
- Cerebral Palsy
- Orthopedic Injuries
- Amputations
- Toxic Chemicals
- Chronic Pain
- Acquired Brain Injury
- The Aging/Elderly
- Transplant
- Vision Loss
- Motor Vehicle Collisions

September 2017- January 2018
Utilization Management RN
Spartanburg Regional Medical Center

- Reviewed active patient records, collaborated with physicians, made suggestions, helped to determine medical necessity, assessed coding within a patient's chart, spoke with patients and assessed their needs while in the hospital
- Used managed care techniques and evidence-based guidelines or criteria to gauge whether certain interventions were appropriate for patients through preauthorization, assessment, and medical necessity

September 2016-September 2017
(RN) Nurse Case Manager
Spartanburg Regional Medical Center

- Primary position was in the Emergency Department at SRMC, Level I Trauma Center
- Provided support to management, nursing staff, and physicians
- Collaborated with multiple specialties and obtained orders as needed
- Assessed patients, discussed situations with families, determined needs and the rationale, and implemented plans
- Utilized resources and provided as many as possible to patients
- Provided safe and appropriate discharges
- Provide on-call services to the hospital on an as-needed basis
- Worked weekends covering all floors of the hospital, including, but not limited to:
- Cancer Center
- 7 Tower (Ortho)
- 4 Tower (Surgery)
- 2 Tower (Mom & Baby)
- 4 & 5 Heart (Heart Center)
- 8 Tower (Neuro)
- Rapid Treatment Unit
- Cath Lab
- All ICUs

August 2013- September 2016
Emergency Room/Department Nurse (RN)
Spartanburg Regional Medical Center

- Main duties included Floor Nurse, Triage Nurse, Trauma Bay Nurse, and Float Nurse
- Floor Nurse duties included noticing and acting quickly to emergent situations based on trained interventions, starting IVs, administering medications by mouth, intravenously, through injection, etc., assessing a patient from head to toe, acknowledging certain disease states and disorders upon presentation, communication to and with the ER physicians and support staff, delegating appropriately, and providing patient-centered care
- Triage Nurse duties included obtaining and assessing vital signs, determining quickly whether someone is an immediate emergency based on subjective and objective data, communicating with the Charge Nurse frequently, utilizing security as needed, and acknowledging policy throughout the day
- Trauma Bay Nurse duties included timely presentation into the trauma bay prior to the arrival of the trauma patient coming off the ambulance, planning of what the patient would need

upon arrival, providing quick and safe care while working with many other people in a small space, remaining with the patient and actively acknowledging their current status

• Float Nurse duties included continuously communicating with all nurses within the ER and assisting with any task(s) they need help with

**Professional Development/ Continuing Education/ Conferences Attended**

- A Daubert Challenge and the NLCP- AANLCP- 05/2021
- Evidence-Based Practice in Nurse Life Care Planning- AANLCP- 05/2021
- American Association of Nurse Life Care Planners, Education Conference 03/2022
- IALCP 05/2022 Life Care Planning Summit
- American Association of Nurse Life Care Planners, Education Conference 03/2023
- American Association of Nurse Life Care Planners, Education Conference 10/2023
- American Association of Nurse Life Care Planners, Education Conference 04/2024
- American Association of Nurse Life Care Planners, Education Conference 11/2024
- Mild TBI Webinar, Part I, with Dr. Alpiner Presenting on AAPedsLCP, 11/2024
- Mild TBI Webinar, Part II, with Dr. Alpiner Presenting on AAPedsLCP, 01/2025
- Mild TBI Webinar, Part III, with Dr. Alpiner Presenting on AAPedsLCP, 05/2025
- IALCP 05/2025 Life Care Planning Summit
- Pediatric Prosthetics Webinar, AAPedsLCP, 07/2025
- Pediatric Orthotics Webinar, AAPedsLCP, 08/2025
- American Association of Nurse Life Care Planners, Education Conference 11/2025
- Complexities of Brachial Plexus, with Dr. Alpiner Presenting on AAPedsLCP, 03/2026
- Considerations for Life Care Planning Services for Survivors of TBI Who Are Attempting to Return to Work-AANLCP- 08/2026
- American Association of Nurse Life Care Planners, Benchmark Summit, 9/2026
- Brain Injury Association of America, Brain Injury Fundamentals, Part I, 9/2026

**Charles L. Alford, Ph.D.**
**Box 8058**
**Greenville, SC 29604**

**Office: (864) 233-8593**
**Cell: (864) 918-6820**
**charlie@cla3.com**

**Education**

Ph.D. in Economics and Business Administration; University of Alabama, 1972; Major – marketing; Minors – economics and quantitative methods.

B.A. in Economics; Wofford College, 1968.

**Teaching and Administrative Experience**

Professor Emeritus (2003), James C. Self Professor of Business Administration (1994), Professor (1983), Associate Professor (1976), Assistant Professor (1971) of Economics and Business Administration, Furman University.

Chair, Department of Economics and Business Administration, Furman University, 1976 – 1985.

Chair, Furman University Faculty, 1993 – 1995.

Faculty Athletic Representative to The Southern Conference and NCAA, 1995 – 2003.

**Teaching Assignments at Furman**

Economics: macroeconomics, microeconomics, urban economics, personal finance.

Business Administration: principles of marketing, marketing research, marketing problems, marketing management (graduate level), quantitative methods for business, experiential learning in business.

Statistics: graduate and undergraduate.

Director of the Furman Economics and Business Administration Internship Program.

**Publications**

"The Economist's Role in Wrongful Death Cases," with John G. Fulmer, *South Carolina Trial Lawyers Bulletin*, October, 1974.

"An Investigation into the Effects of Selected Variables Upon Barriers to Entry in Manufacturing Industries," *Southern Marketing Association Proceedings*, 1974.

"New Product Idea Generation: A Case Study of Household Cleaners," with J. Barry Mason, *Journal of Advertising Research*, Spring, 1974.

"The Effects of Oral vs. Written Two-Sided Messages," with J. M. Wilkerson, *Journal of the Academy of Marketing Sciences*, Summer, 1976.

*Succeeding in the Free Enterprise System*, CORBIA – Council of Resources, 1978. A textbook written for the South Carolina Veterans Administration.

"Business Goodwill in South Carolina," with Katherine Tiffany and Peter C. Tiffany, *South Carolina Lawyer*, May, 2011.

**Invited Lectures**

"In Defense of Advertising," Wofford College, 1976.

"The Role of Marketing Research in the Business Enterprise," Wofford College, 1977.

"The Changing Marketing Concept," Sales and Marketing Executives Club of Greenville, 1978.

"What Really Matters," L. D. Johnson Memorial Lecture, Furman University, 1983.

Numerous speeches to local service, professional, and business organizations on business strategies and business valuation.

Co-presenter with Peter Tiffany, Timothy Madden, and Thomas Traxler, "2011 Family Law Intensive: Tax Returns, Other Financial Records & Valuation," October 2011.

**Professional Affiliations**

American Economic Association
National Association of Forensic Economics

**Awards and Honors**

Western Electric Fund Award for innovative teaching, presented by the American Assembly of Collegiate Schools of Business, 1982.

Faculty Internship, Henderson Advertising Agency, 1972.

NDEA Fellowship, University of Alabama.

*Wall Street Journal* Award, Wofford College.

Listed in *Who's Who Among Expert Witnesses*.

**Other Professional Activities**

Professional Associations – Attended, presented papers, discussed papers, chaired sessions, and judged papers at numerous professional association meetings.

**Consulting**

Have been recognized in Federal District Courts, state courts in South Carolina, North Carolina, Georgia, and Tennessee, South Carolina Family Courts, and the South Carolina Public Service Commission as an expert in economic and business affairs, including the following areas.

- valuation of closely held companies
- review of company performance and condition
- forecasting of sales and profits
- consideration of economic consequences of alimony and child support payments
- equitable distribution of marital assets
- application of South Carolina Department of Social Services Child Support Guidelines
- valuation of defined benefit pension plans
- computation of economic loss due to death, disability, and termination
- computation of lost business profits
- unfair trade practices
- antitrust violations

Have been appointed as the court's expert in South Carolina Family Court, South Carolina Circuit Court, and Masters in Equity in Greenville and Anderson counties.

Have been retained by plaintiff's attorneys, defendant's attorneys, United States Department of Justice, and insurance companies in evaluation of economic loss.

Have served as a consultant in valuation of numerous closely held companies outside the context of litigation, including manufacturers, wholesalers, retailers, professional associations, and personal service companies.

Other consulting experience includes market research and analysis, corporate image research, and development and implementation of strategic plans.

Have served on the local advisory boards of a bank, commercial real estate development firm, and travel agency.

**Community Activities**

Past service on Travelers Rest Area Council, vice chairman, director, chair of Education Committee, co-chair of Economic Development Committee.

Past service on Travelers Rest Home Town Association, director, treasurer.

**Charles L. Alford, Ph.D.**
**2021 Depositions, Trials & Arbitrations**

| Date | Deposition, Trial or Arbitration | Attorney | Case | Type of Court | Location |
|---|---|---|---|---|---|
| 2/4/2021 | D | Mark J. Bringardner | Daniel Medero Lopez v. Tailwind Transport, LLC and Vincent Leroy Jimno | U.S. District | District of South Carolina |
| 3/10/2021 | D | Robert F. Goings | Betsy B. Fox v. Walmart Inc., Walmart Stores East, L.P. et al | U.S. District | District of South Carolina |
| 3/30/2021 | D | Steven Blakely Smith | Steve Pillon and Anna Pillon v. Lordson Justice Koto, R. Wayne Bost Trucking, Inc., and Quality Carriers, Inc. | U.S. District | District of South Carolina |
| 4/13/2021 | D | Edward G. Connette | David R. Martin, Jr. v. Marine Services of Brunswick County, Inc.; Sea Tow Services International, Inc.; Ocean Isle Fishing Center, Inc. | General Court of Justice Superior Court Division | State of North Carolina County of Mecklenburg |
| 4/14/2021 | D | Benjamin J. Miller | Rudolph Ramirez, as Next of Kin of Jeanie Ann Ramirez, deceased, and on behalf of the wrongful death beneficiaries of Jeanie Ann Ramirez v. Morris W. Westmoreland, M.D. and Murfreesboro Surgical Specialists, PLLC | Circuit Court | Bedford County, Tennessee |
| 4/22/2021 | D | Bradley L. Lanford | Kevin Hunsaker v. C.R. Jackson, Inc., and Willie Anthony | Common Pleas | Sumter County, South Carolina |
| 5/10/2021 | D | Eric H. Philpot | Monica Kay Blair, Individually and as Personal Representative of the Estate of Bruce Blair v. South Carolina Department of Transportation | Common Pleas | Laurens County, South Carolina |
| 5/28/2021 | D | Rachel M. Noorthoek | Christopher Mammone v. Michael Walker, Har-Mar Company, Inc.; Evan Jeffrey Gaines and Ericka Holmes Cannady | Common Pleas | Lexington County, South Carolina |
| 6/16/2021 | T | Rachel M. Noorthoek | Christopher Mammone v. Michael Walker, Har-Mar Company, Inc.; Evan Jeffrey Gaines and Ericka Holmes Cannady | Common Pleas | Lexington County, South Carolina |
| 7/16/2021 | D | Stephen M. Cox | Emma Grace Caponigro v. Chad Vernon Clark and Triangle Electrical Services, Inc. | General Court of Justice Superior Court Division | State of North Carolina County of Mecklenburg |
| 8/31/2021 | D | Tom A. Killoren, Jr. | Gregory & Sheila Elliott v. Concrete Supply Holdings and Concrete Supply Co., LLC | Common Pleas | Sumter County, South Carolina |
| 9/9/2021 | D | E. Grey Wicker | Crystal Hazel and Landon Hazel v. Bon Secours St. Francis Hospital, Joshua Eugene Luke, MD and Charleston Anesthesia Group, LLC | Common Pleas | Charleston County, South Carolina |
| 9/16/2021 | A | Hannah R. Metcalfe | Robin F. Cole v. Charter Communications | American Arbitration Association | |
| 9/22/2021 | D | Stephen R. H. Lewis | Mark A. Hinton, Administrator of the Estate of Devonya Michelle Davis v. Novant Medical Group, Inc., d/b/a Novant Health Gynecologic Oncology Associates and Janelle M. Fauci, M.D. | General Court of Justice Superior Court Division | State of North Carolina County of Mecklenburg |
| 11/3/2021 | D | Brad D. Hewett | David Ivanov, as Personal Representative of the Estate of Slavi Ivanov v. Coca-Cola Consolidated, Inc. and Curtis Boyd; and Curtis Boyd v. John Doe, PB Express Inc., and First Flower, LLC | Common Pleas | Orangeburg County, South Carolina |
| 11/4/2021 | D | Lance Cooper | Leslie Rusgrove, individually and as Personal Representative of the Estates of Thomas Ethan Rusgrove, Esther Rusgrove, and Jennie Rusgrove, Deceased, and as Next Friend of J.E.R. v. Bridgestone Americas, Inc.; Bridgestone Americas Tire Operations, LLC; Joey M. Lewis d/b/a Lewis Tires; Kevin Scott Thomas; and Kevin Scott Thomas d/b/a Thomas Construction | Common Pleas | Orangeburg County, South Carolina |
| 11/8/2021 | D | Neil E. Alger | James Welsh v. Eduviguez Hernandez Vail | Common Pleas | Jasper County, South Carolina |
| 11/22/2021 | D | J. Matthew Whitehead | Stephanie P. Parrott v. Darkshark Expediting, LLC and Benjamin D. Bajorek | Common Pleas | Greenville County, South Carolina |
| 11/23/2021 | D | J. Matthew Whitehead | Eugenia Carcamo v. Benore Logistic Systems, Inc. and Joseph Selph | Common Pleas | Greenville County, South Carolina |
| 12/2/2021 | T | Charles B. Burnette, III | Sharon E. Smith v. John Louis Walch | Common Pleas | York County, South Carolina |

**Charles L. Alford, Ph.D.**
**2022 Depositions, Trials & Arbitrations**

| Date | Deposition, Trial or Arbitration | Attorney | Case | Type of Court | Location |
|---|---|---|---|---|---|
| 1/20/2022 | D | Bernie W. Ellis | Delta Apparel, Inc.v. Hanesbrands, Inc. and S&S Activewear, LLC | U.S. District | District of South Carolina |
| 2/2/2022 | D | Sarah Day Hurley | Roderick R. Ellsworth v. Fluke Corporation | U.S. District | District of South Carolina |
| 3/14/2022 | D | William A. Jordan III | Angie Gilstrap and Allen Gilstrap v. Rayman Associates Knoxville, LP, et al | Circuit Court | Knox County, TN |
| 4/28/2022 | D | Mark A. Peper | Richard C. Gress v. Van Smith Company, Inc. and Melvin Hunter, Sr. | Common Pleas | Charleston County, SC |
| 4/28/2022 | T | Mark A. Peper | Richard C. Gress v. Van Smith Company, Inc. and Melvin Hunter, Sr. | Common Pleas | Charleston County, SC |
| 5/3/2022 | D | Timothy D. St. Clair | Robert Bosch Tool Corporation v. Delta Power Equipment Corporation | U.S. District | District of South Carolina |
| 7/19/2022 | D | Brady R. Thomas | John Douglas Deloache individually and as Personal Estate for the Estate of Karli Lemond Deloache v. Roper Radiologist P.A., Jay B. Robards, M.D., James M. Orcutt, M.D., Scott R. Dixon, DO | Common Pleas | Charleston County, SC |
| 7/26/2022 | D | Robert Jones | Nityanand Kore, individually and as Administrator of the Estate of Renuka Bavachi v. The Charlotte-Mecklenburg Hospital Authority formerly doing business as Carolinas Healthcare System now doing business as Atrium Health, Atrium Health, Inc., Carolinas Physicians Network, Inc., Atrium Health Piedmont Gyn/Ob - Rock Hill, and Susan Demchak, MD | General Court of Justice Superior Court Division | State of North Carolina Mecklenburg County |
| 8/19/2022 | T | William A. Jordan III | Angie Gilstrap and Allen Gilstrap v. Rayman Associates Knoxville, LP, et al | Circuit Court | Knox County, TN |
| 9/13/2022 | T | Bert G. Utsey | Melvin R. Riddle v. Cannon Memorial Hospital, Inc. d/b/a AnMed Health Cannon, Michael L. Dillard, MD., Michael E. Donald, MD., and James C. Caldwell, MD | Common Pleas | Pickens County, SC |
| 11/4/2022 | D | Robert F. Goings | Helena Davis v. M.A.G. Enterprises | Common Pleas | Cherokee County,SC |

**Charles L. Alford, Ph.D.**
**2023 Depositions, Trials & Arbitrations**

| Date | Deposition, Trial or Arbitration | Attorney | Case | Type of Court | Location |
|---|---|---|---|---|---|
| 1/9/2023 | D | Stephen S. Wilson | Faron Jackson v. Maxima Freight Lines | Common Pleas | Spartanburg County |
| 1/12/2023 | D | Zachary L. Weaver | Western Pharmacy Group, LLC d/b/a Medical Center Pharmacy v. J.M. Smith Corporation, d/b/a QS/1 Data Systems | U.S. District | District of South Carolina |
| 1/18/2023 | D | E. Wade Mullins, III | Robert E. Bell, M.D. v. Beaufort Memorial Hospital, Edmond Russell Baxley, III, Karen Manuel Carroll a/d/a Karen L. Carroll, Gae Ann Moffit and Kurt Michael Gamble, D.O. | Common Pleas | Beaufort County |
| 1/23/2023 | D | John C. Moylan, III | Michelle Cha Holliman, individually and as personal representative of the Estate of Allen B. Holliman v. We Are Sharing Hope SC, Medical University of South Carolina, United Network for Organ Sharing, Jaqueline Honig, M.D. and Darla Welker; Aaliyah Patterson, as Administratrix for the Estate of Joe Patterson v. We Are Sharing Hope SC and United Network for Organ Sharing, Elizabeth Davies, M.D., Jaqueline Honig, M.D. and Darla Welker | Common Pleas | Charleston County |
| 2/16/2023 | D | Jessica J. Gooding | Frank Black v. Concentra, Inc., Concentra South Carolina, LLC, Concentra Health Services, Inc., Concentra Integrated Services, Inc., American Current Care, P.A., Carolina Occupational Medicine, Occupational Health Centers of the Southwest, P.A., and John D. Hynes, M.D. | Common Pleas | Richland County |
| 3/15/2023 | D | Ashby W. Davis | Wilma Thompson v. The Urology Center of Spartanburg, P.C., and Robert G. Britanisky, MD | Common Pleas | Spartanburg County |
| 4/13/2023 | T | Robert F. Goings | Crystal Goodwin v. Midlands Orthopaedics and Neurosurgery | Common Pleas | Richland County |
| 4/27/2023 | D | Lola S. Richey | Beverly Stokes Rogers v. Kevin Wayne wallace, Ray Walker Trucking, Co., Inc. | Common Pleas | Greenville County |
| 5/8/2023 | D | Karlen K. Senn | Leah Joe, as Personal Representative of the estate of James Joe v. T&K Tank Services, Inc., and Richard Smoot | Common Pleas | Sumter County |
| 5/11/2023 | D | Jon Simon Stefanuca | Alara Lineberry, a minor suing by her parents and next friends, Kaycee Dimmick and Bradford Lineberry, and Kaycee Dimmick, Individually and Bradford Lineberry, Individually v. Saint Thomas Health, d/b/a Ascension Saint Thomas; Saint Thomas Midtown Hospital; Saint Thomas West Hospital d/b/a Ascension Saint Thomas Hospital Midtown; Saint Thomas West Hospital d/b/a Ascension Saint Thomas Hospital; Saint Thomas West Hospital d/b/a Ascension Saint Thomas Midtown; Saint Thomas West Hospital f/k/a Saint Thomas Midtown Hospital; Anthony E.D. Trabue, M.D., P.C. and Anthony E.D. Trabue, M.D. (a/k/a Anthony E. Trabue, M.D. and Anthony Trabue, M.D.) | First Circuit Court | Davidson County, TN |
| 5/15/2023 | D | Lee D. Cope | Scott M. Hunter and Eliza Hunter v. Beaufort Memorial Hospital, Robert H. Escarza. MD and ACS Emergency Physicians of SC, PC | Common Pleas | Beaufort County |
| 6/13/2023 | T | T. Jeff Goodwyn, Jr. | Jayne M. Fountain v. Aubrey R. Poplin | Common Pleas | Lexington County |
| 7/26/2023 | D | Susan P. MacDonald | Houston Garcia v. The Marina Inn & Villas Condominium Association, Inc. d/b/a The Marina Inn at Grande Dunes; Vista Marina Inn Hotel, LLC d/b/a The Marina Inn at Grande Dunes; Vista Marina Inn, Inc. | Common Pleas | Horry County |
| 8/8/2023 | D | Steven Blakely Smith | Dana Keizer v. Michael Seemuller, MD; AnMed Health Services, Inc., d/b/a AnMed Health; Wren Family Medicine | Common Pleas | Anderson County |
| 8/30/2023 | D | David E. Rothstein | Summer D. Lashley, Ph.D. v. Spartanburg Methodist College; W. Scott Cochran; Mark W. Gibbs, Ph.D.; Teresa D. Ferguson; Jonathan J. Keisler, Ph.D.; Angelia A. Turner; and Clevon A. Boyd, in his individual capacity | U.S. District | District of South Carolina |
| 10/6/2023 | D | David R. Price, Jr. | Sherri Ann Wilson v. Easley Downtown Investments, LLC and Connect Property Management, LLC | Common Pleas | Anderson County |
| 11/6/2023 | D | W. Grady Jordan | Johnnie Gary Tucker, individually and as Personal Representative of the Estate of Kenneth Lashon Tucker v. Greenville County, Scotty Bodiford, April Roberts, Michael A. Childers; Mathieu J. Chartier; Laura A. Miller, Louis Provo, Lauren Rentz, Martin Lutz, M.D., Sarah Fabiano, M.D., Ernest Martin, M.D., and Prisma Health-Upstate | U.S. District | District of South Carolina Charleston Division |
| 12/5/2023 | D | Francis M. Hinson, IV | Stephanie Ybarra and Carlos Ybarra v. Prisma Health-Midlands; Palmetto Health USC Medical Group; and Colonial Healthcare, Inc. d/b/a Colonial Neurology; Michael Todd Warwick M.D.; Douglas Nathaniel Dow P.A. and John Kenneth Baker M.D. | Circuit Court | Richland County |

**Charles L. Alford, Ph.D.**
**2024 Depositions, Trials & Arbitrations**

| Date | Deposition, Trial or Arbitration | Attorney | Case | Type of Court | Location |
|---|---|---|---|---|---|
| 3/6/2024 | D | David R. Price, Jr. | Balvina Soto, as Personal Representative of the Estate of Lizette Soto-Diaz v. Jackson James Smith, Gregory Scott Smith, Krista D. Smith, Jennifer Graf Smith, 7-Eleven, Inc.; Hareem, LLC d/b/a 7-Eleven; Jalaram 2, Inc., d/b/a Ed's GT's Express Mart; and Sai Properties, LLC, d/b/a GT's Express Mart | Common Pleas | Spartanburg County |
| 3/21/2024 | D | Matthew J. Jepertinger | Donna Haile v. Omnimed, LLC; Jason T. Givens, MD; and Rebecca Moore | Common Pleas | York County |
| 4/9/2024 | T | Matthew J. Jepertinger | Donna Haile v. Omnimed, LLC; Jason T. Givens, MD; and Rebecca Moore | Common Pleas | York County |
| 5/7/2024 | T | Clayton B. McCullough | Curt O. Hall v. UBS Financial Services Inc., Mary Lucy Reid, Individually, and Ryan McLaughlin, Individually | Common Pleas | Greenville County |
| 6/19/2024 | D | Michelle P. Kelley | Benjamin Broughton and Kathleen Broughton, Individually and as parents, next friends and natural guardians of L.B., a minor v. New Town & Country Apartments, LLC; Boyd Management, Inc.; WWJ, LLC; Gregory Pest Control, Inc.; and Gregory Pest Control, LLC | Circuit Court | Richland County |
| 8/7/2024 | D | Charles J. Hodge | William D. Hagood and Mary J. Hagood as Personal Representatives for Heather Hagood, deceased v. Palmetto Anesthesia Associates of Greenville, LLC, and Jonathan Doherty, M.D. | Common Pleas | Greenville County |
| 9/20/2024 | D | Donald L. Chuck Allen | Robert William Goodwin and Marian Charlene Goodwin v. April Desiree Chappell, individually and as agent of Swift Transportation Company of Arizona, LLC, and Swift Transportation Company of Arizona, LLC | Common Pleas | Anderson County |
| 10/30/2024 | T | Donald L. Chuck Allen | Robert William Goodwin and Marian Charlene Goodwin v. April Desiree Chappell, individually and as agent of Swift Transportation Company of Arizona, LLC, and Swift Transportation Company of Arizona, LLC | Common Pleas | Anderson County |
| 10/31/2024 | D | J.W. Matthews III | HLI Solutions, Inc. and Litecontrol Corporation v. Lighting Associates, Inc. | U.S. District Court | District of South Carolina |
| 11/20/2024 | A | E. Wade Mullins, III | Robert E. Bell, M.D. v. Beaufort Memorial Hospital, Edmond Russell Baxley, III, Karen Manuel Carroll a/d/a Karen L. Carroll, Gae Ann Moffit and Kurt Michael Gamble, D.O. | Common Pleas | Beaufort County |

**Charles L. Alford, Ph.D.**
**2025 Depositions, Trials & Arbitrations**

| Date | Deposition, Trial or Arbitration | Attorney | Case | Type of Court | Location |
|---|---|---|---|---|---|
| 2/14/2025 | D | William I. Bouton | Arthur F. Clogston v. R4 Corporatiomn and Satpal Rathie | US District Court | District of South Carolina Spartanburg Division |
| 2/26/2025 | D | Brendan Green | Malissa K. Starcher v. Justin R. Kelly | Common Pleas | Horry County |
| 3/19/2025 | D | Michael A. Maucher | Thomas Ryan Grey v. Professional Boilers Service Inc., and Alvin Wade Johnson | Common Pleas | Aiken County |
| 5/21/2025 | D | Timothy A. Nowacki | Jose Vidal-Dominguez v. Concrete Supply Company, LLC; American Concrete and Precast, LLC; William Hayden Vess | Common Pleas | Greenville County |
| 6/9/2025 | D | Konstantine S. Diamaduros | Walter Mooney, IV v. Daniel Rubright Miller, Two Brothers Plastering, Inc. | Common Pleas | Beaufort County |
| 6/30/2025 | D | Paul R. Dickinson | Candi M. Schuerger v. Nilesh I. Lodhia, MD, The Charlotte-Mecklenburg Hospital Authority d/b/a Atrium Health, and Carolinas Physicians Network, Inc. | General Court of Justice Superior Court Division | Mecklenburg County |
| 7/28/2025 | D | Colin T. L. Spangler | Barry Lanham and Obvia Gamble-Lanham v. Wumag Texroll GmbH & Co. KG f/k/a Kelzenberg +Co: GmbH & Co. KG, and Wumag Texroll GmbH & Co. KG | Common Pleas | Edgefield County |
| 8/4/2025 | T | Michael A. Maucher | Thomas Ryan Grey v. Professional Boilers Service Inc., and Alvin Wade Johnson | Common Pleas | Aiken County |
| 9/26/2025 | T | Geoffrey W. Gibbon | Andrew Ryan White vs. Lake Keowee Pizza, Inc., Domino's Pizza, LLC and James Dempsey Hartley | Common Pleas | Pickens County |

**Charles L. Alford, Ph.D.**
**2026 Depositions, Trials & Arbitrations**

| Date | Deposition, Trial or Arbitration | Attorney | Case | Type of Court | Location |
|---|---|---|---|---|---|
| 2/4/2026 | D | Donald L. Chuck Allen | Marcus Holland and Seketha Dotson, as Joint PR of the Estate of Markel Holland v. Simons Bar & Grill, LLC; Donna Jean Davin, individually and as an agent of Simons Bar & Grill, LLC; Tornado Enterprises, LLC; and AFIS Property Management, LLP | Common Pleas | Anderson County |
| 2/18/2026 | D | Edwin Turnage | Dannie Miller and Andria Miller v. CR Meyer and Sons Company, et al. | Common Pleas | Aiken County |
| 2/23/2026 | D | Robert V. Phillips | Bobby L. Bollinger, Jr., as Court Appointed Guardian ad litem of L.O. B., a Minor, v. The Charlotte-Mecklenburg Hospital Authority D/B/A Atrium Union (formerly CMC Union) and D/B/A Atrium Levine Children's Hospital, John Wendel, MD, Diversified Radiology of Colorado, Inc., Adrienne Bean, MD, Andrew Hines, MD, Charlotte Radiology, PA | General Court of Justice Superior Court Division | State of North Carolina Union County |
| 3/9/2025 | D | Sarah T. Collins | Kayla Raynor, PR for the Estate of Robert Bradley Raynor v. Morgan Concrete Company, S.M. Morgan Corp., JRG Concrete of SC Inc., and Christopher Decar Henry | Common Pleas | Pickens County |
| 3/16/2026 | D | Edwin Turnage | The Estate of Deborah Rebecca Perea v. Palmetto Plastic Surgery, P.A. and Rodney B. Young, III, M.D. | Common Pleas | Charleston County |
| 3/25/2026 | D | Brady R. Thomas | Matthew Douglas Arbour v. Dove Transportation, LLC and Joseph Lavern Bills | U.S. District Court | District of South Carolina Columbia Division |
| 4/15/2026 | D | Scott M. Anderson | Hailey Monteith, a minor, by and through her Guardian Ad Litem, Mark Melrose v. Laurence Hinton and Andy Shaw Ford, Inc., d/b/a Andy Shaw Ford | General Court of Justice Superior Court Division | State of North Carolina Jackson County |
| 5/18/2026 | D | Chad A. McGowan | James Windell and Nan Mask v. Encompass Health Rehab of Rock Hill, LLC dba Encompass Health Rehabilitation Hospital of Rock Hill, Tolulola Adeola, MD, Joshua Brown, MD and JAM Medical Services, LLC | Common Pleas | York County |
| 6/29/2026 | D | Thomas A. Killoren | Janice Elaine Knight v. Murphy Oil USA, Inc., d/b/a Murphy USA Wal-Mart Stores East, LP, Wal-Mart Real Estate Business Trust | U.S. District Court | District of South Carolina Spartanburg Division |
| 7/21/2026 | T | Patrick E. Knie | Juan Daniel Perez v. New Prime, Inc., d/b/a Prime Inc., A Missouri Corporation; Success Leasing, Inc., A Missouri Corporation; Lamp-Faal Trucking LLC, A Missouri Limited Liability Company; and Elhadji M. Fall | U.S. District Court | District of South Carolina Spartanburg Division |
| 7/27/2026 | D | Charles J. Hodge | Kyle Sloan, Individually, and as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan, Kyle Sloan as Surviving Spouse of Jamie Sloan, and Kyle Sloan as Surviving Parent of Rylie Sloan; and Susan West, Individually, and as the Next Friend and Natural Guardian of K.W., a minor | U.S. District Court | Southern District of Georgia Brunswick Division |

**CYNTHIA P. GRIMLEY, MS, CRC, CCM, ABVE/D, IPEC**
**100 Old Cherokee Road, Suite F-226**
**Lexington, South Carolina 29072**
**(803) 765-1513**
**Fax: (803) 753-9026**

## EDUCATIONAL BACKGROUND

1984 - 1986 California State University, Fullerton, California
Master of Science in Special Education of the Severely Handicapped

1976 - 1981 Youngstown State University, Youngstown, Ohio
Bachelor of Science in Elementary and Special Education

## PROFESSIONAL CERTIFICATIONS

Board Certified Diplomate, American Board of Vocational Experts, # 00212, 12-31-26
Certified Rehabilitation Counselor, Board for Rehabilitation Certification, # 00010367, 3-31-28
Certified Case Manager, Board for Rehabilitation Certification, # 00010367, 11-30-28
Board Certified, International Psychometric Evaluator, # 00212, 12-31-26
Registered, Rehabilitation Professional, North Carolina Industrial Commission
Certified Rehabilitation Provider, State of Maryland, # VR4190 (inactive)
Certified Rehabilitation Provider, Commonwealth of Virginia, # 0715005262 (inactive)
Certified Rehabilitation Provider, State of Washington, #9629 (inactive)
Independent Vocational Evaluator, State of California
Human Resources Generalist Certificate

## PROFESSIONAL EMPLOYMENT EXPERIENCE

Present **Vocational Rehabilitation Consultant/Forensic Evaluator/Case Manager**
Cynthia Grimley & Associates, LLC, Lexington, South Carolina

- Provide vocational evaluation, counseling, employability assessments, work capacity evaluation and case management services to individuals with physical and mental challenges.
- Evaluate clients to determine employability, job placement potential, and earning capacity for plaintiff and defense counsel in civil litigation, Social Security, Worker' Compensation, Long Term Disability, Matrimonial and Labor Law matters.

- Provide comprehensive consultation Human Resource Management services in the development of Occupational Health and Safety programs and other personnel issues related to recruitment, out-placement, risk management and training and development. ADA services designed to assist employers in compliance with the Americans with Disabilities Act through the use of "essential function" job descriptions and creative solutions for making "reasonable accommodations."

1997 - 1999 **Vocational Rehabilitation Consultant**
Crawford and Company, Columbia, South Carolina

- Provided vocational rehabilitation services to individuals covered under Workers' Compensation and Long-Term Disability, to affect successful return to work.
- Provided forensic vocational rehabilitation services for both plaintiff and defense counsel in Personal Injury, Social Security Disability, Workers' Compensation, Matrimonial, and Labor Law matters.

1986 - 1997 **Vocational Rehabilitation Consultant**, Fullerton, California

- Self-employed consultant providing vocational rehabilitation counseling, evaluation, job placement, and forensic services.
- Implemented early return-to-work policies with safety director at Rockwell International; monitored outside consultants and injured workers' rehabilitation programs.

1978 - 1987 **Special Education Teacher**, Fullerton Elementary School District, California and Hermitage School District, Pennsylvania

- Planned and implemented effective educational programs designed to meet the needs of severely handicapped children.

**Residential Program Supervisor**, Mercer County Association for the Retarded, Inc., Hermitage, Pennsylvania

- Instructed and assisted residents with self-help and community living skills; supervised and assisted staff in development and implementation of program and policies.

## PROFESSIONAL PRESENTATIONS

American Board of Vocational Experts Conference, Spring 2024, Memphis, TN
**"The History of the American Board of Vocational Experts."**

American Board of Vocational Experts Conference, Spring 2018, Salt Lake City, UT
**"Ethics in Social Media."**

American Board of Vocational Experts Conference, Spring 2017, Savannah, GA
**"Ethical Obligations in Maintaining a Professional Will - Revisited."**

American Board of Vocational Experts Conference, Spring 2017, Savannah, GA
**"Rebuilding Your Life after an Amputation."**

American Board of Vocational Experts Conference, Spring 2016, Vancouver, BC
**"Think Outside of the Box But Stay Inside it – Defining Earning Capacity."**

National Business Institute, June 18, 2015, Columbia, SC "**Handling the Workers' Compensation Case from Start to Finish."**

International Association of Rehabilitation Professionals, November 7, 2013, Charleston, SC
**"Ethical Obligations in Maintaining a Professional Will."**

American Board of Vocational Experts Conference, Spring 2013, Scottsdale, AZ
**"Ethical Obligations in Maintaining a Professional Will."**

National Business Institute, December 11, 2011, Columbia, SC "**Vocational Assessment: What you need to know."**

American Board of Vocational Experts Conference, Spring 2011, Orlando, FL
**"Testifying in Depositions and Trials: For the Expert with Little Testifying Experience or those Veterans who still want to learn."**

Nebraska Chapter of International Association of Rehabilitation Professionals, May 2010, Omaha, NE
**"McCroskey Made Easy."**

Injured Workers' Advocates, Paralegal and Legal Assistant Seminar, January 30, 2010, Charleston, SC
**"Assessing Economic Damages through Life Care Plans and Vocational Assessment."**

American Board of Vocational Experts Conference, Fall 2007, Charleston, SC
**"Testifying in Legal Proceedings: A 101 Experiential Clinic for Beginning Practitioners, Tips & Traps."**

American Board of Vocational Experts Conference, Fall 2006, Philadelphia, PA
**"An Ethics Symposium."**

American Board of Vocational Experts Conference, Spring 2006, Ft. Lauderdale, FL
**"Assessing Earning Capacity from an Empirical & Scientific Perspective."**

International Rehabilitation of Rehabilitation Professionals, Fall 2005, Nashville, TN
**"Grand Old Ethics in Grand Old Opryland – aka "The Ring of Fire."**

American Board of Vocational Experts Conference, Fall 2005, San Francisco, CA
**"The Evolving Nature of Electronic Social Security Expert Witness Processing and Digital TSA Usage."**

American Board of Vocational Experts Conference, Fall 2005, San Francisco, CA
**"Report Writing- What To Leave In & What To Leave Out."**

American Board of Vocational Experts Conference, Spring 2004, Charleston, SC
**"MVQS Volcano 4.1 – Hot, Hot, Hot."**

South Carolina School Board Insurance Trust, November 13, 2003, Myrtle Beach, SC **"Transferable Skills and Return to Work."**

South Carolina Workers' Compensation Educational Association, October 20, 2003, Myrtle Beach, SC
**"Transferable Skills and Return to Work."**

American Rehabilitation Economics Association, May 18, 2003, Fort Worth, TX **"The McCroskey Program, How to Use It and Not Abuse It."**

South Carolina Bar Association, April 19, 2002, Columbia, SC **"Cool Tips From the Hottest Domestic Law Practitioners IV." "Admissibility of Vocational Expert Testimony: Changing Court Demands."**

Training Seminar for Vocational Experts, July 2001, Chicago, IL, "**MVQS 2001 Seminar.**"

American Board of Vocational Experts, International Conference, Fall 2000, Vancouver, BC, Canada, **"Forensic Fitness Program AKA McCroskey Aerobics."**

Southern California Rehabilitation Exchange Annual Conference, 1989, Anaheim, CA **"Dealing with Difficult Clients."**

Conference for Exceptional Children, 1986, Lake Tahoe, CA. **"A Curriculum for the Severely Handicapped."**

## PUBLICATIONS

Grimley, C. P., (2018). Should Experts have to prove their credentials? *Journal of Forensic Vocational Analysis, 18* (1), p. 23-24.

Grimley, C. P., & Whitmer, S. (2014). The Evolution of the International Psychometric Evaluation Certification (IPEC). *Journal of Forensic Vocational Analysis, 15* (2), p. 7–12.

Whitmer, S., & Grimley, C. P., (2014). Psychometric Evaluation Competency: The International Psychometric Evaluation Certification (IPEC) in the Era of Evidenced Based Assessment within the Forensic Environment. *Journal of Forensic Vocational Analysis, 15* (2), p. 13–22.

Grimley, C.P., (2014). Book Review, Foundations of Forensic Vocational Rehabilitation, *The Journal of Forensic Vocational Analysis, 15, (1),* p. 38.

Grimley, C.P., Generation Y and Employment (2013), *The Vocational Expert,* 28, *(3),* p. 5-7.

McCroskey, B.J., Dennis, K.L., Wilkinson, K.S., Stein, D.B., Van de Bittner, E.E. Green, S.D., Lowe, J.K., Grimley, C.P., Bohlke, D.K., Wattenbarger, W.E. (2012) Percent of Vocational Disability Defined for MVQS Volcano and VDARE Programs with an example based on Future Diminished Earning Capacity in the Los Angeles, CA LMA in Year 2005, *The Earning Analyst, 12 (1)* p. 89-97.

McCroskey, B. J., Dennis, K. L., Wilkinson, K. S., Stein, D. B., Van de Bittner, E. E., Green, S. D., Lowe, J. K., Grimley, C. P., Bohlke, D. K. , & Wattenbarger, W. E. (2012). Predictive Validity ($R_{XY}$) and Standard Errors of Estimate ($SE_E$) for the MVQS Vocational Quotient (VQ) Job Difficulty Index in Volcano and MTSP Job Person Matching, Earning Capacity and Occupational Density Estimation Programs Used to Estimate Job Earning Capacity based on the Year 2010 U.S. DOL SOC Wage Earnings Data Distribution. *The Journal of Forensic Vocationology, 12, (1) Special Issue #2,* p. 7-55.

McCroskey, B.J., Mayer, L.L., Lageman H.J., Lowe, J.K., Grimley, C.P., Graham, G.M., Dunn, P.L., Dennis, K.L and Streater S. E. (2007) The American Board of Vocational Experts – National Certification Examination, *The Journal of Forensic Vocational Analysis, 10, (1),* p. 7 – 60.

Grimley, C.P., Lowe, J.K., Williams, J.M. & Hahn, S. J. (2004) Analysis of IARP 2003 Vocational Expert (VE) Criterion Sampling Distribution TSA Ratings Predicted by Volcano 4.1 Transferable Skills Analysis TSA Estimates. Unpublished Manuscript.

Grimley, C.P., Information for the Work Place (2002), *The Vocational Expert*, 19 *(1)*, p .6.
McCroskey, B.J., Grimley, C.P., Williams, J.M., Hahn, S.J., Lowe, J., Wattenbarger, W.E., Stein, D. B., Dennis, K.L (2002) The McCroskey Vocational Quotient System (MVQS) Theory of Transferable Skills: Revised, Extended and Updated for the 21st Century, *The Journal of Forensic Vocationology, 7, (1)*, p. 30-54.

Grimley, C.P., Information for the Work Place (2001), *The Vocational Expert*, *18, (2)*, p. 2.

Grimley, C.P., Information for the Work Place (2001), *The Vocational Expert*, *18, (1)*, p. 3.

Grimley, C.P., Williams, J.M., Hahn, S., Dennis, K. L. (2000a). Scientific Prediction of Transferable Skills. *The Journal of Forensic Vocationology*, *6, (1)*, p. 7 – 16.

Grimley, C.P., Williams, J.M., Hahn, S., Dennis K.L. (2000b), A Scientific Approach to Transferable Skills, *The Journal of Forensic Vocational Analysis, 3,* (1), p. 47-55.

Grimley, C.P., (2000). Product Peer Review, The Updating of the 5th Edition DOT, *The Journal of Forensic Vocationology, 6, (1)*, p. 6.

Grimley, C.P., Information for the Work Place (2000), *The Vocational Expert*, *17, (3)*, p. 3-4.

Grimley, C.P., Information for the Work Place (2000), *The Vocational Expert*, *17, (2)*, p. 3.

Grimley, C.P., Information for the Work Place (2000)**,** *The Vocational Expert*, *17, (1)*, p. 3-4.

Grimley, C.P., Information for the Work Place (1999**),** *The Vocational Expert*, *16, (4)*, p. 3.

Grimley, C.P., (May 1985), New Adventures at Convention XII, California *Association of Rehabilitation & Reemployment Professionals Newsletter.*

Grimley, C.P.& Wulz, S.V. ( 1987), Placement: The Return of Independence, *California Workers'Compensation Enquirer, 5, (2),* p. 20 –25.

Grimley, C.P., Fernandez, M.R., Harty, N., Henderson, N., Largo, R., Lespier. J., Levesque, T., Mulholland, K., Pauley, J., Smith, E.W., Wulz, S.V. (April 1987), Counselor's Perspective on the Proposed Rules and Regulations, *California Workers' Compensation Enquirer, 4 (9),* p. 32 –34.

Wulz, S.V., & Patrizi, C. (1987), Job Analysis: A Diplomates Task, *California Workers' Compensation Enquirer, 4, (8)*, p. 26-29.

Patrizi, C.L. (1986). A Severely Handicapped Sequential Task Curriculum: Ages 3- 21. Master's Thesis, California State University, Fullerton, CA

## PROFESSIONAL ASSOCIATIONS

Member, American Board of Vocational Experts

President Elect, American Board of Vocational Experts, 2011 – 2013

President, American Board of Vocational Experts, 2013 – 2015

Past President, American Board of Vocational Experts, 2015 – 2017

Secretary, American Board of Vocational Experts, 2001 – 2006

Editor, *The Vocational Expert*, American Board of Vocational Experts, 2000-2004

Member, Credential Committee and Peer Reviewer, American Board of Vocational Experts, 2005 to present

Member, Certification Test Revision Committee, American Board of Vocational Experts, 2008 to present

Member, Credential Committee, Peer Reviewer and Credential Development, The International Psychometric Certification (IPEC), 2014 to present

Editorial Advisory Board & Peer Review Committee, *Journal of Forensic Vocational Analysis*

Editorial Advisory Board & Peer Review Committee, *Journal of Forensic Vocationology*

Member, Validation Badge Steering Committee, Expert Witness Exchange

Member, International Association of Rehabilitation Professionals

Southern California Rehabilitation Exchange Board of Directors, 1989 – 1991

Vocational Expert for Social Security Administration

Appointed Vocational Expert, Los Angeles Superior Court

Vocational Expert Advisor, MDEXONLINE, Medical-Legal Consulting Service

Board of Directors, Carolina Association of Rehabilitation Professionals in the Private Sector, 2002-2003

Board of Directors, Kids Chance of South Carolina, 2007 – 2010

Richland County Court Appointed Special Advocate (Volunteer Guardian ad Litem)

Case 2:22-cv-00076-GBW-WC Document 46-2 Filed 11/03/26 Page 1 of 50

THE EXPERTS
Robson Forensic

BROOKS RUGEMER
Commercial Trucking Specialist

## AREAS OF EXPERTISE

**Transportation Safety:**
Commercial Vehicle Accident / Incident Investigations, CDL Driver Actions, Commercial Vehicle Operations, CDL Driver Recruiting / Hiring / Training Programs, Logbook / HOS Analysis, Regulatory Compliance (DOT, FMCSR, OSHA, EPA)

**Motor Carrier Management:**
Safety, Operations, Claims, Personnel, Risk Management, Dispatching, Scheduling, Maintenance Programs, Transportation Security

**Warehouse Operations:**
Distribution Centers, Loading Docks, Freight Handling, PIT Operation / Training, Supply Chain Analysis, Logistics, Vendor Management / Multi-Employer Facilities, Trailer Yard Management, Truck / Trailer Loading / Unloading, Material Handling

**Intermodal:**
Railyard Safety, Port Safety, Container / Chassis Handling

## EXPERIENCE SUMMARY

- Twelve years as a Professional Tractor Trailer Driver – Approximately 1.4 million accident free miles in local, regional, and O-T-R operations
- Thirteen years of experience in all aspects of Motor Carrier Management
- Thirteen years of experience in CDL Driver hiring – approximately 5000 drivers hired
- Twenty-three years of experience in Transportation related accident / incident investigations
- Seventeen years of experience in CDL Driver Training
- Twenty-three years of ongoing Transportation related Safety, Risk Management, and Regulatory Compliance Training

Robson Forensic
THE EXPERTS

BROOKS RUGEMER
Commercial Trucking Specialist

## PROFESSIONAL EXPERIENCE

2005 to present — **Robson Forensic, Inc.**
*Associate*
Provide technical investigations, analysis, reports, and testimony towards the resolution of commercial and personal injury litigation involving truck driver training, driver actions, trucking operations and terminal operations and failure analysis.

2007 to 2009 — **Performance Food Group**
*Safety & Claims Manager*
Responsible for trucking & warehouse related accident and injury investigations; claims management including settlement authority; DOT, OSHA, FDA, HACCP compliance and inspections; and employee training & certifications.

2005 — **Independent Consultant**
Retained by several regional trucking firms to restructure their recruiting and HR departments enabling them to meet their increased staffing needs, to establish new operations and to update and revise their safety training programs.

2002 to 2005 — **Gainey Transportation Services**
*Regional Manager*
General Manager for northeastern US and Canada. Managed a staff of 30 and a fleet of 170 OTR drivers at one full service truck terminal and an off-site location.

2001 to 2002 — **Hahn Transportation**
*Safety / HR Manager*
Duties included incident and injury investigations and incident injury reduction programs. Also responsible for CDL driver recruiting, DOT compliance and safety training.

1999 to 2001 — **Consolidated Freightways**
*Director of Safety*
Responsible for safety at 33 terminals consisting of 3800 employees. Performed incident/injury investigations and managed Workers Comp cases. Oversaw DOT, EPA and OSHA compliance measures. Researched and analyzed insurance losses and initiated measures to reduce losses.

1998 to 1999 — **Maryland Safety Services**
*Owner*
In charge of company providing safety training, CDL driver recruiting, HOS auditing and consultation services to regional trucking firms.

Robson Forensic

BROOKS RUGEMER
Commercial Trucking Specialist

1996 to 1998 **JB Hunt Transport**
*Regional Safety Instructor*
Responsible for training and compliance for all dedicated fleets and rail operations in the northeast. Start-up Manager for distribution centers for several major retail chains, and various other smaller dedicated fleet locations.

1994 to 1996 **Eagle Carriers**
*Terminal Manager*
Managed 27 company drivers and 11 owner operators. In charge of all hiring and contract functions, payroll and settlement, scheduling, and dispatching.

1982 to 1994 **Professional Tractor-trailer Driver**

## CREDENTIALS

Professional CDL-A Driver, 1.5 million safe miles (1982-1994)
OSHA 501 General Industry Instructor, West Virginia University, OSHA Training
OSHA 'VPP' Program Implementer, West Virginia University, OSHA Training
Certified Instructor, Defensive Driving Course, National Safety Council
Certified Instructor, Smith System Defensive Driving Program
Certified Instructor, 3-D Defensive Driver Training, Hartford Insurance
Certified Instructor, National Transportation Safety Institute

## PROFESSIONAL TRAINING

Federal Motor Carrier Regulations, On-campus, 60-Hour Certification, Department of Transportation - Transportation Safety Institute (TSI), 1996, 1998, 2000, 2002; On-line Recertification: 2003, 2005, 2007, 2008
30-Hour OSHA General Industry Certification: 2002, 2004, 2006, 2008
10-Hour Recertification Course: 2003, 2005, 2007
U.S. Army, Munitions Transportation, Field Logistics, 1980 to 1982
Certified OSHA 501 General Industry Instructor, West Virginia University
Certified OSHA Voluntary Protection Program Implementor, West Virginia University
Certified Defensive Driving Instructor:

- National Safety Council
- The Smith System
- Hartford Insurance
- National Transportation Safety Institute

THE EXPERTS
**Robson Forensic**

July 24, 2024

Matthew T. Foss, Esq.
Langley Law Firm
229 Magnolia Street
Spartanburg, SC 29306
Phone: (864) 774-4662
Email: matt@thelangleylawfirm.com

**Re: Estate of Jamie Sloan, et al. v. Nicholas Burist, et al.**

Dear Attorney Foss:

Thank you for contacting Robson Forensic regarding the above-referenced matter. I have attached the CV of Brooks Rugemer for your consideration. Mr. Rugemer has more than 30 years of experience in the trucking and distribution/logistics industries. He is experienced in accident and injury investigation, regulatory compliance (DOT, FMCSR, OSHA), training programs, and risk management, as well as trucking terminal/warehouse management and operations. Mr. Rugemer is a former safety instructor, safety manager, director of safety, operations manager, terminal manager, in addition to being a former CDL licensed driver with 12 years and 1.4 million miles of accident-free tractor trailer operation. We look forward to working with you.

**Fee Schedule:** The following applies to all work, including preparation, file review, research, analysis, inspections, meetings/phone conferences, reports, depositions, travel, and trial.

1. Services provided to you will be invoiced at $605.00 per hour. When travel on behalf of your case is required, we will invoice you at full rate from Lancaster, PA.

2. We employ a quality assurance program whereby our expert investigations and resulting conclusions are reviewed by another experienced Robson Forensic expert. Reviewing experts will be invoiced at $555.00 per hour.

3. When advantageous to you, our client, we may call on supplemental Robson Forensic resources, such as technical support and research personnel. These will be invoiced to you within the range of $305.00 to $505.00 per hour, depending on the person who provides the service.

4. We will not accept any incident evidence related to this matter unless agreed upon in writing under a separate Evidence Storage Contract ('Contract') containing defined terms and conditions. In the event that you or any party associated with this matter release or transfer any evidence to one of our experts or other representatives without such Contract, you and your firm accept all risk of loss or damage related to any evidence so transferred.

5. Out-of-pocket expenses will be passed along with a 12% carrying charge. This includes travel costs (mileage, airfare, airport service, accommodations, meals, auto rental, etc.), photocopies, outside lab/testing, data collection/verification, and demonstrative aids. You are also responsible for any applicable equipment charges and lab service fees.

6. Invoices will be prepared for you intermittently on an in-progress basis and are due upon receipt. After 30 days, balances will accrue 1.5% interest per month. We reserve the right to discontinue work in the event of non-payment. All rates are subject to change.

7. This agreement is strictly between you, our client, and Robson Forensic, Inc. You are responsible for payment of our invoices.

**Engagement Fee:** To secure the availability of our expert, we require a working retainer of $5,000.00, of which $3,500.00 is non-refundable, as it guarantees exclusive availability for your case. This amount can be paid by check, credit card, ACH, or wire transfer and will be applied to your first invoice(s). When the initial retainer has been depleted and additional work is necessary, we will require additional retainers on an ongoing basis before entering into more work on this matter. Any remaining balance of a working retainer, following the initial $3,500.00, will be refunded at the conclusion of the case.

If this contract correctly expresses your understanding, please sign where indicated and return it to us with your advance payment of $5,000.00 via credit card (below) or payment made payable to "Robson Forensic, Inc." (TIN: 23-2776905). Alternatively, our receipt of just your prepayment signifies your agreement with the terms of this contract. Once an agreement has been reached between you and Robson Forensic, you may identify Brooks Rugemer as your expert.

**Please forward engagement fees and payments to:**

**For regular mail, please use:**
**Robson Forensic, Inc.**
**PO Box 4847**
**Lancaster, PA 17604-4847**

**For overnight deliveries, please use:**
**Robson Forensic, Inc.**
**354 North Prince Street**
**Lancaster, PA 17603**

**Please forward all case materials to:**

**Brooks Rugemer**
**Robson Forensic, Inc.**
**354 North Prince Street**
**Lancaster, PA 17603**
**EM: casematters@robsonforensic.com**

If you have any questions or comments, please don't hesitate to call. We appreciate the opportunity to do business with you.

Sincerely,

Hendrik Keijer
Director of Operations, Southeastern Region

Matthew T. Foss, Esq. — Date

HK:sp

| **Invoice Reference Information** | |
|---|---|
| Your File # | Your Claim # |
| If an additional recipient should be copied on Robson Forensic, Inc. Invoices, please provide the email address below: | |

| **Credit Card Information - IF PAYING BY CREDIT CARD, ALL FIELDS MUST BE COMPLETED** | | |
|---|---|---|
| Name on Card | | ☐ Visa ☐ Amex ☐ Mastercard |
| Billing Address | | |
| City | State | Zip |
| Card # | Exp Date | CVV Code |
| Payment Amount: **$5,000.00** | Signature | Date |

# CURRICULUM VITAE
# of
# TODD MORTON

September 6, 2026
302 S. Limestone St., Suite 2
Gaffney, South Carolina 29340

Phone: (828) 418-3115
Cell: (828) 508-1705
Fax: (828) 575-5880
Carolinapsychologicalservices@Yahoo.com

## SCOPE OF PRACTICE

My clinical practice has consisted primarily of conducting and supervising psychological evaluations in clinical, school, and forensic settings, including evaluations for family, criminal, and civil courts. I have conducted more than 3500 examinations for use in the disability determination process in North Carolina and South Carolina. I have completed more than 1500 evaluations of law enforcement applicants. In addition, in my practice I have conducted more than 1000 evaluations of parents and children for the Department of Social Services in South Carolina. I have been qualified as an expert witness more than 30 times to provide testimony in South Carolina Family Courts regarding psychological evaluations I have conducted. I served as Supervising Psychologist at the South Carolina Department of Juvenile Justice Upstate Evaluation Center for 10 years and was Director of Clinical Services for 1½ years. During that time, I conducted evaluations of over 700 adjudicated adolescents, in both residential and community placements as well as supervising the multidisciplinary evaluations and preparation of reports for approximately 8,000 adjudicated adolescents and their families.

## EDUCATION

Ph.D., Clinical Psychology, University of North Carolina at Chapel Hill, 1994.
M.A., Clinical Psychology, University of North Carolina at Chapel Hill, 1991.
B.A., Psychology Major, University of North Carolina at Chapel Hill, 1987.

## EMPLOYMENT

Private Forensic Psychology Practice, Carolina Psychological Services, 2008 to present
Clinical Psychologist, Sylva Clinical-Psychology, 2020-present
Clinical Psychologist, FMRT Group, 2017-present
Director of Clinical Services, Upstate Evaluation Center 2010 to 2011
Private Forensic Psychology Practice, Affiliated Counseling and Psychotherapy Centers, 2002 to 2008
Supervising Psychologist, Upstate Evaluation Center, 1997-2007
Adjunct Faculty, Psychology Department University of South Carolina Upstate, 2001 to 2005
Adjunct Faculty, University of South Carolina at Union, 1999-2002
Assistant Professor, Education and Psychology Department, Walla Walla University, 1994-1997
Instructor, Education and Psychology Department, Walla Walla University, 1993-1994

## PROFESSIONAL CREDENTIALS AND MEMBERSHIPS

Licensed Clinical Psychologist (S.C. License #749), since 1999
Licensed Clinical Psychologist (N.C. License #4211), since 2011
Authority to Practice Interjurisdictional Telepsychology (APIT#19854), since 2024

## PUBLICATIONS

Parker, J.S., **Morton, T.L.,** Lingefelt, M.E., & Johnson, K.S. (2005). Predictors of serious and violent offending by adjudicated male adolescents. North American Journal of Psychology, 7, 407-418.

Archer, R.P., Bolinskey, P.K., **Morton, T.L.**, & Farris, K.L. (2003). MMPI-A characteristics of male adolescents in juvenile justice and clinical treatment settings. Assessment, 10, 400-410.

**Morton, T.L.**, & Farris, K. (2002). MMPI-A Structural Summary scores of male juvenile delinquents. Assessment, 9, 327-333.

Archer, R.P., Bolinskey, P.K., **Morton, T.L.**, & Farris, K.L. (2002). A factor structure for the MMPI-A: replication with male delinquents. Assessment, 9, 319-326.

**Morton, T.L.**, Farris, K. & Brenowitz, L. (2002). MMPI-A scores and high points of male juvenile delinquents: Scales 4, 5, and 6 as markers of delinquency. Psychological Assessment, 14, 311-319.

**Morton, T.L.** & Mann, B. (1998). The relationship between parent controlling behavior and the perceptions of control of preadolescent children and adolescents. Journal of Genetic Psychology, 159, 477-491.

**Morton, T.L.** (1997). The relationship between parent locus of control and children's perceptions of control. Journal of Genetic Psychology, 158, 216-225

Weisz, J.R., Weiss, B., Han, S.H., Granger, D.A., & **Morton, T.L.** (1995). Effects of psychotherapy with children and adolescents revisited: a meta-analysis of treatment outcome studies. Psychological Bulletin, 117, 450-468.

## POSTER AND PAPER PRESENTATIONS

Parker, J. S., **Morton, T.L.,** Lingefelt, M.E & Johnson, K.S. (2005). Predictors of serious and violent offending by adjudicated male adolescents. Southeastern Psychological Association Spring Conference.

Dillon, J.A., Archer, R.P., Elkins, D.E., Handel, R.W. & **Morton, T.L.** (2005). The applicability of the Megargee offender classification system for the MMPI-A. Society for Personality Assessment Annual Meeting.

**Morton, T.** & Parker, J. (2004). Psychopathology in early and late onset delinquent males. Southeastern Psychological Association Spring Conference.

Garren, K., Johnson, K., Parker, J., & **Morton, T.** (2004). Differences in verbal deficits in early and late onset delinquency. Committee for Equality of Professional Opportunity Undergraduate Research Program at the Southeastern Psychological Association Spring Conference.

Skarbek, E. A. & **Morton, T. L.** (2003). Determinants of International Students' Adjustment in the United States. Poster presented at the American Psychological Association Convention

Parker, E., Lawson, S., Parker, J., & **Morton, T. L.** (2003). Racial discrepancies in the frequency of assaults by juvenile delinquents. Student poster presented at the South Carolina Psychological Association Spring Conference. *Selected as Best Undergraduate Research Poster

**Morton, T. L.** & Parker, J. (2003). Race, intelligence and personality in distinguishing between early onset and late onset male juvenile delinquents. Paper presented at the South Carolina Psychological Association Spring Conference.

## TEACHING EXPERIENCE

***Undergraduate Courses:***
Introduction to Psychology, Dynamics of Behavior, Introduction to Personality, Psychology of Adjustment, Theories of Personality, Experimental Psychology, Abnormal Psychology, Social Psychology, Helping Skills, Psychological Testing, Seminar: Psychological Development in the Context of the Family.

***Graduate Courses:***
Behavior Management in the Classroom, Statistics in Research, Counseling Theories and Techniques, Group Counseling, Child and Family Counseling, Psychological Assessment I (Intelligence Testing), Psychological Assessment II (Personality Testing), Readings: Psychoneuroimmunology (co-taught with biology faculty)

# Vector Group, LLC

105 Jefferson Drive
Cheraw, South Carolina 29520

Office: (843) 829-0119
info@vectorgroups.org

---

## Steve Breland

*Managing Owner*
*Collision Reconstructionist*
*331 Green Street*
*Santee, South Carolina 29142*
*Office: (843) 829-0119*
*Email: steve@vectorgroups.org*

## ***Training***

| | | |
|---|---|---|
| *1985* | *Basic Military Training United States Marine Corps*<br>*Parris Island, South Carolina* | *12 Weeks* |
| *1986* | *Military Police Academy United States Marine Corps*<br>*Lackland AFB, Texas* | *12 Weeks* |
| *1987* | *Military Police Academy United States Marine Corps*<br>*Camp Lejeune, North Carolina* | *4 Weeks* |
| *1988* | *Radar Operator's Course*<br>*Coastal Carolina Community College*<br>*Jacksonville, North Carolina* | *34 Hours* |
| *1989* | *At-Scene Accident Investigation*<br>*Northwestern University Traffic Institute* | *80 Hours* |
| *1990* | *South Carolina Highway Patrol Basic Training*<br>*South Carolina Criminal Justice Academy* | *12 Weeks* |
| *1990* | *Radar Certification*<br>*South Carolina Criminal Justice Academy* | *40 Hours* |
| *1990* | *Breathalyzer Certification*<br>*South Carolina Criminal Justice Academy* | *40 Hours* |
| *1995* | *Forensic Evidence Training*<br>*South Carolina Criminal Justice Academy* | *40 Hours* |
| *1995* | *At-Scene Accident Investigation*<br>*South Carolina Criminal Justice Academy* | *80 Hours* |
| *1995* | *Technical Accident Investigation*<br>*South Carolina Criminal Justice Academy* | *80 Hours* |

Vector Group, LLC
105 Jefferson Drive
Cheraw, South Carolina 29520
Office: (843) 829-0119
info@vectorgroups.org

| | | |
|---|---|---|
| *1995* | *Traffic Accident Reconstruction*<br>*University of North Florida (IPTM)* | *80 Hours* |
| *1995* | *Computer Assisted Diagramming*<br>*South Carolina Criminal Justice Academy* | *40 Hours* |
| *1995* | *Forensic Mapping Specialist*<br>*MJC & Associates* | *40 Hours* |
| *1995* | *Advanced Evidence Collection*<br>*South Carolina Law Enforcement Division* | *16 Hours* |
| *1995* | *REC-TEC Professional Reconstruction Software*<br>*Reconstruction Technology* | *24 Hours* |
| *1996* | *Law Enforcement Photography*<br>*South Carolina Criminal Justice Academy* | *40 Hours* |
| *1996* | *Vehicle Lamp Examination*<br>*University of North Florida (IPTM)* | *16 Hours* |
| *1996* | *Tire Forensics*<br>*University of North Florida (IPTM)* | *24 Hours* |
| *1996* | *Commercial Vehicle Inspection & Reconstruction*<br>*Level 1 & 2*<br>*Texas A&M University* | *90 Hours* |
| *1996* | *Pedestrian and Bicycle Accident Reconstruction*<br>*Texas A&M University* | *40 Hours* |
| *1996* | *Tire Damage*<br>*Michelin Tire Corporation* | *8 Hours* |
| *1996* | *Motorcycle Accident Reconstruction*<br>*University of North Florida (IPTM)* | *40 Hours* |
| *1996* | *Field Training Office Course*<br>*South Carolina Criminal Justice Academy* | *24 Hours* |
| *1997* | *Biomechanics for Accident Reconstruction*<br>*Texas A&M University* | *40 Hours* |
| *1997* | *Low Speed Collision Analysis*<br>*Texas A&M University* | *40 Hours* |
| *1997* | *Applied Physics for Accident Reconstruction*<br>*Texas A&M University* | *40 Hours* |
| *1998* | *Vehicle Damage and Energy Relationship*<br>*Texas A&M University* | *40 Hours* |
| *1998* | *Radar Certification*<br>*South Carolina Criminal Justice Academy* | *16 Hours* |
| *1998* | *DataMaster Breath Testing Certification*<br>*South Carolina Criminal Justice Academy* | *16 Hours* |

Case 2:22-cv-00076-LGW-BWC Document 46-17 Filed 10/27/26 Page 31 of 90

VECTOR GROUP LLC

# Vector Group, LLC

105 Jefferson Drive
Cheraw, South Carolina 29520

Office: (843) 829-0119
info@vectorgroups.org

| | | |
|---|---|---|
| *1998* | *Accreditation Commission for Traffic Accident Reconstruction (ACTAR) Preparation Course* | *24 Hours* |
| *1998* | *WINCRASH/WINSMAC Software*<br>*University of North Florida (IPTM)* | *40 Hours* |
| *1999* | *Advanced Collision Reconstruction*<br>*Texas A&M University* | *40 Hours* |
| *1999* | *Interview & Interrogation*<br>*South Carolina Criminal Justice Academy* | *16 Hours* |
| *2000* | *Forensic Mapping/Contour & Profile*<br>*MJC & Associates* | *40 Hours* |
| *2000* | *Advanced Collision Investigation*<br>*Texas A&M University* | *80 Hours* |
| *2000* | *Collision Reconstruction*<br>*Texas A&M University* | *80 Hours* |
| *2000* | *Computer Assisted Drawing*<br>*South Carolina Criminal Justice Academy* | *40 Hours* |
| *2001* | *Basic Fingerprint*<br>*South Carolina Criminal Justice Academy* | *40 Hours* |
| *2001* | *First Line Supervisor*<br>*South Carolina Criminal Justice Academy* | *24 Hours* |
| *2001* | *Detective Level 1*<br>*South Carolina Criminal Justice Academy* | *80 Hours* |
| *2001* | *Law Enforcement Photography*<br>*South Carolina Criminal Justice Academy* | *80 Hours* |
| *2003* | *Forensic Mapping/MapScenes Software*<br>*Sokkia/MapScenes* | *40 Hours* |
| *2003* | *Pedestrian and Bicycle Collision Investigation*<br>*University of North Florida (IPTM)* | *40 Hours* |
| *2003* | *Crash Data Retrieval*<br>*Collision Safety Institute* | *32 Hours* |
| *2006* | *Commercial Vehicle Crash Investigation*<br>*University of North Florida (IPTM)* | *40 Hours* |
| *2006* | *Crash Data Retrieval Data Analyst Certification*<br>*CSI, Atlanta, GA* | *40 Hours* |
| *2007* | *Crash Data Retrieval Technician Course Instructor*<br>*CSI, Houston, TX* | *16 Hours* |
| *2007* | *Advanced Crime Scene Photography*<br>*SCLEOA, Columbia, SC* | *16 Hours* |
| *2007* | *Mid-Level Management* | *24 Hours* |

Case 2:22-cv-00076-LGW-BWC Document 43-17 Filed 10/03/23 Page 32 of 90

**Vector Group, LLC**
105 Jefferson Drive
Cheraw, South Carolina 29520
Office: (843) 829-0119
info@vectorgroups.org

| | | |
|---|---|---|
| | *SC Highway Patrol* | |
| *2007* | *Situational Leadership*<br>*SC Highway Patrol* | *24 Hours* |
| *2007* | *Resolving Interpersonal Issues*<br>*SC Highway Patrol* | *24 Hours* |
| *2008* | *DNA Evidence : First Responding Officer*<br>*President's DNA Initiative* | *4 Hours* |
| *2008* | *DNA Evidence : Investigators/Evidence Technicians*<br>*President's DNA Initiative* | *4 Hours* |
| *2009* | *SLED DNA Collection* | *4 Hours* |
| *2009* | *Crash Data Retrieval Technician Course Instructor*<br>*CSI, Houston, TX* | *8 Hours* |
| *2009* | *Traffic Crash Reconstruction at Traffic Signals*<br>*Columbia, SC* | *16 Hours* |

## ***Conferences***

| | | |
|---|---|---|
| *1998* | *Southeastern Collision Reconstruction Conference*<br>*Myrtle Beach, South Carolina* | *24 Hours* |
| *1999* | *International Association of Reconstruction Specialist*<br>*Annual Conference*<br>*Charleston, South Carolina* | *32 Hours* |
| *1999* | *Southeastern Collision Reconstruction Conference*<br>*Myrtle Beach, South Carolina* | *24 Hours* |
| *2000* | *South Carolina Department of Public Safety*<br>*Traffic Safety Officer Conference*<br>*Myrtle Beach, South Carolina* | *16 Hours* |
| *2000* | *World Reconstruction Expo*<br>*College Station, Texas* | *36 Hours* |
| *2001* | *Southeastern Collision Reconstruction Conference*<br>*Myrtle Beach, South Carolina* | *24 Hours* |
| *2002* | *Special Problems in Collision Reconstruction*<br>*University of North Florida (IPTM)* | *24 Hours* |
| *2002* | *Southeastern Collision Reconstruction Conference* | *24 Hours* |

Vector Group, LLC
105 Jefferson Drive
Cheraw, South Carolina 29520
Office: (843) 829-0119
info@vectorgroups.org

| | | |
|---|---|---|
| | *Mt. Pleasant, South Carolina* | |
| | | |
| *2003* | *Special Problems in Collision Reconstruction*<br>*University of North Florida (IPTM)* | *24 Hours* |
| *2003* | *South Carolina Coroner's Association Conference*<br>*Myrtle Beach, South Carolina* | *24 Hours* |
| *2003* | *Southeastern Collision Reconstruction Conference*<br>*Mt. Pleasant, South Carolina* | *24 Hours* |
| *2004* | *Southeastern Collision Reconstruction Conference*<br>*Biloxi, Mississippi* | *24 Hours* |
| *2005* | *Special Problems in Collision Reconstruction*<br>*University of North Florida (IPTM)* | *24 Hours* |
| *2005* | *Southeastern Collision Reconstruction Conference*<br>*Charleston, South Carolina* | *24 Hours* |
| *2006* | *Southeastern Collision Reconstruction Conference*<br>*Charleston, South Carolina* | *24 Hours* |
| *2006* | *Special Problems in Collision Reconstruction*<br>*University of North Florida (IPTM)* | *24 Hours* |
| *2007* | *Southeastern Collision Reconstruction Conference*<br>*Charleston, South Carolina* | *8 Hours* |
| *2007* | *CDR User's Conference*<br>*Houston, TX* | *24 Hours* |
| *2007* | *Special Problems in Collision Reconstruction*<br>*University of North Florida (IPTM)* | *24 Hours* |
| *2008* | *CDR User's Conference*<br>*Houston, TX* | *24 Hours* |
| *2008* | *Special Problems in Collision Reconstruction*<br>*University of North Florida (IPTM)* | *24 Hours* |
| *2009* | *CDR User's Conference*<br>*Houston, TX* | *24 Hours* |
| *2010* | *Pennsylvania State Police Conference*<br>*State College, PA* | *24 Hours* |
| *2013* | *ARC-CSI*<br>*Las Vegas, NV* | *24 Hours* |
| *2013* | *Specials Problems in Collision Reconstruction*<br>*IPTM St. Pete Beach, FL* | *24 Hours* |
| *2014* | *PSP Conference*<br>*State College, PA* | *24 Hours* |
| *2017* | *PSP Conference*<br>*Gettysburg, PA* | *24 Hours* |

# Vector Group, LLC

105 Jefferson Drive
Cheraw, South Carolina 29520

Office: (843) 829-0119
info@vectorgroups.org


## ***Testing***

| | |
|---|---|
| *1995* | *Coefficient of Friction Testing*<br>*Michelin Tire Corporation*<br>*Laurens, South Carolina* |
| *1996* | *Heavy Truck Skidding*<br>*Columbia, South Carolina* |
| *1996* | *Pedestrian and Bicycle Crash Testing*<br>*Columbia, South Carolina* |
| *1996* | *Motorcycle Crash Testing*<br>*Columbia, South Carolina* |
| *1997* | *Low Speed Collision crash Testing*<br>*Columbia, South Carolina* |
| *1998* | *Vehicle Crash Testing*<br>*Myrtle Beach, South Carolina* |
| *1999* | *Vehicle Crash Testing*<br>*Myrtle Beach, South Carolina* |
| *1999* | *Vehicle Skid and Traction Control Testing*<br>*Charleston, South Carolina* |
| *2000* | *Vehicle Crash Testing*<br>*Myrtle Beach, South Carolina* |
| *2001* | *Vehicle Crash Testing*<br>*Myrtle Beach, South Carolina* |
| *2001* | *Vehicle Skid Testing*<br>*Columbia, South Carolina* |
| *2001* | *Vehicle Crash Testing*<br>*Columbia, South Carolina* |
| *2002* | *Vehicle Crash Testing*<br>*Mt. Pleasant, South Carolina* |
| *2003* | *Vehicle Crash Testing*<br>*Mt. Pleasant, South Carolina* |
| *2004* | *Vehicle Crash Testing*<br>*Biloxi, Mississippi* |
| *2005* | *Vehicle Crash Testing*<br>*Charleston, South Carolina* |
| *2005* | *Vehicle Skid Testing*<br>*Florence, South Carolina* |
| *2006* | *Commercial Vehicle Skid Testing*<br>*Columbia, SC* |
| *2006* | *Vehicle Crash Testing* |

**Vector Group, LLC**
105 Jefferson Drive
Cheraw, South Carolina 29520
Office: (843) 829-0119
info@vectorgroups.org

| | |
|---|---|
| | *Charleston, SC* |
| | |
| *2007* | *Vehicle Crash Testing*<br>*Charleston, SC* |
| *2008* | *Pedestrian Visibility Study*<br>*Columbia, SC* |

## ***Teaching Experience***

*Adjunct instructor, Texas A&M University System, Advanced Collision Investigation and Collision Reconstruction.*

*At-Scene Investigation Instructor, South Carolina Highway Patrol*

*Advanced Collision Investigation Instructor, South Carolina Highway Patrol*

*Collision Reconstruction Instructor, South Carolina Highway Patrol*

*Mechanical Examination Instructor, South Carolina Highway Patrol*

*Presenter, 2000 Southeastern Collision Reconstruction Conference, Documenting evidence with the vehicle in collision investigation*

*Presenter, 2003 South Carolina Coroner's Association Conference, Crash Data Retrieval System*

*Presenter, 2003 Southeastern Collision Reconstruction Conference, Braking and Steering Systems*

*Presenter, 2004 Farm Bureau Insurance Adjusters Conference, Collision Reconstruction and the South Carolina Highway Patrol*

*Presenter, 2005 Southeastern Collision Reconstruction Conference, Vehicle Suspension Systems/Altered Suspensions*

*Presenter, 2006, SC Coroner's Association Conference, Mechanical Examinations in Collision Reconstruction*

*Presenter, 2009, State Farm Adjuster Training Seminar*

*Presenter, 2009, SC Commission on Prosecution*

*Presenter, 2009, SC Solicitor's Conference*

*Crash Scene Photography Instructor 2009*

*CDR Technician Course Instructor 2007-2010 - Multiple Classes*

## ***Employment***

| | |
|---|---|
| *1985-1989* | *United States Marine Corps*<br>*Okinawa, Japan and Camp Lejeune, NC*<br>*Military Police Patrolman, Accident Investigator* |
| *1990-1999* | *South Carolina Highway Patrol*<br>*District 7, Orangeburg County*<br>*Lance Corporal, Patrolman, Accident Reconstructionist* |
| *1999-2012* | *South Carolina Highway Patrol*<br>*Multidisciplinary Accident Investigation Team*<br>*Collision Reconstructionist* |
| *2013-2018* | *Chesterfield County Sheriff's Office*<br>*Commander Non-Uniformed Division*<br>*Research and Development Director* |

**CURRICULUM VITAE**

**NAME** Kimberly Ann Collins, MD

**ADDRESS**

1333 Martins Point Road
Wadmalaw Island, SC 29487
Telephone: (843) 557-1935, (843) 214-0378
E-mail: kimcollinsmd@gmail.com

**PERSONAL INFORMATION**

BIRTHPLACE AND DATE Atlanta, Georgia - December 3, 1963

CITIZENSHIP United States

**EDUCATION**

1981-1985 University of Georgia
Athens, Georgia
BS, Microbiology
(Magna cum Laude, Phi Beta Kappa)

1985-1989 Medical College of Georgia
Augusta, Georgia MD

## WORK EXPERIENCE DURING GRADUATE TRAINING

| | |
|---|---|
| 1988-1989 | Gracewood State School and Hospital, Augusta, Georgia, Extern |
| 1989 (Spring) | Medical College of Georgia, Autopsy Service |
| 1988-1989 | Research with R. Melcher, M.D.: The Relationship Between Strokes and Seizures, Medical College of Georgia |
| 1988-1989 | Research with R. Baisden, M.D.: The Effect of Fat-Soluble Substrates on the Growth of Tumor Cell Cultures, Medical College of Georgia |

## POSTDOCTORAL TRAINING

| | |
|---|---|
| 1989-1994 | Resident in Pathology (Anatomic & Clinical)<br>North Carolina Baptist Hospital, Bowman Gray School of Medicine,<br>Wake Forest University<br>Winston-Salem, North Carolina |
| 1993-1994 | National Health Laboratories<br>Winston-Salem, North Carolina |
| 1993-1994 | Medical Examiner, State of North Carolina |
| 1994-1995 | Fellow in Forensic Pathology<br>Medical University of South Carolina<br>Charleston, South Carolina |

## EMPLOYMENT

Instructor in Pathology and Laboratory Medicine, Medical University of South Carolina, Charleston, South Carolina, 1995-1997

Assistant Professor in Pathology and Laboratory Medicine, Medical University of South Carolina, Charleston, South Carolina, 1997-1999

Associate Professor in Pathology and Laboratory Medicine, Medical University of South Carolina, Charleston, South Carolina, 1999-2003

**EMPLOYMENT (CONTINUED):**

Professor in Pathology and Laboratory Medicine, Medical University of South Carolina, Charleston, South Carolina, 2003-2008

Co-Director Pathology Education Division, Medical and Dental School, Medical University of South Carolina, 2000-2008

Chief Deputy Medical Examiner, Charleston County, 1995-1998

Chief Medical Examiner, Charleston County, 1998-2001

Forensic Pathology Section, Medical University of South Carolina, 1995-2006
Director 1998-2006

Forensic Pathology Fellowship Director, Medical University of South Carolina, 1998-2006

Autopsy Pathology Section, Medical University of South Carolina, 1995-2008
Director 2000-2006

Careers in Medicine, Medical University of South Carolina, Co-Director, 2006–2008

Career Development, Medical University of South Carolina, Co-Director, 2006-2008

Forensic Pathologist, Fulton County Medical Examiner's Office, Atlanta, GA, 2008-2013

Emory University School of Medicine, Department of Pathology and Laboratory Medicine, 2008-2013

We Are Sharing Hope SC (formerly LifePoint) Organ & Tissue Donation Services for South Carolina, Medical Director, Tissue Division, 2012-2024

Newberry Pathology Associates, Newberry Memorial Hospital, Newberry and Charleston County, SC, 2015-2020

Newberry Pathology Group, Newberry Memorial Hospital, 2018-present

Medical Director, LifeHope Laboratories, Atlanta, GA, 2020-2023

**GRANTS**

1994-1995 — Pathology/Biology Section of the American Academy of Forensic Sciences: "Identification of Sperm and Non-Sperm Male Epithelial Cells in Cervicovaginal Smears Using Novel Molecular-Cytogenetic Technique: Application in Alleged Sexual Assault Cases." Primary Investigator: Kim Collins, MD 1994-1995, $1,800

1994-1995 — Clifton Brooks, Jr. Medical Research Fellowship Primary Investigators: Kim A. Collins, MD and Wain White, MD, $25,000

**PROFESSIONAL LICENSURE**

North Carolina Medical License, #93-00066 (license retired)
South Carolina Medical License, #17218
Georgia Medical License, #061222

**PROFESSIONAL CERTIFICATION**

Anatomic Pathology Board Certification, American Board of Pathology, 1995
Clinical Pathology Board Certification, American Board of Pathology, 1995
Forensic Pathology Board Certification, American Board of Pathology, 1996

**PROFESSIONAL MEMBERSHIPS**

Diplomat of the American Board of Pathology, Anatomic Pathology
Diplomat of the American Board of Pathology, Clinical Pathology
Diplomat of the American Board of Pathology, Forensic Pathology
American Medical Association
College of American Pathologists (CAP), 1990-present
- Chair, Residents Forum, 1993-1994
- Resident Forum Executive Committee, 1991-1995
- CAP Residents Forum - American Medical Association Delegate, 1991-1993
- Liaison, Curriculum Committee of the PRODS
- North Carolina Resident Delegate, 1990-1991
- Environment, Health, and Safety Resource Committee, 1991-1993
- Resident Recruitment and Retention Committee, Vice Chair, 1992-1994
- Finance Committee, 1993-1994
- CAP Strategic Planning Committee, 1993- 1997
- Residents and Young Physicians Committee, 1993-1994
- Forensics Committee, 1993-1994

**PROFESSIONAL MEMBERSHIPS (CONTINUED):**

Autopsy Committee, 1996-2009, Vice Chair 2001-2004, Chair 2004-2007
Education Committee, 2000-2002
Council on Public Affairs, 2000-2004
Public and Patient Relations Committee, 2004-2005
Public Affairs Committee, 2005-2010
Member and Public Communications Committee, 2011
Ad Hoc Committee on New and Emerging Technologies, 2006-2007
Residents, Young Pathologists, and General Membership Committee, 1997-2002, Chair
Membership Committee, 2002-2003, Chair
College of American Pathologists Residents Forum Advisor, 1997-2003
CAP Mentor Program, 2009-2013
CAP Laboratory Accreditation Program Inspector
State Commissioner for CAP Laboratory Accreditation Program, 1998-2004
CAP Fellow Member Delegate to the CAP House of Delegates, South Carolina, 1997-present
HOD Nominating Committee Chair, 2006
CAP Foundation Board of Directors, 1999-2007
Vice President 2005-2007
CAP Nominating Committee, 2000 and 2008
Information Science and Technology Committee, 2001-2003
Committee on Organ and Tissue Procurement, 2001-2003
CAP Liaison to Association of Pathology Chairs Graduate Medical Education Committee, 2001-2006
CAP Liaison to Association of Pathology Chairs Autopsy Committee, 2002

American Medical Association, 1990-present
North Carolina Delegate to the AMA-Resident Physician Section, 1993
American Academy of Forensic Sciences (AAFS)
Pathology/Biology Section Program Director 2007-2008
Pathology/Biology Section Secretary, 2009-2010
Pathology/Biology Section Chair, 2010 - 2011

National Association of Medical Examiners (NAME)
South Carolina Liaison, 2001-2010
Strategic Planning Committee, 2002, 2015, 2016
Subcommittee on Assistance to the NAME Membership, 2002
Education, Program, and Publications Committee, 2010-2011
Forensic Fellow In-Service exam subcommittee, 2010-2013
Committee on International Relations, 2010-present, Chair, 2016-present
Committee on Organ and Tissue Procurement, 2010-present
Committee on Inspection and Accreditation, 2015-2021
Committee on Workforce, 2019
Board of Directors, 2010-2019 and 2023-present
Board of Directives Executive Committee, 2012-2019
NAME Vice President, 2017-2018
NAME President, 2018

**PROFESSIONAL MEMBERSHIPS (CONTINUED):**

Chair of the NAME Board of Directors, 2019
NAME Foundation
NAME Foundation Board of Trustees, Chair 2023-present
Consortium for Forensic Science Organizations (CFSO), 2013-2017
Secretary 2014-2015
American Society of Clinical Pathologists
ASCP Advisory Council, 1998-2004
United States and Canadian Academy of Pathology
Forensic Evening Seminar Director, 2005-2007
International Academy of Pathology
Forensic Seminar Director, Athens Greece, 2008
South Carolina Medical Association, Delegate, 1999-2008
South Carolina Society of Pathologists, Treasurer, 1998-1999
South Carolina Society of Pathologists, President-Elect, 1999-2001
South Carolina Society of Pathologists, President, 2001-2004
American Red Cross Medical Examiner/Coroner Advisory Committee, 1999-2005. Chair 2002-2003.
National Medical Examiner/Coroner Advisory Committee for the American Red Cross, Las Vegas, Nevada, February 24-25, 1999.
Musculoskeletal Transplant Foundation Biologics, Medical Examiner/Coroner Advisory Committee, 2006 – 2018, Chair 2011-2018
Musculoskeletal Transplant Foundation Biologics Board of Trustees, 2013-present
MTF Funeral Directors Advisory Committee, 2014-present
Life Point Organ and Tissue Procurement Advisory Board, South Carolina, 2009-2012
Regeneration Technologies Inc. (RTI), Medical Examiner, Coroner, Funeral Director Forum, 2013-2018
American Association of Tissue Banks, 2014-present
Physician's Council, 2014-present
Education Committee, 2015-2024, Co-chair 2022-2024
Charleston School of Law, Board of Trustees 2024-present

**EDITORIAL BOARDS**

*Archives of Pathology and Laboratory Medicine*, 2003 – present
Section Editor, Autopsy Pathology, 2005-present
*American Journal of Forensic Medicine and Pathology*, 2004 - present
*eMedicine*, 2008-present, Autopsy Section Editor, 2008-present
*Journal of Forensic Sciences,* 2010-2025
*Journal of Forensic Science, Medicine, and Pathology,* 2010 – present
*Academic Forensic Pathology,* 2018-present

**EDITORIAL POSITIONS**

Section Editor, Autopsy Pathology, *Archives of Pathology and Laboratory Medicine*, 2003-preent
Section Chief Editor, Autopsy Pathology, *eMedicine,* 2008-present

**JOURNAL EDITORIAL**: Review manuscripts for peer-reviewed publications:

*American Society of Clinical Pathologists*
*Southern Medical Journal*
*Archives of Pathology and Laboratory Medicine*
*Pediatrics*
*American Journal of Forensic Medicine and Pathology*
*American Journal of Clinical Forensic Medicine*
*Academic Forensic Pathologist*
*Clinical Infectious Diseases*
*National Institute of Justice, Forensic Science Research and Development Peer Reviewer, 2005-2006*
*Journal of Forensic Sciences*
*Journal of Forensic Science, Medicine, and Pathology*
*British Journal of Medicine*
*Acta Paediatrica*
*American Journal of Clinical Pathology*

**UNIVERSITY COMMITTEES**

College of Medicine Faculty Advisor, 1998-1999, 2003-2008
College of Medicine Admissions Committee, 1999-2008
MUSC Blood and Tissue Utilization Committee, 2000-2006
MUSC Internal Residency Review Committee, 2001-2003
MUSC Autopsy QA Committee for Clinicopathological Correlation, 2000-2006
College of Medicine Curriculum Committee, 2000-2008
College of Medicine Progress Committee, 2000-2004
Faculty Development Committee, Department of Pathology and Laboratory Medicine, 1999-2006
Pathology and Laboratory Medicine Faculty Advisor (Zaloga:2001-3, Eason:2001-3, Van Ells: 2001-2007, Rose:2006-2008, Havard:2006-2008)
JCAHO Special Function Laboratory Survey and Inspection Committee, 2002
MUSC Point of Care Testing, Medical Director, 2002-2006
Performance Improvement Committee, Chair, 2002-2006

**HONORS AND AWARDS**

UNDERGRADUATE

- Phi Beta Kappa
- "Jasper Dorsey Outstanding Student Award," 1983-1984, University of Georgia
- Phi Kappa Phi National Honor Society
- Student Government, University of Georgia
- Student Union, University of Georgia
- American Leadership Study Group
- United States Friendship Force, US Ambassador

**HONORS AND AWARDS (CONTINUED):**

- Omicron Delta Kappa Leadership Society
- Mortar Board National Honor Society
- "Z" Club Outstanding Freshmen Women
- Angel Flight - Air Force R.O.T.C., University of Georgia Southeastern Area Officer
- Outstanding Justice: Student Judiciary, University of Georgia
- Who's Who Among American College Students (1983-1985)

MEDICAL SCHOOL

- MENSA Scholarship Recipient
- United Methodist Church Scholarship Recipient
- Outstanding Service, Medical College of Georgia (1988-1989)

RESIDENCY/FELLOWSHIP

- Southern Medical Association, **"Physician-In-Training Award" First Place**, 1993-1994
- American Academy of Forensic Sciences, **"Best Resident Research Paper," First Place**, 1994
- **"The Warren R. Lang, M.D., Resident Physician Award"** of the American Society of Cytopathology, **First Place**, 1994
- **"The New Frontiers in Cytology Award"** of the American Society of Cytopathology, **First Place**, 1994

FACULTY/PATHOLOGY PRACTICE AWARDS

- **Pathology Resident Teaching Award**, Medical University of South Carolina, 1996-1997
- **Faculty Excellence Award**, MUSC College of Medicine, 1996-1997
- Recognition of Appreciation from the South Carolina Coroner's Association, May 7, 1996
- Faculty Excellence Award, MUSC College of Medicine, Outstanding Professor runner-up, 2001
- **Outstanding Basic Science Professor**, MUSC School of Dentistry, 2001
- **Golden Apple** Award, American Medical Student Association, School of Medicine, 2001
- Health Sciences Foundation Teaching Excellence Award Nominee, 2001
- Strathmore's Who's Who, 2002-present
- **President's Award**, National Association of Medical Examiners, 2001
- **President's Honor**, College of American Pathologists, 2001
- **Faculty Excellence Award**, MUSC College of Medicine, 2002
- Best Lecture Award, Medical College of Georgia, 2002-2003
- ASDA Basic Science Teacher of the Year Award, Nominee, 2003-2004
- **College of American Pathologists Resident Advocate Award**, 2004
- **Faculty Excellence Award**, MUSC College of Medicine, 2004
- Health Sciences Foundation Teaching Excellence Award Nominee, 2004
- **Golden Apple** Award, American Medical Student Association, School of Medicine, 2004
- Faculty Excellence Award, MUSC College of Medicine, Nominee, 2004-2005
- **Faculty Excellence Award**, MUSC College of Medicine, 2005-2006

**HONORS AND AWARDS (CONTINUED):**

- **ASDA Basic Science Teacher of the Year** Award, 2005-2006
- Oath Ceremony Speaker, MUSC College of Medicine, 5-18-2006
- **Golden Apple Award**, American Medical Student Association, School of Medicine, 2006
- **Faculty Excellence Award**, MUSC College of Medicine, 2006-2007
- **Faculty Excellence Award**, MUSC College of Medicine, 2007-2008
- **ASDA Basic Science Teacher of the Year** Award, 2007-2008
- **"Dove Award"**, LifePoint Organ and Tissue Procurement, 2008
- College of American Pathologists "**Distinguished Patient Care Award**", 2008
- College of American Pathologists Foundation "**Lansky Award**", 2008
- College of American Pathologists "**William H. Kuehn, PhD Outstanding Communicator Award"**, 2010
- College of American Pathologists "**Excellence in Teaching Award**", 2014
- American Academy of Forensic Sciences Pathology/Biology Section "**Milton Helpern Award"** in Recognition of Outstanding Contributions to Forensic Pathology", 2017.
- 2018 American Association of Tissue Banks Communication and Education Award **First Place:** ***Guide to Medical Examiner and Coroner Cases for the Donation Community***
- National Association of Medical Examiners **"Outstanding Service Award",** 2019
- **"British Medical Association First Place Pathology Book**" for *Geriatric Forensic Medicine and Pathology,* 2021
- Awarded the **Milton Helpern Laureate Award** from the National Association of Medical Examiners, September 23, 2024

**COMMUNITY SERVICE/HONORS**

Charleston County School District High School Mentor Program 1995-1996.

"The Role of the Medical Examiner", Berkeley-Dorchester Underwriters Association, Summerville, South Carolina, November 16, 1995.

"Forensic Pathology", The Sertoma Club, Charleston, South Carolina, November 20, 1995.

"Violent Deaths," Roper-Berkeley Leadership Conference, Leiber Correctional Facility, Ridgeville, South Carolina, April 3, 1996.

"The Role of the Forensic Pathologist", Rotary International, Charleston, South Carolina, April 16, 1996.

"Homicide, Suicide, and Time of Death: Responsibilities of the Coroner", South Carolina Coroner's Association, Chesterfield, South Carolina, May 7, 1996.

"Sudden Infant Death Syndrome", CBS Health Connection Television Broadcast, Charleston, South Carolina, September 27, 1996.

**COMMUNITY SERVICE/HONORS (CONTINUED):**

“Forensic Pathology for First Responders”, Emergency Responders Appreciation Day, Aiken, South Carolina, October 4, 1996.

“Weapons Awareness”, South Carolina Department of Probation, Parole, and Pardon Services, Charleston, South Carolina, October 11, 1996.

Charleston County School District Mentor Program, 1996-1997, Adrie Sims.

“Forensic Pathology and Violent Death”, Myrtle Beach High School and Medical University of South Carolina Public Relations, December 3, 1996.

“Violence In Our Society”, C.E. Williams Middle School, Charleston, South Carolina, January 24, 1997.

“Violence, Forensic Pathology, and Our Youth”, Brentwood Middle School, Charleston, South Carolina, February 26th, 1997.

“When The Crying Stops: Partners in Preventing Infant Deaths”, East Cooper Hospital, Mount Pleasant, South Carolina, April 1, 1997.

“Violence in Our Society”, Union Middle School, Charleston, South Carolina, April 3, 1997.

“Shaken Baby Syndrome”, CBS Health Connection Television Broadcast, Charleston, South Carolina, April 17, 1997.

“Weapons Awareness”, South Carolina Department of Probation, Parole, and Pardon Services, Charleston, South Carolina, April 18, 1997.

“Science and Your Profession”, Alice Birney School, North Charleston, South Carolina, April 18, 1997.

“When The Crying Stops: Partners in Preventing Infant Deaths”, Mount Pleasant Exchange Club, Mount Pleasant, South Carolina, April 23, 1997.

“Pediatric Deaths: Roper Hospital Training”, Roper Hospital, Charleston, South Carolina, April 23, 1997.

“Domestic Violence”, Rotary Club, Beaufort, South Carolina, May 6, 1997.

“Forensic Pathology Today”, Berkeley County School System, Charleston, South Carolina, May 21, 1997.

“Weapons Awareness”, South Carolina Department of Probation, Parole, and Pardon Services, Charleston, South Carolina, May 23, 1997.

**COMMUNITY SERVICE/HONORS (CONTINUED):**

“Weapons Awareness”, South Carolina Department of Probation, Parole, and Pardon Services, Charleston, South Carolina, July 11, 1997.

“Overlaying”, CBS Health Connection Television Broadcast, Charleston, South Carolina, July 25, 1997.

“Death by Drowning”, Department of Natural Resources, James Island, South Carolina, March 16, 1998.

“Forensic Pathology Update”, Rotary Club of St. Andrews, Charleston, South Carolina, May 14, 1998.

“The Role of the Medical Examiner”, Tri-County Communicators-Dispatch Association, Charleston, South Carolina, May 27, 1998.

“Atherosclerotic Heart Disease”, American Heart Association, American Heart Walk Recruitment Leader Kick-off, Charleston, South Carolina, August 13, 1998.

“Forensic Pathology”, Academy of the Arts, Science, and Technology, Charleston, South Carolina, September 22, 1998.

Charleston County School District Mentor Program, 1997-1998, Tia Smalls.

“Sexually Transmitted Diseases”, Radio Interview, Washington, DC for South Carolina Broadcasting, October 20, 1998.

“Forensic Pathology”, Fort Dorchester High School, November 13, 1998.

“Forensic Fair - First Annual”, Trident Technical College Palmer Campus, Charleston, South Carolina, March 11-12, 1999.

“Violence and Forensic Pathology”, Maury Pouvich Show, Charleston, South Carolina, March 25, 1999.

“Breast Carcinoma”, Hometown Radio Interviews, CAP Council on Public Affairs, Orlando, Florida, April 12-13, 1999.

“Forensic Pathology”, Fort Dorchester School, Charleston, South Carolina, April 27, 1999.

Charleston County School District Mentor Program, 1999, Laura Hatcher.

**COMMUNITY SERVICE/HONORS (CONTINUED):**

"Forensic Pathology and the Combined Coroner-Medical Examiner System", Russian Ambassadors/Russian Leadership Program, United States Library of Congress, Charleston, South Carolina, August 5, 1999.

"Shaken Baby Syndrome...A Multidisciplinary Perspective", County Directors and Supervisors Conference for Department of Social Services, Hilton Head, South Carolina, September 2, 1999.

"Pap Smears Save Lives", Hometown Radio Interviews, CAP Council on Public Affairs, New Orleans, Louisiana, September 28, 1999.

"Forensic Pathology", Maury Pouvich Show, Charleston, South Carolina, October 28, 1999.

"Forensic Pathology", Phenix Center, Manning School District, Charleston, South Carolina, October 28, 1999.

"The Risk Factors of SIDS", ABC Charleston, October 29, 1999.

"SIDS... Sleeping Environment and Other Risk Factors", CBS Charleston 'Noonday', Mount Pleasant, South Carolina, December 9, 1999.

"End Result" Program with South Carolina Probation and Parole, 1998-1999.

"Forensic Pathology and the Autopsy", Medical Technology School Tour, Charleston, South Carolina, January 20, 2000.

"Pathology: The Autopsy and Forensics", Charleston Southern University, Department of Anthropology, Charleston, South Carolina, January 27, 2000.

"Forensic Pathology and Forensic Science", Saturday Scholars Program, Charleston, South Carolina, January 29, 2000.

"The Medical Examiner and the Coroner", Academic Magnet High School, North Charleston, South Carolina, February 2, 2000.

"Child Abuse and Neglect", East Cooper Hospital Department of Nursing, Mount Pleasant, South Carolina, April 3, 2000.

"Sudden Infant Death Syndrome", Hometown Radio Interviews, Boston, Massachusetts, April 11, 2000.

"Drug-Related Deaths", American Red Cross Tissue Procurement, Columbia, South Carolina, June 21, 2000.

**COMMUNITY SERVICE/HONORS (CONTINUED):**

"Alcohol and Teen Driving" College of American Pathologists Council on Public Affairs Video News Release (VNR), national distribution and broadcast, Charleston, South Carolina, taping April 19, 2001.

College Mentorship Programs:
Wofford College Interim Program Mentor, January 2002, Katie Sellars
College of Charleston Internship Mentor, 2002, Chris Grivas
College of Charleston Internship Mentor, 2002, Jessica Bruhm
College of Charleston Internship Mentor, 2002, Aaron Otte
College of Charleston Internship Mentor, 2003 (spring), Candace Moorer
College of Charleston Internship Mentor, 2003 (spring), Betsy Brabham
College of Charleston Internship Mentor, 2003 (fall), Kimberly Steele
Trident Technical College Internship Mentor, 2004 (winter, spring), Christine Kinney
College of Charleston Internship Mentor, 2005-2006, Ansley
College of Charleston Internship Mentor, Colin Clarke, 2005-2006
College of Charleston Internship Mentor, Jackie Ong, 2005-2006
College of Charleston Internship Mentor, Sarah Bjorkman, 2007
Citadel Military College Mentor, Aaron Kelly, 2007-2008

"Religious Perspectives and the Autopsy", Coastal Crisis Chaplaincy, Charleston, South Carolina, May 3, 2006.

"Blood Donation", Hometown Radio Interviews, Boston, Massachusetts, May 18, 2006

"Gun Safety", College of American Pathologists Public Affairs Committee Video News Release (VNR), national distribution and broadcast, taping May 25, 2006

"Breast Cancer", Radio Interviews, College of American Pathologists, 2007

Satellite media tour on breast cancer, live broadcast from Chicago, Illinois, October 2007

Volunteer Teaching for Capers Academy, John's Island, SC, 2008-2012

"Breast Cancer" radio interview through the College of American Pathologists, 2008

Satellite Media Tour, Breast Cancer, live broadcast from Chicago, Illinois, national distribution, October 2009

Volunteer Teaching, ***Capers Preparatory Christian Academy***, Johns Island, SC, 2009-2012

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS**

"Infiltrating Angiolipoma of the Vulva," Southern Medical Association, George Papanicolaou Memorial Seminar in Gynecologic Pathology, Atlanta, Georgia, November 1991.

"Extragonadal Germ Cell Tumors: A Fine Needle Aspiration Biopsy Study," American Society of Cytology, Los Angeles, California, November 6, 1991.

"Atypical Lymphocytosis in Ascitic Fluid in Young Children - A Potential Diagnostic Challenge," American Society of Cytology, Quebec City, Canada, October 1, 1992.

"The Cytologic Evaluation of Lipid-Laden Alveolar Macrophages as an Indicator of Aspiration Pneumonia in Young Children," American Society of Cytology, Quebec City, Canada, October 1, 1992.

"Primary Malignant Melanoma of the Uterus," Southern Medical Association, George Papanicolaou Memorial Seminar in Gynecologic Pathology, San Antonio, Texas, November 14, 1992.

"A Retrospective and Prospective Study of Cerebral Tissue Pulmonary Embolization in Severe Head Trauma," American Academy of Forensic Sciences, Boston, Massachusetts, February 18, 1993.

"Interpretation of Fatal Multiple and Exiting Gunshot Wounds by Trauma Specialists," American Academy of Forensic Sciences, Boston, Massachusetts, February 18, 1993.

"The Accuracy of Clinical Evaluations of Gunshot Wounds," North Carolina Medicolegal Seminar, Chapel Hill, North Carolina, June 26, 1993.

"What Makes A Residency Program Attractive to Residents," Association of Pathology Chairmen/PRODS Conference, Aspen, Colorado, July 28, 1993.

"An Unusual Case of Maternal-Fetal Death Due to Vaginal Insufflation of Cocaine," National Association of Medical Examiners, Fort Worth, Texas, September 13, 1993.

"Death by Bull-Edger: An Unusual Homicide Utilizing a Woodworking Implement," National Association of Medical Examiners, Fort Worth, Texas, September 13, 1993.

"Identification of Male Cells Using FISH with Y-probes in Cervicovaginal Smears in Alleged Sexual Assault Cases," American Society of Human Genetics, New Orleans, Louisiana, October 6, 1993.

"History of United States Pathology," Seminar Moderator, College of American Pathologists, Orlando, Florida, October 16, 1993.

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

“An Introduction to Laboratory Management,” Seminar Moderator, College of American Pathologists, Orlando, Florida, October 17, 1993.

"An Unusual Case of Angiotropic Large Cell Lymphoma," Southern Medical Association, New Orleans, Louisiana, October 28, 1993.

“Identification of Male Cells Using FISH with Y-probes in Cervicovaginal Smears in Alleged Sexual Assault Cases,” American Society of Human Genetics, New Orleans, Louisiana, 1993.

“Sneddon-Wilkinson Disease: Clinical and Histopathologic Features of This Controversial Entity," Southern Medical Association, New Orleans, Louisiana, October 28, 1993.

"Fine Needle Aspiration Biopsy of Hepatic Lymphomas: Cytomorphology and Ancillary Studies," American Society of Cytology, Houston, Texas, November 3, 1993.

"Residents Forum Update," CAP Leadership Conference, Miami, Florida, January 15, 1994.

"Resident Issues in Pathology - Training, Recruitment/Retention, Organized Medicine," Texas Society of Pathologists, Austin, Texas, January 28, 1994.

“Identification of Sperm and Non-Sperm Male Cells in Cervicovaginal Smears Using Fluorescence In Situ Hybridization: Applications in Alleged Sexual Assault Cases, " American Academy of Forensic Sciences, San Antonio, Texas, February 17, 1994.

"The Presence of Bcl-2 Protein Precedes ICAM-1 Expression in Early Evolving Malignant Melanoma," International Academy of Pathology, San Francisco, California, March 15, 1994.

"The Use of Cytogenetics in Forensics," University of California, San Francisco, California, March 16, 1994.

“Physician Liability and Courtroom Testimony,” Seminar Moderator, College of American Pathologists, Seattle, Washington, April 9, 1994.

“Legislative Update: CAP and Washington, D.C.,” Seminar Moderator, College of American Pathologists, Seattle, Washington, April 10, 1994.

“Contract Negotiations,” Seminar Moderator, College of American Pathologists, Seattle, Washington, April 10, 1994.

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"Application of Molecular Cytogenetics to Cervicovaginal Smears in Alleged Sexual Assault Cases," American Society of Cytology, Chicago, Illinois, November 2, 1994.

"South Carolina: A Dual Medical Examiner-Coroner System: Does It Work?" American Academy of Forensic Sciences, Seattle, Washington, February 16, 1995.

"Fluorescence In Situ Hybridization: A New Technique to Detect Male Cells in Cervicovaginal Smears from Sexual Assault Victims," International Academy of Pathology, Toronto, Canada, March 13, 1995.

"Duct Tape Tales," National Association of Medical Examiners, San Diego, California, October 1995.

"A Decade of Drug Overdose Deaths at the Medical University of South Carolina," National Association of Medical Examiners, San Diego, California, October 1995.

"Gas Embolism Due to a Hepatic Abscess Caused by Clostridium perfringens," American Academy of Forensic Sciences, Nashville, Tennessee, February 22, 1996.

"Sudden Death in an Infant After Swallowing 'Crack' Cocaine", American Academy of Forensic Sciences, Nashville, Tennessee, February 22, 1996.

"New Developments in SIDS and Child Abuse," Forensic Pathology Seminar, Charleston, South Carolina, May 19, 1996.

"Forensic Pathology: Violent Death, Trace Evidence, and Scene Investigation," Governor's Program, Charleston, South Carolina, June 1996.

"Forensic Pathology: Cause of Death, Manner of Death, and Trauma," University of South Carolina, Department of Anthropology, Columbia, South Carolina, July 1, 1996.

"Overview and Update of Forensic Pathology," Florence-Darlington Technical College Seminar, Charleston, South Carolina, July 19, 1996.

"Analysis of Childhood Deaths in South Carolina", National Association of Medical Examiners, Traverse City, Michigan, September 14, 1996.

"Crack Cocaine as it Relates to a Child's Death," International Association of Forensic Nurses, Kansas City, Missouri, November 3, 1996.

"The Use of Review Teams as an Investigative Tool in Children's Deaths," International Association of Forensic Nurses, Kansas City, Missouri, November 3, 1996.

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"Forensic Pathology- Using Medical Science to Develop Evidence Used to Solve Crimes", South Carolina Probation and Parole Association, Myrtle Beach, South Carolina, November 7, 1996.

Coroner Training: "Forensic Pathology", Criminal Justice Academy, Columbia, South Carolina, November 29, 1996.

"Youthful Offenders, Violence, and Forensic Pathology," American Medical Association and The Charleston Marine Institute, Charleston, South Carolina, December 7, 1996.

"Pediatric Homicide by Shaking: A Ten-Year Retrospective Study", American Academy of Forensic Sciences, New York, New York, February 21, 1997.

Sudden Unexpected Death Resulting from an Anomalous Left Coronary Artery", American Academy of Forensic Sciences, New York, New York, February 21, 1997.

"A Decade of SIDS: The MUSC Experience", American Academy of Forensic Sciences, New York, New York, February 21, 1997.

"Speedballing With Needle Embolization: Case Study and Review of the Literature", American Academy of Forensic Sciences, New York, New York, February 21, 1997.

"Pediatric Forensic Pathology" Pathology/Biology Section, Seminar Moderator, American Academy of Forensic Sciences, New York, New York, February 21, 1997.

"Sudden Infant Death Syndrome: A Ten-Year Retrospective Study of Pulmonary Histopathology", United States and Canadian Division of the International Academy of Pathology, Orlando, Florida, March 3, 1997.

"The Use of Polymerase Chain Reaction to Detect Evidence of Y Chromosome-Positive Cells in Cases of Sexual Assault", United States and Canadian Division of the International Academy of Pathology, Orlando, Florida, March 5, 1997.

"Pediatric Forensic Pathology", University of South Carolina School of Law, Columbia, South Carolina, April 16, 1997.

"Pediatric Forensic Deaths", Medical University of South Carolina Pediatric Grand Rounds, Charleston, South Carolina, April 25, 1997.

"Elder Abuse: A Ten-Year Retrospective Study at the Medical University of South Carolina", National Association of Medical Examiners, Baltimore, Maryland, September 13, 1997.

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"A Decade of Pediatric Homicide: A Retrospective Study at the Medical University of South Carolina", National Association of Medical Examiners, Baltimore, Maryland, September 13, 1997.

"Death by No-Doz Overdose", National Association of Medical Examiners, Baltimore, Maryland, September 13, 1997.

"Forensics", South Carolina Probation and Parole Association---Tri-Association Conference, Myrtle Beach, South Carolina, November 11, 1997.

"SIDS and Child Abuse", South Carolina Coroners Association, Columbia, South Carolina, May 6, 1997.

"When The Crying Stops", Navy Hospital, North Charleston, South Carolina, May 21, 1997.

"Pediatric Forensic Pathology", Pediatric Grand Rounds, Roper Hospital, Charleston, South Carolina, May 22, 1997.

"In The Wink of The Eye", International Association of Forensic Nurses, Irvine, California, September 28, 1997.

"Child Beating: Death by Soft Tissue Damage and Hemorrhage", Conference on Child Maltreatment, San Diego, California, January 29, 1998.

"Pediatric Homicide by Shaking: A Ten-Year Retrospective Study", Conference on Child Maltreatment, San Diego, California, January 29, 1998.

"Shaken Baby Syndrome?....Or Accident?", 1998 Forensic Seminar, Medical University of South Carolina, Charleston, South Carolina, March 22, 1998.

"Domestic Violence: Recognition, Documentation, and Reporting", Alabama Dental Association, Vail, Colorado, March 31, 1998.

"Speaking Before Groups," College of American Pathologists, Los Angeles, California, April 5, 1998.

"Forensic Nursing in the Emergency Room", Low Country Emergency Nurses Association, Charleston, South Carolina, May 20, 1998.

"Charleston and Low Country Forensics", International Association of Coroners and Medical Examiners, Charleston, South Carolina, June 16, 1998.

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"Shaken Baby Syndrome: A Ten-Year Retrospective Study", National Shaken Baby Conference, Salt Lake City, Utah, September 14, 1998.

"Speaking Before Groups", College of American Pathologists, Washington, DC, October 18, 1998.

"Pierre W. Keitges, MD, Memorial Program on Medical Ethics", Washington, DC, October 19, 1998.

"Photography and the Pathologist", College of American Pathologists, Washington, DC, October 21, 1998.

"Suicide Under the Age of Eighteen: A Ten-Year Retrospective Study", National Association of Medical Examiners, Albuquerque, New Mexico, November 2, 1998.

"The Suicide That Wasn't", National Association of Medical Examiners, Albuquerque, New Mexico, November 3, 1998.

"Fire Deaths and Self-Immolation: An Eleven Year Review, 1986-1996", National Association of Medical Examiners, November 3, 1998.

"Identification of Female Cells in Postcoital Penile Swabs Using Fluorescence in situ hybridization and PCR: Application in Sexual Assault", American Academy of Forensic Sciences, Orlando, Florida, February 19, 1999.

"Suicide: A Ten-Year Retrospective Study", American Academy of Forensic Sciences, Orlando, Florida, February 19, 1999.

"Child Beating: The Examination of Death by Soft Tissue Hemorrhage", American Academy of Forensic Sciences, Orlando, Florida, February 19, 1999.

"A Ten-Year Retrospective Study of Drowning Deaths", American Academy of Forensic Sciences, Orlando, Florida, February 19, 1999.

"Overview of Forensic Pathology", Carolina Clinical Connection '99, Charleston, South Carolina, March 26, 1999.

"Meet the Experts: Discussions in Pathology", College of American Pathologists, Orlando, Florida, April 12, 1999.

"Breast Cancer", Hometown Radio Interview for South Carolina Broadcasting, Orlando, Florida, April 12, 1999.

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

“Back to Sleep: SIDS and Risk Factors”, North Charleston, South Carolina, June 4, 1999.

“Benign or Malignant? The Borderline Lesions of Medicolegal Diagnostics”, College of American Pathologists, New Orleans, Louisiana, September 26, 1999.

“Speaking Before Groups”, College of American Pathologists, New Orleans, Louisiana, September 26, 1999.

“Improper Airbag Deployment in a Motor Vehicle Traffic Fatality”, National Association of Medical Examiners, Minneapolis, Minnesota, October 18, 1999.

“Elderly Suicide: A Ten-Year Retrospective Study”, National Association of Medical Examiners, Minneapolis, Minnesota, October 18, 1999.

“Sudden Death in a Three-Year-Old: A Case of Primary Pulmonary Hypertension”, National Association of Medical Examiners, Minneapolis, Minnesota, October 18, 1999.

“Multifactorial Analysis of Gunshot Wounds to the Head with Attention to Anatomic Location”, National Association of Medical Examiners, Minneapolis, Minnesota, October 18, 1999.

“Pediatric Toxicologic Deaths: A Ten-Year Retrospective Study”, National Association of Medical Examiners, Minneapolis, Minnesota, October 19, 1999.

“Persistence of Spermatozoa and Prostatic Acid Phosphatase in Specimens from Deceased Individuals Over Varied Postmortem Intervals”, National Association of Medical Examiners, Minneapolis, Minnesota, October 19, 1999.

“Beginning the Job Search”, Virtual Management College Audio Conference, November 9, 1999.

Pediatric Forensic Issues Conference Co-Director, 1999-2006.

“Pediatric Forensic Issues Conference”, 3rd Annual, Co-Director, Orlando, Florida, December 1-4, 1999.

“SIDS, Overlaying and Suffocation”, Pediatric Forensic Issues Conference, Orlando, Florida, December 3, 1999.

“Pediatric Neglect”, Pediatric Forensic Issues Conference, Orlando, Florida, December 4, 1999.

“The Roles of the Pathologist in Forensics”, Criminal Justice Academy, South Carolina Law Enforcement, Columbia, South Carolina, February 22, 2000.

“Expert Panel Discussion on Elder Abuse and Neglect”, Nursing Home Abuse and Neglect Prevention Conference, United States Department of Justice, Columbia, South Carolina, February 23, 2000.

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"Fused Vertebrae: Skeletal Manifestations of Psoriasis Used to Corroborate Radiographic Identification", American Academy of Forensic Sciences, Reno, Nevada, February 24, 2000.

"Neonatal Poisoning: Accident or Homicide? Case Report and Review of the Literature", American Academy of Forensic Sciences, Reno, Nevada, February 25, 2000.

"Ancillary Procedures: Getting the Most out of the Autopsy", College of American Pathologists, Boston, Massachusetts, April 8, 2000.

"Fetal Death: A Ten-Year Retrospective Study", National Association of Medical Examiners, Indianapolis, Indiana, September 18, 2000.

"An Unusual Case of Anaphylaxis: Mold in Pancake Mix", National Association of Medical Examiners, Indianapolis, Indiana, September 18, 2000.

"Death by Overlaying and Wedging: A 15 Year Retrospective Study", National Association of Medical Examiners, Indianapolis, Indiana, September 18, 2000.

"Breast Bud Hemorrhage in a Neonate", National Association of Medical Examiners, Indianapolis, Indiana, September 19, 2000.

"Speaking Before Groups", College of American Pathologists, October 15, 2000.

"So Now You've Been Offered a Job", Moderator/Facilitator, College of American Pathologists, October 15, 2000.

"Pediatric Forensic Issues Conference", 4th Annual, Co-director, Las Vegas, Nevada, December 4-7, 2000. SIDS, Overlaying, and Suffocation", Pediatric Forensic Issues Conference, Las Vegas, Nevada, December 6, 2000.

"Pediatric Neglect", Pediatric Forensic Issues Conference, Las Vegas, Nevada, December 6, 2000.

"Pediatric and Elder Death Investigation Seminar", Chesterfield Law Enforcement and Emergency Medical Responders, Chesterfield, South Carolina, January 23, 2001.

"Forensic Pathology: Update and Overview", Medical College of Georgia, Augusta, Georgia, February 16, 2001.

"College of American Pathologists Laboratory Accreditation Program Inspector Training Seminar", Charleston, South Carolina, May 31, 2001.

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"Planning the Job Search", Virtual Management College of the College of American Pathologists, Audioconference, October 9, 2001.

"Forensic Pathology: The Next Generation. The Academic Forensic Pathologist", National Association of Medical Examiners, Richmond, Virginia, October 12, 2001.

"Accidental Deaths in Children", National Association of Medical Examiners, Richmond, Virginia, October 15, 2001.

"Sudden Death Due to an Airway Fibrin Clot: Case Report and Review of Airway Obstructions", National Association of Medical Examiners, Richmond, Virginia, October 15, 2001.

"Sudden Death due to Asphyxia by Esophageal Polyp: Case Report and Review of the Literature", National Association of Medical Examiners, Richmond, Virginia, October 15, 2001.

"Twenty-six Years of Fatal Pediatric Burns", National Association of Medical Examiners, Richmond, Virginia, October 15, 2001.

"The Perinatal Decedent: Viability, Postmortem Artifact, and Trauma", National Association of Medical Examiners, Richmond, Virginia, October 15, 2001.

"Elderly Homicide: A Retrospective Study 1985-2000", National Association of Medical Examiners, Richmond, Virginia, October 17, 2001.

"Responding to Disaster: Lessons Learned", College of American Pathologists and the American Society of Clinical Pathology Joint Annual Meeting, Philadelphia, Pennsylvania, October 20, 2001.

"Shaken Baby Syndrome and BAPP", College of American Pathologists and the American Society of Clinical Pathologists Joint Annual Meeting, Philadelphia, Pennsylvania, October 20, 2001.

"Elder Abuse", College of American Pathologists and the American Society of Clinical Pathology Joint Annual Meeting, Philadelphia, Pennsylvania, October 21, 2001.

"Speaking Before Groups", College of American Pathologists and the American Society of Clinical Pathology Joint Annual Meeting, Philadelphia, Pennsylvania, October 21, 2001.

"Pierre W. Keitges, MD Memorial Program on Ethics: Issues Surrounding Organ and Tissue Procurement and Donation", College of American Pathologists and the American Society of Clinical Pathology Joint Annual Meeting, Philadelphia, Pennsylvania, October 22, 2001.

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"Pediatric Forensic Pathology", Armed Forces Institute of Pathology Forensic Course, Faculty, Bethesda, Maryland, November 16, 2001.

Pediatric Forensic Issues Conference, 5th Annual, Co-Director, Orlando, Florida, December 3-6, 2001.

"Perinatal and Neonatal Death", Pediatric Forensic Issues Conference, Orlando, Florida, December 3, 2001.

"Cardiopulmonary Resuscitation Injuries vs. Blunt Force Trauma", Pediatric Forensic Issues Conference, Orlando, Florida, December 4, 2001.

"Pediatric Neglect", Pediatric Forensic Issues Conference, Orlando, Florida, December 5, 2001.

"Fetal Death", Pediatric Forensic Issues Conference, Orlando, Florida, December 6, 2001.

"Differential Diagnosis in Forensic Pathology", Short Course, United States and Canadian Academy of Pathology, Chicago, Illinois, February 28, 2002.

"The Role of Radiology in Forensic Pathology", South Carolina Society of Radiologic Technologists, Charleston, South Carolina, March 1, 2002.

"Forensic Pathology: A Focus on Domestic Violence", Medical Views Southern Vistas Conference, Charleston, South Carolina, April 6, 2002.

"Pseudo-Elder Abuse: A Case of Vertebral Artery Laceration", National Association of Medical Examiners, Shreveport, Louisiana, September 30, 2002.

"Aortoesophageal Fistula due to Ingestion of a Small Round Object", National Association of Medical Examiners, Shreveport, Louisiana, October 1, 2002.

"Now That You've Passed the Boards", College of American Pathologists, Washington, DC, October 12, 2002.

"Speaking Before Groups", College of American Pathologists, Washington, DC, October 13, 2002.

"Achievement of Competency", College of American Pathologists, Washington, DC, October 14, 2002.

"Women in Pathology", College of American Pathologists, Washington, DC, October 14, 2002.

"Forensic Pathology", Medical College of Georgia, Augusta, Georgia, October 25, 2002.

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"Pediatric Forensic Pathology", Armed Forces Institute of Pathology Forensic Course, Faculty, Bethesda, Maryland, November 22, 2002.

"Pediatric Forensic Issues Conference, 6th Annual", Co-director, Orlando, Florida, December 4-7, 2002.

"The Basics of Pediatric Forensic Pathology", Pediatric Forensic Issues Conference, 6th Annual, Orlando, Florida, December 4, 2002.

"Differential Diagnosis in Forensic Pathology", Short Course, United States and Canadian Academy of Pathology, Washington, DC, March 28, 2003.

"Pathologic Findings in Malignant Hyperthermia: A Case Report and Review of the Literature", National Association of Medical Examiners, San Jose, California, September 22, 2003.

"Childhood Panhypopituitarism Presenting as Child Abuse: A Case Report and Review of the Literature", National Association of Medical Examiners, San Jose, California, September 22, 2003.

"Pediatric Forensic Pathology", Armed Forces Institute of Pathology Forensic Course, Faculty, Rockville, Maryland, November 21, 2003.

"Pediatric Forensic Issues Conference, 7th Annual", Co-director, Orlando, Florida, December 3-6, 2003.

"Differential Diagnosis in Forensic Pathology", Short Course, United States and Canadian Academy of Pathology, Vancouver, BC, March 12, 2004.

"Pediatric Homicidal Burns: A Retrospective Study", American Academy of Forensic Sciences, Dallas, Texas, February 20, 2004.

"Pediatric Toxicology and Pharmacokinetics", American Academy of Forensic Sciences, Dallas, Texas, February 20, 2004.

"Unusual Cases of Ethanol Overdose: Deaths Following Treatment for Hypertrophic Cardiomyopathy", National Association of Medical Examiners, Nashville, Tennessee, September 11, 2004.

"Fentanyl Toxicity Due to Improper Placement of the Fentanyl Patch", National Association of Medical Examiners, Nashville, Tennessee, September 11, 2004.

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"New Ancillary Studies in Amniotic Fluid Embolism: A Case Report and Review of the Literature", National Association of Medical Examiners, Nashville, Tennessee, September 13, 2004.

"Pregnancy Associated Deaths: A 15-Year Retrospective Study", National Association of Medical Examiners, Nashville, Tennessee, September 13, 2004.

"The Natural Autopsy: A 15-Year Retrospective Study", National Association of Medical Examiners, Nashville, Tennessee, September 13, 2004.

"A 25-Year Retrospective Review of Deaths Due to Child Neglect", National Association of Medical Examiners, Nashville, Tennessee, September 13, 2004.

"Cardiac Injury Secondary to Motor Vehicle Collision: A 15-Year Retrospective Study at the Medical University of South Carolina", National Association of Medical Examiners, Nashville, Tennessee, September 13, 2004.

"Pediatric Forensic Pathology", Armed Forces Institute of Pathology Forensic Course, Faculty, Rockville, Maryland, November 19, 2004.

"Pediatric Forensic Pathology", Medical College of Georgia, Department of Pathology, Augusta, Georgia, October 13, 2004.

"Spokesperson Training", College of American Pathologists, Chicago, Illinois, November 20, 2004.

"Pediatric Forensic Issues Conference", Course Co-Director, Orlando, Florida, December 1-4, 2004.

"Ancillary Studies in the Pediatric Autopsy", Pediatric Forensic Issues Conference, Orlando, Florida, December 1, 2004.

"Pediatric Pharmacokinetics", Pediatric Forensic Issues Conference, Orlando, Florida, December 2, 2004.

"Courtroom Testimony", Pediatric Forensic Issues Conference, Orlando, Florida, December 3, 2004.

"Soft Tissue Trauma", Pediatric Forensic Issues Conference, Orlando, Florida, December 4, 2004.

"Cardiopulmonary Resuscitation Injuries", Pediatric Forensic Issues Conference, Orlando, Florida, December 4, 2004.

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"Challenges in Pediatric Toxicology", National Association of Medical Examiners, New Orleans, Louisiana, February 22, 2005.

"Adolescent Death: A 15-Year Retrospective Study", American Academy of Forensic Sciences, New Orleans, Louisiana, February 24, 2005.

"The Tragic Voyage of the Morning Dew", Last Word Society, American Academy of Forensic Sciences, New Orleans, Louisiana, February 24, 2005.

"The History of Warfare: An Overview", United States and Canadian Academy of Pathology, Forensic Evening Session, San Antonio, Texas, March 1, 2005.

"Forensic Evening Session", Moderator, United States and Canadian Academy of Pathology, Forensic Evening Session, San Antonio, Texas, March 1, 2005.

"Differential Diagnosis in Forensic Medicine", United States and Canadian Academy of Pathology, Short Course, San Antonio, Texas, March 3, 2005.

"Basic Forensic Pathology", Charleston School of Law, Charleston, South Carolina, April 2005.

"Fatal Birth Trauma due to Undiagnosed Abdominal Teratoma: Case Report and Review of the Literature" National Association of Medical Examiners, Los Angeles, California, October 15, 2005.

"An Unusual Gross Presentation of Inflicted Head Trauma", National Association of Medical Examiners, Los Angeles, California, October 17, 2005.

"Adolescent Death", Pediatric Forensic Issues Conference, Anaheim, California, December 1, 2005.

"Birth Trauma", Pediatric Forensic Issues Conference, Anaheim, California, December 2, 2005.

Co-Director, Pediatric Forensic Issues Conference, Anaheim, California, November 30-December 3, 2005.

"Forensic Identification" and Forensic Evening Session Moderator, United States and Canadian Academy of Pathology, Atlanta, Georgia, February 15, 2006.

"Taser Death", American Academy of Forensic Sciences, Seattle, Washington, February 23, 2006.

"Basic Forensic Pathology", Medical College of Georgia, Augusta, Georgia, February 23, 2006.

"Elder Abuse", Medical College of Georgia, Augusta, Georgia, February 23, 2006.

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"Adolescent Death", South Carolina Society of Radiologic Technologists, Charleston, South Carolina, March 9, 2006.

"Elder Maltreatment", South Carolina Society of Radiologic Technologists, Charleston, South Carolina, March 9, 2006.

"Pediatric Autopsy for the Practicing Pathologist", College of American Pathologists, CAP'06 annual meeting, San Diego, California, September 10, 2006.

"Atraumatic Cardiac Deaths in the Pediatric Population: A 15-Year Review", National Association of Medical Examiners, San Antonio, Texas, October 15, 2006.

"Left Atrial Myocardial Infarction and Sudden Death: Review of the Literature and Approach to the Autopsy", National Association of Medical Examiners, San Antonio, Texas, October 15, 2006.

"Intentionally Induced Premature Labor Using Black-Market Misoprostol: A Case Report and Review of the Literature", National Association of Medical Examiners, San Antonio, Texas, October 16, 2006.

"Death by Wax Bullet", National Association of Medical Examiners, San Antonio, Texas, October 16, 2006.

"Pediatric Forensic Pathology", Armed Forces Institute of Pathology Basic Forensic Pathology Course, Faculty, Rockville, Maryland, November 3, 2006.

Co-Director, Pediatric Forensic Issues Conference, Orlando, Florida, December 6-9, 2006.

"Adolescent Death, the Choking Game, and Russian Roulette", Pediatric Forensic Issues Conference, Orlando, Florida, December 6, 2006.

"Birth Injuries and Trauma", Pediatric Forensic Issues Conference, Orlando, Florida, December 7, 2006.

"Basic Forensic Pathology, Pediatric Forensic Pathology, and Elder Maltreatment", Medical College of Georgia, Augusta, Georgia, February 12, 2007.

"The Role of Postmortem Cardiac Enzymes in the Diagnosis of Acute Cardiac Deaths", American Academy of Forensic Sciences, San Antonio, Texas, February 21, 2007.

"Child Maltreatment", South Carolina Professional Society on the Abuse of Children, Greenville, South Carolina, April 12, 2007.

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

“Career Planning as a Required Medical School Course: The MUSC Experience”, Careers in Medicine Professional Development Conference: Peaks of Excellence, Association of American Medical Colleges, Salt Lake City, Utah, June 11, 2007.

“Organ and Tissue Donation in Forensic Cases”, South Carolina Coroner’s Association 2007 Training Conference, Pawley’s Island, South Carolina, June 14, 2007.

“Adolescent Deaths and the Roulettes”, Masters Conference for Advanced Death Investigation, St. Louis, Missouri, July 24, 2007.

“Pediatric Autopsy for the Practicing Pathologist”, College of American Pathologist’ Annual Meeting, Chicago, Illinois, October 1, 2007.

“Elder Abuse Pilot Training”, National College of District Attorneys, Orlando, Florida, October 28, 2007.

“Pediatric Forensic Pathology”, 2008 Pediatric Intersession, Medical College of Georgia, Augusta, Georgia, January 7, 2008.

“Current Topics in Pediatric Forensic Medicine: Beyond Abusive Head Trauma”, American Academy of Forensic Sciences, Washington, DC, February 18, 2008.

“Cardiovascular Trauma in Motor Vehicle Collisions: A 20-Year Retrospective Study and Review of the Literature”, American Academy of Forensic Sciences, Washington, DC, February 21, 2008.

Multidisciplinary Session “Medical Devices and Their Impact on Death Investigations”, Moderator, American Academy of Forensic Sciences, Washington, DC, February 21, 2008.

“Cytomegalovirus Enteritis with Profuse Gastrointestinal Bleeding diagnosed at Autopsy: A Case Report and Review of the Literature”, American Academy of Forensic Sciences, Washington, DC, February 21, 2008.

“Primitive Neuroectodermal Tumor (PNET) Masquerading as Non-Accidental Head Trauma in and Infant: Lessons for Multiple Disciplines”, American Academy of Forensic Sciences, Washington, DC, February 22, 2008.

“Medical Aspects of Fatal Child Maltreatment”, Fatal Child Maltreatment Investigation Course, South Carolina Law Enforcement Division and the University of South Carolina Children’s Law Center, Columbia, South Carolina, March 12, 2008.

“Organ and Tissue Donation in Forensic Cases”, South Carolina Coroner’s Association 2008 Training Conference, Pawley’s Island, South Carolina, June 18, 2008.

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"Elder Abuse Pilot Training", National College of District Attorneys, Columbia, South Carolina, September 23, 2008.

"Pediatric Forensic Medicine" Workshop, American Academy of Forensic Sciences, Denver, Colorado, February 16, 2009.

"Prosecuting Elder Abuse Cases", National District Attorneys Association, Columbia, South Carolina, June 9-11, 2009.

"High Impact Communications", College of American Pathologists CAP'09 Annual Meeting, Chicago, Illinois, September 2009.

"Elder Abuse", National College of District Attorneys, Columbia, South Carolina, September 2009.

"Spokesperson Training", Faculty, College of American Pathologists, Chicago, Illinois, December 2009.

"Love and a Bullet", American Academy of Forensic Sciences, Seattle, Washington, February 26, 2010.

"Forensic Pathology in cases of Alleged Sexual Molestation", The Defense of Child Molestation Cases in Georgia, Georgia Association of Criminal Defense Lawyers, Atlanta, Georgia, March 5, 2010.

"An Overview of Forensic Pathology", Medical College of Georgia, Augusta, Georgia, March 12, 2010.

"Pediatric Homicide", New York State Association of Coroners and Medical Examiners, Binghamton, New York, March 20, 2010.

"Issues in Pediatric Forensic Pathology", Toronto, Canada, March 27, 2010.

"Pediatric Forensic Pathology: Basic Knowledge and New Information", 2010 Sara Schuh Child Abuse Conference, Charleston, South Carolina, April 30, 2010.

"Pediatric Forensic Pathology and Sexual Abuse", 2010 SELETS Conference (Southeastern Law Enforcement Training Seminars), Lawrenceburg, Tennessee, June 1, 2010.

"Pediatric Forensic Pathology", South Carolina Coroner's Association, Litchfield Beach, South Carolina, June 25, 2010.

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"High Impact Communication Made Easy", College of American Pathologists CAP'10, Chicago, Illinois, September 27, 2010.

"Tissue Procurement in Forensic Cases and the Medical Examiner Release of Tissues for Transplantation: The United States View", 19th Annual Congress of the European Association of Tissue Banks, Berlin, Germany, November 3, 2010.

"College of American Pathologists Spokesperson Training", Faculty, Chicago, Illinois, December 4, 2010.

"Elder Maltreatment in Institutions", Elder Justice Seminar, National Advocacy Center, Columbia, South Carolina, January 5, 2011.

"Organ and Tissue Procurement in Forensic Cases", SC Coroner Training, Criminal Justice Academy, Columbia, South Carolina, January 7, 2011.

"Overview of Forensic Pathology", Medical College of Georgia, Augusta, Georgia, March 11, 2011.

"Medical Examiners, Transplant Professionals, and Supportive Public Policy: A Partnership for Life", American Association of Tissue Banks, Austin, Texas, March 28, 2011.

"Prosecution of Elder Abuse Cases", National District Attorneys Association, Columbia, South Carolina, May 3, 2011.

"Forensic Evidence and Donation for Transplantation: Mutually Exclusive", Medicolegal Seminar 2011, University of North Carolina and The Office of the Chief Medical Examiner, Chapel Hill, North Carolina, June 11, 2011.

"Pediatric Forensic Pathology", Principles of Forensic Pathology Conference, Baltimore, Maryland, August 23, 2011.

"High Impact Communications Boot Camp", College of American Pathologists Annual Meeting CAP'11, Dallas, Texas, September 12, 2011.

College of American Pathologists Breast Predictive Factors Testing, Advanced Pathology Program, Faculty, Northbrook, Illinois, October 30, 2011.

"Spokesperson Training", Faculty, College of American Pathologists, Chicago, Illinois, December 3-5, 2011.

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"Death Investigation and Organ Recovery, Mutually Exclusive?", Fitting the Pieces of the Puzzle Death Investigation Seminar, East Carolina University, Greenville, South Carolina, December 14, 2011.

"Pediatric Forensic Pathology", Newberry Pathology Associates Forensic Seminar, Columbia, South Carolina, January 21, 2012.

"The Engaged Pathologist", Faculty, College of American Pathologists, Chicago, Illinois, December 1-3, 2012

"Multidisciplinary Approaches to Effective Communication and Report Writing", American Academy of Forensic Sciences Workshop, Washington, DC, February 18, 2013.

"Pediatric Pathology for the Forensic Pathologists: What They Can Do for Us", Workshop Co-Chair and Speaker, American Academy of Forensic Sciences, Washington, DC, February 19, 2013.

"Engaged Leader Academy", Faculty, College of American Pathologists, Chicago, Illinois, December 6-8. 2013.

"Good Witness, Bad Witness, and Courtroom Testimony", College of American Pathologists Residents Forum educational program, Chicago, Illinois, September 6, 2014.

"Communicate and Demonstrate Your Value" workshop at the College of American Pathologists, Chicago, Illinois, September 8. 2014.

"Good Witness, Bad Witness", College of American Pathologists, Chicago, Illinois, September 8. 2014.

"Sustaining Life and Saving Life – Understanding Organ and Tissue Recovery" workshop at the National Association of Medical Examiners, Portland, Oregon, September 21, 2014.

"College of American Pathologists Breast Predictive Factors Testing, Advanced Pathology Program," Faculty, Chicago, Illinois, October 26, 2014.

"Anatomy of an Autopsy", MTF Medical Examiner/Coroner Liaison Workshop, Edison, New Jersey, November 5, 2014.

"Forensic Photography", MTF Medical Examiner/Coroner Liaison Workshop, Edison, New Jersey, November 5, 2014.

"Engaged Leader Academy", Faculty, College of American Pathologists, Chicago, Illinois, December 6-8. 2014.

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"Investigating Elder Deaths" American Academy of Forensic Sciences, Orlando, Florida, February 19, 2015

"Medical Evidence in Child Sexual Abuse Cases: A Picture of Innocence?", The Georgia Association of Criminal Defense Lawyers, *The Defense of the Child Molestation Cases in Georgia*, Atlanta, Georgia, March 6, 2015.

"Multidisciplinary Breast Pathology (MBP) Advanced Practical Pathology Program", College of American Pathologists $AP^3$, Chicago, Illinois, April 18-19, 2015.

"Legal and Practical Tips for Working with Your Medical Examiner", National District Attorneys Association, Career Prosecutor Course, Charleston, South Carolina, June 15, 2016.

"Don't Forgets and Helpful Hints", Newberry Pathology Associated 9th Annual Meeting, Columbia, South Carolina, March 11, 2017.

"College of American Pathologists' Multidisciplinary Breast Pathology Advanced Practical Pathology Program (MBP $AP^{3)}$ Workshop", Chicago, Illinois, April 30, 2017.

"Organ/Tissue Procurement Organization Costs Associated with Tissue Recovery From ME/C Cases", National Association of Medical Examiners, Scottsdale, Arizona, October 16, 2017.

"Beyond Bone Chips and Corneas", National Association of Medical Examiners, Scottsdale, Arizona, October 16, 2017.

"Autopsy 101: At the Table", American Association of Tissue Banks, webinar series, January 16, 2018.

"Medical Findings in Victims of Child Sexual Assaults, *The Defense of the Child Molestations Case in Georgia, Seminar 2018: The Jury Trial of State v. Avis Stone*." Georgia State University College of Law, Atlanta, Georgia. March 3, 2018.

"Potpourri of Forensic Cases and Forensic Science." Newberry Pathology and Associates' 10th Annual Seminar. Columbia, South Carolina. March 10, 2018.

"Hosting International Forensic Pathology Scholars", National Association of Medical Examiners, West Palm Beach, Florida, October 14, 2018.

"Ehlers-Danlos Syndrome IV: A Confusing Presentation and Question of Manner of Death", National Association of Medical Examiners, West Palm Beach, Florida, October 18, 2018.

"The Tissue Recovery Personal Guide to Medical Examiner and Coroner Cases", National Association of Medical Examiners, West Palm Beach, Florida, October 18, 2018.

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"The Role of the Forensic Pathologist in Medical Malpractice Wrongful Death Cases", Charleston School of Law 2nd Annual Continuing Education Seminar "Tips from the bench, Tips from the masters, Decision, decisions, decisions" Charleston, South Carolina, December 1, 2018.

"Understanding the Autopsy", Coroner's Academy, February 5, 2019, Columbia, South Carolina.

"Medical Findings in the Victims of Sexual Assault", NACDL's 10th Annual Defending Sex Crimes Seminar, 2019 Defending Sex Assault Cases Seminar, Las Vegas, Nevada, October 15, 2019.

"Bacteremia and Sepsis", Sepsis Module, American Association of Tissue Banks, 2020.

"Bench and Anatomic Pathology", American Association of Tissue Banks, webinar series, 2020.

"Expert Medical Analysis: Second Opinions and Searching for the Truth", Georgia Association of Criminal Defense Lawyers seminar Defense of the Child Molestation Case in Georgia with or Without Expert Witnesses. Atlanta, Georgia, March 12, 2022.

"Forensic Pathology & Pregnancy Loss Investigations", Lit Mondays with If, When, How. Lawyering For Reproductive Justice. November 21, 2022.

"Physical Assessment Findings, STD/STIs, and Skin Abnormalities", American Association of Tissue Banks, webinar series. May 12, 2023.

"Birth Injury: Asphyxia and Trauma", The Royal College of Pathologists of Australia. Pathology Update 2025 Excellence in Diagnosis. Melbourne, Australia. February 21, 2025.

"Elder Maltreatment: Physical Abuse", The Royal College of Pathologists of Australia. Pathology Update 2025 Excellence in Diagnosis. Melbourne, Australia. February 22, 2025.

"Elder Maltreatment: Neglect", The Royal College of Pathologists of Australia. Pathology Update 2025 Excellence in Diagnosis. Melbourne, Australia. February 22, 2025.

"Pediatric Neglect", The Royal College of Pathologists of Australia. Pathology Update 2025 Excellence in Diagnosis. Melbourne, Australia. February 22, 2025.

"Birth Asphyxia and Trauma", The Australia and New Zealand Paediatric Pathology Group (ANZPPG). Educational Session. April 1, 2025.

"Challenges in Cases of Sexual Assault", Important Lessons From The NAME Past Presidents, Virtual webinar, May 28, 2025.

**PUBLICATIONS:**

Collins KA. Sick Building Syndrome - A Worsening Problem. CAP Today 1992;6(3):28.

Collins KA, Lantz PE. Interpretation of Fatal Multiple and Exiting Gunshot Wounds by Trauma Specialists. J Forensic Sci 1994;39(1):94-99.

Collins KA. College of American Pathologists Residents Forum Report Lead Articles, 1993-1994.

Collins KA. Stabbing. College of American Pathologists Forensic Pathology APEX 1993.

Collins KA. Anthropological Case of Stabbing. College of American Pathologists Forensic Pathology APEX 1995.

Collins KA, Davis GJ. A Retrospective and Prospective Study of Cerebral Tissue Pulmonary Embolization in Severe Head Trauma. J Forensic Sci 1994;39(3):624-628.

Collins KA, Davis GJ, Lantz PE. An Unusual Case of Maternal-Fetal Death due to Vaginal Insufflation of Cocaine. Am J Forensic Med Pathol 1994;15(4):335-339.

Collins KA, Rao PN, Hayworth R, Schnell S, Tap MP, Lantz PE, Geisinger KR, Pettenati MJ. Identification of Sperm and Non-sperm Male Cells in Cervicovaginal Smears Using Fluorescence in Situ Hybridization. Applications in Alleged Sexual Assault Cases. J Forensic Sci 1994;39(6):1347-1355.

Collins KA, Geisinger KR, Rao PN, Lantz PE, Pettenati MJ, Parsons L, Tap MP, Schnell S, Hayworth-Hodge R. Application of Molecular Cytogenetics to Cervicovaginal Smears in Alleged Sexual Assault Cases. Acta Cytologica1994; 38:795-796.

Collins, KA, Davis GJ. Angiotrophic Large Cell Lymphoma. Southern Medical Journal 1995; 88(2):235-238.

Collins KA, Geisinger KR, Block SW, Wagner PH. The Cytologic Evaluation of Lipid-Laden Alveolar Macrophages as an Indicator of Aspiration Pneumonia. Arch Pathol Lab Med 1995;119(3):229-231.

Davis GJ, Collins KA. Death by Bull-Edger: An Unusual Homicide Utilizing a Woodworking Implement. Am J Forensic Med Pathol 1995;16(1):69-73.

Collins KA, Geisinger KR, Wakely P Jr., Olympio GA, Silverman JF. Extragonadal Germ Cell Tumors: A Fine Needle Aspiration Biopsy Study. Diagnostic Cytopathology 1995;12(3):223-233.

**PUBLICATIONS (CONTINUED):**

Rao PN, Collins KA, Geisinger KR, Parson LH, Schnell S, Hayworth-Hodge R, Tap MP, Lantz PE, Pettenati MJ. Identification of Male Epithelial Cells in Routine Postcoital Cervicovaginal Smears Using Fluorescence In Situ Hybridization. Am J Clin Pathol 1995;104(1):32-35.

Collins KA, Geisinger KR, Raab S, Silverman JF. Fine Needle Aspiration Biopsy of Hepatic Lymphomas: Cytomorphology and Ancillary Studies. Acta Cytologica 1995;40(2):257-262.

Collins KA, White WL. Intercellular Adhesion Molecule-1 (ICAM-1) and Bcl-2 Are Differentially Expressed in Early Evolving Malignant Melanoma. Am J Dermatopathol 1995; 17(5):429-438.

Cina SJ, Collins KA, Smith T, Conradi SE. Dyadic Deaths Involving Huntington's Disease. Am J Forensic Med Pathol 1996;17(1):49-52.

Collins KA. Cytokeratin Positivity in Seminoma. Letter to the Editor, Diagnostic Cytopathology, 1996;15(2):182-183.

Collins KA, Geisinger KR. The Role of the Cytology Laboratory in Sexual Assault. ASCP Reviews in Pathology, Cytopathology. 1997. Chicago. American Society of Clinical Pathologists Press. Volume 2, Chapter 8; pp.103-114.

McConnell SE, Collins KA. Sudden Unexpected Death Resulting from an Anomalous Hypoplastic Left Coronary Artery. J Forensic Sci 1998;43(3):708-711.

Collins KA. The Laboratory's Role in Detecting Sexual Assault. Lab Med 1998;29(6):361-365.

Thorne L, Collins KA. Speedballing With Needle Embolization: Case Study and Review of the Literature. J Forensic Sci, 1998;43(5):1074-1076.

Collins KA, Lee CJ, Hanzlick R. Death and Distraction. Arch Intern Med 1998;158: 2183-2184.

Collins KA, Nichols CA, Hanzlick R. Not-So-Obvious Uses of the Autopsy. Arch Intern Med 1998;158: 2429-2430.

Collins KA, Nichols CA. A Decade of Pediatric Homicide: A Ten-Year Retrospective Study at the Medical University of South Carolina". Am J Forensic Med Pathol 1999;20(2):1-4.

Lee CJ, Collins KA, Burgess SA. Suicide Under the Age of Eighteen: A Ten-Year Retrospective Study. Am J For Med Pathol 1999;20(1):27-30.

Collins KA. Asthma. College of American Pathologists Autopsy APEX 1999;AU-A4:11-13.

**PUBLICATIONS (CONTINUED):**

Collins KA. The Laboratory's Role in Detecting Sexual Assault. California J Law, 1999; October: 1-11.

Bennett AT, Collins KA, Hanzlick R. Outcome Analysis and Quality Assessment. Arch Intern Med 1999;159:1399-1400.

Collins KA. The Laboratory's Role in Detecting Sexual Assault. San Diego J Law, 1999; October:1-11.

Collins KA. Cystic Fibrosis. College of American Pathologists Autopsy APEX, 1999;AU-A5: 13-15.

Cina S, Ward M, Hopkins M, Collins KA, Nichols CA. Multifactorial Analysis of Firearm Wounds to the Head with Attention to Anatomic Location. Am J Forensic Med Pathol 1999;20(2):109-115.

Collins KA, Bennett AT, Hanzlick R. The Autopsy and the Living. Arch Intern Med 1999;159:2391-2392.

Bennett AT, Collins KA. Low Voltage Electrocution. ASCP Check Sample, 1999; FP99-10.

Collins KA. Osteopetrosis, College of American Pathologists Autopsy APEX 1999; AU-B11.

Collins KA, Cina SJ, Fisher SI. Antiphospholipid Antibody. College of American Pathologists Autopsy APEX 2000; AU-B12.

Bennett AT, Collins KA. Abdominal Pain. Arch Pathol Lab Med 2000;124:1089-1090.

Collins KA. Osteoclastic Giant Cell Tumor of the Pancreas. College of American Pathologists Autopsy APEX 2000; AU-B7.

Collins KA, Bennett AT, Hanzlick R. Elder Abuse and Neglect. Arch Intern Med 2000;160:1567-1568.

Cina S, Collins KA, Fitts M, Pettenati MJ. Isolation and Identification of Female DNA on Post-Coital Penile Swabs. Am J Forensic Med Pathol 2000;21(2):97-100.

Collins KA, Cina SJ, Pettenati MJ, Fitts M. Identification of Female Cells in Post-Coital Penile Swabs Using Fluorescence in Situ Hybridization: Application in Sexual Assault. Arch Pathol Lab Med 2000;124:1080-1082.

Collins KA, Cina SJ, Oliveve J. Pulmonary Fat Embolization. College of American Pathologists Autopsy APEX 2000;AU-A4:19-21.

**PUBLICATIONS (CONTINUED):**

Cina SJ, Collins KA, Pettenati MJ, Fitts M. Identification of Male and Female Cells on a Postcoital Condom. Arch Pathol Lab Med 2000;124:1083-1086.

Bennett AT, Collins KA. Suicide: A Ten-Year Retrospective Study. J Forensic Sci 2000;45(6):1256-1258.

Collins KA. Sexual Assault. American Society of Clinical Pathologists, Check Sample 2001.

Collins KA. Death by Overlaying and Wedging: A 15-year Retrospective Study. Am J Forensic Med Pathol 2001;22(2):155-159.

Bennett AT, Collins KA. Elderly Suicide: A 10-year Retrospective Study. Am J Forensic Med Pathol 2001;22(2):169-172.

Cina SJ, Brown DK, Smialek JE, Collins KA. A Rapid Postmortem Cardiac Troponin T Assay. Am J Forensic Med Pathol 2001;22(2):173-176.

Campbell TA, Collins KA. Pediatric Toxicologic Deaths: A Ten-Year Retrospective Study. Am J Forensic Med Pathol 2001;22(2):184-187.

Collins KA. Ancillary Studies in Pediatric Forensic Pathology. Advance (August) 2001:14.

Bennett AT, Collins KA. An Unusual Case of Anaphylaxis: Mold in Pancake Mix. Am J Forensic Med Pathol 2001;22(3):292-295.

Collins KA, Bennett AT. Persistence of Spermatozoa and Prostatic Acid Phosphatase in Specimens from Deceased Individuals During Varied Postmortem Intervals. Am J Forensic Med Pathol 2001;22(3):228-232.

Corey TS, Collins KA. Pediatric Forensic Pathology. In Stocker JT and Dehner LP. Pediatric Pathology, 2nd ed. Philadelphia: Lippincott, 2001; pp. 247-285.

Sims MA, Collins KA. Fetal Death: A 10 Year Retrospective Study. Am J Forensic Med Pathol 2001;22(3):261-265.

Collins KA, McConnell SE, Hanzlick R. Salary and Benefit Survey Results for Salaried County Medical Examiners. National Association of Medical Examiners, August 2001.

Collins KA, Presnell SE, Hanzlick R. Salary and Benefit Survey Results for Salaried State Medical Examiners. National Association of Medical Examiners, October 2001.

**PUBLICATIONS (CONTINUED):**

Collins KA, Bennett AT. Bilateral Deep Venous Thrombosis. College of American Pathologists Autopsy APEX 2001;AU-A3.

McConnell SE, Collins KA. Hepatic Leiomyoma. College of American Pathologists Autopsy APEX 2001;AU-B10:14-17.

Collins KA and Hutchins GM, editors "Autopsy Performance and Reporting", 2nd Edition. College of American Pathologists, Northfield, Illinois, 2003.

Bennett AT, Collins KA. "Autopsy of Embalmed or Exhumed Remains". Chapter 27 in Autopsy Performance and Reporting, 2nd edition, College of American Pathologists, Northfield, Illinois, 2003; 257-264.

Collins KA, Cina SJ. "Ancillary Studies for the Autopsy". Chapter 24 in Autopsy Performance and Reporting, 2nd edition, College of American Pathologists, Northfield, Illinois, 2003; 229-238.

Collins KA, Bennett AT. "Metaplastic Bone Formation in the Lung". College of American Pathologists Autopsy APEX 2001;AU-A3:13-15.

Davis GJ, Collins KA. "The Autopsy in Medical Education". Chapter 34 in Autopsy Performance and Reporting, 2nd edition, College of American Pathologists, Northfield, Illinois, 2003; 329-334.

Collins KA, Grear S. "Public Education to Revitalize the Autopsy". Chapter 6 in Autopsy Performance and Reporting, 2nd edition, College of American Pathologists, Northfield, Illinois, 2003; 47-54.

Lantz PE, Collins KA. "Photography in Autopsy Pathology". Chapter 26 in Autopsy Performance and Reporting, 2nd edition, College of American Pathologists, Northfield, Illinois, 2003; 245-256.

Collins KA. "The CAP Laboratory Accreditation Program". Chapter 39 in Autopsy Performance and Reporting, 2nd edition, College of American Pathologists, Northfield, Illinois, 2003; 371-372.

Collins KA. "Sex-Related Deaths". Chapter 27 in Handbook of Forensic Pathology, 2nd edition, College of American Pathologists, Northfield, Illinois, 2003; 243-256.

Collins KA, Bennett AT. "Elder Abuse". Chapter 28 in Handbook of Forensic Pathology, 2nd edition, College of American Pathologists, Northfield, Illinois, 2003; 257-264.

Collins KA. "Sudden Infant Death Syndrome". Chapter 11 in Handbook of Forensic Pathology, 2nd edition, College of American Pathologists, Northfield, Illinois, 2003; 105-110.

**PUBLICATIONS (CONTINUED):**

Schandl CA, Collins KA. "The Maternal Autopsy". Chapter 17 in Autopsy Performance and Reporting, 2nd edition, College of American Pathologists, Northfield, Illinois, 2003;135-149.

Collins KA. "Examination of the Placenta". Chapter 19 in Autopsy Performance and Reporting, 2nd edition, College of American Pathologists, Northfield, Illinois, 2003;167-188.

Hutchins GM, Berman JJ, Moore GW, Hanzlick RL, Collins KA. "Autopsy Reporting". Chapter 28 in Autopsy Performance and Reporting, 2nd edition, College of American Pathologists, Northfield, Illinois, 2003; 265-274.

Collins KA, Powers JM. "Autopsy Procedures for the Brain, Spinal Cord, and Neuromuscular System" Chapter 20 in Autopsy Performance and Reporting, 2nd edition, College of American Pathologists, Northfield, Illinois, 2003;189-198.

Collins KA, Presnell SE. The Pediatric Burn Victim. ASCP Check Sample, 2003;44(7): 51-61.

Collins KA. Death by Esophageal Obstruction. ASCP Check Sample, 2003, FP 03-7; 93-101.

Christiansen LR, Collins KA. Pathologic Findings in Malignant Hyperthermia: A Case Report and Review of the Literature. Am J Forensic Med Pathol 2004;25(4):327-333.

Marcus B, Collins KA. Childhood Panhypopituitarism Presenting as Child Abuse: A Case Report and Review of the Literature. Am J Forensic Med Pathol 2004;25(3):265-269.

Collins KA, Hutchins GM, editors. "Introduction to Autopsy Technique, 2nd edition", College of American Pathologists, Northfield, Illinois, 2005.

Marcus BJ, Collins KA, Harley RA. Ancillary Studies in Amniotic Fluid Embolism: A Case Report and Review of the Literature. Am J Forensic Med Pathol 2005;26(1):92-95.

Presnell SE, Collins, KA. Fatal Pediatric Ingestion. ASCP Check Sample 2005;47(8):93-105.

Collins KA, Sellars K. Vertebral Artery Laceration Mimicking Elder Abuse. Am J Forensic Med Pathol 2005;26(2):150-154.

Collins KA. The History of Warfare: An Overview. USCAP website, 2005 Educational Materials, Forensic Evening Seminar.

Collins KA, Presnell SE. Differential Diagnoses in Forensic Medicine. USCAP website, 2005 Educational Materials, Short Course.

**PUBLICATIONS (CONTINUED):**

Knight LD, Collins, KA. A 25 Year Retrospective Review of Deaths Due to Child Neglect. Am J Forensic Med Pathol 2005;26(3):221-228.

Carrick CR, Collins, KA, Lee CJ, Prahlow JA, Barnard JJ. Sudden Death due to Asphyxia by Esophageal Polyp: Two Case Reports and Review of Asphyxial Deaths. Am J Forensic Med Pathol 2005;26(3):275-281.

Collins KA, Presnell SE. Asphyxia by Tracheobronchial Thrombus. Am J Forensic Med Pathol 2005;26(4):327-329.

Batalis NI, Harley RA, Collins KA. Iatrogenic Deaths Following Treatment for Hypertrophic Obstructive Cardiomyopathy: Case Reports and an Approach to the Autopsy and Death Certification. Am J Forensic Med Pathol 2005;26(4):343-348.

Batalis NI, Collins KA. Adolescent Death: A 15-year Retrospective Study. J Forensic Sci 2005;50(6):1444-1449.

Zaloga W, Collins KA. Pediatric Homicides Related to Burn Injury. J Forensic Sci 2006;51(2):396-399.

Marcus BJ, Collins KA. Amniotic Fluid Embolism. American Society of Clinical Pathology Check Sample 2006.

Christiansen LR, Collins KA. Pregnancy Associated Deaths: A 15-Year Retrospective Study and Overall Review of Maternal Pathophysiology. Am J Forensic Med Pathol 2006;27:11-19.

Collins KA, Knight LD. "Pediatric Forensic Pathology". Chapter 17 in Basic Competencies in Forensic Pathology. Northfield: College of American Pathologists Press, 2006;135-156.

Collins KA, Dolinak D. Epidural Hemorrhage. College of American Pathologists, APEP 2006; AU-B10.

Collins KA, Presnell SE. Elder Homicide: A 20-year study. Am J Forensic Med Pathol 2006;27(2):183-187.

Collins KA. Elder Maltreatment: A Review. Arch Pathol Lab Med 2006;130(9):1290-1296.

Christiansen LR, Collins KA. Natural Death in the Forensic Setting: A Study and Approach to the Autopsy. Am J Forensic Med Pathol 2007;28(1):20-23.

**PUBLICATIONS (CONTINUED):**

Marcus BJ, Presnell SE, Collins KA. Adenocarcinoma Metastatic to the Heart. College of American Pathologists, APEP 2007; AU-A4.

Presnell SE, Collins KA. Hirschsprung Disease. College of American Pathologists, APEP 2007; AU-A5.

Collins KA, Presnell SE. Elder Neglect and the Pathophysiology of Aging. Am J Forensic Med Pathol 2007;28(2):157-162.

Sheil AT, Collins KA. Fatal Birth Trauma due to an Undiagnosed Abdominal Teratoma: Case Report and Review of the Literature. Am J Forensic Med Pathol 2007;28(2):121-127.

Sheil AT, Collins KA, Schandl CA, Harley RA. Fatal Neurotoxic Response to Neuroleptic Medications: Case Report and Review of the Literature. Am J Forensic Med Pathol 2007;28(2):116-120.

Adeagbo BA, Clark C, Collins KA. Homicide by Youth Assailants. Am J Forensic Med Pathol 2008;29(3):219-223.

Marcus BJ, Kaplan J, Collins KA. A Case of Ludwig Angina: A Case Report and Review of the Literature. Am J Forensic Med Pathol 2008;29(3):255-259.

Collins KA, Spencer D. Pancreatic Diabetes. College of American Pathologists, APEP 2008.

Rose KL, Collins KA. Ecchordosis. College of American Pathologists, APEP 2010.

Collins KA. “Neonaticide”. Chapter 2 in Pediatric Homicide, Karen Griest ed. New York: CRC Press, 2010.

Collins KA. “Intentional Starvation/Malnutrition and Dehydration in Children”. Chapter 7 in Pediatric Homicide, Karen Griest ed. New York: CRC Press, 2010.

Rose KL, Collins KA. Vitreous Postmortem Chemical Analysis. NewsPath 2008;Dec: 1-3.

Collins, KA, editor. “Special Autopsy Dissections”, Northfield: College of American Pathologists Press, 2010.

Collins KA, Lantz PE. “Pediatric Ribs and Long Bones”. Chapter 6 in Special Autopsy Dissections, Collins, KA ed. Northfield: College of American Pathologists Press, 2010.

Collins KA. Adolescent Russian Roulette Deaths. Am J Forensic Med Pathol 2010;31:4-6.

**PUBLICATIONS (CONTINUED):**

Rose KL, Collins KA. Left Atrial Infarction: A Case Report and Review of the Literature. Am J Forensic Med Pathol 2010;31:1-3.

Batalis NI, Marcus BJ, Papadea CN, Collins KA. The Role of Postmortem Cardiac Markers in the Diagnosis of Acute Myocardial Infarction. J Forensic Sci 2010;55(4):1088-1091.

Collins KA. In Memoriam: Grover M. Hutchins, MD: 1932-2010. Arch Pathol Lab Med 2010;134: 1581-2.

Corey TS, Collins KA. Pediatric Forensic Pathology. In Stocker JT and Dehner LP, Pediatric Pathology, 3rd ed. Chapter 7. Philadelphia: Lippincott, Williams, and Wilkins/Wolters Kluwer Health, 2010: pages 252-290.

Collins KA. Postmortem Vitreous Analysis. eMedicine Autopsy Textbook, 2011. Updated 2016. http://emedicine.medscape.com/article/1966150-overview.

Cina SJ, Collins KA, Goldberger BA. Toxicology: What is Routine for Medicolegal Death Investigation Purposes? Acad For Path 2011;1:28-31.

Collins KA. Review of: Healthcare Crime: Investigating Abuse, Fraud, and Homicide by Caregivers. J Forensic Sci 2012;57(4):1146-1147.

Collins, KA. "Elder Abuse", Chapter 171 in Encyclopedia of Forensic Sciences, 2nd edition. Seigel JA and Saukko PJ, eds. Waltham: Elsevier Publishing, 2013.

Hughes RL, Collins KA, Sullivan KE. A Case of Fatal Iliac Vein Rupture Associated with May-Thurner Syndrome. Am J Forensic Med Pathol 2013;34(3)222-224.

Heninger M, Collins KA. Acute Bacterial Meningitis with Coincident Methamphetamine Use: A Case Report and Review of the Literature. J Forensic Sci 2013;58(4):1088-1091.

Collins KA. The Underweight Elder: Maltreatment, Self-Neglect, or Normal Aging? Acad Forensic Pathol 2013;3(1):40-45.

Collins KA. Charleston SC: Reversion from a Medical Examiner/Coroner Dual System to a Coroners System. Acad Forensic Pathol 2014;4(1):60-64.

Collins KA, Byard RW. Forensic Pathology of Infancy and Childhood. Collins KA and Byard RW, eds. New York: Springer Publishing, 2014

Collins KA. Fetal, Intrapartum, and Neonatal death. Chapter 4 in Forensic Pathology of Infancy and Childhood. Collins KA and Byard RW, eds. New York: Springer Publishing, 2014.

**PUBLICATIONS (CONTINUED):**

Byard RW, Collins KA. The Disabled Child. Chapter 35 in Forensic Pathology of Infancy and Childhood. Collins KA and Byard RW, eds. New York: Springer Publishing, 2014.

Collins KA, Reed RC. Birth Trauma. Chapter 6 in Forensic Pathology of Infancy and Childhood. Collins KA and Byard RW, eds. New York: Springer Publishing, 2014.

Collins KA, Tatum CJ, Lantz PE. Cardiopulmonary Resuscitation Injuries in Children. Chapter 14 in Forensic Pathology of Infancy and Childhood. Collins KA and Byard RW, eds. New York: Springer Publishing, 2014.

Collins KA. Pediatric Suicide. Chapter 25 in Forensic Pathology of Infancy and Childhood. Collins KA and Byard RW, eds. New York: Springer Publishing, 2014.

Special Guest Editor for Academic Forensic Pathology, September issue: Vulnerable Populations. 2014;4(3).

Howe JA, Collins KA, King PS, Yeoman C. Investigation of Elder Deaths. Acad Forensic Pathol 2014;4(3):290-304.

Collins KA. The Negative Older Adult Autopsy: Why Do They Die? Acad Forensic Pathol 2015;5(1):83-90.

Collins KA. Beyond the Autopsy: Special Procedures Performed Postmortem. Acad Forensic Pathol 2015; 5(2): 280-290.

Collins KA. The Future of the Forensic Pathology Workforce. Acad Forensic Pathol 2015;5(4):526-533.

Collins KA. The Pediatric Autopsy. Encyclopedia of Forensic and Legal Medicine, 2nd ed. Payne-James J and Byard RW, eds. Vol 1, pp. 297-303. Elsevier.

Collins KA. Resuscitation Related Injuries. Encyclopedia of Forensic and Legal Medicine, 2nd ed. Payne-James J and Byard RW, eds. pp. 128-134. Elsevier, 2016.

Collins KA. Elder Abuse. Encyclopedia of Forensic and Legal Medicine, 2nd ed. Payne-James J and Byard RW, eds. pp. 384-391. Elsevier, 2016.

Collins KA, ed. Autopsy, Performance, and Reporting, 3rd edition, College of American Pathologists Press. Northfield: 2017.

Grear S, Collins KA. Perception, Value, and Communication: Revitalization of the Autopsy. Chapter 6 in Autopsy Performance and Reporting, 3rd edition. Collins KA, ed. College of American Pathologist Press. Northfield: 2017.

**PUBLICATIONS (CONTINUED):**

Collins KA, Cina SJ, Hooper JE. Getting the Most Out of The Autopsy: Ancillary Studies. Chapter 28 in Autopsy Performance and Reporting, 3rd edition. Collins KA, ed. College of American Pathologists Press. Northfield: 2017.

Bell M, Collins KA. Postmortem Microbiologic Testing. Chapter 29 in Autopsy Performance and Reporting, 3rd edition. Collins KA, ed. College of American Pathologists Press. Northfield: 2017.

Hooper JE, Collins KA. Autopsy of Embalmed or Exhumed Remains. Chapter 23 in Autopsy Performance and Reporting, 3rd edition. Collins KA, ed. College of American Pathologists Press. Northfield: 2017.

Collins KA. College of American Pathologist Laboratory Accreditation Program to CAP 15189. Chapter 39 in Autopsy Performance and Reporting, 3rd edition. Collins KA, ed. College of American Pathologists Press. Northfield: 2017.

Schandl CA, Collins KA. Forensic Pathology. Chapter 24 in Autopsy Performance and Reporting, 3rd edition. Collins KA, ed. College of American Pathologists Press. Northfield: 2017.

Denton JS, Collins KA. The Autopsy in Organ and Tissue Procurement. Chapter 25 in Autopsy Performance and Reporting, 3rd edition. Collins KA, ed. College of American Pathologists Press. Northfield: 2017.

Collins PJ, Collins, KA. The Oral Cavity. Chapter 16 in Autopsy Performance and Reporting, 3rd edition. Collins KA, ed. College of American Pathologists Press. Northfield: 2017.

Popek EJ, Collins, KA. Examination of the Placenta. Chapter 18 in Autopsy Performance and Reporting, 3rd edition. Collins KA, ed. College of American Pathologists Press. Northfield: 2017.

Collins, KA. Sources of Information on the Autopsy. Chapter 40 in Autopsy Performance and Reporting, 3rd edition. Collins KA, ed. College of American Pathologists Press. Northfield: 2017.

Sexual Assault Forensic Medical Glossary of Terms and Definitions, 1st ed. Green WM, Panacek EA, eds. Collins, KA, Contributing author. California Clinical Forensic Medical Training Center. 2017.

Brown TT, Batalis NI, McClain JL, Corey T, Collins, KA, Jentzen JM, Prahlow JA. A Retrospective Study of the Investigation of Homicidal Childhood Asphyxial Deaths. J Forensic Sci Oct. 2018; 63(4):1160-1167.

**PUBLICATIONS (CONTINUED):**

Collins KA, Popek E. Birth Injury: Birth Asphyxia and Birth Trauma. Acad Forensic Pathol 2018.

Collins KA. Essential Techniques in Certain Decedent Populations. Chapter 5 in Autopsy in the 21st Century: Best Practices and Future Directions. Hooper JE and Williamson AK, eds. Springer Publishing. Switzerland: 2019.

Collins KA and Byard R, eds. Geriatric Forensic Medicine and Pathology. Collins KA, Byard RW, eds. Cambridge Publishing. London: 2020.

Collins KA, Collins PJ. The Oral Cavity. Geriatric Forensic Medicine and Pathology. Collins KA, Byard RW, eds. Cambridge Publishing. London: 2020.

Collins KA, Amarasinghe D, Amarasinghe M. The Elder Donor. Geriatric Forensic Medicine and Pathology. Collins KA, Byard RW, eds. Cambridge Publishing. London: 2020.

Collins KA, Jacques R. Physical Abuse and Elder Homicide. Geriatric Forensic Medicine and Pathology. Collins KA, Byard RW, eds. Cambridge Publishing. London: 2020.

Collins KA. Resuscitation-Related Injuries and Artifacts. Geriatric Forensic Medicine and Pathology. Collins KA, Byard RW, eds. Cambridge Publishing. London: 2020.

American Association of Tissue Banks (AATB) Guide to Medical Examiner/Coroner Cases. AATB Press. 2023.

Collins, KA. Elder Abuse. In: Max M. Houck, ed. Encyclopedia of Forensic Sciences, 3rd, vol. 2, pp. 210–220. Oxford: Elsevier. 2023.

Collins KA, Howe J. Death in the Elderly. Chapter 54. Forensic and Legal Medicine: Clinical and Pathological Aspects, First Edition. Payne-James J and Byard RW, eds. Boca Raton: CRC Press. 2023.

Collins KA. Autopsy: Pediatric. Encyclopedia of Forensic and Legal Medicine, 3rd ed., vol. 1, pp. 468-475. Payne-James J and Byard RW, eds. Oxford: Elsevier. 2025.

Collins KA. Resuscitation Related Injuries. Encyclopedia of Forensic and Legal Medicine, 3rd ed, vol. 2, pp. 150-157. Payne-James J and Byard RW, eds. Oxford: Elsevier. 2025.

Collins KA. Domestic Violence: Elder Abuse. Encyclopedia of Forensic and Legal Medicine, 3rd ed, vol. 2, pp. 345-353. Payne-James J and Byard RW, eds. Oxford: Elsevier. 2025.

Collins KA. Sex-Related Deaths. In: Forensic Pathology: Principles and Pitfalls. Prahlow JA and Brooks EG, eds. College of American Pathologists Press. Northfield. 2025.

**PUBLICATIONS (CONTINUED):**

Collins KA, Rose KL. The Postnatal Child. In: Forensic Pathology: Principles and Pitfalls. Prahlow JA and Brooks EG, eds. College of American Pathologists Press. Northfield. 2025.

Collins KA, Howe J. Elder Abuse. In: Forensic Pathology: Principles and Pitfalls. Prahlow JA and Brooks EG, eds. College of American Pathologists Press. Northfield. 2025.

Howe J, Collins KA. Sudden Unexplained Infant Deaths. In: Forensic Pathology: Principles and Pitfalls. Prahlow JA and Brooks EG, eds. College of American Pathologists Press. Northfield. 2025.

**IN PRESS:**

Collins KA, ed. Introduction to the Autopsy Technique, 3rd ed. College of American Pathologists Press. Northfield. 2026.

**PUBLISHED ABSTRACTS:**

Collins KA, Geisinger KR, Wakely P Jr, Olympio GA, Silverman JF. Extragonadal Germ Cell Tumors: A Fine Needle Aspiration Biopsy Study. Acta Cytologica 1991;35(5):597.

Collins KA, Geisinger KR, Cappellari JO, Hopkins MB III. Atypical Lymphocytosis in Ascitic Fluid in Young Children: A Potential Diagnostic Challenge. Acta Cytologica 1992;36(4):597.

Collins KA, Geisinger KR, Block SM, Wagner PH. The Cytologic Evaluation of Lipid-Laden Alveolar Macrophages as an Indicator of Aspiration Pneumonia. Acta Cytologica 1992;36(4):597.

Collins KA, Geisinger KR, Raab S, Silverman JF. Fine Needle Aspiration Biopsy of Hepatic Lymphomas: Cytomorphology and Ancillary Studies. Acta Cytologica 1993;37(5):812.

Collins KA, Davis GJ. Unusual Case of Angiotrophic Large Cell Lymphoma Involving the Central Nervous System. Southern Medical Journal 1993;86(9):S98.

Collins KA, Rao PN, Hayworth R, Geisinger K, Pettenati MJ. Identification of Male Cells Using FISH With Y-probes in Cervicovaginal Smears in Alleged Sexual Assault Cases. J Hum Genet 1993;53(3):S535.

Collins KA, Leshin B, White WL. The Presence of BCL-2 Protein Preceeds ICAM-1 Expression in Early Evolving Malignant Melanoma. Laboratory Investigation 1994;70(1):45A.

Collins KA, Geisinger KR, Rao PN, Lantz PE, Pettenati MJ, Parsons LH, Tap MP, Schnell S, Hayworth-Hodge R. Application of Molecular Cytogenetics to Cervicovaginal Smears in Alleged Sexual Assault Cases. Acta Cytologica 1994;38(5):795.

Pettenati MJ, Rao PN, Collins KA, Parsons LH, Lantz PE, Geisinger KR. Identification of Male Epithelial Cells in Cervicovaginal Smears Using Fluorescence In Situ Hybridization: Application in Sexual Assault and Molestation. Am J Hum Genet 1994;55: A115.

El Bahtimi R, Collins KA. Sudden Infant Death Syndrome: A Ten Year Retrospective Study of Pulmonary Histopathology. Modern Pathology 1997;10(1): 4A.

Collins KA, White WL, Shogreen MR. The Use of Polymerase Chain Reaction to Detect Evidence of Y Chromosome-Positive Cells in Cases of Sexual Assault. Modern Pathology 1997; 10(1):181A.

**Vector Group, LLC**
105 Jefferson Drive
Cheraw, South Carolina 29520
Office: (843) 829-0119
info@vgrecon.com

## Robert "Rob" Lee

Managing Owner
Collision Reconstructionist
105 Jefferson Drive
Cheraw, South Carolina 29520
Office Phone: (843)-829-0119
Email: roblee@vgrecon.com

**EXPERIENCE**

Captain South Carolina Highway Patrol-**Retired**
Troop 9 Commander / Collision Reconstruction Team
Nationally Accredited Collision Reconstructionist thru
The Accreditation Commission of Accident Reconstruction (ACTAR)
ACTAR Number 1615
Investigated over 2500 collisions
Reconstructed over 1000 collisions
Reviewed and Approved over 3000 Collision Reconstructions

**RELATED COURSEWORK SELECTED EXAMPLES**

- Collision Reconstruction (Texas A&M)
- Advanced Collision Investigation (Texas A&M)
- Advanced Accident Investigation and Reconstruction (SCHP)
- At-Scene Traffic Collision Investigation (SCCJA)
- Vehicle vs. Pedestrian Class (Rusty Haight)
- Pedestrian and Bicycle Collision Investigation (IPTM)
- Advanced Pedestrian Bike Crash Investigation (IPTM)
- Crash Data Recorder Class (GMC)
- Crash Data Retrieval System, Certification Course (Vetronix)
- Crash Data Retrieval System, Technician Course (Bosch)
- Crash Data Retrieval System, Data Analyst Course (Bosch)
- Crash Data Retrieval System, Train the Trainer Course (Bosch)
- Human Factor in Traffic Collision Class (Dr. Keene Garvin)
- Human Factors (Dr. Richard Gill)
- Occupant Kinematics (NCJA)

Vector Group, LLC

105 Jefferson Drive
Cheraw, South Carolina 29520

Office: (843) 829-0119
info@vgrecon.com


- Low Speed Impacts (Rusty Haight)
- Commercial Vehicle Collisions (Dave Stopper)
- Commercial Vehicle Air Brake Systems (Southeastern Truck Lines)
- Commercial Vehicle ABS Braking (Ron Heusser)
- Commercial Motor Vehicle Rollover (Dr. Frank Navin)
- Commercial Vehicle Crashes Inspection and Investigation (IPTM)
- Acceleration of Heavy Trucks (Woodrow Poplin)
- Advanced Commercial Vehicle Systems Class (Austin TX 2022)
- Motorcycle Accident Investigation (Al Baxter)
- Motorcycle Crash Analysis Braking (Al Baxter)
- Motorcycle Momentum (Bruce McNally)
- Michelin Tire Damage Analysis Course (Michelin)
- Vehicle Nomenclature and Tire Examination Course (SCHP)
- Crash Reconstruction at Traffic Signals (Daren Marceau)
- Traffic Signals Examination (Julian Beaver)
- Post Collision Vehicle Examination Class (Randall Maffett)
- Steering and Suspension Inspection Class (David Hill)
- Methods for Determining Drag Factor Class (David Lee)
- Drag Sled and Coefficient of Friction (Ed Livesay)
- PDOF (Principle Direction of Force) (Joe Hudak)
- Pole Impacts (Joe Cofone)
- Rotational Mechanics (John Daily & Nat Shigemura)
- Vector Diagramming Class (Gordon Bigg)
- Computerized Collision Diagramming (SCHP)
- MFx Mapping EdgeFx Animation Class
- Forensic Mapping Technology Course (SCHP)
- Forensic Mapping and MapScenes (Collision Technologies)
- Forensic Mapping Certification (PSFM)
- Traffic Safety Officer (SCCJA)
- FBI Interview Interrogation and Statement Analysis Course
- Crime Scene Photography (SCCJA)
- Crime Scene Techniques (SCCJA)
- Detective Level I (SCCJA)
- Adjunct Instructor (SCHP)
- Adjunct Instructor (SCCJA)

Case 2:22-cv-00076-LGW-BWC Document 43-16 Filed 10/03/23 Page 37 of 40

VECTOR GROUP LLC

# Vector Group, LLC

105 Jefferson Drive
Cheraw, South Carolina 29520

Office: (843) 829-0119
info@vgrecon.com

**<u>Qualified Expert Selected Examples (State, Magistrate, Municipal Courts)</u>**

- Judge of the Fifth Judicial Circuit, L. Casey Manning
- Judge of the Thirteenth Circuit, D. Garrison Hill
- Judge of the Tenth Judicial Circuit, Alexander S. Macaulay
- Judge At-Large Judicial Circuit, Reginald I. Lloyd
- Honorable James H. Tilley, Magistrate Chesterfield County
- Honorable John R. Rakowsky, Lexington Municipal Judge

**<u>Current and Past Reconstruction Memberships</u>**

- South Carolina Association of Reconstruction Specialists (SCARS)
    - Board of Director's-Retired / Lifetime Membership
- National Association of Professional Accident Reconstruction Specialists
    - Member Since 2003
- International Network of Collision Reconstructionist Group
- Event Data Recorder for Collision Reconstruction Group

**<u>Conference Presenter Selected Examples</u>**

- Special Problems in Traffic Crash Reconstruction Conference
- Pennsylvania State Police Conference
- Tennessee Highway Patrol Conference
- Maryland Crash Reconstruction Conference
- Traffic Safety Officer's Conference
- SC Solicitors Conference
- SC Farm Bureau Conference
- SC Coroner Conference
- SC Highway Safety Conference

**<u>Committees Selected Examples</u>**

- Chairman- SC Department of Public Safety's Pedestrian Committee
- Chairman- SC Department of Transportation's Vulnerable Roadway Users Committee

- Co-Chairman Governor's Motorcycle Safety Committee

**Depositions**

- Kelsey Cooley v. Kelvin Rembert – Case #: 2018-CP-43-00621 (Defendant)
- Lanes Professional Pest Elimination, Inc., v. Evan M. Shifflett- Case#:2021-CP-26-06590 (Plaintiff)
- Thomas Goggin v. Blythe Construction, Inc., Zachry Construction Corp. – Civil Action No. 7:21cv-03157-DCC

**

Curriculum Vitae of

**Brian N. Trotter**
ACTAR #3256
Traffic Collision Reconstructionist

Brian Trotter is a retired Naval Officer and former South Carolina State Trooper. While in the Navy, he flew over 3,000 hours as a Navigator and Mission Commander on the P-3C Orion, completing multiple deployments to the Pacific and European theaters. With the South Carolina Highway Patrol, he was assigned as an enforcement Trooper in Richland County in 2012 and was then assigned to the Multidisciplinary Accident Investigation Team (MAIT) in 2016 and rose to the rank of Sergeant as Post Commander of Troop 9, Post B (Midlands MAIT), responsible for all MAIT cases in the 14 counties of central South Carolina.

## Employment History

| | |
|---|---|
| • Vector Group, LLC | 2021 - Present |
| • South Carolina Highway Patrol | 2011 - 2021 |
| • United States Navy | 1991 - 2011 |

## Formal Education

| | |
|---|---|
| • Embry-Riddle Aeronautical University | MS Aeronautical Science, 2008 |
| • United States Naval Academy | BS Aerospace Engineering, 1991 |
| • Heritage High School, Maryville, TN | HS Diploma, 1987 |

## Specialized Training

| | |
|---|---|
| • CDR Trainer | 03/2020 |
| • CDR Analyst | 08/2019 |
| • Interview and Interrogation | 02/2019 |
| • Basic Detective | 06/2018 |
| • Basic Historical Cell Phone Analysis | 05/2018 |
| • Motorcycle Collision Reconstruction | 05/2017 |
| • Pedestrian-Bicycle Collision Reconstruction | 02/2017 |
| • Conservation of Momentum Refresher | 01/2017 |
| • CDR Technician Level I and II | 11/2016 |
| • TCI Reconstruction III | 10/2016 |
| • TCI Technical Phase II | 09/2016 |
| • DRE School | 04/2013 |
| • TCI At-Scene Collision Investigation | 06/2012 |
| • Class 1 Law Enforcement Officer | 11/2011 |

## Specialized Qualifications

| | |
|---|---|
| • Drug Recognition Expert | 04/2013 |
| • Full Accreditation as a Reconstructionist (ACTAR) | 07/2017 |

Updated 06/16/2023

**Collision Reconstruction Conferences**

- Pennsylvania State Police Seminar 09/2016
- SCARS Reconstruction Seminar 07/2017
- SCARS Reconstruction Seminar 07/2019
- Crash Data Retrieval Summit 03/2020
- Pennsylvania State Police Seminar 11/2020
- SCARS Reconstruction Seminar 07/2022
- SCARS Reconstruction Seminar 07/2023

**Qualified as an Expert Witness in Collision Reconstruction:**

- State of South Carolina vs. Gene David Evans, Jr., Felony Driving Under the Influence (DUI) Resulting in Death, 2017GS431104. Qualified by the Honorable Howard P. King, Third Judicial Circuit, South Carolina.

- State of South Carolina vs. James Baldwin, Murder, 2018GS1200733. Qualified by the Honorable Daniel D. Hall, Sixteenth Judicial Circuit, South Carolina.

**Civil Case Depositions:**

- Jennifer Shifflett as Personal Representative for the Estate of Evan Matthew Shifflett (Plaintiff) vs. Lane's Professional Pest Elimination, Inc and Joseph Rolando Fuerte, Both Individually and as agent for Lane's Professional Pest Elimination, Inc. Case No. 2021-CP-26-06590, Court of Common Pleas Fifteenth Judicial Circuit. Horry County, South Carolina. Deposed May 10, 2023.
- Melissa Smith, Personal Representative of the Estate of Jeremy Shane Smith (Plaintiff) vs. Allia's of Columbia, LLC, d/b/a Lucky's of Columbia, Conspicuous Consumption, LLC, d/b/a Breaker's Live, and Deangelo James Cunningham. Civil Action No.: 2022-CP-40-02329, Court of Common Pleas Fifth Judicial Circuit. Richland County, South Carolina. Deposed June 9, 2023.