# Analysis, Inc.

Colorado Florida

## Philip J. Smith
### Curriculum Vitae

**EMPLOYMENT**

| | |
|---|---|
| *2000-Present* | *President, Analysis, Inc., St Pete Beach, FL*<br>Testifying ASE Certified Master Technician and truck driving expert. Extensive experience in the inspection examination and investigation of mechanical systems. Consultant on driver's actions, responsibilities, qualifications, training, compliance and safety. CDL examiner. Accepted in both State and Federal Courts. |
| *2000-2014* | *President, Applied Vehicle Data, Inc., Grand Junction, CO, Tempe, AZ, St Pete Beach, FL*<br>Encompasses the manufacturing of an applied patented electronic data acquisition device for the testing of tractor-trailer air brakes. |
| *2003-2012* | *Safety Manager, State Line Trucking Fruita, CO* |
| *2005-2009* | *Manager, Analysis, LLC*<br>Truck Leasing |
| *2001-2009* | *Driver, Stafford Construction, Grand Junction, CO*<br>Intermittent driver for heavy haul equipment. |
| *1996-2000* | *Vehicle Specialist, Ruhl and Associates - Forensic, Inc., Grand Junction, CO*<br>ASE Certified Master Technician who inspects, examines and investigates mechanical systems on automobiles, light, medium and heavy trucks and trailers. |
| *1996-1997* | *General Manager, Prairie International Trucks, Inc., Champaign, IL*<br>Responsible for truck and trailer sales (new and used), service and parts sales. Set up and managed a semi-trailer sales and repair facility. Set up and implemented remote on-site contract maintenance department in Rantoul, Illinois for a private trucking company. |
| *1993-1996* | *General Manager, Prairie International Trucks, Inc., Springfield, IL*<br>Overall manager of fleet department that maintained State of Illinois vehicles, salvage department and collision repair facility. |
| *1991-1993* | *Service Director, Heintzelman's Truck Center, Inc., Orlando, FL*<br>Management of large full line service department. |
| *1989-1990* | *General Manager, Prairie International Trucks, Inc., Champaign, IL*<br>Managed day to day operations of entire dealership and carried out assigned projects relating to all aspects of the dealership. |
| *1989-1989* | *Consultant, Self-employed, Springfield, IL*<br>Set up and implemented a system of completing and submitting warranty claims for vendors of all locations of Prairie International Trucks, Inc. Coordinated the billing and reconciling of |

payments from associated vendors including Navistar, Caterpillar, Cummins, Detroit Diesel, and Allison Transmissions.

*1987-1989* *Technician, Central Illinois Trucks, Inc., Rochester, IL*
Worked part-time as a technician for a newly established branch of an existing Freightliner Truck Dealership, while completing a college degree.

*1981-1987* *Assistant Service Manager, Crossroads Ford Truck Sales, Inc., Springfield, IL*
Began employment as a line technician, then became an ASE Certified Master Technician, promoted to Assistant Service Manager.

*1980-1981* *Technician, Smith Distributors, Inc., Raymond, IL*
Line mechanic in charge of fleet maintenance for approximately 20 tractors and 40 trailers.

*1977-1986* *Truck Driver, Smith Distributors, Inc., Raymond, IL*
Short haul driver. Hauled various products that included livestock, gravel, bagged and bulk products.

**EDUCATION**

Parks College of St. Louis University, Lincoln Land Community College, Springfield, Illinois, Parkland Community College, Champaign, Illinois.

Associate Degree in Diesel Technology, Denver Automotive and Diesel College, Denver, Colorado.

**LICENSING**

Currently holding CDL-A with Tanker and Hazmat endorsements.
Texas Department of Public Safety – Texas Private Security Bureau

**SPECIAL TRAINING**

TXTA Crash Preventability
Trucking Issue Updates (American Trucking Association)
Minimum Training Requirements for Entry-Level Commercial Motor Vehicle Operators (Entry Level Driving Training - ELDT) (Federal Motor Carrier Safety Administration)
Introduction to the Electronic Logging Device Rule and Implementation Plan (EDL) (Federal Motor Carrier Safety Administration)
Meritor Wabco Collision Mitigation System Simulator training (Meritor Wabco)
Meritor Wabco OnGuardActive Collision Mitigation System Simulator Training (Meritor Wabco)
Meritor Wabco OnLane Lane Departure System Simulator Training (Meritor Wabco)
National Safety Council and TXDot - Our Driving concern: Train the Trainer
TMTA Safety Supervision of Motor Fleets
North American Transportation Management Institute – Certified Director of Safety
North American Transportation Management Institute – Certified Safety Supervisor
North American Transportation Management Institute – Managing Motor Fleet Safety Programs

U.S. DOT Motor Carrier Safety Compliance
Post Collision Commercial Motor Vehicle Inspection In Reconstruction Analysis
Vetronix Crash Data Retrieval System Technician
Vetronix Crash Data Retrieval System Data Analyst
Technology and Maintenance Council
Graduate, Traffic Accident Investigation II, Northwestern University, Evanston, Illinoi
Graduate, Traffic Accident Reconstruction I, Northwestern University, Evanston, Illinois
Commercial Vehicle Accident Investigator
Department of Transportation Vehicle Inspections
Fleet Maintenance Analysis
Federal Motor Carrier Safety Regulation Compliance Analysis
Cummins Diesel Engine Training
Detroit Diesel Engine Training
Caterpillar Diesel Engine Training
Bendix Comprehensive Air Brake System Training – Operation and maintenance of heavy vehicle air brake system and components.
Allison Automatic Transmission Training
Ford Motor Company Systems Training
Detroit Diesel Data Extraction Training
Cummins Insite 6 Qualification Training

**SPECIAL TRAINING Cont'd**
Transportation Megaconference VI
International Association of Accident Reconstruction Specialists, 23rd Annual Conference

**CERTIFICATIONS**

ASE Certified Master Automobile, School Bus, Light, Medium and Heavy Truck Technician
U.S. Department of Transportation – Transportation Safety Institute
*Train the Trainer*, Meritor Training Program featuring Meritor's entire product line including WABCO Air Brakes, WABCO Antilock Braking Systems and Meritor Foundation Brakes
Bendix Air Brake Systems and Bendix Antilock Brake Systems
Midland-Grau Antilock Brake Systems, OEM and Retrofit Systems
SAE Seminar, Braking Performance of Heavy Commercial Vehicles
Detroit Diesel Data Extraction
Cummins Insite 6 Qualification
Vetronix Crash Data Retrieval Specialist

**PROFESSIONAL ASSOCIATIONS**

North American Transportation Management Institute (NATMI)
National Association of Professional Accident Reconstruction (NAPARS)
National Safety Council (Firm Membership)
Society of Automotive Engineers (SAE)
Texas Association of Accident Reconstruction Specialists (TAARS)
Commercial Vehicle Safety Alliance (CVSA)
SAE J2728 HBEDR Sub-Committee
Technology & Maintenance Council (TMC)
Texas Motor Transportation Association (TMTA)

**PUBLICATIONS**

Smith, Philip J., Reust, Timothy J., Morgan, James M., "Method to Determine Vehicle Speed During ABS Brake Events Using Heavy Vehicle Event Data Recorder Speed" SAE Paper 2010-01-0999.

Smith, Philip J., Robertson, Craig V., and Ruhl, Roland L., "A Prototype Computer Based Test System to Test Commercial Vehicle Air Brake Systems: Application and Test Results," SAE Paper 1999-01-3782, 1999 SAE International Truck and Bus Meeting and Exposition, Detroit, MI, November 15-17, 1999.

Smith, Philip J., Co-author, "Truck and Trucking Handbook, A Primer," May 2000.

**PRESENTATIONS**

Swift Transportation presentation, August 2020
Swift Transportation ECM and pre-trip presentation, December 2017
Arizona Motor Carrier CLE ECM Presentation, December 2011
Southwestern Association of Technical Accident Investigator March, 2010
Texas Bar ECM Presentation, October 31, 2008
Ontario Provincial Police (OPP) October 20-24, 2008
People Net Users Conference, 2006
People Net ECM presentation, 2005
Texas Motor Transportation Association, ECM 2004
Texas Bar Trucking presentation, 2004
A Prototype Computer Based Test System to Test Commercial Vehicle Air Brake Systems: Application and Test Results, SAE 1999-01-3782, 1999 SAE International Truck and Bus Meeting and Exposition, Detroit, MI, November 15-17, 1999
ATA Litigation, Conference on Highway Accident Litigation, 1997

12-2022

**Misty L. Coffman, RN, MSCC, CNLCP**
**National Life Care Planning Experts, LLC**
1029 Peachtree Parkway N Suite #164
Peachtree City, GA 30269
(480) 527-6420
mcoffman.AZMLC@gmail.com

## ***AREAS OF EXPERTISE***

Life Care Plan Expert Witness, Medical Cost Projections, Medical Bill Reviews, Medical Record Review, Case Analysis, Negligence Reviews, Nurse Case Strategist, Medical Research, Medicare Set-aside Allocation Expert, Catastrophic Case Management, Medical Coding and Billing.

## ***LICENSES, CERTIFICATIONS and CREDENTIALING***

Registered Nurse, State of Arizona:
2005 – 2023, multistate
2024 – present, single state
Arizona State Board of Nursing

Registered Nurse, State of Georgia:
2024 – present, multistate
Georgia Board of Nursing

Registered Nurse, State of Ohio (past):
1992 – 2025
Ohio State Board of Nursing

Registered Professional Nurse, State of Pennsylvania (past): 1989-1994
Pennsylvania State Board of Nursing

Certified Medicare Set-aside Consultant (MSCC), 2012 - Present

Certified Nurse Life Care Planner, Certificate Number: 1180919, 2018-Present

## ***EDUCATION***

| | |
|---|---|
| Kelynco (Home Study)<br>Draper, Utah | Life Care Planning (120 CEUs)<br>2016 |
| University of Florida (Online)<br>Gainesville, Florida | Medicare Set-Aside Program (120 CEUs)<br>2012 |
| Vickie Milazzo Institute<br>Home Study and Chicago, IL | Certified Legal Nurse Consultant<br>2005 |
| Jacksonville University (Online)<br>Jacksonville, Florida | Bachelor Degree of Science in Nursing<br>Attended in 2004; BSN not completed |
| Nursing Continuing Education | 1992- Present |
| Community College of Philadelphia<br>Philadelphia, Pennsylvania | Associates of Applied Science; Registered Nurse<br>1987-1989 (graduated May 1989) |
| US Navy Hospital Corps School<br>Great Lakes, Illinois | Sep – Dec 1985 |
| Brigham Young University<br>Provo, Utah | Attended 1983 - 1985; Liberal Arts Focus |

## ***PROFESSIONAL MEMBERSHIPS AND AFFILIATIONS***

- American Association of Nurse Life Care Planners (AANLCP)
  - Board Member and Past-President, American Association of Nurse Life Care Planners (2024)
  - Board Member and President, American Association of Nurse Life Care Planners (2023)
  - Board Member and President-Elect, American Association of Nurse Life Care Planners (2022-2023)
  - Chair, Outreach Committee, American Association of Nurse Life Care Planners (November 2022 - April 2023)
  - Committee Member, Journal of Nurse Life Care Planning (2022 – 2024)
  - Committee Member, American Association of Nurse Life Care Planners, Scope and Standards of Practice (2023-2024)
- American Nurses Association (ANA)

## ***PROFESSIONAL EXPERIENCE***

Nurse Life Care Planner (2016 - present)

Certified Nurse Life Care Planner – Universal Life Care Planning Certification Board (ULCPCB)

Areas of Expertise:

- Development of comprehensive, evidence-based life care plans
- Review, analysis and evaluation of opposing life care plans
- Medical bill reviews
- Medical cost projections
- Expert testimony in both state and federal court

Expert Witness Experience

Extensive experience providing expert testimony and consultation in state and federal litigation, including the National Vaccine Injury Compensation Program and proceedings before the Office of Special Masters. Demonstrated ability to communicate complex medical and economic concepts clearly and objectively to legal professionals and triers of fact.

Medicare Set-Aside Allocator (2012 - present)

Credentialed as a Medicare Set-aside Certified Consultant through the International Commission on Health Care Certification ("IHCC"). This certification is designed to identify professionals who have achieved specific pre-approved training in Medicare set-aside trust arrangements and have demonstrated a breadth of knowledge regarding the development and application of the Medicare set-aside trust arrangement process. This credential is designed to express to the consumer that the person holding the MSCC credential has agreed to come under the scrutiny of a certifying review board ("IHCC") to be peer reviewed, and to adhere to a set of standards governing ethics and professional behaviors.[1] Prepared over 250 Medicare Set-aside allocations submitted to and approved by Medicare in conjunction with workers' compensation settlements.

Legal Nurse Consultant (1997 – 2021)

Non-Testifying Consulting Services Include:

- Identification and procurement of medical experts for affidavits and/or rebuttals
- Medical coding and billing analysis for healthcare providers
- Summarization of physician and expert opinions for disclosure preparation
- Research and interpretation of nursing standards of care
- Deposition preparation and attendance support
- Deposition and medical record summarization
- Development of medical chronologies and event timelines for demonstrative evidence

---

[1] International Commission on Health Care Certification. "Medicare Set-aside Certified Consultant" (MSCC) [Medicare Set-aside Certified Consultant™ (MSCC™) (ichcc.org)] Date accessed: October 15, 2021.

- Preparation of summary sections for complaints and initial disclosure statements
- Drafting of settlement demand letters
- Organization and preparation of attorney binders for disclosure and trial use
- Assistance with mock trial preparation and presentation

Testifying Expertise as a Registered Nurse:
Testifying nurse expert witness regarding nursing standards of care (long term care, elder abuse, and hospital environments).

| | | |
|---|---|---|
| Vocational Diagnostics, Inc.<br>Phoenix, Arizona | Legal Nurse Consultant | 2010 - 2011<br>2016 - 2017 |

Life Care Plan research, analysis of medical records and medical cost projections; prepare chronologies and case summaries; medical research; prepare summaries of witness and expert depositions, medical bill reviews and medical cost projections; research charges and fees; draft letters to providers; and consult with other expert witnesses assigned to the case.

| | | |
|---|---|---|
| Protocols/NuQuest<br>Full time remote position | Medicare Set-Aside Allocator | 2015 |
| Law Firm (Defense)<br>Tempe, Arizona | Legal Nurse Consultant | 2014 – 2015 |
| General Dynamics<br>Phoenix, Arizona | Nurse Case Manager/ADA Compliance<br>OSHA Compliance/FMLA | 2013 |
| Scottsdale Healthcare (92nd & Shea)<br>Scottsdale, Arizona | Medical/Surgical Float Pool | 2006 – 2007 |
| Medical Staffing Network<br>Ohio and Arizona | Per Diem Nurse, Medical/Surgical<br>Gastric Bypass & Plastic Surgery | 2005 |
| Adams Lane Care Center<br>(A Zandex Healthcare Facility)<br>Zanesville, Ohio | Director of Nursing (DON)<br>Weekly case management meetings<br>for catastrophic and acute injuries | 2002 - 2004 |
| Occupational Medicine Center of Muskingum County/Medical Testing Group (businesses merged)<br>Zanesville, Ohio | Director of Nursing/Owner<br>Acute workplace injury management | 1999 - 2005 |
| Zandex Healthcare<br>Zanesville, Ohio | Corporate Compliance Officer for a chain of seven nursing homes (dual certification) | 1995 - 1997 |
| Adams Lane Care Center<br>(A Zandex Healthcare Facility) | Manager of Skilled Care/Assistant DON<br>Skilled Services/case management oversight | 1993 -1995 |
| JSA (Occupational Health Contractor) | Occupational Health Nurse at Philadelphia Naval Shipyard | 1992 - 1993 |
| Hospital Environment(s)<br>Philadelphia, Pennsylvania<br>Wynnewood, Pennsylvania | Per Diem Nurse, Medical/Surgical/Oncology<br>Pediatrics, Orthopedics | 1989 - 1992<br>1990 - 1991 |
| United States Navy (active and reserve) | Hospital Corpsman | 1985 - 1991 |

***PRESENTATIONS***

- *"Introduction to QuickBooks for Self-Employed Life Care Planners."* American Association of Nurse Life Care Planners, On-Demand Webinar, June 11, 2025.
- *"Understanding The National Vaccine Injury Compensation Program."* American Association of Nurse Life Care Planners, On-Demand Webinar, August 17, 2023.
- *"How to Improve Your Business Model & Get Where You Want to Be."* American Association of Nurse Life Care Planners Annual Conference, Las Vegas, NV. March 2019.
- *"Life Care Plans – Who, What, When and Why."* National Federation of Paralegal Association, Inc., Webinar, April 2018.
- *"Arizona Medical Records Law."* Lorman Education Services, Webinar, December 2017.
- *"Meticulous Review of the Medical Records to Ensure that the MSA is not Over-funded."* Lorman Education Services, Phoenix, AZ, August 2012.
- *"Medico-Legal Aspects of Documentation."* American Society of Ophthalmic Registered Nurses Annual Meeting, Tucson, AZ, October 2010.
- *"The Minimum Data Set: What Can It Tell Me?"* Lorman Education Services: Nursing Home and Assisted Living Litigation in Arizona, Phoenix, AZ, October 2007.
- *"MDS Assessments, What Can They Tell Me?"* American Association of Legal Nurse Consultants Annual Convention, San Antonio, TX, May 2007.
- *"I Have the Medical Records, Now What?"* Arizona Paralegal Association, Phoenix, AZ, Fall 2006.
- *"Defensive Charting for Long Term Care."* 3rd Annual Conference for Long Term Care Professionals, Phoenix, AZ. May 2006.
- *"Happy Workers are Drug Free."* 11th Annual Ohio University Human Resource Institute: Hiring and Retaining Great Employees, Zanesville, Ohio, June 2005.

***PUBLICATIONS***

Coffman, M. (2024). Navigating Ethical Responsibilities: The Importance of Conflict Checks for Life Care Planners. *Journal of Nurse Life Care Planning, Ethics and Consideration*. (Summer 2024).

Coffman, M., & Wilkinson, K. (2023). *LNC Professional Course Module 22: Life Care Plans*. American Association of Legal Nurse Consultants. https://aalnc.com

Coffman, M. (2023). *Gluten Free Baking and Cooking: How to avoid cross-contamination.* CreateSpace Independent Publishing Platform. Available at Amazon.

Coffman, M. (2022) Methodology Memo: Preparation of Life Care Plans in the Litigation Environment. *Journal of Nurse Life Care Planning. Expert Witnessing & Testimony*, (Spring 2022).

Revised: May 11, 2026