**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

KYLE SLOAN, and SUSAN WEST,

Plaintiffs,

v.

NICHOLAS BURIST, and MAYFLOWER TRANSIT LLC,

Defendants.

CIVIL ACTION NO.: 2:22-cv-76

**ORDER**

This case is set for trial, starting on November 17, 2026. Defendant Mayflower filed a Motion to Exclude Plaintiffs' Expert Testimony from Brooks Rugemer. Doc. 458. I **ORDER** Plaintiffs and Defendant Burist to file any desired response **on or before October 30, 2026**. I will not permit any reply brief to be filed at this time.

**SO ORDERED**, this 29th day of October, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA