**Matthew Foss**

---

**From:** Matthew Foss
**Sent:** Friday, October 11, 2024 3:26 PM
**To:** Regina Champion; Matt R. Sessions; Scott McMickle; 'Rowlen, Brantley'; 'Donner, Brighten'; 'Ehrenreich, Todd'; 'jeffrey.geldens@lewisbrisbois.com'; 'JGilson@hallboothsmith.com'; 'hansellwatt@elliottblackburn.com'; 'jmelliott@elliottblackburn.com'; 'pramblett@boydjen.com'; 'Brandy Mai'; 'Joe Steffen'; 'gbs@dcplaw.com'; 'Andrew Norden'; 'Ami Romanelli'; 'Angelia Smart'; 'dsnipes@statesborolawgroup.com'; 'Jon Pope'; 'nhofman@smstrial.com'
**Cc:** Charles Hodge; Ryan Langley; 'Joseph Padgett'; 'vivian.cerra@lewisbrisbois.com'; 'Burns, Lauren'; 'Rodriguez, Vivian'; M. Angela Cooper; david.atkinson@switftcurrie.com; Paige Nelson
**Subject:** Statutory Electronic Service - Sloan, Hines, Petno, Tipton, West, et al. v. Mayflower Transit, et al. 2:22-cv-00076-LGW (Discovery and Disclosures)
**Attachments:** Plaintiffs 5th Set of RFPs to Moholland - 10.11.24 (SIgned).pdf; Plaintiffs (ALL) 2nd Expert Disclosure (10.11.24) (Signed).pdf

Good afternoon,

I hope everyone is doing well.

For service, on behalf of all Plaintiffs, please find enclosed:

1. All Plaintiffs' Supplemental Expert Disclosure and Certificate of Service;
2. DropBox Link (below) containing the report, CV, and fee schedule; and
3. Plaintiffs' Fifth Set of Requests for Production to Defendant Joe Moholland.

https://www.dropbox.com/scl/fo/jzcmjs2s3objuzx23h4gg/AOLXkd5nurV0nRD5w023VYk?rlkey=uvjxqpi791qodp5uyb4aq8c61&st=1uoju34v&dl=0

These documents are being served via email only unless otherwise requested. If anyone has any questions, concerns, or needs anything additional, please let us know.

Have a great weekend and thank you,

Matt

LANGLEY LAW FIRM

**MATTHEW T. FOSS**
*Partner*
matt@thelangleylawfirm.com
229 Magnolia St.
Spartanburg, SC 29306
(864) 774-4662
thelangleylawfirm.com

**From:** Regina Champion <RChampion@hodgelawfirm.com>
**Sent:** Thursday, October 10, 2024 1:08 PM
**To:** Matt R. Sessions <msessions@mkblawfirm.com>; Scott McMickle <swm@mkblawfirm.com>; 'Rowlen, Brantley' <Brantley.Rowlen@lewisbrisbois.com>; 'Donner, Brighten' <Brighten.Donner@lewisbrisbois.com>; 'Ehrenreich, Todd' <Todd.Ehrenreich@lewisbrisbois.com>; 'jeffrey.geldens@lewisbrisbois.com' <jeffrey.geldens@lewisbrisbois.com>; 'JGilson@hallboothsmith.com' <jgilson@hallboothsmith.com>; 'hansellwatt@elliottblackburn.com' <hansellwatt@elliottblackburn.com>; 'jmelliott@elliottblackburn.com' <jmelliott@elliottblackburn.com>; 'pramblett@boydjen.com' <pramblett@boydjen.com>; 'Brandy Mai' <brandy@joesteffen.com>; 'Joe Steffen' <joe@joesteffen.com>; 'gbs@dcplaw.com' <gbs@dcplaw.com>; 'Andrew Norden' <anorden@realtoughlawyers.com>; 'Ami Romanelli' <aromanelli@realtoughlawyers.com>; 'Angelia Smart' <asmart@realtoughlawyers.com>; 'dsnipes@statesborolawgroup.com' <dsnipes@statesborolawgroup.com>; 'Jon Pope' <jpope@hastypope.com>; 'nhofman@smstrial.com' <nhofman@smstrial.com>
**Cc:** Charles Hodge <CHodge@hodgelawfirm.com>; Matthew Foss <matt@thelangleylawfirm.com>; Ryan Langley <ryan@thelangleylawfirm.com>; 'Joseph Padgett' <jpadgett@rodenlaw.com>; 'vivian.cerra@lewisbrisbois.com' <vivian.cerra@lewisbrisbois.com>; 'Burns, Lauren' <Lauren.Burns@lewisbrisbois.com>; 'Rodriguez, Vivian' <Vivian.Rodriguez@lewisbrisbois.com>
**Subject:** Kyle Sloan, Individually and as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan v. Nicholas Burist; Locke Relocations, LLC; Mayflower Transit et al 2:22-cv-00076-LGW

Good afternoon,

Please see attached Plaintiffs' Fourth Set of Requests for Production to Defendant Joe Moholland Inc.

Have a blessed day

**Regina Champion**
Paralegal
HODGE
**LAW FIRM**

864-754-4855
rchampion@hodgelawfirm.com
www.hodgelawfirm.com
951 E. Main Street, Suite A (29302), P.O. Box 2765, Spartanburg, SC 29304

Log in Sign up

Want to do more with this folder? Log in Sign up

Join folder

Copy to Dropbox

Download

Copy link

# 10.11.24 - ALL PLAINTIFFS Expert Disclosure (Liability)

from Hodge Law Firm

| Name ↑ | Modified | Size |
|---|---|---|
| Expert Disclosure - 10.11.24 | -- | -- |
| Expert Disclosure - 6.13.2024 | -- | -- |

Log in Sign up

Want to do more with this folder? Log in Sign up

Copy to Dropbox

Download

Copy link

10.11.24 - ALL PLAINTIFFS Expert Disclosure (Liability) / Expert Disclosure - 10.11.2

from Hodge Law Firm

| Name ↑ | Modified | Size |
|---|---|---|
| Brooks Rugemer - CV and Fee Sche... | Oct 11, 2024 | 537.16 KB |
| Brooks Rugemer - Sloan Report - Oc... | Oct 11, 2024 | 1.05 MB |
| Plaintiffs (ALL) 2nd Expert Disclosur... | Oct 11, 2024 | 0.94 MB |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | |
|---|---|
| KYLE SLOAN, Individually, and as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan; KYLE SLOAN as Surviving Spouse of Jamie Sloan; KYLE SLOAN as Surviving Parent of Rylie Sloan; and SUSAN WEST, Individually, and as the next friend and natural guardian of K.W., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>NICHOLAS BURIST; LOCKE RELOCATIONS LLC; VANLINER INSURANCE COMPANY; PAYNE, INC.; UNIGROUP, C.A.; MAYFLOWER TRANSIT LLC; JOE MOHOLLAND, INC.; AND XYZ COMPANIES 1-3,<br><br>Defendants. | CASE NO. 2:22-cv-00076-LGW |

**PLAINTIFFS' SUPPLEMENTAL IDENTIFICATION OF EXPERTS**

**TO: DEFENDANTS ABOVE NAMED:**

PLEASE TAKE NOTICE that the above-named Plaintiffs, Kyle Sloan, Individually, and as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan, and Susan West, Individually, and as next friend and natural guardian of K.W. ("Plaintiffs") by and through the undersigned, and pursuant to the Federal Rules of

Civil Procedure Rule 26, hereby provides its supplemental disclosures to include the Rule 26(a)(2) of Testifying/Retained Experts subject to this Court's Scheduling Order (Doc. 144; 202) wherein Plaintiffs are only naming liability experts as this stage in discovery.

This Supplemental Expert Disclosure shall apply to Plaintiffs in the cases of Sloan v. Burist, et al., Case No. 2:22-cv-00076-LGW-BWC (S.D. Ga.), Tipton v. Burist, et al., Case No. 2:23-cv-00033- LGW-BWC (S.D. Ga.), Petno v. Burist, et al., Case No. 2:23-cv-00031-LGW-BWC (S.D. Ga.); Hines v. Burist, et al., Case No. 2:23-cv-00089 – LGW-BWS (S.D. Ga.).

(A) In addition to the disclosures required by Rule 26(a)(1), a party must disclose to the other parties the identity of any witness it may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705.

**ANSWER: Plaintiffs have retained the following:**

- **Robert "Rob" Lee**
- **Steve Breland**
- **Brian Trotter**
  **Vector Group**
  **105 Jefferson Drive**
  **Cheraw, SC 29520**
  **Office: 843-829-0119**

**Because discovery is ongoing, Plaintiffs expressly reserves the right to supplement this designation and the opinions of this expert in accordance with Phase Discovery (Doc. 144); and this Court's Order on Plaintiffs' Motion to Amend dated December 28, 2023 (Doc. 147), Plaintiffs' Motion to Compel dated May 9, 2024 (Doc. 170), and Plaintiffs' Motion for Extension of Time on Consolidated Scheduling Order 2:23-cv-00089-**

**LGW-BWC (Doc. 64). Plaintiffs reserve the right to supplement expert disclosures in accordance with the above.**

**SUPPLEMENTAL ANSWER:**

- **Brooks Rugemer, CDS**
  **Robson Forensic**
  **1570 Fruitville Pike**
  **Lancaster, PA 17601**
  **Office: 717-286-9331**

**Because discovery is ongoing, Plaintiffs expressly reserves the right to supplement this designation and the opinions of this expert in accordance with Phase Discovery (Doc. 144); and Plaintiffs' Motion to Compel dated May 9, 2024 (Doc. 170). Plaintiffs reserve the right to supplement expert disclosures in accordance with the above.**

(B) Unless otherwise stipulated or ordered by the court, this disclosure must be accompanied by a written report—prepared and signed by the witness—if the witness is one retained or specially employed to provide expert testimony in the case or one whose duties as the party's employee regularly involve giving expert testimony. The report must contain:

i. a complete statement of all opinions the witness will express and the basis and reasons for them;

ii. the facts or data considered by the witness in forming them;

iii. any exhibits that will be used to summarize or support them;

iv. the witness's qualifications, including a list of all publications authored in the previous 10 years;

v. a list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition; and

vi. a statement of the compensation to be paid for the study and testimony in the case.

**<u>ANSWER</u>: Subject to the above reservations, Plaintiffs hereby certify that they have served the Defendants with written reports signed by the above-named experts and disclosed the information (available at this time) required by Rule 26(a)(2)(B), FRCP. To the extent the same has not been produced, Plaintiffs will supplement accordingly. In accordance with Rule 26(a)(2)(b)(vi), the above-mentioned expert(s) has included applicable rates for time on consultations and analysis. Further, because discovery is ongoing, Plaintiffs expressly reserve the right to supplement this designation and the opinions of this expert in accordance with the Court's Order(s) and the reservations referred to above.**

(C) Witnesses Who Do Not Provide a Written Report. Unless otherwise stipulated or ordered by the court, if the witness is not required to provide a written report, this disclosure must state:

i. the subject matter on which the witness is expected to present evidence under Federal Rule of Evidence 702, 703, or 705; and

ii. a summary of the facts and opinions to which the witness is expected to testify. expected to testify.

(FRCP 26(a)(2)(C).

**<u>ANSWER</u>: Plaintiffs, as previously identified in discovery, supplements the names of the officers who investigated the collision that is the subject of this action and prepared the Georgia Department of Public Safety Specialized Collision Reconstruction Team Report, Case Number: SCRTI-055-22:**

- **SGT SHANE COPELAND 641**
- **TFC JOSEPH BROWN 304**

- **TFC BRIAN EDWARDS 319**
- **TFC CHRISTIAN SIENA 392**
- **TFC MICHAEL JACKSON 949**

**Counsel for Plaintiffs certify that they have served this document on the counsel for the Defendants via electronic filing. Because discovery is ongoing, Plaintiffs expressly reserve the right to supplement this designation and the opinions in accordance with the Court's Order(s) as referenced herein.**

## CERTIFICATE OF SERVICE

I certify that on October 11, 2024, the following have been served with Plaintiffs' Supplemental Identification of Experts and Plaintiffs' 5th Set of Requests for Production to Joe Moholland, Inc. via Email as follows:

James E. Gilson, Esquire
Hall Booth Smith, PC
191 Peachtree Street NE, Ste. 2900
Atlanta, GA 30303
Tel: (404) 954-5000
Fax: (404) 954-5020
jgilson@hallboothsmith.com
*Counsel for Payne Inc.*

Grant B. Smith, Esquire
Angela Cooper
Dennis, Corry, Smith & Dixon, LLP
900 Circle 75 Pkwy., Ste. 1400
Atlanta, GA 30339
Tel: (404) 365-0102
Fax:(404) 365-0134
gbs@dcplaw.com
MCooper@dcplaw.com
*Counsel for Nicholas Burist*

Charles Hansell Watt, IV, Esquire
James L. Elliott, Esquire
Elliot Blackburn, PC
3016 N. Patterson Street
Valdosta, GA 31602
Tel: (229) 242-3333
Fax: (229) 242-0696
hansellwatt@elliottblackburn.com
jmelliott@elliottblackburn.com
*Counsel for Locke Relocations, LLC*

Brantley Cole Rowlen, Esquire
Todd R. Ehrenreich, Esquire
Brighten Donner, Esquire
Jeffrey Geldens, Esquire
Lewis Brisbois Bisgaard & Smith
24 Drayton Street, Ste. 300
Savannah, GA 31401
Tel: (912) 525-4960
Fax: (912) 525-4961
Brantley.rowlen@lewisbrisbois.com
Todd.ehrenreich@lewisbrisbois.com
Brighten.Donner@lewisbrisbois.com
Jeffrey.Geldens@lewisbrisbois.com
*Counsel for Mayflower Transit, LLC and*

*Unigroup, C.A.*

Payton D. Bramlett
Boyd & Jenerette, P.A.
33 Bull Street, Suite 100
Savannah, Georgia 31401
Email: pbramlett@boydjen.com
*Counsel for Allstate*

David M. Atkinson
Swift Currie McGhee & Hiers
1420 Peachtree Street, N.E.
Ste 800
Atlanta, GA 30309-3231
404-888-6199
404-888-6199 (fax)
david.atkinson@swiftcurrie.com
*Counsel for Vanliner Insurance Company*

Joeseph Steffen, Jr.
Brandy Mai
Law Office of Joe Steffen
Brandy@JoeSteffen.com
Joe@JoeSteffen.com
*Counsel for Plaintiffs K.W., Susan West*

Daniel B. Snipes
Taulbee Rushing Snipes Marsh & Hodgin
P.O Box 32712
12 Siebald Street
Statesboro, GA 30459
dsnipes@statesborolawgroup.com
&
Jonathan A. Pope Hasty Pope LLP
529 Green Street
Gainesville, GA 30501
jpopehastypope.com
*Counsel for Plaintiffs Tipton and Petno*

Matthew R. Sessions
Scott W. McMickle
McMickle, Kurey & Branch, LLP
217 Roswell Street
Alpharetta, GA 30009
Phone: (678) 824-7810
Toll Free: (877) 744-4954
Fax: (678) 824-7801
msessions@mkblawfirm.com
swm@mkblawfirm.com
*Counsel for Joe Moholland*

Andrew Norden, Esquire
Ami Romanelli, Esquire
OSBORNE & FRANCIS, PLLC
925 S. Federal Hwy., Ste. 175
Boca Raton, FL 33432
Attorneys for Plaintiff Hines Estate
Telephone: (561) 293-2600
Facsimile: (561) 923-8100
anorden@realtoughlawyers.com
aromanelli@realtoughlawyers.com
asmart@realtoughlawyers.com

Nathaniel K. Hofman, Esquire
55 Ivan Allen Jr. Blvd. Suite 700
Atlanta, GA 30308
nhofman@smstrial.com
*Counsel for Plaintiffs E/O Michael A. Hines, Jr.*

Respectfully submitted,

***s/ Charles J. Hodge***
Charles J. Hodge
Admitted Pro Hac Vice
T. Ryan Langley
Georgia State Bar No.: 692386
HODGE & LANGLEY
229 Magnolia Street
P.O. Box 2765
Spartanburg, SC 29306
Tel: (864) 585-3873
Fax: (864) 585-6485
CHodge@hodgelawfirm.com
Ryan@thelangleylawfirm.com

**Joseph R. Padgett**
Georgia State Bar No.: 872672
RODEN LAW
333 Commercial Drive
Savannah, GA 31406
(912) 303-5850 (p)
(912) 303-5851 (f)
JPadgett@rodenlaw.com

DATED: October 11, 2024
Spartanburg, South Carolina