**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| KYLE SLOAN, Individually; and as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan; KYLE SLOAN as Surviving Spouse of Jamie Sloan; KYLE SLOAN as Surviving Parent of Rylie Sloan,<br><br>Plaintiffs,<br><br>v.<br><br>NICHOLAS BURIST; LOCKE RELOCATIONS LLC; NATIONAL INDEMNITY COMPANY; MAYFLOWER TRANSIT LLC; JOE MOHOLLAND, INC.; WESCO INSURANCE COMPANY; AND XYZ COMPANIES 1-3,<br><br>Defendants. | ) | CASE NO. 2:22-cv-00076-LGW |

**NOTICE OF VIDEOTAPED DEPOSITION *DE BENE ESSE* OF PLAINTIFFS' EXPERT BROOKS RUGEMER**

To: Brooks Rugemer, CDS
Robson Forensic, Inc.
2108 Ebbvale Road
Manchester, MD 21102

**Video Deposition for Trial – Zoom and In Person**

You are hereby notified that on **Wednesday, October 14, 2026, beginning at 9:00 A.M.** E.S.T., at 2108 Ebbvale Road, Manchester, MD 21102, and remotely via Zoom videoconference (connection information to be circulated to all counsel of record prior to the deposition), and before an authorized court reporter, Plaintiffs will take the deposition *de bene esse* of Plaintiff's Expert, Brooks Rugemer, CDS, of Robson Forensic, Inc., for the purpose of presenting his testimony for use at trial.

Pursuant to Fed. R. Civ. P. 30(b)(3), the deposition will be recorded by audiovisual (video) means by a certified videographer, in addition to stenographic means. Plaintiffs intend to offer the videotaped deposition into evidence and play it at the trial of this action in lieu of live testimony, as permitted by Fed. R. Civ. P. 32(a)(4) and the Federal Rules of Evidence.

Respectfully Submitted,

***s/ T. Ryan Langley***
**T. Ryan Langley**
Georgia State Bar No.: 692386
LANGLEY LAW FIRM
229 Magnolia Street
Spartanburg, SC 29306
Tel: (864) 777-8184
Ryan@langleylawfirm.com

**Charles J. Hodge**
Admitted Pro Hac Vice
HODGE LAW FIRM
951 E. Main Street, Ste A
Spartanburg, SC 29302
(864) 585-3873
Fx (864) 585-6485
CHodge@hodgelawfirm.com

**Joseph R. Padgett**
Georgia State Bar No.: 872672
Hamilton Padgett Law
13 St. Andrews Court
Brunswick, GA 31520
joseph@hamiltonpadgettlaw.com

October 8, 2026
Spartanburg, South Carolina

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of October 2026, I electronically mailed the foregoing Notice of Deposition to all parties via their counsel of record.

***s/ Matt Foss***
***Counsel for Plaintiff***