LANGLEY
STILL & FOSS
*Justice for the Injured*

October 12, 2026

***VIA EMAIL ONLY***
The Honorable Benjamin W. Cheesbro
United States Magistrate Judge
c/o Kim Mixon, Courtroom Deputy
United States District Court, Southern District of Georgia
801 Gloucester Street
Brunswick, GA 31521

**Re: Sloan, et al. v. Burist, et al., Civil Action No. 2:22-cv-00076-LGW-BWC**
**Outstanding Discovery and Privilege Log**

Dear Judge Cheesbro:

I hope this letter finds you well.

Plaintiffs write to bring to the Court's attention the status of the document production the Court ordered from Defendant Mayflower Transit, LLC at the September 21, 2026 telephonic status conference.

At that conference, the Court required Mayflower to complete the agreed within-50-word searches and provide its response within two weeks, and set the scope of record production at one year before through six months after the collision. (Doc. 423 at 2.) That deadline ran on October 5, 2026.

Mayflower produced a first set of documents on October 2, 2026 (CONFIDENTIALMAYFLOWER126743–140920). Its cover letter acknowledged that twenty-three Excel spreadsheets had not been produced, and it listed documents redacted or withheld as privileged without the information Fed. R. Civ. P. 26(b)(5)(A) requires. Mayflower produced a second set of documents on October 9, 2026. (CONFIDENTIALMAYFLOWER140921 – 140943).

On October 5, 2026, Plaintiffs sent Mayflower's counsel a consultation letter identifying the deficiencies in the privilege list, requesting an updated privilege log, and offering to confer by phone or Zoom. On October 7, 2026, Plaintiffs followed up in writing, requesting the remaining spreadsheets and an updated privilege log by October 9, 2026. Plaintiffs have received no response to either letter, and no updated privilege log has been served.

Plaintiffs also previously asked Mayflower for an update on the searches the Court ordered Mayflower to conduct October 9, 2026. Plaintiffs have not received a response and do not know whether those searches have been completed.

These documents were due over a week ago, and trial is set for November 17, 2026. Plaintiffs bring this matter to the Court's attention now because they do not wish to waive their opportunity or their right to obtain these much-needed and anticipated documents. Plaintiffs respectfully request a telephonic conference at the Court's earliest convenience, or such other relief as the Court deems appropriate. As a further update, Plaintiffs' are taking the Trial Deposition of its Liability Expert, Brooks Rugemer on October 14th at 9AM e.s.t.

Copies of the Court's September 21, 2026 Minutes (Doc. 423), Mayflower's October 2, 2026 letter, and Plaintiffs' October 5 and October 7, 2026 letters are enclosed for the Court's convenience.

Thank you for your attention to this matter.

Respectfully,

T. Ryan Langley

cc: Todd R. Ehrenreich, Esq. (via email)
Stephen McDonald, Esq. (via email)
Jeffrey R. Geldens, Esq. (via email)
Brantley C. Rowlen, Esq. (via email)
Charles J. Hodge, Esq.; J. Camden Hodge, Esq.