**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| KYLE SLOAN, Individually, and as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan, KYLE SLOAN as Surviving Spouse of Jamie Sloan, and KYLE SLOAN as Surviving Parent of Rylie Sloan; and SUSAN WEST, Individually, and as the Next Friend and Natural Guardian of K.W., a minor, | * * * * * * * * | |
| Plaintiffs, | * * * | **Civil Action File No.: 2:22-cv-00076-LGW-BWC** |
| vs. | * * | |
| NICHOLAS BURIST; MAYFLOWER TRANSIT, LLC; and XYZ COMPANIES 1-3; | * * * * | |
| Defendants. | * | |

**<u>DEFENDANT MAYFLOWER TRANSIT, LLC'S JOINDER OF NICHOLAS BURIST'S MOTION TO INCLUDE LOCKE RELOCATIONS, LLC AND JOE MOHOLLAND, INC ON THE VERDICT FORM FOR APPORTIONMENT OF FAULT</u>**

Comes Now Defendant Mayflower Transit, LLC and by and through undersigned counsel, respectfully joins the Motion filed by co-Defendant Nicholas Burist at Dkt. 461 to include Locke Relocations, LLC and Joe Moholland, Inc., on the Verdict Form for Apportionment of Fault and Memorandum of Law by Nicholas Burist.

Respectfully Submitted this 1st day of November, 2026.

*(Signature on the Following Page)*

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ Stephen Kyle McDonald*
BRANTLEY ROWLEN
Georgia Bar No. 153031
STEPHEN KYLE MCDONALD
Georgia Bar No. 661387
TODD R. EHRENREICH
*Admitted Pro Hac Vice*
JEFFREY R. GELDENS
*Admitted Pro Hac Vice*
MICHAEL FOGARTY
*Admitted Pro Hac Vice*

*Counsel for Mayflower Transit, LLC*

600 Peachtree Street N.E.
Suite 4700
Atlanta, Georgia 30308
404.348.8585 Telephone
404.467.8845 Facsimile
Brantley.Rowlen@lewisbrisbois.com
Stephen.McDonald@lewisbrisbois.com

24 Drayton St., Suite 300
Savannah, Georgia 31401
912.525.4960 -- Telephone

Todd.Ehrenreich@lewisbrisbois.com
Jeffrey.Geldens@lewisbrisbois.com
Michael.Fogarty@lewisbrisbois.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the within and foregoing ***DEFENDANT MAYFLOWER TRANSIT, LLC'S JOINDER OF BURIST MOTION TO ADD LOCKE AND MOHOLLAND TO JURY FORM*** via the Court's e filing system, which transmits electronically to all counsel of record:

Submitted this 1st day November, 2026.

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ Stephen Kyle McDonald*
BRANTLEY ROWLEN
Georgia Bar No. 153031
STEPHEN KYLE MCDONALD
Georgia Bar No. 661387
TODD R. EHRENREICH
*Admitted Pro Hac Vice*
JEFFREY R. GELDENS
*Admitted Pro Hac Vice*
MICHAEL FOGARTY
*Admitted Pro Hac Vice*

*Counsel for Mayflower Transit, LLC*

600 Peachtree Street N.E.
Suite 4700
Atlanta, Georgia 30308
404.348.8585 Telephone
404.467.8845 Facsimile
Brantley.Rowlen@lewisbrisbois.com
Stephen.McDonald@lewisbrisbois.com

24 Drayton St., Suite 300
Savannah, Georgia 31401
912.525.4960 -- Telephone

Todd.Ehrenreich@lewisbrisbois.com
Jeffrey.Geldens@lewisbrisbois.com
Michael.Fogarty@lewisbrisbois.com