# In the United States District Court for the Southern District of Georgia Brunswick Division

KYLE SLOAN, Individually, and as Personal Representative of the Estate of Rylie Sloan and Jamie Sloan, et al.,

Plaintiff,

v.

NICHOLAS BURIST, et al.,

Defendants.

2:22-CV-76

**ORDER**

Before the Court is Plaintiff's motion for leave to file a third amended complaint. Dkt. No. 444. Therein, Plaintiff states the requested amendment will "narrow[] this action to the Defendants against whom Plaintiffs continue to assert claims." Id. at 2. No Defendant has opposed the amendment. Therefore, after consideration of the motion, and for good cause shown, the motion for leave to amend, dkt. no. 444, is **GRANTED**. The Clerk is **DIRECTED** to docket the third amended complaint, dkt. no. 444-1, as a separate entry upon the record.

**SO ORDERED**, this 2 day of November, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA