UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
CLERK'S MINUTES

---

CASE NO. 2:22-cv-76 DATE: 10/30/2026

TITLE: Sloan, et al v. Burist, et al

---

HONORABLE BENJAMIN W. CHEESBRO COURTROOM DEPUTY: Karen J. Mitchell

COURT REPORTER: BWK-CHAMBERS TIME: 11:06-12:12 TOTAL: 66 minutes

---

PLAINTIFFS:
Kyle Sloan

COUNSEL FOR PLAINTIFFS:
Joseph Richard Padgett
Matthew T. Foss
Charles Hodge
Ryan Langley

DEFENDANTS:
Nicholas Burist, et al.,

Mayflower Transit LLC,

COUNSEL FOR DEFENDANTS:
Grant B. Smith

Stephen Kyle McDonald

TELEPHONIC STATUS CONFERENCE

---

Telephonic status conference held to discuss a dispute over items identified as privileged.
The Court hears from the parties.
Mayflower is to submit its privilege log/documents (items identified in 10/29/26 letter) for in-camera review and the Court will address the matter at the November 5th status conference.
Mr. McDonald is directed to speak with his client regarding the inconsistencies regarding whether anything was sent to Skybit or if it stayed in-house and communicate the findings with Kim Mixon via email.

**Mr. Langley brought up discovery dispute no. 1 (regarding searches w/50 words key search) from the 9/21/26 status conference and expressed concern over the large amount of additional documents identified. Mr. McDonald states all documents have been produced, minus privileged documents. Privilege log provided. The Court directs counsel to further discuss this matter and suggests Mayflower explain some of its discovery production processes to Plaintiff.**
**Having no further requests of the Court, the hearing was adjourned at 12:12 p.m.**