# In the United States District Court for the Southern District of Georgia Brunswick Division

KYLE SLOAN, Individually, and as Personal Representative of the Estate of Rylie Sloan and Jamie Sloan, et al.,

Plaintiff,

v.

NICHOLAS BURIST, et al.,

Defendants.

2:22-CV-76

## ORDER

Defendant Nicholas Burist filed a motion to include former defendants Locke Relocations, LLC and Joe Moholland, Inc. on the verdict form to be used by the jury during the trial of this case. Dkt. No. 461. Burist seeks such relief "so the jury may assess [Locke Relocations, LLC and Joe Moholland, Inc.'s] percentage of fault under O.C.G.A. § 51-12-33, regardless of whether they remain parties at trial." Id. at 1-2. Burist also requests the Court instruct the jury to consider the fault of all persons and entities that contributed to Plaintiff's alleged injuries and damages. Id. at 2. Finally, Burist requests that "any reference to the existence, terms, or amounts of Plaintiffs' settlements with Locke and Moholland" be excluded. Id.

Four days after Burist filed his motion, Defendant Mayflower Transit LLC filed a motion to join Burist's motion. Dkt. No. 468. To expedite consideration of the motions, Plaintiff's response to both motions must be filed on or before November 10, 2026.

**SO ORDERED**, this 2 day of November, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA