**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| MAKAYLA JANIA HINES, individually, and as Personal Representative of the Estate of MICHAEL ANTHONY HINES, JR., Deceased,<br><br>Plaintiff,<br>v.<br><br>NICHOLAS BURIST, et al.,<br><br>Defendants. | * * * * * * * * * * * * | Civil Action No.<br>2:22-cv-0089-LGW-BWC |

**DEFENDANT MAYFLOWER TRANSIT, LLC'S NOTICE OF FILING DEPOSITION TRANSCRIPTS**

COMES NOW Defendant Mayflower Transit, LLC and pursuant to Dkt. 459 submits the attached depositions, highlighted and color-coded by all parties pursuant to the Court's Order. Defendant has coordinated this submission with all parties and makes this submission with consent of all parties.

Exhibit 1 – Deposition Transcript of Nicholas Burist.

Exhibit 2 – Deposition Transcript of Rob Garr 30(b)(6) for Moholland, Inc.

Exhibit 3 – Deposition Transcript of Angela Locke 30(b)(6) for Locke Relocations.

Exhibit 4 – Deposition Transcript of Chris Wynn

Exhibit 5 – Deposition Transcript of Robert McCabe 30(b)(6) for UniGroup, C.A.

Exhibit 6 – Deposition Transcript of Jack Donovan 30(b)(6) for TransAdvantage

Exhibit 7 – Deposition Transcript of Jason Jones 30(b)(6) for Mayflower Transit, LLC

Exhibit 8 – Deposition Transcript of Mike Kratzer 30(b)(6) for Mayflower Transit, LLC

*(Signature on the Following Page)*

Respectfully submitted this 3rd day of November 2026,

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
*/s/ Stephen Kyle McDonald*
BRANTLEY ROWLEN
Georgia Bar No. 153031
STEPHEN KYLE MCDONALD
Georgia Bar No. 661387
Todd R. Ehrenreich
*Admitted Pro Hac Vice*
Jeffrey Geldens
*Admitted Pro Hac Vice*
*Counsel for Mayflower Transit, LLC*

600 Peachtree Street N.E.
Suite 4700
Atlanta, Georgia 30308
404-348-8585 Telephone
404-467-8845 Facsimile
Brantley.Rowlen@lewisbrisbois.com
Stephen.McDonald@lewisbrisbois.com

Todd.Ehrenreich@lewisbrisbois.com
Jeffrey.Geldens@lewisbrisbois.com

**Certificate of Service**

I CERTIFY that on November 3, 2026, I e-filed a true and correct copy of the foregoing via the Court's CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ Stephen Kyle McDonald*
BRANTLEY ROWLEN
Georgia Bar No. 153031
STEPHEN KYLE MCDONALD
Georgia Bar No. 661387
Todd R. Ehrenreich
*Admitted Pro Hac Vice*
Jeffrey Geldens
*Admitted Pro Hac Vice*

*Counsel for Mayflower Transit, LLC*

600 Peachtree Street N.E.
Suite 4700
Atlanta, Georgia 30308
404-348-8585 Telephone
404-467-8845 Facsimile
Brantley.Rowlen@lewisbrisbois.com
Stephen.McDonald@lewisbrisbois.com

24 Drayton St., Suite 300
Savannah, GA 31401
Tel. (912) 525-4960

Todd.Ehrenreich@lewisbrisbois.com
Jeffrey.Geldens@lewisbrisbois.com