**In The Matter Of:**

*Kyle Sloan, et al. v.*

*Nicholas Burist, et al*

*Jack Donovan as Trans Advantage*

*November 9, 2023*

*Zoom Video deposition*

*Janice D. Hayward, RMR*

*Independent Court Reporter*

*843.478.6756*

*JanHayward1@gmail.com*

Original File 11-09-2023 Trans Advantage.txt

**Min-U-Script® with Word Index**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION
CASE NO. 2:22-CV-00076-LGW

KYLE SLOAN, INDIVIDUALLY; AND AS PERSONAL REPRESENTATIVE OF THE ESTATES OF RYLIE SLOAN AND JAMIE SLOAN; KYLE SLOAN AS SURVIVING SPOUSE OF JAMIE SLOAN; KYLE SLOAN AS SURVIVING PARENT OF RYLIE SLOAN; AND SUSAN WEST, INDIVIDUALLY; AND AS THE NEXT FRIEND AND NATURAL GUARDIAN OF K.W., A MINOR,

Plaintiffs,

vs.

NICHOLAS BURIST; LOCKE RELOCATIONS LLC; NATIONAL INDEMNITY COMPANY; MAYFLOWER TRANSIT LLC; JOE MOHOLLAND, INC.; WESCO INSURANCE COMPANY; AND XYZ COMPANIES 1-3,

Defendants.

-----------------------------------

ZOOM VIDEOCONFERENCE DEPOSITION

30(B)(6) DEPOSITION OF TRANS ADVANTAGE

WITNESS: JACK DONOVAN

DATE: Thursday, November 9, 2023

TIME: 10:04 AM

LOCATION: Zoom Videoconference

REPORTED BY: KATIE L. GRAFF

FOR: Janice D. Hayward, RMR
NCRA Registered Merit Reporter
240 Oak View Way
Summerville, South Carolina 29483
843.478.6756
JanHayward1@Gmail.com

Any Court, party, or person who has purchased a transcript, may, without paying a further fee to the reporter, reproduce a copy or portion thereof as an exhibit pursuant to Court order or rule or for internal use, but shall NOT otherwise provide or sell a copy or copies to any other party or person.

APPEARANCES

FOR THE PLAINTIFFS

Charles Hodge
chodge@hodgelawfirm.com
Hodge & Langley
229 Magnolia Street
P.O. Box 2765
Spartanburg, South Carolina 29306

FOR THE PLAINTIFFS

Matthew Foss
Mfoss@hodgelawfirm.com
Hodge & Langley
229 Magnolia Street
P.O. Box 2765
Spartanburg, South Carolina 29306

FOR THE PLAINTIFFS

Joseph R. Padgett
jpadgett@rodenlaw.com
Roden Law
333 Commercial Drive
Savannah, Georgia 31406

FOR THE DEFENDANT JOE MOHOLLAND INC.

Matthew R. Sessions
msessions@mkblawfirm.com
McMickle, Kurey & Branch, LLP
217 Roswell Street
Alpharetta, Georgia 30009

FOR THE DEFENDANT LOCKE RELOCATIONS LLC

James L. Elliot
jelliott@ebbglaw.com
Elliot & Blackburn
3016 North Patterson Street
Valdosta, Georgia 31602

FOR THE DEFENDANT NICHOLAS BURIST

George Duncan
gduncan@dcplaw.com
Dennis, Corry, Smith & Dixon, LLP
900 Circle 75 Parkway, Suite 1400
Atlanta, Georgia 30339

FOR THE DEFENDANT TRANS ADVANTAGE

Mark Volansky
mark_volansky@unigroup.com
Unigroup Inc.
1 Premier Drive
Fenton, Missouri 63026

FOR THE WITNESS JACK DONOVAN

Ed Theobald
ed_theobald@unigroup.com
Unigroup Inc.
1 Premier Drive
Fenton, Missouri 63026

FOR THE DEFENDANT MAYFLOWER AND TRANS ADVANTAGE

Todd Ehrenreich
Todd.Ehrenreich@lewisbrisbois.com
Lewis Brisbois Bisgaard & Smith
2 Alhambra Plaza, Suite 1110
Coral Gables, FL 33134

ALSO PRESENT

REGINA CHAMPION

TONY GRAFF, LEGAL VIDEOGRAPHER

INDEX TO EXAMINATIONS

Examination By Mr. Hodge 7

INDEX TO EXHIBITS

1 notice of deposition 30
2 organizational chart 33
3 Georgia Secretary of State search 40
4 invoices 56
5 agency statement 83

(The deposition begins at 10:04 AM.)

THE VIDEOGRAPHER: We are now on the record at 10:04 a.m. on November 9th, 2023. This is the 30(b)(6) videotape deposition of Kyle Sloan, et al., in the matter of Kyle Sloan, et al., versus Nicholas Burist. Case Number 2:22-CV-00076-LGW in the United States District Court for the Southern District of Georgia, Brunswick Division.

This video deposition is being held via Zoom videoconference. Present is the court reporter, Katie Graff, representing Janice D. Hayward LLC. I am Tony Graff, the legal videographer representing Rely Reporting LLC.

I did note that this is the video deposition of Trans Advantage, not Kyle Sloan, et al. I do apologize.

Counsel, please state your appearances for the record.

MR. HODGE: Yes. Charlie Hodge and Matt Foss for Kyle Sloan.

MR. EHRENREICH: This is Todd Ehrenreich and Mark Polanski on behalf of

Mayflower and Trans Advantage and on behalf of Jack Donovan as corporate representative of Trans Advantage.

MR. DUNCAN: George Duncan for Nicholas Burist.

MR. SESSIONS: Matt Sessions on behalf of Joe Moholland.

MR. PADGETT: Joseph Padgett on behalf of the plaintiffs.

MR. ELLIOTT: Jim Elliott on behalf of Locke Relocations.

THE VIDEOGRAPHER: Will the court reporter please swear or affirm the witness.

(JACK DONOVAN, after being sworn/affirmed via Zoom, testified as follows:)

EXAMINATION

BY MR. HODGE:

Q What is your full name, sir?
A John Patrick Donovan, III.
Q Who do you work for?
A Trans Advantage.
Q Where are you physically right now?
A Fenton, Missouri.
Q What's the address of the building that

you're in in Fenton, Missouri?
A It's One Premier Drive.
Q Is that the same address as Mayflower?
A Yes.
Q Same address as UniGroup?
A Yes.
Q Okay. So, Mr. Donovan, my name is Charlie Hodge. I represent Kyle Sloan and his family. And I'm going to ask you some questions today. These questions are not meant to harass or intimidate you; rather, I'm just trying to derive information. If I ask you a question that you don't understand, I want you to point that out. Is that agreeable?
A It is.
Q Will you also agree to be truthful and forthright with me and not evasive and --
MR. EHRENREICH: Charlie, we're getting a lot of feedback from somebody, and it's interfering with when you ask a question. So -- and the court reporter is nodding her head. So I'm not sure where the interference is coming from, but we probably should clear it up before you go too far.
MR. HODGE: I agree. I heard it

myself.

MR. PADGETT: Yeah. Hey, Jack, is that coming from your end or --

MS. GRAFF: There's one Zoom that isn't muted. I'm going to see if I can mute it, and maybe that will do it.

MR. EHRENREICH: Jack is -- Jack's got two things going.

MS. GRAFF: Right.

MR. EHRENREICH: Both his computer and it looks like his phone. So I think that's coming from you, Jack. It'll just be impossible for Charlie to take your deposition until we can clear this up.

THE WITNESS: One moment, please.

MR. EHRENREICH: Sure. Sorry about that, Charlie. It just -- it wasn't going to work.

MR. HODGE: I agree with you 100 percent. Glad we got it addressed early.

THE WITNESS: Did that fix it up, Todd?

MR. EHRENREICH: I think it does, yeah. Thank you. Thanks, Jack.

Go ahead, Charlie. My apologies.
MR. HODGE: No, no problem.
BY MR. HODGE:
Q So we were doing the introduction part. And I asked you, if I ask a question that you don't understand, I want you to point that out. Is that agreeable?
A It is.
Q Will you also agree to be truthful and forthright with me and not evasive in your answers?
A I will.
Q All right. So some of the initial questions are just going to be to find out a little bit about you, and then we'll get specifically into the topic list, okay?
A Okay.
Q Where were you born and raised?
A I was born and raised in Chicago, Illinois.
Q All right. How old are you?
A 40 years old.
Q When did you graduate from high school?
A 2001.
Q After graduation, what did you do?

A After high school, I went to college.
Q Which college?
A University of Missouri-Columbia.
Q What did you major in?
A Accountancy.
Q Did you receive your degree in the normal four years?
A I did their five-year master's of accountancy program. So I received a bachelor and master's in five.
Q Right. What year would you have graduated from Missouri?
A 2006.
MS. GRAFF: I still can't understand -- I think it's -- Mr. Hodge, I think it's yours now.
MR. EHRENREICH: Yeah.
MR. PADGETT: It's only when Charlie speaks.
MS. GRAFF: Right.
MR. PADGETT: With that mic. And I don't know how to fix it.
MR. HODGE: That one, just cut it off. Let's see if that works.
MR. PADGETT: If you guys have two

computers going on at the same time, that's what usually happens. In the same room.

Thanks, Katie.

MS. GRAFF: So if you could --

MR. HODGE: All right. I'm going to ask just generic questions. Do you hear any feedback?

MR. PADGETT: It's still the same feedback.

MR. HODGE: Is this on the Zoom?

MR. FOSS: Why don't I log out of this and log back in and see if that helps.

MR. EHRENREICH: Thanks, Matt.

MR. HODGE: I'll log out and start back up.

MR. EHRENREICH: That's a good start.

THE VIDEOGRAPHER: Also, if everyone makes sure they are muted unless it's the deponent and the one deposing. That is also helpful.

MR. EHRENREICH: I think everybody has been. So I think it was Charlie.

MR. FOSS: How about now? Any

feedback on these questions?
MS. GRAFF: No.
MR. EHRENREICH: Sounds much better, much clearer.
MR. HODGE: All right. If it happens again, we'll get another computer.
MR. EHRENREICH: It started again, I think. Sorry.
MR. HODGE: No, hold that. Can I access it through, can I access it through here? I'll just mute this one.
Okay. Can everybody hear me?
MR. EHRENREICH: I think so. Let's give it a shot.
MR. HODGE: Okay. I switched to an iPad. So I'm not hearing any background -- well, yeah. Let's see.
All right. Let's try one more time. Let's see if we put this volume down a little bit.
Sorry, Mr. Donovan, about all this.
THE WITNESS: It's all right.
MR. HODGE: Okay. How about now? Any feedback?

MR. EHRENREICH: Yes, still.
MR. HODGE: As bad?
MR. EHRENREICH: Yes, it will annoy you and it will annoy our court reporter.
MR. FOSS: What if we mute Mr. Donovan and see if it's coming from him.
MR. HODGE: Well, he can't mute, he's got to talk.
MR. FOSS: I mean, just to see if there's an echo and for everybody else.
MR. HODGE: Yeah, mute your deal.
THE WITNESS: I'm going to mute right now. Tell me if it affects anything.
MR. HODGE: All right. Test, test, one, two three. How's that?
MR. EHRENREICH: It sounds like it's Jack's issue. I had a fan on.
THE WITNESS: Did that help anything?
MR. HODGE: Well, I think it's a telephone issue. Don't you? Because we're not getting the feedback right now.
THE WITNESS: All right. I'm going to go to a conference room right next door. Sorry, guys. I'll jump on here in

a second.

THE VIDEOGRAPHER: Off the record at 10:15.

(The deposition went off the record.)

BY MR. HODGE:

Q Mr. Donovan, we were getting into a little family background. Are you married?

A I am.

Q What's your wife's name?

A Michelle.

Q Maiden name?

A Evola.

Q Do you have any relatives by blood or marriage that live in south Georgia?

A No.

Q Okay. So you told me about your master's in accountancy. I think I might have asked you, what year did you graduate?

A 2006 from Mizzou, University of Missouri-Columbia.

Q What did you do after 2006?

A I started my career with Ernst & Young in public accounting in Chicago, Illinois.

Q All right. How long did you work with Ernst & Young?

A About three years.
Q Did you get a CPA?
A I did.
Q All right. Did you -- how long did it take you to get your CPA?
A Like studying for the exams, you mean?
Q No. Like my son's an accountant, and he like passed one section one year, and then he passed another section the next year, that kind of thing.
A I graduated in May of '06, and I took all four parts of the CPA exam in summer of '06 and passed all four parts.
Q Passed all four. That's pretty impressive. Was there an area of accounting that you emphasized when you were with Ernst & Young?
A Audit and advisory.
Q All right. Why did you leave Ernst & Young?
A I left Ernst & Young to move to a different accounting firm called McGladrey & Pullen. RSM McGladrey.
Q RSM, and spell that last name for me, please.
A M-C-G-L-A-D-R-E-Y.
Q Where were they located?

A Also in Chicago.
Q And did you do the same thing for them?
A I did.
Q How long?
A I worked for them for about a year.
Q All right. And why'd you leave?
A Left for a better opportunity.
Q Where did you go?
A PricewaterhouseCoopers, PwC.
Q So that's about 2010?
A Sounds right. I'd have to check.
Q Okay. And same type of position with PriceWaterhouse?
A Audit and advisory.
Q How long did you do that?
A I did that about a year as well.
Q Okay. Why did you leave?
A I left to pursue a different type of work in transaction advisory services.
Q And who did you go to work for?
A FTI Consulting.
Q Where are they located?
A Also in Chicago.
Q Tell me -- I know you mentioned transaction something. Tell me exactly what you

did.
A Transaction advisory services. So supporting clients from an M&A standpoint on merger acquisitions, supporting clients for new lending facilities. So asset-back lending, asset-based lending.
Q And I'm not familiar with some of those terms. What does that mean, asset-based lending?
A For businesses looking to borrow money from a lending institution, you can collateralize your receivables, your inventory, your fleet. And the collateral serves as a way to get lending from a lending institution.
Q Okay. How long did you do that?
A I did that for about a year as well.
Q All right. Why did you leave?
A My wife and I had our first, our daughter Emma, and decided to move back closer to family in St. Louis.
Q Okay. So that takes us to about 2012?
A Correct.
Q And what was your next job?
A CBIZ Valuation Group. C-B-I-Z Valuation Group.
Q What is that group?

A For evaluation services. So valued businesses for M&A as well as financial reporting purposes.
Q How long did you do that?
A Three -- about three years.
Q Why did you leave?
A During that time, I was also in business school in the evenings in a professional MBA program. And when I graduated, I received an offer to meet strategy and corporate development at a public company in St. Louis called Aegion Corporation.
Q Your voice is fading a little. I don't know if it's the microphone or -- say that one more time about you got your business MBA. And then what did you do?
A I worked in strategy and corporate development for a public company in St. Louis called Aegion Corporation, A-E-G-I-O-N.
Q Was that in Missouri as well?
A It was.
Q All right. How long did you do that?
A About just shy of five years, I believe.
Q Okay. So that takes us to about 2020?
A Correct.

Q All right. What did you do next?
A I joined UniGroup as vice president of corporate strategy.
Q And that would've been 2020?
A July of 2020.
Q What's your current position?
A My current position is president of Trans Advantage.
Q Do you get paychecks from Trans Advantage, or do you get them from UniGroup?
A We are a wholly-owned subsidiary of UniGroup. Our paychecks come from UniGroup.
Q Okay. If somebody works for Mayflower, do their paychecks come from UniGroup?
A I'd have to confirm that.
Q Okay. All right. Is Trans Advantage in a separate building from UniGroup?
A No, same building.
Q All right. How about Mayflower?
A Mayflower is a brand owned by UniGroup.
Q Okay. So is there any kind of office setting for Mayflower specifically, or is it all kind of blended in with UniGroup?
A Mayflower and United are brands of UniGroup.

Q Okay. So what do you do at Trans Advantage? I know you're the president, but what does that really mean?
A Lead all aspects of the business.
Q Which includes?
A We have a asset management team which goes out and procures inventory for us to sell. We have sales executives, a sales team, sell our inventory as well as receive financing opportunities.
We have a credit underwriting and analysis team for financing transactions. We have a contract and sales administration team which support sales and financing transactions.
We have a products and services group which put together national account programs. And then we have our credit collections and accounting team.
Q Tell me about this asset management team. What is done, and give me some kind of real-life examples with the asset management team.
A Trans Advantage as a dealer, we sell tractors and trailers in the moving, storage logistics industry. So procuring inventory for us to sell as a dealer would mean working with vendor

and manufacturers on various types of equipment, as an example, Peterbilt tractors or Kentucky Trailers.

Q So does your asset team have any involvement with Payne Trailer Company?

A I'm not familiar with Payne Trailer Company.

Q All right. Sales exec -- executive -- I think you said that was part of the team. Tell me what that component of that business is.

A There are four sales executives, and sales executives go out and drive business opportunities with customers.

Q And give me an example, a real-life example.

A Organically looking for a moving and storage company and finding contact information, reaching out and seeing if they are interested in buying tractors or trailers and establishing a commercial relationship.

Q Did your sales executive team establish a relationship with Joe Moholland Trucking?

A I would have to confirm that.

Q Okay. Credit underwriting, what's that about?

A So when a customer purchases a tractor or a trailer, rather than paying cash up front, we also have the ability to finance the transaction through lending partners. So we evaluate the credit worthiness of a customer. So that's what the credit underwriting and analysis team does, whether or not we should finance the individual or the company.
Q Let's say that you procure a customer and it's time to sign the contract. Is the contract between Trans Advantage and the customer, or is it between UniGroup and the customer?
A Trans Advantage and the customer.
Q Okay. Contract and sales finance I think is what you said. Is that another component?
A Contract and sales administration.
Q Administration. Okay. Tell me about that.
A So when there's a sale or financing transaction or both, there's a lot of paperwork involved, there's a lot of gathering of information. So tax returns and driver's licenses and, you know, titling. So the sales contract administration team supports the sales executives to see a deal through.

Q And would you say about driver's licenses, is that for the owner of the company that you're doing business with or is that for drivers?
A Depends on the circumstances. But drivers are what I was referring to there.
Q Okay. Have you checked Trans Advantage records to see if you have the driver's license of Nicholas Burist?
A I have.
Q Do you have it?
A No.
Q Have you had it --
A No.
Q -- in the past? Okay.
How did you go about checking for that?
A Within our inventory management system and our general ledger.
Q All right. So your inventory management system contains the drivers of all companies that do business with UniGroup, Mayflower, United. Is that correct or is that not correct?
A No, our system is specific to business dealings with Trans Advantage.
Q Only with Trans Advantage?

A Correct.
Q If you wanted to check other records within the UniGroup system for driver's licenses like Nicholas Burist's driver's license, if you wanted to make an inquiry of your colleagues in other departments within UniGroup, how would you go about doing that?
MR. EHRENREICH: Object to form.
Go ahead.
THE WITNESS: I'm sorry, Todd?
MR. EHRENREICH: I just objected to form, but I did not instruct you not to answer.
A All right. I would probably have to ask around. I'm not quite sure.
BY MR. HODGE:
Q Okay. Products and services group, what's that component of Trans Advantage?
A So establishing relationships with national account vendors that serve moving storage logistics. So as an example, Goodyear Tires.
So we put programs in place with negotiated pricing. And then from there, we realize a rebate or potentially a margin depending on which program we're discussing. But we put those programs

in place.
Q All right. And then collections and accounting?
A Collections as in when we finance transactions and they have monthly lease or loan payments, somebody is late on a payment, and we have an individual that reaches out and tries to realize the payment that's late.
Accounting is accounting for our business in general.
Q So you start out at UniGroup as vice president of corporate strategy. At some point, you transition to become president of Trans Advantage. When did that happen?
A January 1st of 2022.
Q When you were vice president of corporate strategy, did you have anything to do with Trans Advantage?
A Trans Advantage is a wholly-owned entity of UniGroup. It's a leading corporate strategy, develop vision goals, strategic initiatives to pursue. And then Trans Advantage was within scope and part of the strategic vision that we're trying to establish.
Q Have you ever had your deposition taken

before?

A I've had it -- I've been deposed at CBIZ Valuation Group as a valuation expert.

Q All right. Anything -- any depositions that have dealt with Mayflower, UniGroup, anything like that?

A No.

Q Okay. What materials have you reviewed in preparation for your deposition?

A I've reviewed the materials that my lawyers have provided.

Q Okay. And I don't -- I'm not trying to trick you into telling me what you had to say with your lawyers. That's off limits. But I am entitled to know the specific material. So just kind of cut to it, we have supplied a number of exhibits to go along with this question-and-answer session. Have you reviewed those?

A I reviewed the exhibits, yes.

Q Have you reviewed any other documents?

A I looked into our inventory management system and confirmed that the VIN numbers of the tractor and trailer in question was not within our system. We do not sell them or finance them. It had nothing to do with Trans Advantage, as well as

the last name Burist as well. It's not within our system.

Q All right. Did you check to see if in the overall UniGroup system that the tractor was associated with or any information pertaining to the tractor?

MR. EHRENREICH: Object to form.

MR. HODGE: Yeah, that was a poorly worded question. Let me try again.

MR. EHRENREICH: Thank you.

BY MR. HODGE:

Q Did you access any other resources to find out if the tractor that was involved in this wreck was in the UniGroup system?

A No.

Q All right. You've been identified as a person with the most knowledge of the topics. You were with UniGroup -- excuse me, you were president of Trans Advantage from January 1st of 2022, and this wreck happened on July 1st. My question is, why are you the person with the most knowledge?

MR. EHRENREICH: Object to form.

BY MR. HODGE:

Q And when Todd or any other lawyer objects to the form, unless they tell you not to answer, go

ahead and answer the question, please.
MR. EHRENREICH: And then just I objected nothing that you and I discussed on that. If you have knowledge of reasons outside of our discussions, you can go ahead and provide that.
A Confirm, the question is why am I the most knowledgeable person to speak on behalf of Trans Advantage?
BY MR. HODGE:
Q Correct.
A I'm president of Trans Advantage.
Q Okay. When did you learn about this wreck?
A I was informed about the wreck by my lawyers.
Q Approximately what time frame?
A I don't recall off the top of my head.
Q Well, I'll represent to you the wreck happened July 1st of 2022. Does that give you some context on when you might have learned about the wreck?
A I learned about the wreck when I learned that I was going to be deposed.
Q Okay. So just in the last few weeks or

few months. Is that fair?

A I can confirm the date of when I was emailed. But, yes, within the last few weeks.

Q All right. Very good. Now, do you feel like you're prepared to respond to the topics that we've identified?

A I will respond to the best of my ability.

Q All right. Have you identified any other persons that may assist in your answers?

MR. EHRENREICH: Let me object to form. You maybe rephrase that.

MR. HODGE: Fair enough.

BY MR. HODGE:

Q Let's put it this way. If I ask about a topic and you don't have the requisite knowledge, I'll ask you then to identify a person who would have the requisite knowledge. Is that fair?

A That's fair.

Q All right.

MR. HODGE: So, Miss Court Reporter, let's mark the topic list as Plaintiff's Exhibit 1.

(Plaintiff's Exhibit Number 1 was marked for identification.)

A I do not have those exhibits in front of me.

BY MR. HODGE:

Q All right. Is there a way for you to access them?

A Do you want to pull it up on the screen? I mean...

Q Well, I was kind of hoping you had your own, but I think we can pull it up on the screen. I'm not sure.

MR. EHRENREICH: If you have your laptop, Jack, can you -- it's on your laptop. That's okay too. Oh, here it is. Never mind.

MR. HODGE: Yeah, I've got -- Matt's very helpful in helping me, so.

BY MR. HODGE:

Q This is the notice. And we'll mark that as Exhibit 1. And then it's got Exhibit A that has the topics. You got that in front of you?

A I can see it.

Q Okay. Very good.

So the first topic is Trans Advantage's organizational structure including each department and division. Have we already covered

that with the areas that you identified?
A Yes.
Q And we also ask about, you know, what those departments did and do. And does that cover the duties and responsibilities for each department and division?
A Yes.
Q All right. Does Trans Advantage share any employees with UniGroup, Mayflower, United, or any other subsidiary of UniGroup?
A No.
Q How many employees does Trans Advantage have?
A I'd have to confirm the number. I believe it's around 30.
Q Let's go to this organizational chart.
You have before you a document that we have obtained that identifies corporate structure. I want you to briefly review that and tell me if that is accurate.
MR. HODGE: We'll mark this is Exhibit 2, Miss Court Reporter.
MR. EHRENREICH: Object to form. This is the first time I've seen this document. And I'm not a lawyer

knowledgeable about how all the entities roll up or what their legal names are.

(Plaintiff's Exhibit Number 2 was marked for identification.)

BY MR. HODGE:

Q Okay. But I still want you to look at it and let's see if you recognize some of these names. It's got UniGroup CA at the top. It says that UniGroup CA is a Missouri corporation. Is that accurate?

MR. EHRENREICH: Let me -- I'm going to go ahead and let him answer these, but that's really not part of the first topic under your Exhibit A. It's just about the Trans Advantage organizational chart, and this is not the Trans Advantage organizational chart.

MR. HODGE: Okay. You've already told me that, and I understand the objection.

BY MR. HODGE:

Q Go ahead and answer the question if you can.

A UniGroup is -- we are a wholly-owned subsidiary of UniGroup.

Q So as we look at this organizational chart, it has Total Transportation Services Inc. with a line from that company to Trans Advantage Inc., which is your company. Is that right?
A Again, this is -- this is something I've never seen before, so I'm not familiar with this.
Q All right. Well, let me ask you. Do you know this company, Total Transportation Services Inc.?
A I do not.
Q Never heard of it?
A I think I've heard of it before. I can't speak to it, though.
Q All right. Is Trans Advantage a Delaware corporation?
A I'd have to confirm.
Q Well, I mean, why would Trans Advantage be a Delaware corporation since you're a wholly-owned subsidiary of a Missouri corporation?
MR. EHRENREICH: Object to form.
A I can't answer that.
BY MR. HODGE:
Q Do you recognize -- in the small print, do you see all that, Abby Van Lines, Elite Van Lines, all that kind of stuff? There's several of them.

Do you recognize those names?
MR. EHRENREICH: Object to form.
A I do not.
BY MR. HODGE:
Q Does Trans Advantage do business with any of those?
A I'm not -- I'd have to confirm.
Q Okay. What is the interaction or the role -- whatever term you want to use -- between Trans Advantage and Mayflower?
A Again, Mayflower and United are brands of UniGroup, so. Brands.
Q Okay. So understanding that, you've used that phrase a couple of times, brands, but UniGroup, Mayflower, and United are one and the same. Or are you telling me that they're one and the same that when we speak of Mayflower, we're speaking of UniGroup at the same time?
A I'd have to confirm. I view the employees as employees of UniGroup. And our brands are Mayflower and United.
MR. EHRENREICH: So let me -- I'm going to give you a lot of latitude, but you are going to take the deposition of -- for UniGroup. This is not that

deposition.
MR. HODGE: Okay. Well, that's fair enough.
BY MR. HODGE:
Q But I guess the next question will be does Trans Advantage operate under any other entity apart from UniGroup?
A No.
Q Does Trans Advantage have a DOT number?
A No.
Q Does Trans Advantage operate with carrier authority?
A No, we are a dealer.
Q I'm sorry?
A We are a dealer.
Q And when you say dealer, are you -- I'm trying to draw an analogy. Like are you a dealer of the tractors?
A We procure inventory that we sell. So, yes, we have a lot with inventory, with tractors and trailers on it.
Q Okay.
A Similar to a car dealership. Pull on the lot and buy a car.
Q You've told me that United and Mayflower

are brands of UniGroup. What are the roles of United and what are the roles of Mayflower?

MR. EHRENREICH: Object to form.

A I don't understand the question.

MR. EHRENREICH: These are -- they have to be Trans Advantage questions, so.

BY MR. HODGE:

Q Well, when you say that United and Mayflower are brands, what do they do?

MR. EHRENREICH: Object to form. So this is as wide as I'm going to allow it. He's not here in his individual capacity. He's here as a corporate representative. So let's stick to the questions in the 14 topics and as they relate to Trans Advantage.

MR. HODGE: Todd, I think that's a fair question in the overall context of --

MR. EHRENREICH: I said I would allow him to answer it. But that's as far as the latitude is going to go. So I didn't tell him not to answer this question.

MR. HODGE: All right. I kind of forgot the question. So, Miss Court Reporter --

BY MR. HODGE:
Q Or do you remember the question?
A UniGroup owns Mayflower and United. There are agents of Mayflower and United. The manner in which they market the brands differ. So some agents are Mayflower. Some are United. Some potentially both.
BY MR. HODGE:
Q Do you know when Trans Advantage was formed?
A I do. We just had our anniversary, November 5, 1969.
Q And can you tell me why it was formed?
A Why it was formed?
Q Sure.
A As a business to sell tractors and trailers and assemble programs for products and services.
Q You know, I've got my fifth-grade mind going here, and I'm just wondering why did -- why do you need a Trans Advantage when you've got a UniGroup? Why didn't you just operate out of UniGroup?
MR. EHRENREICH: Object to form.
A Trans Advantage is a dealer that can

equip the agents of UniGroup with tractors and trailers and other goods that can be used to run their business within the moving, storage, transportation logistics industry.

BY MR. HODGE:

Q Are there any shared employees of Mayflower and Trans Advantage?

A No, I don't believe there are employees of Mayflower. They're employees of UniGroup and employees of Trans Advantage.

Q Is there a list that's available to the public of customers of Trans Advantage?

A To the public, no.

Q But, of course, you've got it internally?

A We have a -- our own CRM and inventory management system, yes.

Q Is Joe Moholland a customer of Trans Advantage?

A As in currently?

Q Currently and in past.

MR. EHRENREICH: Don't answer. Two different questions, Jack. Answer --

A Currently, no. In the past, yes.

BY MR. HODGE:

Q All right. Let's go to Exhibit 3.

(Plaintiff's Exhibit Number 3 was marked
for identification.)
BY MR. HODGE:
Q Trans Advantage is registered in Georgia. Is that correct?
A I'm not familiar with this document. I can't answer this question.
Q All right. Who would be in the best position to answer this question?
A Our lawyers.
Q Well, let's look at this document. It's got Trans Advantage Inc. That's your company that you're the president of, correct?
A Correct.
Q It says that you're a foreign profit corporation. And it's got your principal office address of One Premier Drive, Fenton, Missouri, 63026. Did I read all that correct?
A I see that.
Q Okay. It says you were formed December 3rd of 2010. And the jurisdiction it says is Delaware. And you actually registered in 2023.
MR. EHRENREICH: The first registration is 2010, and they re-upped it in 2023.

MR. HODGE: Yeah, that's what I meant to say. You said it better, Todd. Thank you.
BY MR. HODGE:
Q And then we've got officer information. Now, who is James C. Link?
A He's our former CFO.
Q Of who?
A CFO -- former CFO of UniGroup.
Q Okay. So Trans advantage has listed the former CFO of UniGroup as one of its officers. Is that accurate?
MR. EHRENREICH: Object to form.
A I'm not familiar with this document, and I'm not a lawyer.
BY MR. HODGE:
Q Okay. But I asked you about shared employees before. And this one -- this document would indicate that James C. Link, who you said was CFO of the whole UniGroup, is an officer of Trans Advantage. Now, is that true or not true?
MR. EHRENREICH: Object to form.
A Trans Advantage does not share employees with UniGroup. We have corporate allocations that hit our business unit P&L. And those corporate

allocations relate to the building, the legal team, other things I don't have the specifics behind.

But our people at Trans Advantage is not going over and doing work for other aspects of UniGroup. Our Trans Advantage employees work for Trans Advantage.

BY MR. HODGE:

Q My question to you before had been shared employees and you've said no.

All right. Now my question is, do you have shared officers with UniGroup?

MR. EHRENREICH: Object to form.

A I can't speak to this document, and I can't speak to shared officers or what officer information implies.

BY MR. HODGE:

Q Well, you were provided with this document because you've been identified as the person with the most knowledge. You were provided with this document in advance of this deposition. Were you not?

A This is the first time I've seen this.

Q Well, have you -- I thought you looked through the exhibits that we're putting in. So it's

the first time you've ever seen this?
A The exhibits that -- the page you had up earlier, I had seen that before. And if I -- maybe if I -- I don't -- I can't speak to this document or what it means.
Q Okay. At some point, did you work for James C. Link?
A Define work for.
Q Well, is he your -- would he be your superior?
A No.
Q Would he be lateral or would you be his superior?
A When I was vice president of corporate strategy at UniGroup, I reported to the president and CEO. As president of Trans Advantage, I report to the president and CEO of UniGroup.
Q Is that president and CEO of UniGroup Jason R. Mills?
A Yes. Currently.
Q All right. Now, you told me that Link is not the CFO anymore?
A Correct.
Q Why not?
MR. EHRENREICH: Object to form.

A I -- that was not my decision. I can't speak to why he's not CFO anymore.
BY MR. HODGE:
Q Is he like not employed at all with UniGroup anymore?
A Correct.
Q And do you -- have you not heard like scuttlebutt hearsay, anything about why he's not the CFO anymore?
MR. EHRENREICH: Object to form.
A Scuttlebutt? I mean, I don't really know what that means.
BY MR. HODGE:
Q Well, what it means is that in an office setting, if somebody in a pretty high position leaves, that there's some discussion with employees about why the guy left. So what's your answer?
MR. EHRENREICH: Object to form.
A My opinion is that in terms of what his role was and his, I guess -- I guess he wasn't doing his best job, and that's why they decided to put a different individual in that rule.
BY MR. HODGE:
Q Who's the individual in that role now?
A Brent Stottlemyre.

Q And do you have interaction with Brent Stottlemyre?
A Yes.
Q In what capacity?
A We are a wholly-owned subsidiary of UniGroup. So our financials are consolidated and roll up into UniGroup.
Q Do y'all have like regular staff meetings where you'll meet with Mr. Link or Mr. Mills?
A Mr. Link is no longer with the company.
Q I'm sorry. Mr. Stottlemyre.
A Yes.
Q How regular are those meetings?
A Once a week.
Q Now, Jason Mills is still the CEO of UniGroup?
A Correct.
Q And he's listed on this document as an officer for Trans Advantage Inc.
A I see that.
Q All right. And how about Valerie J. Pacer, she's listed as secretary. Who does she work for?
A Val is the general counsel of UniGroup.
Q Okay. So all these officers of UniGroup

are listed as officers of Trans Advantage Inc.?
MR. EHRENREICH: Object to form.
A I see that.
BY MR. HODGE:
Q Okay. Let's go to -- it's on the same exhibit.
So have you seen this document that's up --
A I don't recall.
Q -- on the screen now? It's part of Exhibit 3.
A Right.
Q Yeah. Part of Exhibit 3.
A I don't recall this document.
Q I'm curious about the authorized shares. I think it says 200,000 authorized shares. Do you know who owns the shares?
A I don't.
Q Okay. Do you own any shares in Trans Advantage?
A I don't.
Q Do you know what a share costs?
A I consider Trans Advantage is a wholly-owned subsidiary of UniGroup, and UniGroup wholly owns Trans Advantage. So from my

knowledge, I don't believe there's a cost of a share, but I can't speak to that.
Q Well, I mean, it sounds to me like Trans Advantage and UniGroup are one and the same?
MR. EHRENREICH: Object to form.
A Define one and the same.
BY MR. HODGE:
Q Well, you say that you don't have any shares in Trans Advantage. It says here there's 200,000 total authorized shares. So I kind of want to know where those shares are.
MR. EHRENREICH: Object to form.
A Trans Advantage is a wholly-owned subsidiary of UniGroup.
BY MR. HODGE:
Q Well, okay. I've heard you say that about 20 times, but that doesn't answer my question.
A You're looking for an individual's name that owns the 200,000 shares?
Q Yeah. Individual or individuals plural.
A I can't speak to that.
Q Okay. All right. Now we're going to get into some invoices. And you had a chance to review these invoices?
MR. EHRENREICH: Charlie, can we -- I

have to take two minutes. Do you mind, if this is a good place?

MR. HODGE: Not a problem, yeah, it's a good place.

MR. EHRENREICH: Just two minutes. Thanks.

MR. HODGE: Sure. No problem.

THE VIDEOGRAPHER: Now off the record at 11:03 a.m.

(The deposition went off the record.)

THE VIDEOGRAPHER: We are back on the record at 11:10 a.m.

BY MR. HODGE:

Q All right. Mr. Donovan, I should have asked you. Who is the CE -- CEO of Trans Advantage?

A There is no CEO of Trans Advantage. I'm president of Trans Advantage.

Q Who's the CFO of Trans Advantage?

A There is no CFO of Trans Advantage.

Q Who are the officers, aside from yourself, in Trans Advantage?

A I can't speak to that.

Q You're the president of the company and you can't tell me who your own officers are?

MR. EHRENREICH: Object to form.

A You're asking who other -- other people in a leadership role within Trans Advantage? How do you define officers?

BY MR. HODGE:

Q Well, how do you define officers?

A Has officer at the end of the title. We don't have any officers at the end of the title.

Q Okay. Do you have a vice president?

A No.

Q So there's 30 people that work for Trans Advantage, and you're the president and that's the only officer?

A We have a director of asset management.

Q Who's that?

A His name is Bob Krug.

Q Spell the last name.

A K-R-U-G.

We have a director of our products and services. And then we have managers elsewhere. But no vice presidents, no officers.

Q All right. The director of products, what's that person's name?

A Ron Taylor.

Q And then the -- how many managers do y'all have out of the 30 people?

A Three.
Q And what are their names?
A Chris Walz, W-A-L-Z; Kayla Clay; Gail Pendegraft.
Q What does Mr. Walz manage, what part of the business?
A Ms. Walz is a woman. And she is the manager of our accounting team.
Q Kayla Clay?
A She's the manager of the credit underwriting and analysis group.
Q Gail?
A Pendegraft.
Q Pendegraft.
A Sales and contract administration.
Q Do you have stock ownership in UniGroup?
A No.
Q Is part of UniGroup's pay plan, if you will, are shares of UniGroup given to certain employees or all employees in terms of pitch and profit sharing, that kind of thing?
MR. EHRENREICH: So answer the question, but this is a Trans Advantage corporate rep deposition.
But go ahead and answer that if

you know.

A I do not know. I don't believe so.

BY MR. HODGE:

Q You have to account for your business profit and loss to, I guess, the CEO and the CFO of UniGroup. Is that correct?

A I report to the CEO of UniGroup.

Q Okay. And do you have to account for profit and loss of your company?

A Yes.

Q How did the profits get distributed between Trans Advantage and UniGroup?

A It's a wholly-owned subsidiary, so it's consolidated financials.

Q So all the profit, all the loss goes to UniGroup?

A Correct.

Q Okay. Now, let's go to topic number 2. And this is Trans Advantage's business and/or agency relationship between Joe Moholland Inc., Moholland Transfer, Payne Inc., Locke Relocations, and/or any of the defendants in this litigation.

So I guess the first thing I would ask is if a Trans Advantage truck -- tractor has an issue, is there some kind of like OnStar

number that the driver can call when it breaks down?
MR. EHRENREICH: Object to form.
A If they are part of our breakdown services program. We have a breakdown services program with TTN, and they then can call TTN directly to support them when they break down.
BY MR. HODGE:
Q What is TTN?
A Breakdown services provider.
Q Who owns TTN?
A I don't know.
Q Is it not owned by UniGroup?
A No, it's an outside third-party vendor.
Q Do you sell this breakdown service to your customers?
A We establish the program between Trans Advantage and TTN with pricing. And then when a customer calls TTN, TTN handles the breakdown and Trans Advantage receives $25 per breakdown event.
Q Okay. What is Trans Advantage doing to earn $25 off of a breakdown of one of its tractors?
MR. EHRENREICH: Object to form.
A Trans Advantage -- first of all, it's not our tractors. Breakdown would be for the tractor in your example of the customer, and then

we negotiate the agreement between Trans Advantage and TTN.

BY MR. HODGE:

Q Does Trans Advantage ever ask for bills of lading?

MR. EHRENREICH: Object to form.

A Bills of lading? I'm not sure.

BY MR. HODGE:

Q And I'm kind of limiting this to the breakdown situation.

A I'd have to -- I'd have to check. When a breakdown occurs, it's handled between the breakdown provider and the customer.

Q In order for you to get your $25, do you -- do you get notice? I mean, how do you know to collect your $25 when a breakdown occurs?

A There's reports of the number of events.

Q Okay. And those reports come to Trans Advantage?

A From TTN.

Q How do you -- I think of the old term, trust but verify. How do you know that TTN is giving you the information about a breakdown?

A Said differently, are we auditing the number of events within their reporting that they

sent to us?
Q In a sense, yes.
A We do not do that.
Q Well, how do you know that a breakdown happens and you -- that's a poorly worded question.
How does -- how does Trans Advantage know that it's being dealt with fairly by TTN?
A I'd have to ask somebody on my team.
Q Do you -- have you had direct dealings with TTN?
A I've met the account rep via Zoom.
Q So when a report comes into Trans Advantage from TTN, what does the report have, the components of it?
A I'd have to ask somebody on my team.
Q Okay. Well, you've been charged with the most knowledge. Who on your team would have the most knowledge to answer that question?
MR. EHRENREICH: So just looking at your 14 topics, I see nothing about TTN in here. He's been prepped on all 14 topics. I'm not seeing TTN.
MR. HODGE: Topic number 6 mentions TTN.

MR. EHRENREICH: He -- Jack's been prepped.
BY MR. HODGE:
Q Yeah, let me ask you this. Is TNN Solutions different from TTN?
A I viewed that as a spelling error. It's TTN.
Q Okay. So it is TTN Fleet Solutions. Is that --
A TTN.
Q Okay. All right. So in our topic list, we simply had a misletter. But topic number 6 does reference this company that you and I are talking about right now, doesn't it?
A Yep.
MR. EHRENREICH: It -- we took scrivener's error as true. So we didn't know it was in error, and nobody had ever heard of TNN.
MR. HODGE: Okay. Understanding that and he's been talking about the relationship with TTN.
MR. EHRENREICH: I've allowed him to do so, but you are -- there was an implication of your question. It was,

well, you're the president, how wouldn't you know. He wouldn't know because he wasn't prepped on these questions because of that.

MR. HODGE: Okay.

BY MR. HODGE:

Q Have you looked through these invoices that we have listed as exhibits? There's a number of them. I'm not going to ask you about every single one of them. But they're Bates stamped. I think they begin with Mayflower 003453.

A I've looked through what my lawyers provided me.

Q Are you familiar with -- are you familiar with these invoices? In other words, the form, have you looked at or seen this kind of invoice before?

A I've seen this kind of invoice before, yes.

Q Okay. So kind of -- I'm going to ask you in general about the invoice itself, and then we'll go on to some specific invoices. I want you to look at 3453. And we'll try to pull it up on the screen.

(Plaintiff's Exhibit Number 4 was marked for identification.)

BY MR. HODGE:
Q Okay. You have that in front of you. It says invoice AR4805. The invoice date is March 24th of 2022. Do you see that?
A Yep.
Q Okay. This particular invoice was billed to Joe Moholland Moving. And the invoice date is March 24, 2022. Did you review that?
A I see that.
Q All right. You see on the far right column in kind of the first paragraph -- let me see if I can move it to -- yeah. I got a little hand signal there. Do you see where it says Trans Advantage and it's got UniGroup, Mayflower, and y'all's address, same address, and it says code number 6363055000? What does that mean?
A I don't know what that code means.
Q Okay. Who would know?
A Somebody on the products and services team.
Q As we go down to the column below, there is something that says CN, and then it looks like a VIN number. Do you see what I'm talking about?
A I see that.
Q Okay. Do you know what tractor that VIN

number applies to?
A No. And I -- I would -- I don't know what that number is, but I would not think it is a VIN of a tractor. This is Mayflower inventory control form, and the vendor is Geiger.
So when movers are out doing a move, they need forms -- paper forms. Those are forms. So it has nothing to do with a tractor.
Q Nothing to do with what?
A It's a form. So I can't speak specifically of what that CN number is, but it would not be a VIN number of a tractor.
Q All right. And who would know what that VIN number -- or I say VIN number. Who would know what that number applies to or means?
A Somebody on my products and services team.
Q Can you give me a name?
A I would have to -- I would go to my director and ask who is most knowledgeable about the Geiger program. So probably Ron Taylor is who I would ask.
Q And when you say the vendor is Geiger, and that's what it says on this document, what does that mean?

A I'll use this as an example. Like Goodyear Tires or TTN or -- it's a third-party provider of some sort of good.
Q So like your tires go out, the driver calls TTN, and TTN contacts Geiger, and Geiger comes out and fixes it?
A No.
Q All right. Help me.
A This -- the inventory control form, I would read this as they needed more forms. So therefore, they wanted more forms from the vendor, Geiger.
Q Who wanted more forms?
A The purchaser information states it's Joe Moholland Moving.
Q Well, it also states DoD-damage. What does that mean?
A Can you use your pointer and show me where it says that.
Q Sure. Go to the left. It says DoD-damage. Do you see where that pointer is?
A Yeah. I don't know what that means. I'd have to ask.
Q Okay. And then to the right, do you see where it says Mayflower/United Department of Defense

damage?
A Yes.
Q Do you know what that means?
A I would guess it's another form, but I would have to confirm.
Q Well, that doesn't define what that means, though. I get that you think this is a form. It is a form. But I want to know what it means when it says Mayflower/United Department of Defense damage.
A I can't speak to the specific purpose of every single one of our forms within the SKUs of Geiger.
Q Okay. And who would be in the best position in your organization to speak with a response on this matter?
A I would ask Ron Taylor, who has the most knowledge about all of the individual forms that are sold through the program.
Q Do you know how these orders are made or these invoices are made?
A Geiger is a -- some of them can call in to the vendor directly, they can order it online.
Q How is it that when Geiger does something, Trans Advantage sends an invoice for it?
A This is -- if you scroll up to the top

again, please.
Q Sure.
A So the -- yeah, as the order is placed, this is -- I'm trying to confirm this paper, statement deduct -- yeah, it says up at the top, statement deduct. So this outlines how their statement will be deducted for the cost of this invoice.
Q I'm sorry, I may be dense, but I didn't quite understand your response. Try again.
A The vendor is paid through -- from Trans Advantage. And the statement deduct is the manner in which the agent is paying for this item.
Q The agent in this case being Joe Moholland?
A That's what the invoice says.
Q So this total invoice was $166.71. How much of that money does Trans Advantage get?
A I can't speak to the specifics on that.
Q Is the money paid back to Trans Advantage and then you remit to Geiger?
A I would have to ask my team.
Q Okay. Who on your team would you ask?
A Ron Taylor.
Q Ron Taylor. Okay.

All right. We're going to pull up Mayflower 3454. Do you see that?
A I see it.
Q Okay. This is an invoice from Trans Advantage for Joe Moholland. And the invoice date is dated May 31st of 2022. Do you see that?
A I see it.
Q Okay. And the billing number, the M00333, that's a number that applies to a Joe Moholland tractor, isn't it?
MR. EHRENREICH: Object to form.
A M00333 applies to a tractor? No, that's incorrect.
BY MR. HODGE:
Q Okay. What does it apply to?
A I believe that is their agency number.
Q I'm sorry?
A I believe that is their agency number.
Q Their agency number. Okay.
And, again, and it looks like Geiger is the vendor. And some uniform black shorts are listed.
A Correct.
Q What's that about?
A Why do they want black shorts?

Q Yes. Is this a kind of a uniform-type thing?
A Yes. So Geiger provides uniforms and apparel. So black shorts being the type of apparel.
Q And do these black shorts have logos on them?
A I can't speak to that.
Q Well, does it make sense that they would have logos on them? I mean, otherwise, why wouldn't -- why wouldn't a driver or, you know, his helpers just have -- just use the regular clothes?
MR. EHRENREICH: Object to form.
A There's optionality of putting labels on apparel. I can't speak specifically if these Dickies black shorts had labels on them.
BY MR. HODGE:
Q I suppose that Geiger could respond to that?
A Yep.
Q Do you know who at Joe Moholland got those particular shirts and pants?
A I don't.
Q Now, if you go to 3455, Mayflower 3455, that's another Trans Advantage invoice dated August

19th of 2022. Do you see that?
A I do.
Q So it's clear that Joe Moholland and Trans Advantage are doing business in August of 2022. Is that right?
A That's how I read this.
Q All right. And --
A I guess I should state the invoice date is August 19th. That doesn't necessarily mean that's the date that the transaction occurred. That's the invoice date.
Q Well, did -- do you -- do you give your agents credit? Like, you let them get stuff before they pay for it, or do you make them pay for it before they get it?
A Depends on the program, but this is -- they would have a credit -- line of credit set up within their statement deduct.
Q Okay. But this document doesn't tell us when the actual transaction is?
A I'm not seeing that. I see delivery date and the invoice information as 8-12. I don't know when they placed the order or anything like that.
Q Okay. Does that make sense to you that it

was delivered on August 12th of 2022 -- these products?

A That's what it says.

Q All right. So I take it that Trans Advantage never received any documentation from Mayflower that they no longer did business with Joe Moholland?

A There was a delay in notification when the agent was terminated.

Q All right. But the reading of this document would indicate there's ongoing business between Trans Advantage, the wholly-owned subsidiary of UniGroup of which brand is Mayflower, going on in August of 2022, approximately two months after this wreck, correct?

A When an agent is terminated, then we stop performing transactions within our products and services programs with that agent once we are notified of termination. There was a delay in that notification.

Q All right. Look at 3456, if you would. This is another invoice that's dated March 17th of 2022. It says here that the vendor was Penske.

A Correct.

Q It's -- under the invoice information,

it's got a delivery ticket. Do you see where it says RA number and then it begins 78920002?

A Yes.

Q Can you tell me what that is?

A I cannot tell you what the RA 78920002 means. Penske is a rental provider.

Q Okay. Now, if I'm just reading this invoice correctly, it looks like somebody might have locked their keys up in the truck. Is that the way you read it?

A Yes.

Q So the truck driver from Moholland would call -- would they call Penske direct, or do they call Trans Advantage and report the situation?

A They would call Penske.

Q How would they know to call Penske?

A If they locked their keys in the truck and they're renting from Penske, then they would -- I can't speak to the specifics of what the guy would do if he locked his keys in the truck. I would -- personally if I was renting a car, I'd probably call the Enterprise location that I rented it from.

Q All right. Go to 3457. This is an invoice to Moholland dated March 14th. It again

references Penske Trucking. And I'm interested in the column where it says invoice notes and references. Do you got that before you?
A I see it.
Q When the Trans Advantage form says ex-driver Deshawn Pope, tell me what that means.
A I can't speak to that.
Q Who would be able to speak to it?
A I would ask Ron Taylor, and he would ask someone on the products and services team.
Q All right. And do you know what the significance of the EX? Does it stand for something?
A I don't know. I can't speak to that.
Q All right. And then it has ex-authorized caller-Mike Peters. Who is Mike Peters?
A I can't speak to that.
Q Have you ever heard that name or seen that name within Trans Advantage or Mayflower or UniGroup?
A I saw that name as like an authorized approver in one of the programs setting up lines of credit for a given program. I saw the name Mike Peters.
Q You kind of drifted off on that. And I'll

need you to explain to me again what you just said.

A When -- when -- if you're doing statement deduct for payment through our programs, you can set up a line of credit. And there is a application form to set up what establishes that line of credit and who is the authorized approver. And that's where I saw the name Mike Peters. I'm not familiar with who he is and I've never interacted with him.

Q Go to 3461, if you would. This document is invoice AR4254 dated March 22nd. Again, it shows an invoice from Trans Advantage to Joe Moholland, and it talks about replace/repair accident/incident damage. Can you tell off of this document who the driver was?

MR. EHRENREICH: Object to form.

A I'd need to ask someone on my team who are more knowledgeable.

BY MR. HODGE:

Q Would that be Mr. Taylor again?

A He's the first person I'd ask, and then he'd ask somebody on his team.

Q Okay.

MR. HODGE: So, Todd, I'm going to go through more questions, but it's clear

that this witness is not the one with the most knowledge to respond to these invoices. So --

MR. EHRENREICH: He has the most knowledge to respond to your 14 topics. So if you're --

MR. HODGE: Well, I guess we'll have to agree to disagree on that. But my point is this. And I know you'll probably take it up with the judge.

But at some point, I'm going to suspend the 30(b)(6) of this witness and ask that a proper 30(b)(6) who can answer questions about these documents be presented. But we'll move on and I just want to state that for the record.

MR. EHRENREICH: Yeah. So the proper way to do that is to stick to the 14 topics. If you have additional questions that he's not been prepared for, you can then notice somebody else as a fact witness to go through these invoices with you to give you the specific answers that you are seeking.

MR. HODGE: And just in response to

your last comment, Todd, Exhibit A, Item Number 4 said, any service contracts or agreement between Trans Advantage and any defendant in this litigation.

Number 5 says, any agency statements and/or invoices between Trans Advantage and any defendant in this litigation.

It couldn't be more clear. And my point is that this witness doesn't even know what these invoices mean. So that's why I don't think he's the proper 30(b)(6) for it.

MR. EHRENREICH: Sure. He knows what they mean. What he doesn't know are these specific questions that you're asking. So why don't we go through all the topics of the 14 topics, and you can make a decision afterwards if you need to depose somebody else.

MR. HODGE: Very good.

BY MR. HODGE:

Q All right. Let's talk about any inspection and maintenance records of the 2014 ProStar International tractor. And it's got a VIN

number. I won't read it out, but you can look on Exhibit A.
So are you prepared to speak to any inspection or maintenance records of that 2014 International tractor?
A It would be in the possession -- any in the possession of Trans Advantage.
MR. EHRENREICH: Right, no.
No, listen to his question. I interjected and I messed up the two of you. I apologize. Why don't we start again.
MR. HODGE: All right.
BY MR. HODGE:
Q Are you prepared to address any inspection and maintenance records of the 2014 ProStar International that's described in Number 3, Exhibit A?
A I confirm that these VIN numbers were not in -- within our systems, which would have popped up if we had sold the tractor or financed the tractor or the trailer. They are not within our systems. We do not sell finance.
Q Okay. Number 4 references any service contracts or agreements between Trans Advantage and

any defendant in this litigation from January 1, 2022, to the present. Are you prepared to address that topic?

A Yes.

Q Okay. What service contracts or agreements existed between Trans Advantage and any defendant in the litigation from January 1, 2022, through the present?

A There were none.

Q Well, we just -- we've seen these invoices. We've already gone through several, and we could go through a -- you know, looks to me like a hundred of Trans Advantage invoices to Joe Moholland. So you're saying that there was no agreement between Moholland and Trans Advantage?

A There were lines of credit that were established for what their agency statement deduct limits would be. But in terms of a -- your example, the Dickies shorts, I don't view that as a service contract, but correct me if I'm wrong.

Q Well, what do you call it?

A An invoice for a purchase of goods.

Q Okay. In order for Joe Moholland to pay Trans Advantage, it seems like there must have been some agreement between the two companies. Is that

accurate?

MR. EHRENREICH: Object to form.

A To join the -- to be in the program with an established line of credit for agency statement deduct, there was an application that established the dollar amounts of what they could purchase in the program in via a statement deduct.

BY MR. HODGE:

Q And we already talked about invoices to Joe Moholland through August of 2022. So is it fair to say that that line of credit was in existence with transactions between Trans Advantage and Moholland at least through August of 2022?

A I don't oversee statement deduct and agency statement accounting.

Q Well, I hear you don't oversee it, but I want an answer to the question. It's pretty straightforward.

A Was a payment made in August for the Geiger invoice?

Q Yes.

A In August? I believe so.

Q Okay. And that would represent an ongoing relationship between Trans Advantage, the wholly-owned subsidiary of UniGroup whose brand is

Mayflower, between your entity and Joe Moholland?

MR. EHRENREICH: Object to form.

BY MR. HODGE:

Q Correct?

A Our product and services programs cease once we are notified of the agent being terminated and there was a delay of notification.

Q Well, you've used that phrase before. When were you notified, by the way?

A I'd have to -- I can't speak to the specific date.

Q So you can't tell me when or if any relationship between Moholland and Trans Advantage was ever terminated?

A Ask that one more time, please.

Q Can you tell me when or if any relationship between Trans Advantage and Moholland was ever terminated?

A Moholland was terminated as an agent in the notification that the agent had been terminated to Trans Advantage to cease transactions and the products and services programs was delayed.

Q When did you find out?

A I don't recall the date off the top of

my head.

Q Well, do you remember the year?

A It was around May or June of -- I believe it was -- it was the summer of 2022. I can't speak to the specific date.

Q Well, it couldn't have been the summer of 2022, because you invoiced him in August of 2022.

MR. EHRENREICH: Object to form.

A I can't speak to the specifics of that example invoice you shared on when they ordered the Dickies shorts.

BY MR. HODGE:

Q Tailored Move, do you know that name?

A Tailored Move, I do not.

Q Tailored Move is the successor corporation of Moholland. Trans Advantage doing business with Tailored Move?

A I am unaware of Tailored Move.

MR. HODGE: Can we go off the record for just a second.

THE VIDEOGRAPHER: We're off the record at 11:53 a.m.

(The deposition went off the record.)

THE VIDEOGRAPHER: We are now back on the record at 11:54 a.m.

BY MR. HODGE:
Q Not trying to make you dizzy, but we're getting there.
All right. You've got in front of you an invoice that's AT7069. And invoice date is June 28th of 2022. Invoice from Trans Advantage to Joe Moholland. Do you see that?
A I do.
Q All right. And it says -- in the line items, it references type, 16-foot SAG light hicube, fixed charges. Do you know that means?
A I do not know what that means.
Q Okay. And under invoice notes and references, do you see where it references the driver as Nick Burist?
A I see that.
Q And did Trans Advantage get paid for this invoice?
A I'd have to confirm.
Q Do you know of any outstanding invoices that are due to Trans Advantage by Joe Moholland?
A No, I do not believe there are any.
Q Okay. If you'll go to Mayflower 3479. The invoice is to Joe Moholland. And the invoice number is AS0477. It's dated April 20th of 2022.

Do you see that?
A I see that.
Q So under invoice line items, it says, processing fees/violations, $90. Do you know what that means?
A It can be a variety of violations. Tolls --
Q Could that be like a traffic ticket or a writeup by the Georgia DOT or somebody like that?
A That could likely be an example, yes.
Q So how does that go? Does the driver get the ticket and then submit it to, in this case, Penske?
A I believe Penske would be notified as the owner of the rental vehicle and then would charge the customer back.
Q But why is Trans Advantage sending an invoice to Joe Moholland for that?
A The customer is paying via statement deduct. So Penske is billing Trans Advantage. Trans Advantage is collecting from the customer via statement deduct.
Q And then Trans Advantage gets its cut out of this particular invoice?
A Correct.

Q Okay. All right.
A Is there any concern if I stand up for a while, while we chat?
Q Oh, no, you're welcome to. It's not a marathon. So stay comfortable.
Go to -- I'm going to bring up 3486. Am I correct in assuming that you would not know the specifics of the line item description and what tractor it would apply to? And in this case, I'm looking at the line item description, it says, replace drive tire, third axle, right inner.
A Yeah, I can't speak to the specifics of that incident. I would imagine it was a rental and there was an issue with the tire.
Q When Trans Advantage sends out an invoice like this, does Trans Advantage do any investigation about the problems with the tractor or the problems with the trailer?
A I don't believe so, no. And I can't even confirm that this was a tractor or a trailer.
Q And who would be able to give us that information?
A Somebody on my team could probably reach out to Penske and track down what occurred with this specific rental and what happened to the

tire.

Q Let's go to 3534. This invoice number is AR1676. Again billed to Joe Moholland on March 7th, 2022. The vendor being TTN Fleet Solutions, do you see that?

A I do.

Q Under line item description, it talks about a brake shoe kit, hub oiler, hubcap gasket. Apparently repairs made by TTN along with a service fee. Is that accurate?

A I see that.

Q Okay. Under invoice notes and references, who makes these invoice notes and references?

A I would have to confirm. I believe TTN would.

Q Why would you put TTN's notes on your invoice?

A I would imagine that this was a situation where the customer had a breakdown, they called TTN for breakdown services. Those were the services provided, and then they provided the notes of what their invoice related to.

Q In part of that invoice notes and references, there are questions. For example, where it says description, what is the PO number if they

do not have any service description? What is the driver service? Do you see where those notes are -- or those questions are present?
A Yep.
Q Why are those questions being asked?
A I can't speak to that.
Q When it says -- well, I should ask you. Who could speak to it?
A I'd have to ask my team.
Q You'd go to that -- was it Roger?
A I'd go to Ron.
Q Ron?
A And then Ron would point me in the right direction to whoever is most knowledgeable about the TTN program. And then that person would then reach out to our contact at TTN and ask about the specifics for this particular breakdown.
Q And do you see where it references the next-to-last description, it says, Burist tire details?
A I see that.
Q You do see that?
A I see that, correct.
Q Is that referencing the driver?
A I can't speak to that.

Q Okay. If you'll look at 3535, you'll see that the driver is Burist, Nicholas Burist. Do you see that in the middle column?
A I do.
Q All right. And was this work done on February 28th of 2022?
A The breakdown date and time is February 28, 2022.
Q Was that yes, it was, or, no, it wasn't?
A I can confirm that the breakdown date and time for the invoice is February 28, 2022.
Q Okay. Sorry to get backwards on this, but if you would -- well, it's not exactly backwards. Go to 3542. This invoice is from Trans Advantage to TTN Fleet Solutions. And if you look at 3543 as a cross-reference. Can we agree that Nicholas Burist was the driver and he was the one who called the problem in?
A That is what is stated on this invoice.
Q Okay. And one of the issues was a blown tire?
A That's what it looks like.
Q If a driver gets invoiced from Trans Advantage -- actually, I shouldn't say a driver. If a company like Joe Moholland gets invoiced from

Trans Advantage for a repair to their vehicle and then it turns out that the repair was ineffective, what recourse does Moholland have as to either Trans Advantage or the vendor?

MR. EHRENREICH: Object to form.

A If they're unhappy with the breakdown services performed?

BY MR. HODGE:

Q Yes.

A They can, I guess, dispute with TTN and the provider on what their charge should be and why it was inadequate.

Q Is that a -- is there some type of process that you tell your customers like Joe Moholland on how to do that, like a form they fill out or a blank form or something like that?

A I'd have to confirm. I mean, I would imagine they would reach out to the provider and give their unhappiness with the services performed.

Q Okay. Now, would you look at Mayflower 00061.

MR. HODGE: And we'll make this the next exhibit number.

(Plaintiff's Exhibit Number 5 was marked for identification.)

BY MR. HODGE:

Q Have you ever seen a document like this before?

A I've seen a document like this before.

Q You have?

A I have.

Q Okay. What is it?

A It's an agency statement.

Q And what period is the statement for? What period ending is the statement for?

A I am not the most knowledgeable when it comes to agency accounting. I'm not part of that group.

Q Well, as you look at this statement, does it look like Mayflower Transit is sending an agency statement to Joe Moholland and talking about how much it owes Joe Moholland?

MR. EHRENREICH: Object to form.

A It's talking about how much it owes if this is the agency statement --

BY MR. HODGE:

Q Joe Moholland is the agent, correct?

A Right.

Q Mayflower Transit is sort of over Joe Moholland. And this document says that balance for was $1,627.88. And then it talks about another category subtotal of $4,163.38. And it says the amount due to the agent is $5,791.26. Did I read all that correct?

MR. EHRENREICH: Actually, it says there's no balance due. Why don't you just ask him instead of testifying for him. It might be easier.

MR. HODGE: Well, I kind of asked him what it meant. So I was walking him through it. But, yeah, sure.

BY MR. HODGE:

Q Tell me what it means to you.

A Yeah, Charlie, again, I'm not the expert on agency statements. I can't speak to the specifics for these dollar amounts or what it relates to.

Q Well, can we agree that Mayflower Transit issued to Joe Moholland Moving an agency statement as of October 26th, 2022?

A I can't speak to that.

Q Okay. Let's look at Mayflower 3521. This is invoice AU2756 dated 7-22-2022 from Trans

Advantage to Joe Moholland. Do you see that?
A I do.
Q So it indicates that a tractor was fixed.
A Those are fixed charges and then mileage charges.
Q Okay. And what does that mean?
A Various ways that they're charged for a given rental. Some charges are fixed, some are based on mileage.
Q So as of July 22nd, 2022. Trans Advantage was sending an invoice to Joe Moholland for $590.77, right?
A Yes.
Q And y'all got paid for that, didn't you?
A Again, I didn't trace every single one of these invoices down to a bank statement. So I believe we got paid.
Q Okay. Look at 3524, if you would. This looks like an invoice from Trans Advantage to Joe Moholland on August 23, 2022. Did I read that correctly?
A Correct.
Q And this was about toll road costs. Apparently the charge on the toll road cost was $26.25. Is that right?

A I see that.
Q And when y'all send out an invoice like this, you get paid 25 bucks for it, don't you?
A Penske would have invoiced Trans Advantage. Trans Advantage then would charge the agency statement for the customer. So when this toll charge occurred, I can't speak to that. But Penske would have notified Trans Advantage, and then we would have charged the agent for the statement deduct for the cost.
Q Which would be $25?
MR. EHRENREICH: Object to form. The $25 was with TNN, remember -- or TTN.
BY MR. HODGE:
Q Okay. Let me ask it this way. How much did y'all charge for this invoice?
A How much did Trans Advantage charge for this invoice?
Q Correct.
A To confirm, are you trying to understand how we make money from this rental program?
Q Well, from this invoice, how much do you make off of this particular invoice?
A I can't speak to that specifically. I gave you the TTN example, $25 per breakdown. Some

of our programs are via rebate based on volume. Some of them, if it's a product or a good, we could mark up and make a margin on it. It just depends on the program.

Q Is the program specific to the agent?

A No. The program is specific to the vendor. Between Trans Advantage and the vendor.

Q Okay. Do you know what the program calls for between you and the vendor for toll road costs?

A The program is between Trans Advantage and Penske, so --

MR. EHRENREICH: So we're -- you can give information, but you're not going to get that specific about the relationship with Penske and what the margins are or anything like that. Saying that there are margins is fine, but no specifics as to what the contract deals with Penske.

MR. HODGE: And I'm trying to understand why you're instructing him not to answer with specifics.

MR. EHRENREICH: I'm telling him he could answer in general what the relationship is, but he's not going to give you the specifics of the contract

between Penske and Trans Advantage.

I don't know how that's not proprietary information, and I have no idea why that would have any -- provide any facts or solutions to any of the issues in our case.

MR. HODGE: Well, this invoice is showing a continuing relationship between a wholly-owned subsidiary of UniGroup, whose brand is Mayflower, as of August of 2022, and Joe Moholland.

And so I want to know what Trans Advantage made off of this particular invoice as an example.

MR. EHRENREICH: Okay. And so unless you're going to tell me how that has anything to do other than you're enjoying yourself with these questions, he's not going to answer that question.

He told you there's a margin. You asked him specifically about a toll road cost. I think his response was he doesn't know. You used the $25 which had to do with a whole other vendor, had nothing to do with Penske.

So if you want to ask him if he knows how much money Trans Advantage made off of this, he can tell you yes or no.

If that's your question, you can ask that question and he can give you a yes-or-no answer.

MR. HODGE: Well, I mean, with respect, Todd, I'm going to ask the questions. And I think my question was fair. And I understand what you've just done. Because you've told him not to answer the question. So that means you got to file a motion.

MR. EHRENREICH: What I told him was this, was that he could answer the general questions. But if you're going to get into the specifics of the contract between Penske and Trans Advantage and how they made money off of the contract, I'm telling him not to answer. That's proprietary information.

I have absolutely the right to instruct him not to answer proprietary information like that. But you can ask him if they made a profit off this. You

can ask him if --

MR. HODGE: No. I can ask him what I want to ask him. And that is, how much money did you make off of this invoice. It's a pretty straightforward question.

MR. EHRENREICH: Well, first, you have to ask him if he knows.

MR. HODGE: I don't have to ask him that, Todd. You can ask him, you've got plenty of time. But, really, with respect --

MR. EHRENREICH: This deposition was supposed to last two to three hours, which I figured it would be four hours. So I'm trying to get this deposition through since I scheduled something super important this afternoon based on that.

So I'm just trying to get this done. So if you want to ask him again if he knows what the profit was off of a $26 -- appears $26.25 toll road cost billed to Penske, ask him that question.

MR. HODGE: Okay. I'm going to ask him the question that I want to ask, and I want to see what the response is.

BY MR. HODGE:

Q And the question is, how much money did Trans Advantage make off of this particular invoice, AV1174?

A With our rental programs, we make a rebate based on volume. So I believe we made a rebate based on overall volume, but I can't speak to the specifics of how much of a rebate we got on this invoice.

Q Who would be able to answer that question?

A I would ask Ron Taylor, and he would ask somebody on our products and services team.

Q Okay.

MR. HODGE: Okay. Let's go off the record. I think I'm about done. Let's see.

THE VIDEOGRAPHER: Are you ready to go off the record?

We'll be off the record at 12:19.

(The deposition went off the record.)

THE VIDEOGRAPHER: We're back on the record at 12:25.

BY MR. HODGE:

Q When you checked your database at Trans

Advantage, did you come up with any service calls that were rendered to any vehicles being operated by Nicholas Burist?

A We do not perform service calls.

Q Well, I know you don't perform service calls. But obviously you've got information about service calls, right?

A I looked in our system for the names, the VIN numbers, and there were zero returns.

Q Well, how can it be zero returns when we're looking at all these invoices and some of them are specifically to Nicholas Burist?

A Our systems were -- I'm looking at -- our systems reflect, you know, tractors and trailers that have been sold, financial relationships -- financing relationships. It's not reflective of every single detail of every single TTN breakdown. TTN provides details behind those.

Q Are you aware that the tractor involved in this wreck was leased by Mayflower to Moholland?

MR. EHRENREICH: Object to form. It's not true.

A No.

BY MR. HODGE:
Q Who do you understand owns that tractor?
A I'm not aware. I can tell you that Trans Advantage did not sell or finance the tractor. I don't know who owns it.
Q If Mayflower leased a vehicle to Joe Moholland, would that go through Trans Advantage?
A Mayflower doesn't lease vehicles. And, no.
Q So do drivers ever call Trans Advantage for service?
A What kind of service?
Q Any kind of service, like some of the service items that we're seeing.
A No.
Q Now, under what circumstances would a driver contact Trans Advantage directly?
A A driver or a business or a company would contact Trans Advantage if they're interested in buying a tractor or trailer and financing.
Q Was Locke a customer of Trans Advantage?
A I'm not familiar. I don't believe.
Q All right. Going through the topics, number 7 is the names, addresses, dated contracts,

and moving reports or inventory reports of Joe Moholland and/or Moholland Transfer from January 1st, 2022, through January 1st, 2023. What information do you have on that topic?

A Do you mind pulling that up on the screen so I can read that again?

Q Certainly. You see -- can you read number 7, that topic?

A Yes.

Q Okay. So what information do you have on that topic?

A I did not have any contracts with Moholland Inc. or Moholland Transfer from January 1, 2022, through January 1, 2023. We do not have any moving reports or inventory reports.

Q Okay. Number 8, the contents of your file on Nicholas Burist including applications, agreements, warnings, reprimands, terminations, or citations. Do you have anything on that -- any information on that topic?

A We do not have a file on Nicholas Burist.

Q And would the same be true for number 9, which includes Charles Davenport and Michael Hines, employment files, employee manuals, handbooks?

A We do not have any employment files, employee manuals or handbooks for Nicholas Burist, Charles Davenport, or Michael Hines.
Q Number 10 asks for your knowledge of all leases, understandings, memoranda, or other documents related to the use or possession of the tractor-trailer in question. Do you have any information on that part of the topic?
A I have no knowledge of that information. I confirm that we did not sell or finance the tractor and trailer in question.
Q Did you confirm who sold or serviced the tractor in question?
MR. EHRENREICH: Object to form.
A I wouldn't have that information. I confirmed we did not. Trans Advantage did not.
BY MR. HODGE:
Q 11, knowledge of all documents prepared by Trans Advantage on Trans Advantage letterhead or bearing a logo for Mayflower's use in contracting, subcontracting, and/or leasing with other entities. What knowledge do you have on that topic?
A I have knowledge -- I guess, can you define the use of the Trans Advantage letterhead? When it says use in contracting, subcontracting,

or leasing with other entities, can you define what you mean by that?
Q Would the extent of your knowledge of the documents be these invoices that we're looking at?
A Continue.
Q Are there any other documents that you know about that would address this topic?
A No.
Q Okay. Do you have knowledge of any primary umbrella or excess insurance policy for Mayflower Transit and Moholland in effect at the time of the incident?
A I do not.
Q Number 13 asks, do you have any knowledge of any and all documents reflecting payments to any person or legal entity arising out of claims made against you or your entities arising out of the incident made the basis of this suit whether paid by you or any person or entity on your behalf?
A I do not.
Q Do you have any information on that?
A I do not.
MR. EHRENREICH: Charlie, will you scroll down on the screen. It's still on the --

MR. HODGE: I'm sorry.
BY MR. HODGE:
Q And I should have asked, when we talked about contracts, I want to show you a document and have you explain it to me. It's Mayflower 69. Do you have that document in front of you?
A I see this, yes.
Q So this again is an agency statement for the period ending 8-31-22 to Joe Moholland Moving, and it says something LEAS invoices, Trans Advantage. What does that mean?
A I do not know.
Q I'm sorry?
A I do not know.
Q Okay. Who would know?
A I would ask somebody in agency accounting.
Q Well, it's got a -- it's got a number, $2,635.60, due HQ. Does that mean that Trans Advantage is due $2,635.60 from Joe Moholland?
A I'd have to confirm with agency somebody in agency accounting.
Q Did Joe Moholland continue to get billed for a relationship between it and Trans Advantage through August of 2022?

A There were -- there was a delay in notification of when the agent was terminated. And I believe they had outstanding rentals with one of our equipment rental partners.

Q Did -- as far as you know, did Trans Advantage get paid that $2,635.60 through August of 2022?

A Again, I did not trace every single one of these invoices all the way down to a bank statement to confirm that, yes, we got paid for these.

Q Have -- and I'm on topic 14 now which references all electronic and written correspondence and communications between Trans Advantage and any of the defendants in this litigation from January 1, 2021, through the present.

Have you gone into your file server and identified electronic written contract -- correspondence and communications between your company and any of the defendants?

A I'm not aware of any.

Q Well, I mean, obviously you've got these invoices. So that's a form of communication and correspondence. Are there others?

A I'm not aware of any.

Q Okay. How was notification, if any, given to Trans Advantage of the ending of any relationship with Joe Moholland?
A Our agency accounting team informs of when agents are terminated from the system.
Q I mean, how do they do that? Do they send you a letter or an email or what?
A Email.
Q Well, do you have that email?
A I don't. I don't have that email handy, no. But I can -- I'm sure I can find it. But, again, there was a delay.
Q While we were on that Mayflower 0069, there's a reference that says rent, TAI rentals. Do you know what that's about?
A I'd have to confirm. I would imagine those are relating to rentals from one of our rental programs.
Q Is TAI a rental program within the UniGroup organization?
A I'd have to confirm with our legal team. TAI I believe is another name for Trans Advantage from a legal standpoint.
Q Oh, okay. So Trans Advantage was charging for rentals to Joe Moholland through August of 2022?

A Ask that one more time. Trans Advantage is what?
Q Was charging Joe Moholland for rentals through August of 2022?
A Our rental provider was invoicing Trans Advantage for outstanding rentals, and then we were collecting for the rentals and pay our rental partner.
MR. HODGE: Okay. Well, based on the lack of response for various questions, I'm going to move to leave this deposition open and get supplied with somebody who can give us more answers. But with that, I'm through.
MR. EHRENREICH: Okay. Anybody else have any questions before we're done for today?
MR. DUNCAN: George Duncan. No questions.
MR. EHRENREICH: Thanks, George.
Anybody else?
MR. ELLIOTT: Jim Elliott. I don't have any questions.
MR. EHRENREICH: Thanks, Jim.
MR. SESSIONS: No questions from Matt

Sessions.

MR. EHRENREICH: Thanks, Matt.

Okay. If it's ordered I will take a copy and I will provide it to Jack for his review if there's any changes he needs to make. Other than that, you guys have a great day. Have a great weekend. Madam Court Reporter, thank you.

MS. GRAFF: Thank you. I think I may have a few -- let me look. I might have one or two spelling questions. There weren't very many.

MR. EHRENREICH: Okay. Do you need Jack to stay on to help you with that?

MS. GRAFF: Yes. He had -- Stottlemyre, Brent Stottlemyre, do you know how to spell that name?

THE VIDEOGRAPHER: Are we done with the video deposition?

MR. EHRENREICH: Yes. Thank you.

THE VIDEOGRAPHER: This concludes the video deposition of Trans Advantage at 12:40 PM.

(The deposition concludes at 12:40 PM.)

---oOo---

STATE OF SOUTH CAROLINA )
: CERTIFICATE
COUNTY OF DORCHESTER )

I, Katie L. Graff, Notary Public, certify that I was authorized to and did voice stenographically report the foregoing deposition, and that the transcript is a true record of the testimony given by the witness.

I further certify that the witness was duly sworn and cautioned by me to tell the truth, the whole truth, and nothing but the truth. I certify that the same was reduced to typewritten form from my original voice stenograph notes by computer-aided transcription.

I further certify that I am not of counsel or kin to any of the parties to this cause of action nor am I interested in any manner in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this the 24th day of November 2023.

Katie L. Graff

Katie L. Graff
Notary Public, South Carolina
My Comm. Expires 03-07-2033

ATTESTATION

In Re: Sloan, et al. v Burist, et al.
Case No.: 2:22-cv-00076-LGW
Deposition of: Jack Donovan as 30(b)(6) of Trans Advantage
Date Taken: Friday, November 9, 2023
Taken Before: Katie L. Graff, Notary Public

I have read the transcript of my deposition and find that no changes are necessary.

___________________________
Name of Deponent

Having read the transcript of my deposition, I wish to make the following corrections: (State reason.)

Page Line :

Page Line :

Page Line :

Page Line :

Page Line :

______________________________
Name of Deponent

Sworn to and subscribed before me this ______ day of__________, 202 , in ______________ County, South Carolina.

_______________________________
Notary Public
State of South Carolina
My Comm. Expires:______________

November 24, 2023

Jack Donovan

c/o Todd Ehrenreich

Dear Deponent,

Please find a copy of your deposition. You will also find enclosed the attestation page from the original deposition.

This is a verbatim transcript. If, however, you feel that it is necessary to make any corrections or changes, you may do so on the attestation page, indicating page and line number. You must state your reason for making the change.

Upon completion, please sign and date the attestation page from the original transcript in front of a notary public and return within 30 days to Katie L. Graff, 156 Whitetail Road, Summerville, South Carolina 29483.

If you have any questions, feel free to contact me.

Yours truly,

Katie L. Graff
Court Reporter

## $

**$1,627.88 (1)** 84:3
**$166.71 (1)** 61:17
**$2,635.60 (3)** 97:19,20;98:6
**$25 (8)** 52:19,21;53:14,16;86:11,13,25;88:23
**$26 (1)** 90:21
**$26.25 (2)** 85:25;90:21
**$4,163.38 (1)** 84:4
**$5,791.26 (1)** 84:5
**$590.77 (1)** 85:11
**$90 (1)** 77:4

## A

**Abby (1)** 34:24
**ability (2)** 23:3;30:8
**able (3)** 67:8;78:21;91:10
**absolutely (1)** 89:22
**access (4)** 13:10,10;28:12;31:5
**accident/incident (1)** 68:14
**account (5)** 21:16;25:20;51:4,8;54:12
**Accountancy (3)** 11:5,9;15:17
**accountant (1)** 16:7
**accounting (13)** 15:23;16:14,20;21:18;26:3,9,9;50:8;73:15;83:14;97:17,22;99:4
**accurate (5)** 32:20;33:10;41:12;73:1;79:10
**acquisitions (1)** 18:4
**actual (1)** 64:20
**actually (3)** 40:22;81:24;84:7
**additional (1)** 69:19
**address (9)** 7:25;8:3,5;40:17;57:15,15;71:15;72:2;96:7
**addressed (1)** 9:20
**addresses (1)** 93:25
**administration (5)** 21:13;23:16,17,24;50:15
**advance (1)** 42:21
**Advantage (158)** 6:18;7:1,3,22;20:8,9,16;21:2,22;23:11,13;24:6,24,25;25:18;26:13,18,19,22;27:25;28:19;29:9,12;32:8,12;33:15,16;34:3,14,17;35:5,10;36:6,9,11;37:6,16;38:9,21,25;39:7,10,12,18;40:4,12;41:10,21,23;42:5,6,7;43:16;45:19;46:1,20,23,25;47:4,9,13;48:15,16,17,18,19,21;49:2,11;50:23;51:12,24;52:17,19,20,23;53:1,4,19;54:7,14;57:14;60:24;61:12,18,20;62:5;63:25;64:4;65:5,12;66:14;67:5,19;68:12;70:3,7;71:7,25;72:6,13,15,24;73:12,24;74:13,17,21;75:16;76:7,17,21;77:17,20,21,23;78:15,16;81:14,24;82:1,4;85:1,10,19;86:5,5,8,17;87:7,10;88:1,13;89:2,18;91:3;92:1;93:4,7,10,17,19,22;95:16,19,19,24;97:11,20,24;98:6,14;99:2,22,24;100:1,6;101:22
**Advantage's (2)** 31:24;51:19
**advisory (4)** 16:16;17:14,19;18:2
**Aegion (2)** 19:11,19
**A-E-G-I-O-N (1)** 19:19
**affects (1)** 14:14
**affirm (1)** 7:13
**afternoon (1)** 90:17
**afterwards (1)** 70:19
**again (21)** 13:6,7;28:9;34:5;35:11;61:1,10;62:20;66:25;68:1,11,20;71:12;79:3;84:16;85:15;90:19;94:6;97:8;98:8;99:12
**against (1)** 96:17
**agency (20)** 51:19;62:16,18,19;70:5;72:17;73:4,15;83:10,14,17,22;84:17,21;86:6;97:8,16,21,22;99:4
**agent (13)** 61:13,14;65:9,16,18;74:6,19,20;83:24;84:5;86:9;87:5;98:2
**agents (5)** 38:4,6;39:1;64:13;99:5
**agree (7)** 8:15,25;9:19;10:10;69:8;81:16;84:20
**agreeable (2)** 8:13;10:8
**agreement (4)** 53:1;70:3;72:15,25
**agreements (3)** 71:25;72:6;94:18
**ahead (7)** 10:1;25:9;29:1,6;33:12,22;50:25
**al (3)** 6:5,6,19
**allocations (2)** 41:24;42:1
**allow (2)** 37:11,19
**allowed (1)** 55:23
**along (2)** 27:17;79:9
**amount (1)** 84:5
**amounts (2)** 73:6;84:18
**analogy (1)** 36:17
**analysis (3)** 21:12;23:6;50:11
**and/or (5)** 51:19,21;70:6;94:2;95:21
**anniversary (1)** 38:11
**annoy (2)** 14:3,4
**anymore (4)** 43:22;44:2,5,9
**apart (1)** 36:6
**apologies (1)** 10:2
**apologize (2)** 6:19;71:11
**apparel (3)** 63:4,5,15
**Apparently (2)** 79:9;85:24
**appearances (1)** 6:21
**appears (1)** 90:21
**application (2)** 68:5;73:5
**applications (1)** 94:17
**applies (4)** 58:1,15;62:9,12
**apply (2)** 62:15;78:9
**approver (2)** 67:22;68:6
**Approximately (2)** 29:17;65:14
**April (1)** 76:25
**AR1676 (1)** 79:3
**AR4254 (1)** 68:11
**AR4805 (1)** 57:3
**area (1)** 16:14
**areas (1)** 32:1
**arising (2)** 96:16,17
**around (3)** 25:15;32:15;75:3
**AS0477 (1)** 76:25
**aside (1)** 48:20
**aspects (2)** 21:4;42:6
**assemble (1)** 38:17
**asset (5)** 21:6,19,21;22:4;49:13
**asset-back (1)** 18:5
**asset-based (2)** 18:6,8
**assist (1)** 30:10
**associated (1)** 28:5
**assuming (1)** 78:7
**AT7069 (1)** 76:5
**AU2756 (1)** 84:25
**Audit (2)** 16:16;17:14
**auditing (1)** 53:24
**August (16)** 63:25;64:4,9;65:1,14;73:10,13,19,22;75:7;85:20;88:10;97:25;98:6;99:25;100:4
**authority (1)** 36:12
**authorized (5)** 46:15,16;47:10;67:21;68:6
**AV1174 (1)** 91:4
**available (1)** 39:11
**aware (4)** 92:20;93:3;98:21,25
**axle (1)** 78:11

## B

**bachelor (1)** 11:9
**back (8)** 12:13,17;18:18;48:11;61:20;75:24;77:16;91:22
**background (2)** 13:17;15:7
**backwards (2)** 81:12,13
**bad (1)** 14:2
**balance (2)** 84:2,8
**bank (2)** 85:16;98:9
**based (6)** 85:9;87:1;90:17;91:6,7;100:9
**basis (1)** 96:18
**Bates (1)** 56:10
**bearing (1)** 95:20
**become (1)** 26:13
**begin (1)** 56:11
**begins (2)** 6:1;66:2
**behalf (7)** 6:25;7:2,7,9,10;29:8;96:19

**behind (2)**
42:3;92:18
**below (1)**
57:21
**best (4)**
30:7;40:8;44:21;60:13
**better (3)**
13:3;17:7;41:2
**billed (4)**
57:6;79:3;90:22;97:23
**billing (2)**
62:8;77:20
**bills (2)**
53:4,7
**bit (2)**
10:15;13:20
**black (5)**
62:21,25;63:4,6,16
**blank (1)**
82:15
**blended (1)**
20:23
**blood (1)**
15:13
**blown (1)**
81:20
**Bob (1)**
49:15
**born (2)**
10:18,19
**borrow (1)**
18:9
**Both (3)**
9:10;23:20;38:7
**brake (1)**
79:8
**brand (4)**
20:20;65:13;73:25;88:10
**brands (8)**
20:24;35:11,12,14,21;37:1,9;38:5
**break (1)**
52:6
**breakdown (22)**
52:3,4,9,14,18,19,21,24;53:10,12,13,16,23;54:4;79:19,20;80:17;81:7,10;82:6;86:25;92:18
**breaks (1)**
52:1
**Brent (3)**
44:25;45:1;101:16
**briefly (1)**
32:19
**bring (1)**
78:6
**Brunswick (1)**
6:10
**bucks (1)**
86:3
**building (4)**
7:25;20:17,18;42:1
**Burist (14)**
6:7;7:5;24:8;28:1;76:15;80:19;81:2,2,16;92:3,12;94:17,22;95:2
**Burist's (1)**
25:4
**business (21)**
19:7,15;21:4;22:10,12;24:3,21,23;26:10;35:5;38:16;39:3;41:25;50:6;51:4,19;64:4;65:6,11;75:16;93:18
**businesses (2)**
18:9;19:2
**buy (1)**
36:24
**buying (2)**
22:19;93:20

## C

**CA (2)**
33:8,9
**call (11)**
52:1,5;60:21;66:13,13,14,15,16,22;72:21;93:10
**called (5)**
16:20;19:11,19;79:20;81:17
**caller-Mike (1)**
67:16
**calls (7)**
52:18;59:5;87:8;92:1,4,6,7
**can (54)**
9:5,14;13:9,10,12;18:10;29:5;30:2;31:9,12,21;33:23;38:13,25;39:2;47:25;52:1,5;57:12;58:18;59:18;60:21,22;66:4;68:4,14;69:13,20;70:18;71:1;74:16;75:19;77:6;81:10,16;82:10;84:20;87:12;89:3,4,5,24;90:1,2,9;92:10;93:3;94:6,7;95:23;96:1;99:11,11;100:13
**capacity (2)**
37:12;45:4
**car (3)**
36:23,24;66:22
**career (1)**
15:22
**carrier (1)**
36:11
**Case (5)**
6:7;61:14;77:12;78:9;88:6
**cash (1)**
23:2
**category (1)**
84:4
**CBIZ (2)**
18:23;27:2
**C-B-I-Z (1)**
18:23
**CE (1)**
48:15
**cease (2)**
74:5,21
**CEO (8)**
43:16,17,18;45:15;48:15,16;51:5,7
**certain (1)**
50:19
**Certainly (1)**
94:7
**CFO (11)**
41:7,9,9,11,20;43:22;44:2,9;48:18,19;51:5
**chance (1)**
47:23
**changes (1)**
101:5
**charge (7)**
77:16;82:11;85:24;86:5,7,16,17
**charged (3)**
54:17;85:7;86:9
**charges (4)**
76:11;85:4,5,8
**charging (2)**
99:24;100:3
**Charles (2)**
94:24;95:3
**Charlie (11)**
6:22;8:7,17;9:13,17;10:1;11:18;12:24;47:25;84:16;96:23
**chart (4)**
32:16;33:15,17;34:2
**chat (1)**
78:3
**check (4)**
17:11;25:2;28:3;53:11
**checked (2)**
24:6;91:25
**checking (1)**
24:15
**Chicago (4)**
10:19;15:23;17:1,23
**Chris (1)**
50:3
**circumstances (2)**
24:4;93:16
**citations (1)**
94:19
**claims (1)**
96:16
**Clay (2)**
50:3,9
**clear (5)**
8:23;9:14;64:3;68:25;70:9
**clearer (1)**
13:4
**clients (2)**
18:3,4
**closer (1)**
18:18
**clothes (1)**
63:12
**CN (2)**
57:22;58:11
**code (2)**
57:15,17
**collateral (1)**
18:12
**collateralize (1)**
18:10
**colleagues (1)**
25:5
**collect (1)**
53:16
**collecting (2)**
77:21;100:7
**collections (3)**
21:17;26:2,4
**college (2)**
11:1,2
**column (4)**
57:11,21;67:2;81:3
**comfortable (1)**
78:5
**coming (4)**
8:22;9:3,12;14:6
**comment (1)**
70:1
**commercial (1)**
22:20
**communication (1)**
98:23
**communications (2)**
98:14,19
**companies (2)**
24:20;72:25
**company (18)**
19:11,18;22:5,7,17;23:8;24:2;34:3,4,8;40:12;45:10;48:23;51:9;55:13;81:25;93:18;98:20
**component (3)**
22:10;23:15;25:18
**components (1)**
54:15
**computer (2)**
9:10;13:6
**computers (1)**
12:1
**concern (1)**
78:2
**concludes (2)**
101:21,24
**conference (1)**
14:24
**confirm (23)**
20:15;22:23;29:7;30:2;32:14;34:16;35:7,19;60:5;61:4;71:19;76:19;78:20;79:14;81:10;82:17;86:20;95:10,12;97:21;98:10;99:16,21
**confirmed (2)**
27:22;95:16
**consider (1)**
46:23
**consolidated (2)**
45:6;51:14
**Consulting (1)**
17:21
**contact (4)**
22:17;80:16;93:17,19
**contacts (1)**
59:5
**contains (1)**
24:20
**contents (1)**
94:16
**context (2)**
29:21;37:18
**Continue (2)**
96:5;97:23
**continuing (1)**
88:8
**contract (13)**
21:13;23:10,10,14,16,23;50:15;72:20;87:18,25;89:17,19;98:18
**contracting (2)**
95:20,25
**contracts (6)**
70:2;71:25;72:5;93:25;94:12;97:4
**control (2)**
58:5;59:9
**copy (1)**
101:4
**corporate (13)**
7:2;19:10,17;20:3;26:12,16,20;32:18;37:13;41:24,25;43:14;50:24
**Corporation (8)**
19:12,19;33:9;34:15,18,19;40:16;75:15
**correctly (2)**

66:8;85:21
**correspondence (3)**
98:13,19,24
**cost (6)**
47:1;61:7;85:24;
86:10;88:22;90:21
**costs (3)**
46:22;85:23;87:9
**Counsel (2)**
6:20;45:24
**couple (1)**
35:14
**course (1)**
39:14
**Court (9)**
6:9,13;7:12;8:20;
14:4;30:21;32:22;
37:24;101:8
**cover (1)**
32:4
**covered (1)**
31:25
**CPA (3)**
16:2,5,11
**credit (15)**
21:11,17;22:24;
23:5,6;50:10;64:13,
17,17;67:23;68:4,6;
72:16;73:4,11
**CRM (1)**
39:15
**cross-reference (1)**
81:16
**curious (1)**
46:15
**current (2)**
20:6,7
**currently (4)**
39:19,20,23;43:20
**customer (16)**
23:1,5,9,11,12,13;
39:17;52:18,25;
53:13;77:16,19,21;
79:19;86:6;93:22
**customers (4)**
22:13;39:12;52:15;
82:14
**cut (3)**
11:23;27:15;77:23

**D**

**damage (3)**
60:1,9;68:14
**database (1)**
91:25
**date (14)**
30:2;57:3,7;62:5;
64:8,10,11,22;74:11,
25;75:5;76:5;81:7,10
**dated (8)**
62:6;63:25;65:22;
66:25;68:11;76:25;
84:25;93:25
**daughter (1)**
18:18
**Davenport (2)**
94:24;95:3
**day (1)**
101:7
**deal (2)**
14:12;23:25
**dealer (7)**
21:22,25;36:13,15,
16,17;38:25
**dealership (1)**
36:23
**dealings (2)**
24:24;54:10
**deals (1)**
87:18
**dealt (2)**
27:5;54:7
**December (1)**
40:20
**decided (2)**
18:18;44:21
**decision (2)**
44:1;70:18
**deduct (12)**
61:5,6,12;64:18;
68:3;72:17;73:5,7,14;
77:20,22;86:10
**deducted (1)**
61:7
**defendant (4)**
70:4,7;72:1,7
**defendants (3)**
51:22;98:15,20
**Defense (2)**
59:25;60:9
**Define (7)**
43:8;47:6;49:3,5;
60:6;95:24;96:1
**degree (1)**
11:6
**Delaware (3)**
34:14,18;40:22
**delay (5)**
65:8,19;74:7;98:1;
99:12
**delayed (1)**
74:23
**delivered (1)**
65:1
**delivery (2)**
64:21;66:1
**dense (1)**
61:9
**department (4)**
31:25;32:5;59:25;
60:9
**departments (2)**
25:6;32:4
**depending (1)**
25:24
**Depends (3)**
24:4;64:16;87:4
**deponent (1)**
12:21
**depose (1)**
70:19
**deposed (2)**
27:2;29:24
**deposing (1)**
12:21
**deposition (21)**
6:1,5,11,18;9:14;
15:4;26:25;27:9;
35:24;36:1;42:21;
48:10;50:24;75:23;
90:12,15;91:21;
100:11;101:19,22,24
**depositions (1)**
27:4
**derive (1)**
8:11
**described (1)**
71:17
**description (6)**
78:8,10;79:7,25;
80:1,19
**Deshawn (1)**
67:6
**detail (1)**
92:17
**details (2)**
80:20;92:18
**develop (1)**
26:21
**development (2)**
19:10,18
**Dickies (3)**
63:16;72:19;75:11
**differ (1)**
38:5
**different (5)**
16:20;17:18;39:22;
44:22;55:5
**differently (1)**
53:24
**direct (2)**
54:10;66:13
**direction (1)**
80:14
**directly (3)**
52:6;60:22;93:17
**director (4)**
49:13,18,21;58:20
**disagree (1)**
69:8
**discussed (1)**
29:3
**discussing (1)**
25:25
**discussion (1)**
44:16
**discussions (1)**
29:5
**dispute (1)**
82:10
**distributed (1)**
51:11
**District (2)**
6:9,9
**Division (3)**
6:10;31:25;32:6
**dizzy (1)**
76:2
**document (23)**
32:17,25;40:6,11;
41:14,18;42:14,18,21;
43:5;45:18;46:7,14;
58:24;64:19;65:11;
68:10,15;83:4,6;84:2;
97:4,6
**documentation (1)**
65:5
**documents (7)**
27:20;69:14;95:6,
18;96:4,6,15
**DoD-damage (2)**
59:16,21
**dollar (2)**
73:6;84:18
**done (7)**
21:20;81:5;89:11;
90:19;91:15;100:16;
101:18
**Donovan (8)**
7:2,15,20;8:7;
13:21;14:6;15:6;
48:14
**door (1)**
14:25
**DOT (2)**
36:9;77:9
**down (8)**
13:20;52:1,6;57:21;
78:24;85:16;96:24;
98:9
**draw (1)**
36:17
**drifted (1)**
67:25
**Drive (4)**
8:2;22:12;40:17;
78:11
**driver (15)**
52:1;59:4;63:11;
66:12;68:15;76:15;
77:11;80:2,24;81:2,
17,23,24;93:17,18
**drivers (4)**
24:3,5,20;93:10
**driver's (5)**
23:22;24:1,7;25:3,4
**due (5)**
76:21;84:5,8;97:19,
20
**Duncan (4)**
7:4,4;100:18,18
**During (1)**
19:7
**duties (1)**
32:5

**E**

**earlier (1)**
43:3
**early (1)**
9:21
**earn (1)**
52:21
**easier (1)**
84:10
**echo (1)**
14:11
**effect (1)**
96:11
**EHRENREICH (86)**
6:24,25;8:17;9:7,
10,16,24;11:17;12:15,
18,23;13:3,7,13;14:1,
3,17;25:8,11;28:7,10,
22;29:2;30:11;31:11;
32:23;33:11;34:20;
35:2,22;37:3,5,10,19;
38:24;39:21;40:23;
41:13,22;42:13;
43:25;44:10,18;46:2;
47:5,12,25;48:5,25;
50:22;52:2,22;53:6;
54:20;55:1,16,23;
62:11;63:13;68:16;
69:4,17;70:14;71:8;
73:2;74:2;75:8;82:5;
83:20;84:7;86:12;
87:12,22;88:15;
89:14;90:6,12;92:22;
95:14;96:23;100:15,
20,24;101:2,13,20
**either (1)**
82:3
**electronic (2)**
98:13,18
**Elite (1)**
34:24
**ELLIOTT (4)**
7:10,10;100:22,22
**else (5)**
14:11;69:21;70:20;
100:15,21
**elsewhere (1)**
49:20
**email (4)**
99:7,8,9,10
**emailed (1)**
30:3
**Emma (1)**
18:18
**emphasized (1)**
16:15
**employed (1)**

44:4
**employee (2)** 94:25;95:2
**employees (15)** 32:9,12;35:20,20; 39:6,8,9,10;41:18,23; 42:6,10;44:16;50:20, 20
**employment (2)** 94:25;95:1
**end (3)** 9:3;49:6,7
**ending (3)** 83:12;97:9;99:2
**enjoying (1)** 88:17
**enough (2)** 30:13;36:3
**Enterprise (1)** 66:22
**entities (4)** 33:1;95:21;96:1,17
**entitled (1)** 27:14
**entity (5)** 26:19;36:6;74:1; 96:16,19
**equip (1)** 39:1
**equipment (2)** 22:1;98:4
**Ernst (5)** 15:22,25;16:15,17, 19
**error (3)** 55:6,17,18
**establish (3)** 22:21;26:24;52:16
**established (3)** 72:17;73:4,5
**establishes (1)** 68:5
**establishing (2)** 22:19;25:19
**et (3)** 6:5,6,19
**evaluate (1)** 23:4
**evaluation (1)** 19:1
**evasive (2)** 8:16;10:11
**even (2)** 70:10;78:20
**evenings (1)** 19:8
**event (1)** 52:19
**events (2)** 53:17,25
**everybody (3)** 12:23;13:12;14:11
**everyone (1)** 12:19
**Evola (1)** 15:12
**EX (1)** 67:12
**exactly (2)** 17:25;81:13
**exam (1)** 16:11
**EXAMINATION (1)** 7:17
**example (12)** 22:2,14,15;25:21; 52:25;59:1;72:19; 75:10;77:10;79:24; 86:25;88:14
**examples (1)** 21:21
**exams (1)** 16:6
**ex-authorized (1)** 67:15
**excess (1)** 96:10
**excuse (1)** 28:18
**ex-driver (1)** 67:6
**exec (1)** 22:8
**executive (2)** 22:8,21
**executives (4)** 21:8;22:11,12; 23:24
**Exhibit (18)** 30:23,24;31:19,19; 32:22;33:3,14;39:25; 40:1;46:6,11,13; 56:23;70:1;71:2,18; 82:24;83:1
**exhibits (6)** 27:16,19;31:1; 42:25;43:2;56:8
**existed (1)** 72:6
**existence (1)** 73:11
**expert (2)** 27:3;84:16
**explain (2)** 68:1;97:5
**extent (1)** 96:3

## F

**facilities (1)** 18:5
**fact (1)** 69:21
**facts (1)** 88:5
**fading (1)** 19:13
**fair (8)** 30:1,13,18,19;36:2; 37:18;73:10;89:10
**fairly (1)** 54:7
**familiar (9)** 18:7;22:6;34:6; 40:6;41:14;56:14,14; 68:8;93:23
**family (3)** 8:8;15:7;18:19
**fan (1)** 14:18
**far (4)** 8:24;37:20;57:10; 98:5
**February (3)** 81:6,8,11
**fee (1)** 79:10
**feedback (6)** 8:18;12:8,10;13:1, 25;14:22
**feel (1)** 30:4
**fees/violations (1)** 77:4
**Fenton (3)** 7:24;8:1;40:17
**few (4)** 29:25;30:1,3; 101:10
**fifth-grade (1)** 38:19
**figured (1)** 90:14
**file (4)** 89:13;94:16,21; 98:17
**files (2)** 94:25;95:1
**fill (1)** 82:15
**finance (8)** 23:3,7,14;26:4; 27:24;71:23;93:4; 95:10
**financed (1)** 71:21
**financial (2)** 19:2;92:15
**financials (2)** 45:6;51:14
**financing (6)** 21:9,12,14;23:19; 92:16;93:21
**find (4)** 10:14;28:12;74:24; 99:11
**finding (1)** 22:17
**fine (1)** 87:17
**firm (1)** 16:20
**first (12)** 18:17;31:23;32:24; 33:13;40:23;42:23; 43:1;51:23;52:23; 57:11;68:21;90:6
**five (2)** 11:10;19:23
**five-year (1)** 11:8
**fix (2)** 9:22;11:22
**fixed (4)** 76:11;85:3,4,8
**fixes (1)** 59:6
**fleet (4)** 18:11;55:8;79:4; 81:15
**follows (1)** 7:16
**foreign (1)** 40:15
**forgot (1)** 37:24
**form (48)** 25:8,12;28:7,22,25; 30:12;32:23;34:20; 35:2;37:3,10;38:24; 41:13,22;42:13; 43:25;44:10,18;46:2; 47:5,12;48:25;52:2, 22;53:6;56:15;58:5, 10;59:9;60:4,7,8; 62:11;63:13;67:5; 68:5,16;73:2;74:2; 75:8;82:5,15,16; 83:20;86:12;92:22; 95:14;98:23
**formed (4)** 38:10,13,14;40:20
**former (3)** 41:7,9,11
**forms (8)** 58:7,7,8;59:10,11, 13;60:11,17
**forthright (2)** 8:16;10:11
**Foss (5)** 6:23;12:12,25;14:5, 10
**four (6)** 11:7;16:11,12,13; 22:11;90:14
**frame (1)** 29:17
**front (6)** 23:2;31:1,20;57:2; 76:4;97:6
**FTI (1)** 17:21
**full (1)** 7:19

## G

**Gail (2)** 50:3,12
**gasket (1)** 79:8
**gathering (1)** 23:21
**gave (1)** 86:25
**Geiger (14)** 58:5,21,23;59:5,5, 12;60:12,21,23; 61:21;62:21;63:3,18; 73:20
**general (6)** 24:18;26:10;45:24; 56:20;87:23;89:15
**generic (1)** 12:7
**George (3)** 7:4;100:18,20
**Georgia (4)** 6:10;15:14;40:4; 77:9
**gets (3)** 77:23;81:23,25
**given (4)** 50:19;67:23;85:8; 99:1
**giving (1)** 53:23
**Glad (1)** 9:20
**goals (1)** 26:21
**goes (2)** 21:7;51:15
**good (8)** 12:18;30:4;31:22; 48:2,4;59:3;70:21; 87:2
**goods (2)** 39:2;72:22
**Goodyear (2)** 25:21;59:2
**graduate (2)** 10:23;15:18
**graduated (3)** 11:11;16:10;19:9
**graduation (1)** 10:25
**Graff (10)** 6:13,15;9:4,9; 11:14,20;12:5;13:2; 101:9,15
**great (2)** 101:7,7
**Group (8)**

18:23,24,25;21:16;25:17;27:3;50:11;83:15
**guess (10)** 36:5;44:20,20;51:5,23;60:4;64:8;69:7;82:10;95:23
**guy (2)** 44:17;66:20
**guys (3)** 11:25;14:25;101:6

**H**

**hand (1)** 57:12
**handbooks (2)** 94:25;95:2
**handled (1)** 53:12
**handles (1)** 52:18
**handy (1)** 99:10
**happen (1)** 26:14
**happened (3)** 28:20;29:20;78:25
**happens (3)** 12:2;13:5;54:5
**harass (1)** 8:10
**Hayward (1)** 6:14
**head (3)** 8:21;29:18;75:1
**hear (3)** 12:7;13:12;73:16
**heard (7)** 8:25;34:11,12;44:7;47:16;55:19;67:18
**hearing (1)** 13:16
**hearsay (1)** 44:8
**held (1)** 6:12
**help (3)** 14:19;59:8;101:14
**helpers (1)** 63:12
**helpful (2)** 12:22;31:16
**helping (1)** 31:16
**helps (1)** 12:14
**Hey (1)** 9:2
**hicube (1)** 76:10
**high (3)** 10:23;11:1;44:15
**Hines (2)** 94:24;95:3
**hit (1)** 41:25
**HODGE (111)** 6:22,22;7:18;8:8,25;9:19;10:3,4;11:15,23;12:6,11,16;13:5,9,15,24;14:2,8,12,15,20;15:5;25:16;28:8,11,23;29:10;30:13,14,21;31:3,15,17;32:21;33:5,18,21;34:22;35:4;36:2,4;37:7,17,23;38:1,8;39:5,24;40:3;41:1,4,16;42:8,17;44:3,13,23;46:4;47:7,15;48:3,7,13;49:4;51:3;52:7;53:3,8;54:24;55:3,20;56:5,6;57:1;62:14;63:17;68:19,24;69:7,25;70:21,22;71:13,14;73:8;74:3;75:12,19;76:1;82:8,23;83:3,23;84:11,14;86:14;87:19;88:7;89:7;90:2,8,23;91:1,14,24;93:1;95:17;97:1,2;100:9
**hold (1)** 13:9
**hoping (1)** 31:8
**hours (2)** 90:13,14
**How's (1)** 14:16
**HQ (1)** 97:19
**hub (1)** 79:8
**hubcap (1)** 79:8
**hundred (1)** 72:13

**I**

**idea (1)** 88:4
**identification (5)** 30:25;33:4;40:2;56:24;83:2
**identified (6)** 28:16;30:6,9;32:1;42:19;98:18
**identifies (1)** 32:18
**identify (1)** 30:17
**III (1)** 7:20
**Illinois (2)** 10:20;15:23
**imagine (4)** 78:13;79:18;82:18;99:16
**implication (1)** 55:25
**implies (1)** 42:16
**important (1)** 90:17
**impossible (1)** 9:13
**impressive (1)** 16:14
**inadequate (1)** 82:12
**Inc (9)** 34:2,4,9;40:12;45:19;46:1;51:20,21;94:13
**incident (3)** 78:13;96:12,18
**includes (2)** 21:5;94:24
**including (2)** 31:24;94:17
**incorrect (1)** 62:13
**indicate (2)** 41:19;65:11
**indicates (1)** 85:3
**individual (7)** 23:7;26:7;37:12;44:22,24;47:20;60:17
**individuals (1)** 47:20
**individual's (1)** 47:18
**industry (2)** 21:24;39:4
**ineffective (1)** 82:2
**information (23)** 8:11;22:17;23:22;28:5;41:5;42:16;53:23;59:14;64:22;65:25;78:22;87:13;88:3;89:21,24;92:6;94:4,10,20;95:8,9,15;96:21
**informed (1)** 29:15
**informs (1)** 99:4
**initial (1)** 10:13
**initiatives (1)** 26:21
**inner (1)** 78:11
**inquiry (1)** 25:5
**inspection (3)** 70:24;71:4,15
**instead (1)** 84:9
**institution (2)** 18:10,13
**instruct (2)** 25:12;89:23
**instructing (1)** 87:20
**insurance (1)** 96:10
**interacted (1)** 68:9
**interaction (2)** 35:8;45:1
**interested (3)** 22:18;67:1;93:20
**interference (1)** 8:22
**interfering (1)** 8:19
**interjected (1)** 71:10
**internally (1)** 39:14
**International (3)** 70:25;71:5,17
**intimidate (1)** 8:10
**into (9)** 10:15;15:6;27:13,21;45:7;47:23;54:13;89:17;98:17
**introduction (1)** 10:5
**inventory (14)** 18:11;21:7,9,24;24:17,19;27:21;36:19,20;39:15;58:4;59:9;94:1,15
**investigation (1)** 78:16
**invoice (60)** 56:16,17,20;57:3,3,6,7;60:24;61:8,16,17;62:4,5;63:25;64:8,11,22;65:22,25;66:8,25;67:2;68:11,12;72:22;73:20;75:10;76:5,5,6,13,18,24,24;77:3,18,24;78:15;79:2,12,13,17,22,23;81:11,14,19;84:25;85:11,19;86:2,16,18,22,23;88:7,14;90:4;91:3,9
**invoiced (4)** 75:7;81:23,25;86:4
**invoices (20)** 47:23,24;56:7,15,21;60:20;69:3,22;70:6,11;72:11,13;73:9;76:20;85:16;92:11;96:4;97:10;98:9,23
**invoicing (1)** 100:5
**involved (3)** 23:21;28:13;92:20
**involvement (1)** 22:5
**iPad (1)** 13:16
**issue (4)** 14:18,21;51:25;78:14
**issued (1)** 84:21
**issues (2)** 81:20;88:6
**item (5)** 61:13;70:1;78:8,10;79:7
**items (3)** 76:10;77:3;93:14

**J**

**Jack (10)** 7:2,15;9:2,7,12,25;31:12;39:22;101:4,14
**Jack's (3)** 9:7;14:18;55:1
**James (3)** 41:6,19;43:7
**Janice (1)** 6:14
**January (9)** 26:15;28:19;72:1,7;94:3,3,13,14;98:15
**Jason (2)** 43:19;45:15
**Jim (3)** 7:10;100:22,24
**job (2)** 18:22;44:21
**Joe (41)** 7:7;22:22;39:17;51:20;57:7;59:15;61:14;62:5,9;63:21;64:3;65:6;68:12;72:13,23;73:10;74:1;76:7,21,24;77:18;79:3;81:25;82:14;83:18,19,24;84:1,21;85:1,11,19;88:11;93:6;94:1;97:9,20,23;99:3,25;100:3
**John (1)** 7:20
**join (1)** 73:3
**joined (1)** 20:2
**Joseph (1)** 7:8

**judge (1)**
69:10
**July (4)**
20:5;28:20;29:20;85:10
**jump (1)**
14:25
**June (2)**
75:3;76:6
**jurisdiction (1)**
40:21

**K**

**Katie (2)**
6:13;12:4
**Kayla (2)**
50:3,9
**Kentucky (1)**
22:2
**keys (3)**
66:9,17,20
**kind (21)**
16:9;20:21,23;21:20;27:15;31:8;34:25;37:23;47:10;50:21;51:25;53:9;56:16,17,19;57:11;63:1;67:25;84:11;93:12,13
**kit (1)**
79:8
**knowledge (20)**
28:17,21;29:4;30:16,18;42:20;47:1;54:18,19;60:17;69:2,5;95:4,9,18,22,23;96:3,9,14
**knowledgeable (6)**
29:8;33:1;58:20;68:18;80:14;83:13
**knows (4)**
70:14;89:2;90:7,20
**Krug (1)**
49:15
**K-R-U-G (1)**
49:17
**Kyle (5)**
6:5,6,19,23;8:8

**L**

**labels (2)**
63:14,16
**lack (1)**
100:10
**lading (2)**
53:5,7
**laptop (2)**
31:12,13
**last (7)**
16:22;28:1;29:25;30:3;49:16;70:1;90:13
**late (2)**
26:6,8
**lateral (1)**
43:12
**latitude (2)**
35:23;37:21
**lawyer (3)**
28:24;32:25;41:15
**lawyers (5)**
27:11,14;29:16;40:10;56:12
**Lead (1)**
21:4
**leadership (1)**
49:2
**leading (1)**
26:20
**learn (1)**
29:13
**learned (3)**
29:21,23,23
**LEAS (1)**
97:10
**lease (2)**
26:5;93:8
**leased (2)**
92:21;93:6
**leases (1)**
95:5
**leasing (2)**
95:21;96:1
**least (1)**
73:13
**leave (6)**
16:17;17:6,17;18:16;19:6;100:11
**leaves (1)**
44:16
**ledger (1)**
24:18
**left (5)**
16:19;17:7,18;44:17;59:20
**legal (6)**
6:15;33:2;42:1;96:16;99:21,23
**lending (8)**
18:5,5,6,8,10,12,13;23:4
**letter (1)**
99:7
**letterhead (2)**
95:19,24
**license (2)**
24:7;25:4
**licenses (3)**
23:22;24:1;25:3
**light (1)**
76:10
**likely (1)**
77:10
**limiting (1)**
53:9
**limits (2)**
27:14;72:18
**line (11)**
34:3;64:17;68:4,6;73:4,11;76:9;77:3;78:8,10;79:7
**Lines (4)**
34:24,24;67:22;72:16
**Link (6)**
41:6,19;43:7,21;45:9,10
**list (4)**
10:16;30:22;39:11;55:11
**listed (6)**
41:10;45:18,22;46:1;56:8;62:22
**listen (1)**
71:9
**litigation (6)**
51:22;70:4,8;72:1,7;98:15
**little (5)**
10:14;13:20;15:6;19:13;57:12
**live (1)**
15:14
**LLC (2)**
6:14,16
**loan (1)**
26:5
**located (2)**
16:25;17:22
**location (1)**
66:22
**Locke (3)**
7:11;51:21;93:22
**locked (3)**
66:9,17,20
**log (3)**
12:12,13,16
**logistics (3)**
21:24;25:21;39:4
**logo (1)**
95:20
**logos (2)**
63:6,10
**long (7)**
15:24;16:4;17:4,15;18:14;19:4,22
**longer (2)**
45:10;65:6
**look (14)**
33:6;34:1;40:11;56:21;65:21;71:1;81:1,15;82:21;83:16,17;84:24;85:18;101:10
**looked (6)**
27:21;42:24;56:7,12,16;92:8
**looking (8)**
18:9;22:16;47:18;54:20;78:10;92:11,13;96:4
**looks (7)**
9:11;57:22;62:20;66:8;72:12;81:22;85:19
**loss (3)**
51:5,9,15
**lot (6)**
8:18;23:20,21;35:23;36:20,24
**Louis (3)**
18:19;19:11,18

**M**

**M&A (2)**
18:3;19:2
**M00333 (2)**
62:8,12
**Madam (1)**
101:8
**Maiden (1)**
15:11
**maintenance (3)**
70:24;71:4,16
**major (1)**
11:4
**makes (2)**
12:20;79:13
**manage (1)**
50:5
**management (8)**
21:6,19,21;24:17,19;27:21;39:16;49:13
**manager (2)**
50:8,10
**managers (2)**
49:19,24
**manner (2)**
38:5;61:12
**manuals (2)**
94:25;95:2
**manufacturers (1)**
22:1
**many (3)**
32:12;49:24;101:12
**marathon (1)**
78:5
**March (6)**
57:3,8;65:22;66:25;68:11;79:3
**margin (3)**
25:24;87:3;88:20
**margins (2)**
87:15,17
**Mark (5)**
6:25;30:22;31:18;32:21;87:3
**marked (5)**
30:24;33:3;40:1;56:23;83:1
**market (1)**
38:5
**marriage (1)**
15:14
**married (1)**
15:7
**master's (3)**
11:8,10;15:16
**material (1)**
27:15
**materials (2)**
27:8,10
**Matt (5)**
6:23;7:6;12:15;100:25;101:2
**matter (2)**
6:6;60:15
**Matt's (1)**
31:15
**May (6)**
16:10;30:10;61:9;62:6;75:3;101:9
**maybe (3)**
9:6;30:12;43:4
**Mayflower (45)**
7:1;8:3;20:13,19,20,22,24;24:21;27:5;32:9;35:10,11,15,17,21;36:25;37:2,9;38:3,4,6;39:7,9;56:11;57:14;58:4;62:2;63:24;65:6,13;67:19;74:1;76:23;82:22;83:17;84:1,20,24;88:10;92:21;93:6,8;96:11;97:5;99:13
**Mayflower/United (2)**
59:25;60:9
**Mayflower's (1)**
95:20
**MBA (2)**
19:8,15
**McGladrey (2)**
16:20,21
**M-C-G-L-A-D-R-E-Y (1)**
16:24
**mean (25)**
14:10;16:6;18:8;21:3,25;31:7;34:17;44:11;47:3;53:15;57:16;58:25;59:17;63:10;64:9;70:11,15;82:17;85:6;89:7;96:2;97:11,19;98:22;99:6
**means (16)**
43:5;44:12,14;57:17;58:15;59:22;60:3,6,8;66:6;67:6;76:11,12;77:5;84:15;89:12
**meant (3)**
8:10;41:1;84:12

**meet (2)**
19:10;45:9
**meetings (2)**
45:8,13
**memoranda (1)**
95:5
**mentioned (1)**
17:24
**mentions (1)**
54:24
**merger (1)**
18:4
**messed (1)**
71:10
**met (1)**
54:12
**mic (1)**
11:21
**Michael (2)**
94:24;95:3
**Michelle (1)**
15:10
**microphone (1)**
19:14
**middle (1)**
81:3
**might (5)**
15:17;29:21;66:8;84:10;101:10
**Mike (3)**
67:16,24;68:7
**mileage (2)**
85:4,9
**Mills (3)**
43:19;45:9,15
**mind (4)**
31:14;38:19;48:1;94:5
**minutes (2)**
48:1,5
**misletter (1)**
55:12
**Miss (3)**
30:21;32:22;37:24
**Missouri (7)**
7:24;8:1;11:12;19:20;33:9;34:19;40:17
**Missouri-Columbia (2)**
11:3;15:20
**Mizzou (1)**
15:19
**Moholland (56)**
7:7;22:22;39:17;51:20,20;57:7;59:15;61:15;62:5,9;63:21;64:3;65:7;66:12,25;68:13;72:14,15,23;73:10,13;74:1,13,17,19;75:16;76:7,21,24;77:18;79:3;81:25;82:3,14;83:18,19,24;84:2,21;85:1,11,20;88:11;92:21;93:7;94:2,2,13,13;96:11;97:9,20,23;99:3,25;100:3
**moment (1)**
9:15
**money (8)**
18:9;61:18,20;86:21;89:2,19;90:4;91:2
**monthly (1)**
26:5
**months (2)**
30:1;65:14
**more (11)**
13:18;19:14;59:10,11,13;68:18,25;70:9;74:15;100:1,13
**most (12)**
28:17,21;29:8;42:20;54:18,19;58:20;60:16;69:2,4;80:14;83:13
**motion (1)**
89:13
**move (11)**
16:19;18:18;57:12;58:7;69:15;75:13,14,15,17,18;100:11
**movers (1)**
58:6
**moving (10)**
21:23;22:16;25:20;39:3;57:7;59:15;84:21;94:1,15;97:9
**much (12)**
13:3,4;61:18;83:19,21;86:15,17,22;89:2;90:3;91:2,8
**must (1)**
72:24
**mute (6)**
9:6;13:11;14:5,8,12,13
**muted (2)**
9:5;12:20
**myself (1)**
9:1

## N

**name (19)**
7:19;8:7;15:9,11;16:22;28:1;47:18;49:15,16,22;58:18;67:18,19,21,23;68:7;75:13;99:22;101:17
**names (6)**
33:2,7;35:1;50:2;92:8;93:25
**national (2)**
21:16;25:20
**necessarily (1)**
64:9
**need (6)**
38:21;58:7;68:1,17;70:19;101:13
**needed (1)**
59:10
**needs (1)**
101:6
**negotiate (1)**
53:1
**negotiated (1)**
25:23
**new (1)**
18:4
**next (6)**
14:24;16:9;18:22;20:1;36:5;82:24
**next-to-last (1)**
80:19
**Nicholas (11)**
6:7;7:5;24:8;25:4;81:2,16;92:3,12;94:17,21;95:2
**Nick (1)**
76:15
**nobody (1)**
55:18
**nodding (1)**
8:21
**none (1)**
72:9
**normal (1)**
11:6
**note (1)**
6:17
**notes (8)**
67:2;76:13;79:12,13,16,22,23;80:2
**notice (3)**
31:18;53:15;69:21
**notification (6)**
65:8,20;74:7,20;98:2;99:1
**notified (5)**
65:19;74:6,9;77:14;86:8
**November (2)**
6:3;38:12
**Number (47)**
6:7;27:16;30:24;32:14;33:3;36:9;40:1;51:18;52:1;53:17,25;54:24;55:12;56:8,23;57:16,23;58:1,3,11,12,14,14,15;62:8,9,16,18,19;66:2;70:2,5;71:1,17,24;76:25;79:2,25;82:24;83:1;93:25;94:8,16,23;95:4;96:14;97:18
**numbers (3)**
27:22;71:19;92:9

## O

**Object (34)**
25:8;28:7,22;30:11;32:23;34:20;35:2;37:3,10;38:24;41:13,22;42:13;43:25;44:10,18;46:2;47:5,12;48:25;52:2,22;53:6;62:11;63:13;68:16;73:2;74:2;75:8;82:5;83:20;86:12;92:22;95:14
**objected (2)**
25:11;29:3
**objection (1)**
33:20
**objects (1)**
28:24
**obtained (1)**
32:18
**obviously (2)**
92:6;98:22
**occurred (3)**
64:10;78:24;86:7
**occurs (2)**
53:12,16
**October (1)**
84:22
**off (26)**
11:24;15:2,4;27:14;29:18;48:8,10;52:21;67:25;68:14;74:25;75:19,21,23;86:23;88:13;89:3,19,25;90:4,20;91:3,14,18,19,21
**offer (1)**
19:10
**office (3)**
20:21;40:16;44:14
**officer (6)**
41:5,20;42:15;45:19;49:6,12
**officers (11)**
41:11;42:12,15;45:25;46:1;48:20,24;49:3,5,7,20
**oiler (1)**
79:8
**old (3)**
10:21,22;53:21
**Once (3)**
45:14;65:18;74:6
**One (32)**
8:2;9:4,15;11:23;12:21;13:11,18;14:16;16:8,8;19:14;35:15,16;40:17;41:11,18;47:4,6;52:21;56:10;60:11;67:22;69:1;74:15;81:17,20;85:15;98:4,8;99:17;100:1;101:11
**ongoing (2)**
65:11;73:23
**online (1)**
60:22
**only (3)**
11:18;24:25;49:12
**OnStar (1)**
51:25
**oOo- (1)**
101:25
**open (1)**
100:12
**operate (3)**
36:6,11;38:22
**operated (1)**
92:2
**opinion (1)**
44:19
**opportunities (2)**
21:10;22:13
**opportunity (1)**
17:7
**optionality (1)**
63:14
**order (5)**
53:14;60:22;61:3;64:23;72:23
**ordered (2)**
75:10;101:3
**orders (1)**
60:19
**Organically (1)**
22:16
**organization (2)**
60:14;99:20
**organizational (5)**
31:24;32:16;33:15,17;34:1
**others (1)**
98:24
**otherwise (1)**
63:10
**out (28)**
8:13;10:7,14;12:12,16;21:7;22:12,18;26:7,11;28:13;38:22;49:25;58:6;59:4,6;71:1;74:24;77:23;78:15,24;80:16;82:2,15,18;86:2;96:16,17
**outlines (1)**
61:6
**outside (2)**
29:5;52:13
**outstanding (3)**
76:20;98:3;100:6
**over (2)**
42:5;84:1
**overall (3)**
28:4;37:18;91:7
**oversee (2)**

73:14,16
**owes (2)** 83:19,21
**own (4)** 31:9;39:15;46:19;48:24
**owned (2)** 20:20;52:12
**owner (2)** 24:2;77:15
**ownership (1)** 50:16
**owns (7)** 38:3;46:17,25;47:19;52:10;93:2,5

## P

**P&L (1)** 41:25
**Pacer (1)** 45:22
**PADGETT (7)** 7:8,8;9:2;11:18,21,25;12:9
**page (1)** 43:2
**paid (9)** 61:11,20;76:17;85:14,17;86:3;96:18;98:6,10
**pants (1)** 63:22
**paper (2)** 58:7;61:4
**paperwork (1)** 23:20
**paragraph (1)** 57:11
**part (12)** 10:5;22:9;26:23;33:13;46:10,13;50:5,18;52:3;79:23;83:14;95:8
**particular (7)** 57:6;63:22;77:24;80:17;86:23;88:13;91:3
**partner (1)** 100:8
**partners (2)** 23:4;98:4
**parts (2)** 16:11,12
**passed (4)** 16:8,8,12,13
**past (3)** 24:14;39:20,23
**Patrick (1)** 7:20
**pay (5)** 50:18;64:14,14;72:23;100:7
**paychecks (3)** 20:9,12,14
**paying (3)** 23:2;61:13;77:19
**payment (4)** 26:6,8;68:3;73:19
**payments (2)** 26:6;96:15
**Payne (3)** 22:5,6;51:21
**Pendegraft (3)** 50:4,13,14
**Penske (20)** 65:23;66:6,13,15,16,18;67:1;77:13,14,20;78:24;86:4,8;87:11,15,18;88:1,25;89:18;90:22
**people (4)** 42:4;49:1,10,25
**per (2)** 52:19;86:25
**percent (1)** 9:20
**perform (2)** 92:4,5
**performed (2)** 82:7,20
**performing (1)** 65:17
**period (3)** 83:11,12;97:9
**person (9)** 28:17,21;29:8;30:17;42:19;68:21;80:15;96:16,19
**personally (1)** 66:21
**persons (1)** 30:10
**person's (1)** 49:22
**pertaining (1)** 28:5
**Peterbilt (1)** 22:2
**Peters (4)** 67:16,16,24;68:7
**phone (1)** 9:11
**phrase (2)** 35:14;74:8
**physically (1)** 7:23
**pitch (1)** 50:20
**place (4)** 25:22;26:1;48:2,4
**placed (2)** 61:3;64:23
**plaintiffs (1)** 7:9
**Plaintiff's (6)** 30:22,24;33:3;40:1;56:23;83:1
**plan (1)** 50:18
**please (7)** 6:20;7:13;9:15;16:23;29:1;61:1;74:15
**plenty (1)** 90:10
**plural (1)** 47:20
**PM (2)** 101:23,24
**PO (1)** 79:25
**point (8)** 8:13;10:7;26:12;43:6;69:9,11;70:10;80:13
**pointer (2)** 59:18,21
**Polanski (1)** 6:25
**policy (1)** 96:10
**poorly (2)** 28:8;54:5
**Pope (1)** 67:6
**popped (1)** 71:21
**position (6)** 17:12;20:6,7;40:9;44:15;60:14
**possession (3)** 71:6,7;95:6
**potentially (2)** 25:24;38:7
**Premier (2)** 8:2;40:17
**preparation (1)** 27:9
**prepared (6)** 30:5;69:20;71:3,15;72:2;95:18
**prepped (3)** 54:22;55:2;56:3
**Present (5)** 6:12;72:2,8;80:3;98:16
**presented (1)** 69:15
**president (19)** 20:2,7;21:2;26:12,13,16;28:18;29:12;40:13;43:14,15,16,17,18;48:17,23;49:8,11;56:1
**presidents (1)** 49:20
**pretty (4)** 16:13;44:15;73:17;90:5
**PriceWaterhouse (1)** 17:13
**PricewaterhouseCoopers (1)** 17:9
**pricing (2)** 25:23;52:17
**primary (1)** 96:10
**principal (1)** 40:16
**print (1)** 34:23
**probably (6)** 8:23;25:14;58:21;66:22;69:9;78:23
**problem (4)** 10:3;48:3,7;81:18
**problems (2)** 78:17,17
**process (1)** 82:13
**processing (1)** 77:4
**procure (2)** 23:9;36:19
**procures (1)** 21:7
**procuring (1)** 21:24
**product (2)** 74:5;87:2
**products (12)** 21:15;25:17;38:17;49:19,21;57:19;58:16;65:2,17;67:10;74:22;91:12
**professional (1)** 19:8
**profit (7)** 40:15;50:21;51:5,9,15;89:25;90:20
**profits (1)** 51:11
**program (20)** 11:9;19:9;25:25;52:4,5,16;58:21;60:18;64:16;67:23;73:3,7;80:15;86:21;87:4,5,6,8,10;99:19
**programs (12)** 21:16;25:22,25;38:17;65:18;67:22;68:3;74:5,23;87:1;91:5;99:18
**proper (3)** 69:13,17;70:12
**proprietary (3)** 88:3;89:21,23
**ProStar (2)** 70:25;71:16
**provide (3)** 29:6;88:4;101:4
**provided (6)** 27:11;42:18,20;56:13;79:21,21
**provider (7)** 52:9;53:13;59:3;66:6;82:11,18;100:5
**provides (2)** 63:3;92:18
**public (5)** 15:23;19:11,18;39:12,13
**pull (5)** 31:6,9;36:23;56:22;62:1
**Pullen (1)** 16:21
**pulling (1)** 94:5
**purchase (2)** 72:22;73:6
**purchaser (1)** 59:14
**purchases (1)** 23:1
**purpose (1)** 60:10
**purposes (1)** 19:3
**pursue (2)** 17:18;26:22
**put (7)** 13:19;21:16;25:22,25;30:15;44:22;79:16
**putting (2)** 42:25;63:14
**PwC (1)** 17:9

## Q

**question-and-answer (1)** 27:17
**quite (2)** 25:15;61:10

## R

**RA (2)** 66:2,5
**raised (2)** 10:18,19
**rather (2)** 8:11;23:2
**reach (3)** 78:23;80:16;82:18
**reaches (1)** 26:7
**reaching (1)** 22:18
**read (9)** 40:18;59:10;64:6;66:10;71:1;84:5;85:20;94:6,7

**reading (2)** 65:10;66:7
**ready (1)** 91:17
**realize (2)** 25:23;26:8
**real-life (2)** 21:20;22:14
**really (4)** 21:3;33:13;44:11;90:10
**reasons (1)** 29:4
**rebate (5)** 25:24;87:1;91:6,7,8
**recall (4)** 29:18;46:9,14;74:25
**receivables (1)** 18:11
**receive (2)** 11:6;21:9
**received (3)** 11:9;19:9;65:5
**receives (1)** 52:19
**recognize (3)** 33:7;34:23;35:1
**record (17)** 6:3,21;15:2,4;48:8,10,12;69:16;75:19,22,23,25;91:15,18,19,21,23
**records (5)** 24:7;25:2;70:24;71:4,16
**recourse (1)** 82:3
**reference (2)** 55:13;99:14
**references (11)** 67:1,3;71:24;76:10,14,14;79:12,13,24;80:18;98:13
**referencing (1)** 80:24
**referring (1)** 24:5
**reflect (1)** 92:14
**reflecting (1)** 96:15
**reflective (1)** 92:17
**registered (2)** 40:4,22
**registration (1)** 40:24
**regular (3)** 45:8,13;63:12
**relate (2)** 37:15;42:1
**related (2)** 79:22;95:6
**relates (1)** 84:19
**relating (1)** 99:17
**relationship (12)** 22:20,22;51:20;55:22;73:24;74:13,17;87:14,24;88:8;97:24;99:2
**relationships (3)** 25:19;92:16,16
**relatives (1)** 15:13
**Relocations (2)** 7:11;51:21
**Rely (1)** 6:16
**remember (3)** 38:2;75:2;86:13
**remit (1)** 61:21
**rendered (1)** 92:2
**rent (1)** 99:14
**rental (12)** 66:6;77:15;78:13,25;85:8;86:21;91:5;98:4;99:18,19;100:5,7
**rentals (7)** 98:3;99:14,17,25;100:3,6,7
**rented (1)** 66:23
**renting (2)** 66:18,21
**rep (2)** 50:24;54:12
**repair (2)** 82:1,2
**repairs (1)** 79:9
**rephrase (1)** 30:12
**replace (1)** 78:11
**replace/repair (1)** 68:13
**report (5)** 43:17;51:7;54:13,14;66:14
**reported (1)** 43:15
**reporter (8)** 6:13;7:13;8:20;14:4;30:21;32:22;37:25;101:8
**Reporting (3)** 6:16;19:2;53:25
**reports (6)** 53:17,18;94:1,1,15,15
**represent (3)** 8:8;29:19;73:23
**representative (2)** 7:3;37:13
**representing (2)** 6:14,16
**reprimands (1)** 94:18
**requisite (2)** 30:16,18
**resources (1)** 28:12
**respect (2)** 89:8;90:11
**respond (5)** 30:5,7;63:18;69:2,5
**response (6)** 60:15;61:10;69:25;88:22;90:25;100:10
**responsibilities (1)** 32:5
**returns (3)** 23:22;92:9,10
**re-upped (1)** 40:24
**review (4)** 32:19;47:23;57:8;101:5
**reviewed (5)** 27:8,10,18,19,20
**right (81)** 7:23;9:9;10:13,21;11:11,20;12:6;13:5,18,23;14:13,15,22,23,24;15:24;16:4,17;17:6,11;18:16;19:22;20:1,16,19;22:8;24:19;25:14;26:2;27:4;28:3,16;30:4,9,20;31:4;32:8;34:4,7,14;37:23;39:25;40:8;42:11;43:21;45:21;46:12;47:22;48:14;49:21;55:11,14;57:10,10;58:13;59:8,24;62:1;64:5,7;65:4,10,21;66:24;67:11,15;70:23;71:8,13;76:4,9;78:1,11;80:13;81:5;83:25;85:12,25;89:22;92:7;93:24
**road (5)** 85:23,24;87:9;88:22;90:21
**Roger (1)** 80:10
**role (4)** 35:9;44:20,24;49:2
**roles (2)** 37:1,2
**roll (2)** 33:2;45:7
**Ron (10)** 49:23;58:21;60:16;61:24,25;67:9;80:11,12,13;91:11
**room (2)** 12:3;14:24
**RSM (2)** 16:21,22
**rule (1)** 44:22
**run (1)** 39:2

## S

**SAG (1)** 76:10
**sale (1)** 23:19
**sales (13)** 21:8,8,13,14;22:8,11,12,21;23:14,16,23,24;50:15
**same (16)** 8:3,5;12:1,2,9;17:2,12;20:18;35:15,16,18;46:5;47:4,6;57:15;94:23
**saw (3)** 67:21,23;68:7
**saying (2)** 72:14;87:16
**scheduled (1)** 90:16
**school (3)** 10:23;11:1;19:8
**scope (1)** 26:22
**screen (6)** 31:6,9;46:10;56:22;94:6;96:24
**scrivener's (1)** 55:17
**scroll (2)** 60:25;96:24
**scuttlebutt (2)** 44:8,11
**second (2)** 15:1;75:20
**secretary (1)** 45:22
**section (2)** 16:8,9
**seeing (4)** 22:18;54:23;64:21;93:14
**seeking (1)** 69:24
**seems (1)** 72:24
**sell (11)** 21:7,8,22,25;27:24;36:19;38:16;52:14;71:23;93:4;95:10
**send (2)** 86:2;99:6
**sending (3)** 77:17;83:17;85:11
**sends (2)** 60:24;78:15
**sense (3)** 54:2;63:9;64:25
**sent (1)** 54:1
**separate (1)** 20:17
**serve (1)** 25:20
**server (1)** 98:18
**serves (1)** 18:12
**service (16)** 52:14;70:2;71:24;72:5,20;79:9;80:1,2;92:1,4,5,7;93:11,12,13,14
**serviced (1)** 95:12
**services (23)** 17:19;18:2;19:1;21:15;25:17;34:2,8;38:18;49:19;52:4,4,9;57:19;58:16;65:18;67:10;74:5,22;79:20,21;82:7,19;91:12
**session (1)** 27:17
**SESSIONS (4)** 7:6,6;100:25;101:1
**set (3)** 64:17;68:4,5
**setting (3)** 20:22;44:15;67:22
**several (2)** 34:25;72:11
**share (4)** 32:8;41:23;46:22;47:2
**shared (6)** 39:6;41:17;42:9,12,15;75:10
**shares (9)** 46:15,16,17,19;47:9,10,11,19;50:19
**sharing (1)** 50:21
**shirts (1)** 63:22
**shoe (1)** 79:8
**shorts (7)** 62:21,25;63:4,6,16;72:19;75:11
**shot (1)** 13:14

**show (2)** 59:18;97:4
**showing (1)** 88:8
**shows (1)** 68:12
**shy (1)** 19:23
**sign (1)** 23:10
**signal (1)** 57:13
**significance (1)** 67:12
**Similar (1)** 36:23
**simply (1)** 55:12
**single (6)** 56:10;60:11;85:15;92:17,18;98:8
**situation (3)** 53:10;66:14;79:19
**SKUs (1)** 60:11
**Sloan (5)** 6:5,6,19,23;8:8
**small (1)** 34:23
**sold (4)** 60:18;71:21;92:15;95:12
**Solutions (5)** 55:5,8;79:4;81:15;88:5
**somebody (18)** 8:18;20:13;26:6;44:15;54:9,16;57:19;58:16;66:8;68:22;69:21;70:19;77:9;78:23;91:12;97:16,21;100:12
**someone (2)** 67:10;68:17
**son's (1)** 16:7
**Sorry (12)** 9:16;13:8,21;14:25;25:10;36:14;45:11;61:9;62:17;81:12;97:1,13
**sort (2)** 59:3;84:1
**Sounds (4)** 13:3;14:17;17:11;47:3
**south (1)** 15:14
**Southern (1)** 6:9
**speak (34)** 29:8;34:13;35:17;42:14,15;43:4;44:2;47:2,21;48:22;58:10;60:10,14;61:19;63:8,15;66:19;67:7,8,14,17;71:3;74:10;75:5,9;78:12;80:6,8,25;84:17,23;86:7,24;91:7
**speaking (1)** 35:17
**speaks (1)** 11:19
**specific (12)** 24:23;27:15;56:21;60:10;69:23;70:16;74:11;75:5;78:25;87:5,6,14
**specifically (7)** 10:15;20:22;58:11;63:15;86:24;88:21;92:12
**specifics (13)** 42:2;61:19;66:19;75:9;78:8,12;80:17;84:18;87:17,21,25;89:17;91:8
**spell (3)** 16:22;49:16;101:17
**spelling (2)** 55:6;101:11
**St (3)** 18:19;19:11,18
**staff (1)** 45:8
**stamped (1)** 56:10
**stand (2)** 67:12;78:2
**standpoint (2)** 18:3;99:23
**start (4)** 12:16,18;26:11;71:11
**started (2)** 13:7;15:22
**state (3)** 6:20;64:8;69:16
**stated (1)** 81:19
**statement (25)** 61:5,6,7,12;64:18;68:3;72:17;73:4,7,14,15;77:19,22;83:10,11,12,16,18,22;84:21;85:16;86:6,10;97:8;98:10
**statements (2)** 70:6;84:17
**States (3)** 6:8;59:14,16
**stay (2)** 78:5;101:14
**stick (2)** 37:14;69:18
**still (6)** 11:14;12:9;14:1;33:6;45:15;96:24
**stock (1)** 50:16
**stop (1)** 65:17
**storage (4)** 21:23;22:17;25:20;39:3
**Stottlemyre (5)** 44:25;45:2,11;101:16,16
**straightforward (2)** 73:18;90:5
**strategic (2)** 26:21,23
**strategy (7)** 19:10,17;20:3;26:12,17,20;43:15
**structure (2)** 31:24;32:19
**studying (1)** 16:6
**stuff (2)** 34:25;64:13
**subcontracting (2)** 95:21,25
**submit (1)** 77:12
**subsidiary (11)** 20:11;32:10;33:25;34:19;45:5;46:24;47:14;51:13;65:12;73:25;88:9
**subtotal (1)** 84:4
**successor (1)** 75:15
**suit (1)** 96:18
**summer (3)** 16:11;75:4,6
**super (1)** 90:16
**superior (2)** 43:10,13
**supplied (2)** 27:16;100:12
**support (2)** 21:14;52:6
**supporting (2)** 18:3,4
**supports (1)** 23:24
**suppose (1)** 63:18
**supposed (1)** 90:13
**sure (13)** 8:21;9:16;12:20;25:15;31:10;38:15;48:7;53:7;59:20;61:2;70:14;84:13;99:11
**suspend (1)** 69:12
**swear (1)** 7:13
**switched (1)** 13:15
**sworn/affirmed (1)** 7:15
**system (12)** 24:17,20,23;25:3;27:22,24;28:2,4,14;39:16;92:8;99:5
**systems (4)** 71:20,23;92:13,14

**T**

**TAI (3)** 99:14,19,22
**Tailored (5)** 75:13,14,15,17,18
**talk (2)** 14:9;70:23
**talked (2)** 73:9;97:3
**talking (5)** 55:13,21;57:23;83:18,21
**talks (3)** 68:13;79:7;84:3
**tax (1)** 23:22
**Taylor (8)** 49:23;58:21;60:16;61:24,25;67:9;68:20;91:11
**team (29)** 21:6,8,12,13,18,19,21;22:4,9,21;23:6,24;42:2;50:8;54:9,16,18;57:20;58:17;61:22,23;67:10;68:17,22;78:23;80:9;91:12;99:4,21
**telephone (1)** 14:21
**telling (4)** 27:13;35:16;87:22;89:20
**term (2)** 35:9;53:21
**terminated (9)** 65:9,16;74:6,14,18,19,21;98:2;99:5
**termination (1)** 65:19
**terminations (1)** 94:18
**terms (4)** 18:8;44:19;50:20;72:18
**Test (2)** 14:15,15
**testified (1)** 7:16
**testifying (1)** 84:9
**Thanks (7)** 9:25;12:4,15;48:6;100:20,24;101:2
**therefore (1)** 59:11
**third (1)** 78:11
**third-party (2)** 52:13;59:2
**though (2)** 34:13;60:7
**thought (1)** 42:24
**three (6)** 14:16;16:1;19:5,5;50:1;90:13
**ticket (3)** 66:1;77:8,12
**times (2)** 35:14;47:17
**tire (5)** 78:11,14;79:1;80:19;81:21
**Tires (3)** 25:21;59:2,4
**title (2)** 49:6,7
**titling (1)** 23:23
**TNN (3)** 55:4,19;86:13
**today (2)** 8:9;100:17
**Todd (10)** 6:24;9:23;25:10;28:24;37:17;41:2;68:24;70:1;89:8;90:9
**together (1)** 21:16
**told (7)** 15:16;33:19;36:25;43:21;88:20;89:11,14
**toll (6)** 85:23,24;86:7;87:9;88:21;90:21
**Tolls (1)** 77:7
**Tony (1)** 6:15
**took (2)** 16:10;55:16
**top (5)** 29:18;33:8;60:25;61:5;74:25
**topic (18)** 10:16;30:16,22;31:23;33:13;51:18;54:24;55:11,12;72:3;

94:4,8,11,20;95:8,22; 96:7;98:12
**topics (11)**
28:17;30:5;31:20; 37:15;54:21,22;69:5, 19;70:17,18;93:24
**Total (4)**
34:2,8;47:10;61:17
**trace (2)**
85:15;98:8
**track (1)**
78:24
**tractor (27)**
23:1;27:23;28:4,6, 13;51:24;52:25; 57:25;58:4,8,12; 62:10,12;70:25;71:5, 21,22;78:9,17,20; 85:3;92:20;93:2,5,20; 95:11,13
**tractors (10)**
21:23;22:2,19; 36:18,20;38:16;39:1; 52:21,24;92:14
**tractor-trailer (1)**
95:7
**traffic (1)**
77:8
**Trailer (9)**
22:5,6;23:2;27:23; 71:22;78:18,20; 93:20;95:11
**trailers (7)**
21:23;22:3,19; 36:21;38:17;39:2; 92:15
**Trans (160)**
6:18;7:1,3,22;20:8, 9,16;21:1,22;23:11, 13;24:6,24,25;25:18; 26:13,17,19,22;27:25; 28:19;29:9,12;31:23; 32:8,12;33:15,16; 34:3,14,17;35:5,10; 36:6,9,11;37:6,15; 38:9,21,25;39:7,10, 12,17;40:4,12;41:10, 20,23;42:4,6,7;43:16; 45:19;46:1,19,23,25; 47:3,9,13;48:15,16, 17,18,19,21;49:2,10; 50:23;51:12,19,24; 52:16,19,20,23;53:1, 4,18;54:6,13;57:13; 60:24;61:11,18,20; 62:4;63:25;64:3;65:4, 12;66:14;67:5,19; 68:12;70:3,6;71:7,25; 72:6,13,15,24;73:12, 24;74:13,17,21; 75:16;76:6,17,21; 77:17,20,21,23;78:15, 16;81:14,23;82:1,3; 84:25;85:10,19;86:4, 5,8,17;87:7,10;88:1, 12;89:2,18;91:3,25; 93:4,7,10,17,19,22; 95:16,19,19,24;97:10, 19,24;98:5,14;99:2, 22,24;100:1,5;101:22
**transaction (7)**
17:19,25;18:2;23:3, 20;64:10,20
**transactions (6)**
21:12,14;26:5; 65:17;73:12;74:22
**Transfer (3)**
51:21;94:2,13
**Transit (4)**
83:17;84:1,20; 96:11
**transition (1)**
26:13
**Transportation (3)**
34:2,8;39:4
**trick (1)**
27:13
**tries (1)**
26:7
**truck (5)**
51:24;66:9,12,17, 21
**Trucking (2)**
22:22;67:1
**true (5)**
41:21,21;55:17; 92:23;94:23
**trust (1)**
53:22
**truthful (2)**
8:15;10:10
**try (4)**
13:18;28:9;56:22; 61:10
**trying (10)**
8:11;26:23;27:12; 36:17;61:4;76:2; 86:20;87:19;90:15,18
**TTN (36)**
52:5,5,8,10,17,18, 18;53:2,20,22;54:8, 11,14,21,23,25;55:5, 7,8,10,22;59:2,5,5; 79:4,9,14,20;80:15, 16;81:15;82:10; 86:13,25;92:18,18
**TTN's (1)**
79:16
**turns (1)**
82:2
**two (11)**
9:8;11:25;14:16; 39:21;48:1,5;65:14; 71:10;72:25;90:13; 101:11
**type (5)**
17:12,18;63:4; 76:10;82:13
**types (1)**
22:1

## U

**umbrella (1)**
96:10
**unaware (1)**
75:18
**under (8)**
33:14;36:6;65:25; 76:13;77:3;79:7,12; 93:16
**understandings (1)**
95:5
**underwriting (4)**
21:11;22:24;23:6; 50:11
**unhappiness (1)**
82:19
**unhappy (1)**
82:6
**uniform (1)**
62:21
**uniforms (1)**
63:3
**uniform-type (1)**
63:1
**UniGroup (70)**
8:5;20:2,10,12,12, 14,17,20,23,25;23:12; 24:21;25:3,6;26:11, 20;27:5;28:4,14,18; 32:9,10;33:8,9,24,25; 35:12,14,18,20,25; 36:7;37:1;38:3,22,23; 39:1,9;41:9,11,20,24; 42:6,12;43:15,17,18; 44:5;45:6,7,16,24,25; 46:24,24;47:4,14; 50:16,19;51:6,7,12, 16;52:12;57:14; 65:13;67:20;73:25; 88:9;99:20
**UniGroup's (1)**
50:18
**unit (1)**
41:25
**United (13)**
6:8;20:24;24:21; 32:9;35:11,15,21; 36:25;37:2,8;38:3,4,6
**University (2)**
11:3;15:19
**unless (3)**
12:20;28:25;88:15
**up (28)**
8:23;9:14,22;12:17; 23:2;31:6,9;33:2; 43:2;45:7;46:8;56:22; 60:25;61:5;62:2; 64:17;66:9;67:22; 68:4,5;69:10;71:10, 21;78:2,6;87:3;92:1; 94:5
**use (8)**
35:9;59:1,18;63:12; 95:6,20,24,25
**used (4)**
35:13;39:2;74:8; 88:23
**usually (1)**
12:2

## V

**Val (1)**
45:24
**Valerie (1)**
45:21
**Valuation (4)**
18:23,23;27:3,3
**valued (1)**
19:1
**Van (2)**
34:24,24
**variety (1)**
77:6
**various (3)**
22:1;85:7;100:10
**vehicle (3)**
77:15;82:1;93:6
**vehicles (2)**
92:2;93:8
**vendor (15)**
21:25;52:13;58:5, 23;59:11;60:22; 61:11;62:21;65:23; 79:4;82:4;87:7,7,9; 88:24
**vendors (1)**
25:20
**verify (1)**
53:22
**versus (1)**
6:6
**via (7)**
6:12;7:16;54:12; 73:7;77:19,22;87:1
**vice (6)**
20:2;26:11,16; 43:14;49:8,20
**video (4)**
6:11,18;101:19,22
**videoconference (1)**
6:12
**VIDEOGRAPHER (13)**
6:2,15;7:12;12:19; 15:2;48:8,11;75:21, 24;91:17,22;101:18, 21
**videotape (1)**
6:4
**view (2)**
35:19;72:19
**viewed (1)**
55:6
**VIN (10)**
27:22;57:23,25; 58:4,12,14,14;70:25; 71:19;92:9
**violations (1)**
77:6
**vision (2)**
26:21,23
**voice (1)**
19:13
**volume (4)**
13:19;87:1;91:6,7

## W

**walking (1)**
84:12
**Walz (3)**
50:3,5,7
**W-A-L-Z (1)**
50:3
**warnings (1)**
94:18
**way (8)**
18:12;30:15;31:4; 66:9;69:18;74:9; 86:15;98:9
**ways (1)**
85:7
**week (1)**
45:14
**weekend (1)**
101:7
**weeks (2)**
29:25;30:3
**welcome (1)**
78:4
**weren't (1)**
101:12
**What's (8)**
7:25;15:9;20:6; 22:24;25:17;44:17; 49:22;62:24
**whole (2)**
41:20;88:24
**wholly (1)**
46:25
**wholly-owned (11)**
20:11;26:19;33:24; 34:18;45:5;46:24; 47:13;51:13;65:12; 73:25;88:9
**Who's (3)**
44:24;48:18;49:14
**whose (2)**
73:25;88:10
**why'd (1)**
17:6
**wide (1)**
37:11

**wife (1)** 18:17
**wife's (1)** 15:9
**Within (17)** 24:17;25:3,6;26:22; 27:23;28:1;30:3;39:3; 49:2;53:25;60:11; 64:18;65:17;67:19; 71:20,22;99:19
**witness (12)** 7:14;9:15,22;13:23; 14:13,19,23;25:10; 69:1,12,22;70:10
**woman (1)** 50:7
**wondering (1)** 38:20
**worded (2)** 28:9;54:5
**words (1)** 56:15
**work (12)** 7:21;9:18;15:24; 17:19,20;42:5,7;43:6, 8;45:22;49:10;81:5
**worked (2)** 17:5;19:17
**working (1)** 21:25
**works (2)** 11:24;20:13
**worthiness (1)** 23:5
**wreck (9)** 28:13,20;29:14,15, 19,22,23;65:15;92:21
**writeup (1)** 77:9
**written (2)** 98:13,18
**wrong (1)** 72:20

## Y

**y'all (5)** 45:8;49:24;85:14; 86:2,16
**y'all's (1)** 57:15
**year (8)** 11:11;15:18;16:8,9; 17:5,16;18:15;75:2
**years (5)** 10:22;11:7;16:1; 19:5,23
**Yep (4)** 55:15;57:5;63:20; 80:4
**yes-or-no (1)** 89:6
**Young (5)** 15:22,25;16:15,18, 19

## Z

**zero (2)** 92:9,10
**Zoom (5)** 6:12;7:16;9:4; 12:11;54:12

## 0

**00061 (1)** 82:22
**003453 (1)** 56:11
**0069 (1)** 99:13
**06 (2)** 16:10,11

## 1

**1 (8)** 30:23,24;31:19; 72:1,7;94:14,14; 98:15
**10 (1)** 95:4
**10:04 (2)** 6:1,3
**10:15 (1)** 15:3
**100 (1)** 9:20
**11 (1)** 95:18
**11:03 (1)** 48:9
**11:10 (1)** 48:12
**11:53 (1)** 75:22
**11:54 (1)** 75:25
**12:19 (1)** 91:20
**12:25 (1)** 91:23
**12:40 (2)** 101:23,24
**12th (1)** 65:1
**13 (1)** 96:14
**14 (7)** 37:14;54:21,22; 69:5,18;70:18;98:12
**14th (1)** 66:25
**16-foot (1)** 76:10
**17th (1)** 65:22
**1969 (1)** 38:12
**19th (2)** 64:1,9
**1st (6)** 26:15;28:19,20; 29:20;94:3,3

## 2

**2 (3)** 32:22;33:3;51:18
**2:22-CV-00076-LGW (1)** 6:8
**20 (1)** 47:17
**200,000 (3)** 46:16;47:10,19
**2001 (1)** 10:24
**2006 (3)** 11:13;15:19,21
**2010 (3)** 17:10;40:21,24
**2012 (1)** 18:20
**2014 (3)** 70:24;71:4,16
**2020 (3)** 19:24;20:4,5
**2021 (1)** 98:16
**2022 (34)** 26:15;28:19;29:20; 57:4,8;62:6;64:1,4; 65:1,14,23;72:2,7; 73:10,13;75:4,7,7; 76:6,25;79:4;81:6,8, 11;84:22;85:10,20; 88:11;94:3,14;97:25; 98:7;99:25;100:4
**2023 (5)** 6:4;40:22,25;94:3, 14
**20th (1)** 76:25
**22nd (2)** 68:11;85:10
**23 (1)** 85:20
**24 (1)** 57:8
**24th (1)** 57:3
**25 (1)** 86:3
**26th (1)** 84:22
**28 (2)** 81:8,11
**28th (2)** 76:6;81:6

## 3

**3 (5)** 39:25;40:1;46:11, 13;71:17
**30 (3)** 32:15;49:10,25
**30b6 (4)** 6:4;69:12,13;70:12
**31st (1)** 62:6
**3453 (1)** 56:22
**3454 (1)** 62:2
**3455 (2)** 63:24,24
**3456 (1)** 65:21
**3457 (1)** 66:24
**3461 (1)** 68:10
**3479 (1)** 76:23
**3486 (1)** 78:7
**3521 (1)** 84:24
**3524 (1)** 85:18
**3534 (1)** 79:2
**3535 (1)** 81:1
**3542 (1)** 81:14
**3543 (1)** 81:15
**3rd (1)** 40:21

## 4

**4 (3)** 56:23;70:2;71:24
**40 (1)** 10:22

## 5

**5 (3)** 38:12;70:5;83:1

## 6

**6 (2)** 54:24;55:12
**63026 (1)** 40:18
**6363055000 (1)** 57:16
**69 (1)** 97:5

## 7

**7 (2)** 93:25;94:8
**7-22-2022 (1)** 84:25
**78920002 (2)** 66:2,5
**7th (1)** 79:3

## 8

**8 (1)** 94:16
**8-12 (1)** 64:22
**8-31-22 (1)** 97:9

## 9

**9 (1)** 94:23
**9th (1)** 6:3