**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| MAKAYLA JANIA HINES, individually, and as Personal Representative of the Estate of MICHAEL ANTHONY HINES, JR., Deceased, | * | |
| Plaintiff, | * | Civil Action No. 2:22-cv-0089-LGW-BWC |
| v. | * | |
| NICHOLAS BURIST, et al., | * | |
| Defendants. | * | |

**DEFENDANT MAYFLOWER TRANSIT, LLC'S NOTICE OF FILING UPDATED DEPOSITION TRANSCRIPT**

COMES NOW Defendant Mayflower Transit, LLC and pursuant to Dkt. 459 submits the attached deposition amended color coded transcript for Chris Wynn. The document previously filed as Exhibit 4 to Dkt. 475, did not contain the most recent designates from Plaintiff's counsel. The attachment here provides that update, as well as Mayflower's objection.

Respectfully submitted this 3rd day of November 2026,

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
*/s/ Stephen Kyle McDonald*
BRANTLEY ROWLEN
Georgia Bar No. 153031
STEPHEN KYLE MCDONALD
Georgia Bar No. 661387
Todd R. Ehrenreich
*Admitted Pro Hac Vice*
Jeffrey Geldens
*Admitted Pro Hac Vice*
*Counsel for Mayflower Transit, LLC*

600 Peachtree Street N.E.
Suite 4700
Atlanta, Georgia 30308
404-348-8585 Telephone
404-467-8845 Facsimile
Brantley.Rowlen@lewisbrisbois.com
Stephen.McDonald@lewisbrisbois.com

Todd.Ehrenreich@lewisbrisbois.com
Jeffrey.Geldens@lewisbrisbois.com

## **Certificate of Service**

I CERTIFY that on November 3, 2026, I e-filed a true and correct copy of the foregoing via the Court's CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ Stephen Kyle McDonald*
BRANTLEY ROWLEN
Georgia Bar No. 153031
STEPHEN KYLE MCDONALD
Georgia Bar No. 661387
Todd R. Ehrenreich
*Admitted Pro Hac Vice*
Jeffrey Geldens
*Admitted Pro Hac Vice*

*Counsel for Mayflower Transit, LLC*

600 Peachtree Street N.E.
Suite 4700
Atlanta, Georgia 30308
404-348-8585 Telephone
404-467-8845 Facsimile
Brantley.Rowlen@lewisbrisbois.com
Stephen.McDonald@lewisbrisbois.com

24 Drayton St., Suite 300
Savannah, GA 31401
Tel. (912) 525-4960

Todd.Ehrenreich@lewisbrisbois.com
Jeffrey.Geldens@lewisbrisbois.com