**no idea.**

Q Okay.

**A It could have been in general for the three and acknowledging that tires were new.**

Q Okay. And then Mr. Brown down at the bottom is the person from Moholland that received the trailer that day?

**A That appears to be correct, yes.**

Q Okay. All right. And then just so I understand the top, the handwritten notes, at the top above Payne Storage it says from and it looks like drives 53 to Moholland Hampton. Is that 53 miles? Is that --

**A No, it's the 53-foot van.**

Q Okay. Drive -- okay, all right. Drive 53-foot, okay. All right. Does Payne have any type of tracking devices on their trailers or any type of -- any way of knowing where your trailers are at any given point in time?

**A No.**

Q Okay.

**A Not on the storage side.**

Q All right. For the motor carrier side?

**A Yes.**

Q You do?

A **Uh-huh.**
Q Okay. All right. All -- how do you differentiate -- because for the -- for the -- I don't want to use the wrong word, but for the trailers that are usable for a transfer on the road, whether they are on the leasing and storage side or on the motor carrier side, how do you differentiate between which trailers are you just going to use on your motor carrier side and which ones are going to be available to be leased?
A **I'm -- let me think about the question. I'm --**
Q I'll try -- let me try to explain --
A **Are you referring to like an equipment allocation standpoint? What do we allocate to --**
Q Well, you said that -- what I'm thinking about is that you mentioned that the trailers that's used on the motor carrier side have got tracking devices?
A **Correct.**
Q And the trailers that are road trailers that are leased --
A **Storage.**
Q That are on the storage and lease side --
A **Storage and leasing side.**
Q Okay, on the lease side, but not -- not

the ones that are just storage trailers, the ones that are leased to be used for transport don't have those tracking devices, okay?

A **Right.**

Q And I'm trying to understand --

A **Why one has and one doesn't have?**

Q Yes, sir. Yeah.

A **Okay. So you need to understand that we allocate equipment dedicated to either of the two departments or divisions. So if equipment is dedicated to the motor carrier side, we put trackers in that because of cargo, because we track the cargo for theft and what not.**

**On the leasing side we have nothing to do with cargo. We have nothing to do with their loads. We have nothing to do with anything other than the fact that it is a trailer that they are leasing to utilize for whatever purpose they need to use it for as long as it stays within regulatory guidelines.**

Q For the motor carrier side, what service do you use for tracking your trailers? Do you have a proprietary thing that's just y'all's, or do y'all --

A **Yeah, it's called Trailer Tracks.**

Q Okay.

A **And it's through Omnitracs. It's one of**