**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| KYLE SLOAN, Individually, and as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan, KYLE SLOAN as Surviving Spouse of Jamie Sloan, and KYLE SLOAN as Surviving Parent of Rylie Sloan; and SUSAN WEST, Individually, and as the next friend and natural guardian of K.W., a minor, | * * * * * * * | |
| | * | Civil Action No. 2:22-cv-00076-LGW-BWC |
| Plaintiffs, | * * | |
| v. | * * | |
| NICHOLAS BURIST; LOCKE RELOCATIONS LLC; MAYFLOWER TRANSIT LLC; JOE MOHOLLAND, INC.; AND XYZ COMPANIES 1-3; | * * * * * | |
| Defendants. | * | |

**<u>DEFENDANT MAYFLOWER TRANSIT, LLC'S NOTICE OF AMENDMENT TO THE PROPOSED PRE TRIAL ORDER</u>**

COMES NOW Defendant Mayflower Transit, LLC, ("Defendant") in the above-captioned civil action, files this Notice of Amendment to the previously entered Proposed Amended Pre Trial Order (Dkt. 464.) In that Proposed Order, Defendant Mayflower identified Jason Jones, Michael Kratzer, and Christopher Wynn as a part of its Will Call designation. Defendant Mayflower now changes the designation of those witness from Will Call to May Call. Defendant provides the amended witness list below.

**<u>Mayflower Defendants Will Call</u>:**

1. **Nicholas Burist by Deposition**
2. **Angela Locke – 30(b)(6) of Locke Relocations**
3. **Rob Garr – 30(b)(6) of Joe Moholland, Inc.,**
4. **Misty Coffman – Life Care Planner**

5. **Phillip Smith – Analysis, Inc.**

**Mayflower Defendants May Call:**

1. **Any witness listed by another party.**
2. **Robert McCabe – 30(b)(6) of UniGroup**
3. **Erin Shultz**
4. **Michael Ruff**
5. **Elizabeth Fisher**
6. **Michael Peters**
7. **Darniece Martin**
8. **Sue DeMien**
9. **Adam Petry**
6. **Nikki Crum**
7. **Jason Jones – 30(b)(6) of Mayflower**
8. **Michael Kratzer – 30(b)(6) of Mayflower**
10. **Christopher Wynn**
11. **Theresa Dawkins**

Respectfully submitted this 13th day of November, 2026

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ Stephen Kyle McDonald*
BRANTLEY ROWLEN
Georgia Bar No. 153031
STEPHEN KYLE MCDONALD
Georgia Bar No. 661387
Todd R. Ehrenreich
*Admitted Pro Hac Vice*
Jeffrey Geldens
*Admitted Pro Hac Vice*

*Counsel for Mayflower Transit, LLC*

600 Peachtree Street N.E.
Suite 4700
Atlanta, Georgia 30308
404-348-8585 Telephone
404-467-8845 Facsimile
Brantley.Rowlen@lewisbrisbois.com
Stephen.McDonald@lewisbrisbois.com

24 Drayton St., Suite 300
Savannah, GA 31401
Tel. (912) 525-4960

Todd.Ehrenreich@lewisbrisbois.com
Jeffrey.Geldens@lewisbrisbois.com

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing ***Notice of Amendment*** with the Clerk of Court using the CM/ECF System for filing. Which will automatically send e-mail notification of such filing to all counsel of record.

This 13th day of November, 2026.

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ Stephen Kyle McDonald*
BRANTLEY ROWLEN
Georgia Bar No. 153031
STEPHEN KYLE MCDONALD
Georgia Bar No. 661387
Todd R. Ehrenreich
*Admitted Pro Hac Vice*
Jeffrey Geldens
*Admitted Pro Hac Vice*

*Counsel for Mayflower Transit, LLC*

600 Peachtree Street N.E.
Suite 4700
Atlanta, Georgia 30308
404-348-8585 Telephone
404-467-8845 Facsimile
Brantley.Rowlen@lewisbrisbois.com
Stephen.McDonald@lewisbrisbois.com

24 Drayton St., Suite 300
Savannah, GA 31401
Tel. (912) 525-4960

Todd.Ehrenreich@lewisbrisbois.com
Jeffrey.Geldens@lewisbrisbois.com