**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | | |
|---|---|---|
| KYLE SLOAN, Individually, and as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan, KYLE SLOAN as Surviving Spouse of Jamie Sloan, and KYLE SLOAN as Surviving Parent of Rylie Sloan,<br><br>Plaintiffs,<br><br>v.<br><br>MAYFLOWER TRANSIT LLC; and NICHOLAS BURIST<br><br>Defendants. | ) | Civil Action No.<br>2:22-cv-00076-LGW-BWC |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF SUBPOENA TO SKYBITZ, INC. AND RESPONSE TO DEFENDANT MAYFLOWER TRANSIT, LLC'S MOTION TO QUASH (DOC. 479)**

Plaintiffs respond to Defendant Mayflower Transit, LLC's Motion to Quash Plaintiffs' Subpoena to SkyBitz, Inc. (Doc. 479) and show the Court as follows:

## BACKGROUND

On October 19, 2026, in the supplemental production that followed the September 21, 2026 conference (Doc. 423), Mayflower produced (for the first time) a November 4, 2022 Mayflower email attaching "Litigation Hold to Skybitz – Burist.pdf," but withheld the attachment as privileged. (Ex. 1). It is the only reference to SkyBitz in the record. (Doc. 479 at 3.) Plaintiffs asked for the hold and any SkyBitz data on October 20; Mayflower refused on October 29. At the October 30, 2026, status conference, the Court ruled that, "Mr. McDonald is directed to speak with his client regarding the inconsistencies regarding whether anything was sent to Skybit or if it stayed in-house and communicate the findings with Kim Mixon via email." (Doc. 470).

Plaintiffs give notice that they withdraw the subpoena to produce documents served on non-party SkyBitz, Inc. on November 3, 2026, and respectfully submit that Defendant Mayflower Transit, LLC's Motion to Quash (Doc. 479) is therefore moot. The subpoena identified the Subject Tractor and Subject Trailer by unit number, VIN, and license tag—the information available to Plaintiffs. On November 12, 2026, counsel for SkyBitz responded that SkyBitz could not identify any device associated with that information because it "generally does not associate monitoring units . . . to the information provided, including VIN numbers."

The information SkyBitz would need to locate any responsive data is the kind of information a litigation hold directed to SkyBitz would contain. Mayflower's November 4, 2022 "Litigation Hold to Skybitz – Burist" was responsive to Plaintiffs' discovery requests, yet Mayflower did not disclose it until October 19, 2026, when it produced the transmittal email and withheld the hold itself as privileged. (Ex. 1). The Court directed Mayflower to submit the hold materials for *in camera* review and to determine "whether anything was sent to Skybit or if it stayed in-house." (Doc. 470 at 1.)

Given that late disclosure, the short time remaining before trial, and SkyBitz's inability to locate information from the identifiers provided, Plaintiffs withdraw the subpoena. Plaintiffs do not withdraw or waive any position regarding Mayflower's withholding and production of the SkyBitz litigation hold materials, which Plaintiffs believe remains before the Court. (Doc. 470.)

Because the subpoena is withdrawn, Plaintiffs respectfully request that the Court deny Mayflower's Motion to Quash (Doc. 479) as moot.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

Respectfully submitted this 14th day of November 2026.

HODGE LAW FIRM
P.O. Box 2765
Spartanburg, SC 29306
Tel: (864) 585-3873
Fax: (864) 585-6485

/s/ Charles J. Hodge
Charles J. Hodge
Admitted Pro Hac Vice
J. Camden Hodge
Admitted Pro Hac Vice

Camden@hodgelawfirm.com
Attorneys for Plaintiffs

HAMILTON & PADGETT, LLC
13 St. Andrews Ct.
Brunswick, Georgia 31520
P: (912) 200-2727

/s/ Joseph R. Padgett
Joseph R. Padgett
Georgia Bar No. 872672
joseph@hamiltonpadgettlaw.com
Attorney for Plaintiffs

LANGLEY STILL & FOSS LAW FIRM
229 Magnolia Street
Spartanburg, SC 29306
Tel: (864) 774-4662

/s/ T. Ryan Langley
T. Ryan Langley
Georgia State Bar No.: 692386
Matthew T. Foss
Admitted Pro Hac Vice
Ryan@LSFlawfirm.com
Matt@LSFlawfirm.com
Attorneys for Plaintiffs