**From:** Eckelkamp, Lisa <Lisa_Eckelkamp@unigroup.com>
**Sent:** Friday, November 04, 2022 5:02 PM CDT
**To:** Rockwell, Jim <Jim_Rockwell@unigroup.com>; Schenk, Kam <Kam_Schenk@unigroup.com>
**Subject:** Litigation Hold for Nicholas Burist Accident
**Attachment(s):** "Litigation Hold to Skybitz - Burist.pdf"

[redacted]

---

Lisa P. Eckelkamp
Senior Paralegal
UniGroup, C.A., Law Department
One Premier Drive
Fenton, MO 63026
Telephone:
636-349-2506 (office)
314-640-4041 (cell)

UniGroup
The UniGroup Companies
United Van Lines | Mayflower | UniGroup Worldwide Moving | Allegiant Move Management | UniGroup Logistics