**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

KYLE SLOAN,

Plaintiff,

v.

NICHOLAS BURIST, and MAYFLOWER TRANSIT LLC,

Defendants.

CIVIL ACTION NO.: 2:22-cv-76

# ORDER

Defendant Mayflower Transit LLC ("Mayflower") filed a Motion to Quash Subpoena. Doc. 479. Plaintiff filed a Response, representing that he has withdrawn the subpoena at issue. Doc. 482. Accordingly, I **DENY as moot** this Motion.

**SO ORDERED**, this 14th day of November, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA