**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

KYLE SLOAN,

Plaintiff,

v.

NICHOLAS BURIST, and MAYFLOWER TRANSIT LLC,

Defendants.

CIVIL ACTION NO.: 2:22-cv-76

**ORDER**

This case is set for trial, starting on November 17, 2026. The parties contacted the Court to resolve a discovery dispute about privileged business communications. I held a telephonic conference with the parties and directed them to submit certain documents for in-camera review. Having reviewed those documents, I **FIND** that the documents identified on Mayflower Transit LLC's Privilege Log as entry numbers 1856, 1857, 1745, 1746, 1747, 1761, 1773, 1779, 1788, 1791, 1794, 1806, and 1812 are privileged and may be properly withheld.

**SO ORDERED**, this 14th day of November, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA