**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | |
|---|---|
| KYLE SLOAN,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS BURIST, and MAYFLOWER TRANSIT LLC,<br><br>Defendants. | CIVIL ACTION NO.: 2:22-cv-76 |

**ORDER**

This case is set for trial, starting on November 17, 2026. The parties designated various portions of deposition transcripts that they intend to use at trial. The parties object to some of those designations.

On November 5, 2026, I held a hearing on objections to eight of these deposition transcripts and other matters. At that hearing, counsel for the parties appeared and clarified that they expect to use only five of the eight depositions at trial (Nicholas Burist, Rob Garr, Angela Locke, Robert McCabe, and Jack Donovan). Counsel stated that Mike Kratzer, Chris Wynn, and Jason Jones would likely be available to testify in person.

At the hearing, the parties withdrew some designations and objections, and I orally ruled on the parties' objections as to Nicholas Burist, Rob Garr, Angela Locke,

Robert McCabe, and Jack Donovan's designated depositions. These withdrawals and rulings are memorialized here. See Attach. A.

**SO ORDERED**, this 14th day of November, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

**Attachment A**

| Portions of Nicholas Burist's Testimony to Which the Parties Object | |
|---|---|
| 028:003–028:009 | Sustained. |
| 029:009–029:019 | Sustained. |
| 037:009–037:022 | Overruled for reasons stated at the November 5, 2026 hearing. |
| 038:011–038:025 | Overruled for reasons stated at the November 5, 2026 hearing. |
| 042:024–043:001 | Sustained. |
| 055:022–055:025 | Sustained. |
| 085:001–085:007 | Overruled. |
| 091:009–091:013 | Overruled for reasons stated at the November 5, 2026 hearing. |
| 092:006–092:022 | Sustained. |
| 104:022–105:006 | Overruled for reasons stated at the November 5, 2026 hearing. |
| 110:013–112:020 | Overruled for reasons stated at the November 5, 2026 hearing. |
| 113:016–113:022 | Overruled for reasons stated at the November 5, 2026 hearing. |
| 115:009–115:021 | Overruled for reasons stated at the November 5, 2026 hearing. |
| 115:013–115:013 | Designation of the words "Like your insurance company" withdrawn by Plaintiff at the November 5, 2026 hearing. |
| 116:018–117:014 | Overruled for reasons stated at the November 5, 2026 hearing. |
| 126:009–126:025 | Overruled for reasons stated at the November 5, 2026 hearing. |
| 127:005–127:021 | Overruled for reasons stated at the November 5, 2026 hearing. |
| 132:022–132:024 | Overruled for reasons stated at the November 5, 2026 hearing. |
| 142:002–142:005 | Objection withdrawn by Defendant Mayflower Transit LLC ("Mayflower") at the November 5, 2026 hearing. |
| 145:001–145:009 | Objection withdrawn by Mayflower at the November 5, 2026 hearing. |
| 171:020–171:022 | Sustained. |
| 172:005–172:009 | Sustained. |
| 173:016–174:004 | Sustained. |
| 176:022–176:025 | Sustained. |
| 189:020–190:010 | Overruled for reasons stated at the November 5, 2026 hearing. |
| 201:011–201:025 | Sustained. |
| 205:014–205:023 | Overruled for reasons stated at the November 5, 2026 hearing. |
| 206:007–206:022 | Sustained. |
| 233:018–233:023 | Objection withdrawn by Mayflower at the November 5, 2026 hearing. |
| 234:001–234:009 | Overruled for reasons stated at the November 5, 2026 hearing. |
| 242:017–243:014 | Sustained. |

| **Portions of Nicholas Burist's Testimony to Which the Parties Object** | |
|---|---|
| 256:008–256:020 | Overruled for reasons stated at the November 5, 2026 hearing. |
| 284:006–284:012 | Sustained. |
| 301:012–301:022 | Objection withdrawn by Mayflower at the November 5, 2026 hearing. |

| Portions of Rob Garr's Testimony to Which the Parties Object | |
|---|---|
| 098:011–098:015 | Overruled for reasons stated at the November 5, 2026 hearing. |
| 106:012–106:017 | Sustained. |
| 106:019–106:025 | Overruled for reasons stated at the November 5, 2026 hearing. |
| 107:003–107:004 | Objection withdrawn by Mayflower at the November 5, 2026 hearing. |
| 107:005–107:009 | Sustained. |
| 107:010–107:025 | Objection withdrawn by Mayflower at the November 5, 2026 hearing. |
| 110:017–110:023 | Objection withdrawn by Mayflower at the November 5, 2026 hearing. |
| 124:023–125:003 | Objection withdrawn by Mayflower at the November 5, 2026 hearing. |
| 126:001–126:003 | Overruled for reasons stated at the November 5, 2026 hearing. |
| 140:003–140:011 | Overruled for reasons stated at the November 5, 2026 hearing. |
| 140:012–140:016 | Objection withdrawn by Mayflower at the November 5, 2026 hearing. |
| 141:018–141:021 | Objection withdrawn by Mayflower at the November 5, 2026 hearing. |
| 161:022–162:001 | Sustained. |
| 162:002–162:006 | Objection withdrawn by Mayflower at the November 5, 2026 hearing. |
| 164:025–165:006 | Overruled for reasons stated at the November 5, 2026 hearing. |
| 165:013–166:020 | Designation withdrawn by Plaintiff at the November 5, 2026 hearing. |
| 178:011–178:018 | Objection withdrawn by Mayflower at the November 5, 2026 hearing. |
| 179:002–179:003 | Sustained. |
| 181:020–182:024 | Objection withdrawn by Mayflower at the November 5, 2026 hearing. |

| **Portions of Robert McCabe's Designated Deposition Testimony to Which Defendant Mayflower Objects** | |
|---|---|
| 021:002–021:010 | Overruled for reasons stated at the November 5, 2026 hearing. |
| 036:021–036:025 | Designation withdrawn by Plaintiff at the November 5, 2026 hearing |
| 037:007–037:009 | Designation withdrawn by Plaintiff at the November 5, 2026 hearing |
| 064:010–065:013 | Objection withdrawn by Mayflower at the November 5, 2026 hearing. |

| **Portions of Jack Donovan's Designated Deposition Testimony to Which the Parties Object** | |
|---|---|
| 020:013–020:015 | Overruled for reasons stated at the November 5, 2026 hearing. |
| 038:019–039:004 | Overruled for reasons stated at the November 5, 2026 hearing. |
| 062:008–062:013 | Overruled for reasons stated at the November 5, 2026 hearing. |
| 063:009–063:016 | Overruled for reasons stated at the November 5, 2026 hearing. |
| 065:010–065:020 | Overruled for reasons stated at the November 5, 2026 hearing. |
| 072:023–073:007 | Overruled for reasons stated at the November 5, 2026 hearing. |
| 073:023–074:007 | Overruled for reasons stated at the November 5, 2026 hearing. |
| 084:020–085:002 | Objection withdrawn by Mayflower at the November 5, 2026 hearing. |
| 097:008–097:022 | Overruled for reasons stated at the November 5, 2026 hearing. |

| **Portions of Angela Locke's Designated Deposition Testimony to Which the Parties Object** | |
|---|---|
| 018:013–019:011 | Overruled for reasons stated at the November 5, 2026 hearing. |
| 041:014–041:019 | Sustained. |
| 099:014–099:025 | Overruled for reasons stated at the November 5, 2026 hearing. |