**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**CLERK'S MINUTES**

---

**CASE NO. 2:22-cv-76** **DATE: 11/13/2026**

**TITLE: Sloan, et al v. Burist, et al**

---

**HONORABLE BENJAMIN W. CHEESBRO** **COURTROOM DEPUTY: Karen J. Mitchell**

**COURT REPORTER: BWK-CHAMBERS** **TIME: 9:39-10:42 am** **TOTAL: 63 minutes**

---

**PLAINTIFFS:**
**Kyle Sloan**

**COUNSEL FOR PLAINTIFFS:**
**J. Camden Hodge**
**Joseph Richard Padgett**
**Charles Hodge**
**Ryan Langley**

**DEFENDANTS:**
**Nicholas Burist, et al.,**

**COUNSEL FOR DEFENDANTS:**
**Hilliard Burton**

**Mayflower Transit LLC,**

**Stephen Kyle McDonald**
**Jeffrey R. Geldens**
**Todd Ehrenreich**

**TELEPHONIC STATUS CONFERENCE**

---

**Telephonic status conference held to discuss challenges related to three witnesses: Dr. Todd Morton, Dr. Charles Alford, and Brooks Rugemer.**

**The Court hears from the parties.**

**The Court SUSTAINS the objection to written report of Dr. Todd Morton and the report will not be admitted; and OVERRULES the challenge to the weight and credibility of Dr. Charles Alford.**

**With respect to the objections to the exhibits of Brooks Rugemer, the Court identifies 6 main objections:**

- **1a** **Object to introduction of documents as an exhibit to deposition to become trial exhibit.**
- **1b** **Too much detail about the documents.**
- **2.** **Legal opinions/conclusions.**
- **3.** **Speculation regarding mental intent of speaker.**
- **4.** **Testimony about credibility of declarant.**
- **5.** **Argumentative, not based on facts.**

**6. Deposition questions exceeded scope.**

**The Court takes the objections under advisement and will issue a ruling on the matter,**

**Plaintiff is DIRECTED to file any response to the Motion to Quash by the close of business today.**

**Having no further requests of the Court, the hearing was adjourned at 10:42 a.m.**