**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| KYLE SLOAN, Individually, and as Personal Representative of the Estates of Rylie Sloan and Jamie Sloan, KYLE SLOAN as Surviving Spouse of Jamie Sloan, and KYLE SLOAN as Surviving Parent of Rylie Sloan; and SUSAN WEST, Individually, and as the next friend and natural guardian of K.W., a minor, | * * * * * * * * | |
| Plaintiffs, | * * | Civil Action No. 2:22-cv-00076-LGW-BWC |
| v. | * * | |
| NICHOLAS BURIST; LOCKE RELOCATIONS LLC; MAYFLOWER TRANSIT LLC; JOE MOHOLLAND, INC.; AND XYZ COMPANIES 1-3; | * * * * * | |
| Defendants. | * | |

**<u>NOTICE OF CONFERRAL REGARDING PROPOSED JURY INSTRUCTIONS</u>**

Counsel for Plaintiffs and Mayflower have conferred regarding potential proposed joint jury instructions. After consultation, Plaintiffs' counsel and Mayflower's counsel have no objection to and consent to the use of the following charges:

- Plaintiffs' Requests #'s 1 – 8
- Plaintiffs' Request # 16
- Plaintiffs' Request #19
- Plaintiffs' Requests # 27 – 30
- Plaintiffs' Request # 31 as modified to remove the explicitly calculated life expectancy of Plaintiff Kyle Sloan.

- Plaintiffs' Requests #32 – 33
- Mayflower's Requests §§ 60.001; 60.010; 60.200; 60.202; 06.010; 06.020; 60.171; 60.220.

Pursuant to this Court's Order, the parties are briefing their positions as to any areas of disagreement to be filed with the Court on November 19, 2026.

Respectfully submitted this 19th day of November, 2026

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ Stephen Kyle McDonald*
BRANTLEY ROWLEN
Georgia Bar No. 153031
STEPHEN KYLE MCDONALD
Georgia Bar No. 661387
Todd R. Ehrenreich
*Admitted Pro Hac Vice*
Jeffrey Geldens
*Admitted Pro Hac Vice*

*Counsel for Mayflower Transit, LLC*

600 Peachtree Street N.E.
Suite 4700
Atlanta, Georgia 30308
404-348-8585 Telephone
404-467-8845 Facsimile
Brantley.Rowlen@lewisbrisbois.com
Stephen.McDonald@lewisbrisbois.com

24 Drayton St., Suite 300
Savannah, GA 31401
Tel. (912) 525-4960

Todd.Ehrenreich@lewisbrisbois.com
Jeffrey.Geldens@lewisbrisbois.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing ***NOTICE OF CONFERRAL*** with the Clerk of Court using the CM/ECF System for filing. Which will automatically send e-mail notification of such filing to all counsel of record.

This 19th day of November, 2026.

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ Stephen Kyle McDonald*
BRANTLEY ROWLEN
Georgia Bar No. 153031
STEPHEN KYLE MCDONALD
Georgia Bar No. 661387
Todd R. Ehrenreich
*Admitted Pro Hac Vice*
Jeffrey Geldens
*Admitted Pro Hac Vice*

*Counsel for Mayflower Transit, LLC*

600 Peachtree Street N.E.
Suite 4700
Atlanta, Georgia 30308
404-348-8585 Telephone
404-467-8845 Facsimile
Brantley.Rowlen@lewisbrisbois.com
Stephen.McDonald@lewisbrisbois.com

24 Drayton St., Suite 300
Savannah, GA 31401
Tel. (912) 525-4960

Todd.Ehrenreich@lewisbrisbois.com
Jeffrey.Geldens@lewisbrisbois.com