**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| KYLE SLOAN, et. al. | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| NICHOLAS BURIST, et al., | * | Civil Action No. 2:22-cv-0076-LGW-BWC |
| | * | |
| Defendants. | * | |
| | * | |

**DEFENDANT MAYFLOWER TRANSIT, LLC'S NOTICE REGARDING AUTHORITY TO BE REFERENCED AT THE HEARING ON ITS MOTION FOR JUDGMENT AS A MATTER OF LAW**

At the close of Plaintiffs' case, the Court stated it would hear argument at 9AM the next day (November 20) regarding Defendants' motions for judgment as a matter of law. The Court noted that providing the cases from which arguments would be extracted, and from which principles were to be applied, would be of use in advance. Following the hearing, Mayflower's counsel gathered the cases attached to this notice and submits them for the purposes expressed during that exchange in open court. The cases are submitted without summary or argument, as the argument is to occur at the scheduled hearing.

*(signature on the following page)*

Respectfully submitted this 20th day of November 2026,

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ Stephen Kyle McDonald*
BRANTLEY ROWLEN
Georgia Bar No. 153031
STEPHEN KYLE MCDONALD
Georgia Bar No. 661387
Todd R. Ehrenreich
*Admitted Pro Hac Vice*
Jeffrey Geldens
*Admitted Pro Hac Vice*
*Counsel for Mayflower Transit, LLC*

600 Peachtree Street N.E.
Suite 4700
Atlanta, Georgia 30308
404-348-8585 Telephone
404-467-8845 Facsimile
Brantley.Rowlen@lewisbrisbois.com
Stephen.McDonald@lewisbrisbois.com

Todd.Ehrenreich@lewisbrisbois.com
Jeffrey.Geldens@lewisbrisbois.com

## Certificate of Service

I CERTIFY that on November 20, 2026, I e-filed a true and correct copy of the foregoing via the Court's CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ Stephen Kyle McDonald*
BRANTLEY ROWLEN
Georgia Bar No. 153031
STEPHEN KYLE MCDONALD
Georgia Bar No. 661387
Todd R. Ehrenreich
*Admitted Pro Hac Vice*
Jeffrey Geldens
*Admitted Pro Hac Vice*

*Counsel for Mayflower Transit, LLC*

600 Peachtree Street N.E.
Suite 4700
Atlanta, Georgia 30308
404-348-8585 Telephone
404-467-8845 Facsimile
Brantley.Rowlen@lewisbrisbois.com
Stephen.McDonald@lewisbrisbois.com

24 Drayton St., Suite 300
Savannah, GA 31401
Tel. (912) 525-4960

Todd.Ehrenreich@lewisbrisbois.com
Jeffrey.Geldens@lewisbrisbois.com