# In the United States District Court for the Southern District of Georgia Brunswick Division

KYLE SLOAN

Plaintiff,

v.

NICHOLAS BURIST, et al.,

Defendants.

2:22-CV-76

**ORDER**

This morning the undersigned learned of grounds requiring recusal. A mistrial is ordered in this case. A recusal order will be filed herewith.

**SO ORDERED** this 23rd day of November, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA