# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| KYLE SLOAN,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS BURIST, et al.,<br><br>Defendants. | 2:22-CV-76 |
| THELMA PETNO,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS BURIST, et al.,<br><br>Defendants. | 2:23-CV-31 |
| RAYMOND E. TIPTON,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS BURIST, et al.,<br><br>Defendants. | 2:23-CV-33 |

MAKAYLA JANIA HINES,

Plaintiff,

v.

NICHOLAS BURIST, et al.,

Defendants.

2:23-CV-89

**ORDER**

This morning the undersigned learned of grounds that require recusal. The undersigned RECUSES from the cases and DIRECTS the Clerk of Court to randomly assign the cases to another district judge within the Southern District of Georgia.

**SO ORDERED** this 23rd day of November, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA